1
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
2
NORTHERN DIVISION

3
_____
)
4
UNITED STATES OF AMERICA      )
                              )
5                             )
     v.                       ) Criminal Docket No. WDQ-10-0770
6                             ) Volume II
GERMAN de JESUS VENTURA and   )
7  KEVIN GARCIA FUERTES,       )
          Defendants          )
8  _____)
                                    Baltimore, Maryland
9                                   April 9, 2013
                                    9:35 AM to 4:56 PM
10
**THE ABOVE-ENTITLED MATTER CONTINUED ON FOR**
11                        **JURY TRIAL**
     **BEFORE THE HONORABLE WILLIAM D. QUARLES, JR.**
12
                  A P P E A R A N C E S
13
On behalf of the Government:
14
        Michael Cunningham, Assistant U.S. Attorney
15      Rachel Yasser, Assistant U.S. Attorney

16 On behalf of Defendant German de Jesus Ventura:

17      Gerald Ruter, Esquire

18 On behalf of Defendant Kevin Garcia Fuertes:

19      Michael D. Montemarano, Esquire

20

21

22

23

24

25

```
 1               A P P E A R A N C E S (CONT.)

 2      Also present:

 3              HSI Special Agent Edward Kelly
                Victoria Kirchgessner, Spanish Interpreter
 4              Marta Goldstein, Spanish Interpreter

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22                      Reported by:

23              Martin J. Giordano, RMR, CRR, FOCR
                U.S. Courthouse, Room 5515
24              101 West Lombard Street
                Baltimore, Maryland 21201
25              410-962-4504
```

| | |
|---|---|
| 1 | <u>**PROCEEDINGS OF APRIL 9, 2013**</u> |
| 2 | **THE CLERK:**  All rise.  The United States District |
| 3 | Court for the District of Maryland is now in session, The |
| 4 | Honorable William D. Quarles, Jr. presiding. |
| 5 | **THE COURT:**  Good morning.  Please be seated. |
| 6 | I understand the Defense has an objection to review |
| 7 | before we resume. |
| 8 | **MR. RUTER:**  Your Honor, yes, and there, quite |
| 9 | frankly, Your Honor, may be other matters that have come to my |
| 10 | attention while you were making your way to the bench with a |
| 11 | conversation I had with Mr. Ventura.  I may, after I renew the |
| 12 | objection, ask the Court to allow us to have a brief |
| 13 | discussion without Mr. -- Detective Hartlove being present |
| 14 | given the comments I received from Mr. Ventura concerning, |
| 15 | Your Honor, the kind of the trial, whether he wants to |
| 16 | represent himself, matters such as that. |
| 17 | **THE COURT:**  Well, we will take those matters up at |
| 18 | lunchtime -- |
| 19 | **MR. RUTER:**  Okay. |
| 20 | **THE COURT:**  -- so that we don't waste the jury's |
| 21 | time while we're doing administrative things. |
| 22 | **MR. RUTER:**  Yes, Your Honor. |
| 23 | Your Honor, having said that, we would like to renew |
| 24 | our objection.  Mr. Montemarano and I had an occasion to |
| 25 | revisit, at least we thought, Your Honor, the issue of the |

```
 1     Court's admission of testimony from Detective Hartlove
 2     concerning statements which he received from Sylvia, who was
 3     the girlfriend of the deceased, Mr. Ramirez, wherein he
 4     allegedly told her that threats that he was received back in
 5     March and April of 2008 were coming from two phone numbers,
 6     both of which he's now testified are associated with the
 7     Defendant, Mr. Ventura.
 8              It's our position, Your Honor, those statements are
 9     inadmissible, that there is no exception to a hearsay rule,
10     and that they're extraordinarily prejudicial.  They make the
11     very case that we were attempting to avoid by having the
12     Government proffer such information from a third party.
13              We understand, Judge Quarles, that, if a party comes
14     in here, takes that witness stand, and says, "Mr. Ventura
15     said...," or, "I heard Mr. Fuertes say...," that's a whole
16     different matter, but, when a third party says that she heard
17     something from somebody else, and then that somebody else is
18     not here, and she's not here, we believe that that violates
19     the Rules of Evidence, and we believe that it's
20     extraordinarily prejudicial.  We'd ask the Court to reconsider
21     his motion, and we also would ask the Court to consider a
22     motion for a mistrial, because we don't think, Your Honor,
23     that the jury, so early on in this proceeding, the very first
24     witness, probably in the first ten minutes of testimony,
25     having heard the very thing which we've moved *in limine* to
```

```
 1      prevent, does not allow these defendants to have a fair trial.
 2              THE COURT:  Does the Government wish to be heard?
 3              MR. CUNNINGHAM:  No, Your Honor.
 4              THE COURT:  Thank you.  The objection is overruled.
 5              MR. RUTER:  Your Honor, thank you very much.
 6              MR. MONTEMARANO:  Your Honor --
 7              THE COURT:  You want to join?
 8              MR. MONTEMARANO:  I'd like to clarify.  I discussed
 9      with Mr. Ruter, but I'm happy to make it.  It is our
10      understanding -- we mentioned the rule on witnesses last week,
11      but I neglected to observe is that my understanding of Your
12      Honor's procedure is that an objection by the Defense is for
13      both defendants unless they specifically opt out, which will
14      save us a fair amount of time, because I think there will be
15      more joining than opting out.
16              THE COURT:  I suggested that.  If that's the way you
17      want to proceed --
18              MR. MONTEMARANO:  Absolutely.  I just want to make
19      sure that, for the record --
20              THE COURT:  That's the ground rule that's in place.
21              MR. MONTEMARANO:  Thank you very much.
22              THE COURT:  Thank you.  May I send for the jury?
23              MR. RUTER:  Your Honor, Mr. Ventura has asked to
24      address the Court.  I think he should have heard that Your
25      Honor said that you would take up any matters at lunchtime,
```

```
1    but I repeat that he's asked to speak to the Court at this

2    time rather than wait for lunchtime.

3              THE COURT:  Okay.  What does Mr. Ventura want to

4    say?

5              MR. RUTER:  Your Honor, I will say this.  It will be

6    multifaceted.  It will be several things --

7              THE COURT:  You mean lengthy?

8              MR. RUTER:  Yes, sir.

9              THE COURT:  Then we will wait for a break.  We'll do

10   it at a break.  I cannot interrupt the trial to have the

11   parties -- that would be you, or it would be anyone from the

12   Government as well -- make a speech.  I understand you want to

13   say something.  I will give you an opportunity to say

14   something, but I can't do that when I've got 16 people back

15   there who have taken a great deal of time out of their

16   personal lives to come here to give you both a fair trial.  I

17   can't waste their time.  I have an oath not to waste their

18   time, okay, but I will promise I will give you an opportunity

19   to get whatever you want off your chest.

20             Send for the jury, please.

21             Okay.  We appear to have incarcerated the jury.

22             (Laughter.)

23             (Jury enters.)

24             THE COURT:  Please be seated.

25             Remember:  They're standing because you just
```

1    arrived, so they can't sit down until you sit down.  So come

2    in and take your seats.  Thank you very much.

3              Good morning, members of the jury.

4         **JURORS:**  Good morning.

5         **THE COURT:**  Thank you.

6              Madam Clerk, please remind the witness.

7         **THE CLERK:**  I would like to remind you:  You are

8    still under oath, and would you restate your name again for

9    the record.

10        **THE WITNESS:**  Yes.  Jeffrey Scott Hartlove.

11   Hartlove is H-A-R-T-L-O-V-E.

12        **THE COURT:**  Thank you.

13             Mr. Cunningham?

14        **MR. CUNNINGHAM:**  Thank you, Judge Quarles.

15                 **JEFFREY SCOTT HARTLOVE**

16      **WAS PREVIOUSLY DULY SWORN TO TELL THE TRUTH**

17              **DIRECT EXAMINATION (CONT.)**

18   **BY MR. CUNNINGHAM:**

19   Q.   Detective Hartlove, when we concluded our session

20   yesterday afternoon, we were talking about events in the time

21   frame around September 25th of 2008, and I want to continue

22   there.  You were examining, at the time, Exhibit 2b/3, and, as

23   you recall, this was a discussion of items that had been found

24   in a vehicle that was impounded pursuant to an arrest of

25   Defendant Fuertes on the 24th of September.  Do you recall?

1    A.    Yes.

2    Q.    And this was the third exhibit showing examples of cards.

3          Now, approximately how many cards of this type did

4    you find in the vehicle in total?

5    A.    I would estimate it to be between 500 to 700 business

6    cards.

7    Q.    And so the exhibits that you previously examined, b/1 --

8    excuse me -- that's 2b/1, 2b/2, and then 2b/3, are these

9    simply representative samples of the cards that you saw in the

10   car?

11   A.    Yes.

12   Q.    And, if you look at the two cards in 2b/3, do you see a

13   phone number listed there?

14   A.    Yes.

15   Q.    And can you tell us what that number is.

16   A.    Again, that's ██████-1397.

17   Q.    Now, at that point in the investigation, had you

18   identified yet the subscriber to the phone number that ends in

19   1397?

20   A.    Yes.

21   Q.    And, again, what was the subscriber for that number?

22   A.    Again, it came back to Amparo, and it was ████

23   ██████████.

24   Q.    Okay.  Now, the last thing is Exhibit 2e that I want to

25   show you from the -- something that was seized from the car.

1    Do you remember there was a little disk that -- the type

2    that's put in a camera?

3    A.   That's correct.

4    Q.   And was this an image that you were able to obtain from

5    the disk and print out?

6    A.   Yes.

7    Q.   And do you recognize who is depicted in this image?

8    A.   The photo in the image, the male is Kerlin Fuentes, and

9    the female appears to be the little girl with -- belonging, or

10   the mother to Rebeca --

11   Q.   And did you --

12   A.   -- Dueñas.

13   Q.   -- personally have any contact with that little girl at

14   any time during late September of 2008?

15   A.   Yes.

16   Q.   And please tell us what the nature of that contact was.

17   A.   Again, on that -- when we went back out to that address

18   at 5:30 on the -- it would be the 26th.  When Officer or

19   Detective Carraballo and I entered the apartment, we, speaking

20   with the gentleman, again, Mr. Portillo, noticed that he was

21   extremely intoxicated.  Again, we received consent to go

22   through the apartment, and upstairs in the bedroom, just

23   waking up, was the little girl in the upstairs bedroom.

24   Q.   Okay.  Was that the little girl that was depicted in that

25   image?

```
1    A.   Yes.

2    Q.   And was she subsequently identified?

3    A.   She was identified.

4    Q.   And who was she?

5    A.   Again, the mother was Rebeca.  Her name was -- I think

6    it's ███████████.

7    Q.   That being the little girl you're referring to?

8    A.   Yes.

9    Q.   Okay.  You recall yesterday Government Exhibit 4m was a

10   cell phone that was seized during a search of █████████████?

11   A.   Yes.

12   Q.   And you remember getting information, including contact

13   information, from this phone?

14   A.   Yes.

15   Q.   And do you recall if the number that you just identified

16   from one of the business cards -- the 1397 number -- was found

17   on that phone?

18   A.   One of the business cards?  Yes.

19   Q.   Yes.  Now, we covered the automobile because it was

20   actually taken into custody by authorities before Mr. Fuertes'

21   arrest; is that right?

22   A.   Correct.

23   Q.   All right.  Let's talk about his arrest by you.  When was

24   the date of that again?

25   A.   The date of arrest was on the 25th of September 2008.
```

Direct Examination of Jeffrey Scott Hartlove

1    Q.   And this was the occasion when you went with other

2    officers to the vicinity of a -- sort of a Quik Mart, or

3    something of that nature?

4    A.   That's correct.  Pantry One.

5    Q.   And, on that occasion, did you take --

6              MR. CUNNINGHAM:  Excuse me one moment, Your Honor.

7    Q.   Detective Hartlove, in addition to the items that we

8    identified from the Nissan Altima, do you recognize

9    Exhibit 2c?

10   A.   Yes.

11   Q.   And what are they?

12   A.   Again, they were keys that were taken from Fuertes.

13   Q.   These were from him, or from the car?

14   A.   I'm sorry.  From the car.

15   Q.   And these were located somewhere within the car when you

16   did your inventory?

17   A.   Yes.

18   Q.   And, likewise, do you recognize Government Exhibit 2d?

19   A.   Yes.

20   Q.   And would you tell the jury, please, what this is.

21   A.   Again, they were condoms -- Crown condoms that were taken

22   from the vehicle.

23   Q.   Now, are you able to see the particular brand of these

24   condoms?

25   A.   Yes.

1    Q.   What are they?

2    A.   Again, they're Crown -- Crown condoms that make --

3    Q.   In the course of your investigation, did you learn

4    anything particularly significant about Crown condoms?

5    A.   Yes.  In the -- in the Hispanic brothels, we've

6    discovered that, again, that that's how they're purchased, in

7    large quantities, 144.  They usually package them in a

8    freezer-type bag, and that's how they're sold, in bulk, and

9    they're cheaper that way.

10   Q.   Are you aware of whether these brand of condoms are

11   easily obtained in retail establishments?

12   A.   No.

13   Q.   Now, with regard to when you arrested Mr. Fuertes on the

14   25th of September, did you search his person at that time?

15   A.   Yes.

16   Q.   And did you seize anything?

17   A.   Yes.  We seized a phone amongst one thing, and there were

18   several other items.  I don't remember right now.

19   Q.   All right.  I'm showing you now Exhibit 3b.  Do you

20   recognize this?

21   A.   That's correct.

22   Q.   And please identify what that is.

23   A.   It's a phone that was taken from Mr. Fuertes on that

24   date.

25   Q.   Were you able to identify a phone number associated with

1    this particular phone?

2    A.   Yes.

3    Q.   And what was the number?

4    A.   ▆ -- I'm sorry.  ▆▆▆▆-5015.

5    Q.   And we've heard the 5015 number a couple of times already

6    as being significant to your investigation?

7    A.   Yes.

8    Q.   This is Government Exhibit 3a.  Can you tell the jury --

9    it's a little hard because it's in two layers of plastic here,

10   but can you tell the jury, please, what that is.

11   A.   This was the passport from, again, Kerlin Fuentes that

12   was taken from him on that day.

13   Q.   Now, are you able to see and read for the jury, please:

14   What is the name -- actually, let me hand this to you,

15   because, through the plastic, it's kind of hard to read.

16   A.   Again, I apologize for the pronunciation.  I believe

17   it's, again, first name Kerlin, has a middle name of

18   E-S-A-U -- I'll spell it.  The last name is E-S-Q-U-I-V-E-L,

19   and then Fuentes, and it's got his picture there next to it

20   along with a signature of his first name.

21   Q.   And the signature on this passport is essentially what

22   appears to be just a first name; is that right?

23   A.   Correct.

24   Q.   Was Mr. Fuertes with anyone when you took him into

25   custody on September 25th?

1    A.    He was with a -- another subject named Carlos Guzman

2    Herrera.

3    Q.    And was he someone who you had previously had any contact

4    with or was identified in your investigation?

5              **MR. MONTEMARANO:**  Objection.  Relevance.

6              **THE COURT:**  Overruled.

7              **THE WITNESS:**  No.

8    **BY MR. CUNNINGHAM:**

9    Q.    Did you seize anything from Mr. Guzman on September 25th?

10   A.    Yes.  We seized his phone and business cards --

11   prostitution business cards.

12   Q.    I'm going to show you Government Exhibit 3d, and is this

13   the phone that you seized from Mr. Guzman?

14   A.    Yes.  Yes.

15   Q.    Were you able, if you recall, to recover from that a cell

16   phone number?

17   A.    Yes.

18   Q.    And what was the cell phone number on that card?

19   A.    It was ███████-4744.

20   Q.    Now, was that a number that you then essentially sort of

21   kept track of or would periodically in your investigation

22   check to see if there was any connectivity to other numbers?

23   A.    Yes.

24   Q.    And I'm going to show you now Government Exhibit 3e.  You

25   said you retrieved business cards from the individuals?

1    A.    Yes.

2    Q.    Excuse me.  All right.  Actually, let me put up this.

3    Were they a representative -- you see 3e?

4    A.    Yes.

5    Q.    And were these business cards that were on the Defendant,

6    Fuertes, or on Mr. Guzman?

7    A.    This was on Carlos Guzman.

8    Q.    Are these some of the same kind of business cards that

9    you found when you later looked at the vehicle that

10   Defendant Fuertes was operating on the 24th when he was

11   arrested?

12   A.    Yes.

13   Q.    Now, did you, upon taking Mr. Fuertes into custody, get

14   identity information from him?

15   A.    That day?  Yes.

16   Q.    Yes.  I'm going to show you Government Exhibit 3g.  Do

17   you recognize this form?

18   A.    That is a booking form that we use at the Annapolis

19   Police Department at that time, yes.

20   Q.    And was there anything about the identity information

21   that is recorded on this form that was different than any

22   other identity information recorded in other forms relating to

23   Defendant Fuertes within the Annapolis Police Department?

24   A.    Yes.  We discovered, again, he would change his name as

25   well as his date of birth at times.

1  Q.   Have you compared the different booking forms --

2           **MR. MONTEMARANO:**  Objection, Your Honor.  May we be

3  heard at the bench?

4           **THE COURT:**  Yes.  Come up.

5           (Whereupon, the following discussion occurred at the

6  bench.)

7           **MR. MONTEMARANO:**  I apologize, Your Honor, for the

8  delay in my objection.  I should have made it before he

9  answered.  There is no basis for knowledge as to how this

10  information was obtained, if it indeed was obtained from

11  Mr. Fuertes.  He can testify that the forms have different

12  dates.  That's fine.  They're business records, and that's the

13  reason I was holding off on the objection.

14           He testified, however, he changed.  He's, in

15  essence, putting it in my client's lap, and there is no basis

16  for that, and, indeed, Your Honor has excluded his

17  testimony -- I mean, his statements, so I think we've got two

18  problems in terms of that, and I think the Government needs to

19  clean it up, or the Court needs to strike it and instruct the

20  jury to ignore that.

21           **MR. CUNNINGHAM:**  Yes, Your Honor.  It invites one

22  question in terms of -- I suppose clarification to the ruling

23  regarding Fuertes' statements.  To the extent that typically

24  booking information and information gathered in that context

25  is, one, non-custodial and precedes --

1      **THE COURT:**  Right.  Doesn't require warnings.

2          **MR. CUNNINGHAM:**  Doesn't require warnings.  I -- we

3   don't regard it, per se, as a statement that fell under the

4   umbrella, but, second, since it came up now, we were going to

5   address it with the witness who actually arrested Mr. Fuertes

6   on the 24th when he was called, but we were going to ask for

7   some clarification of the ruling, because we had understood

8   that, in particular, when Detective Hartlove testified about

9   the 10 January -- excuse me -- 10 December 2008 encounter that

10  he had with Mr. Fuertes, and they went back to the police

11  station, our recollection was that it had been elicited that,

12  one, it was voluntary, he went there voluntarily, and that the

13  liaison who was actually there that communicated the rights of

14  advisement, so -- excuse me.

15         **MS. YASSER:**  Sergeant Kirchner.

16         **MR. CUNNINGHAM:**  Oh, and it --

17         **THE REPORTER:**  If you would move closer to the mic.

18         **MR. CUNNINGHAM:**  Sorry.  Yeah.  It was

19  Sergeant Kirchner, who is another officer in the police

20  department who speaks Spanish who actually engaged in the

21  translation of the advisement, but, anyway, to come back to

22  the immediate matter, Your Honor --

23         **THE COURT:**  Well, I think Mr. Montemarano is correct

24  just generally as a matter of form.  He cannot present the

25  conclusion that he changed his name.

1          Now, you can obviously lay a foundation of what's

2     the source for the information.  The source is the person who

3     is arrested and booked.  Are there differing names given on

4     each of the different ones, yes, but, again, he can't draw the

5     conclusion that Mr. Fuertes used different --

6          **MR. CUNNINGHAM:**  I understand, Your Honor.

7          **THE COURT:**  Different names on it, and I will grant

8     your motion and grant your -- it's the same objection.  Grant

9     your Motion to Strike, and I will instruct the jury to

10    ignore --

11         **MR. MONTEMARANO:**  Thank you, Your Honor.

12         **THE COURT:**  -- that conclusion.  Okay.

13         (Whereupon, the bench conference was concluded.)

14         **THE COURT:**  Sustained, Mr. Montemarano.

15         Members of the jury, you will ignore -- disregard

16    Detective Hartlove's statement, his assumption actually, that

17    Defendant Fuertes gave different names or used different names

18    or chose to use different names.

19         **MR. MONTEMARANO:**  Or birth dates.

20         **THE COURT:**  Or -- and birth dates.

21         **MR. MONTEMARANO:**  Thank you, Your Honor.

22         **THE COURT:**  Yes.

23    **BY MR. CUNNINGHAM:**

24    Q.   Detective Hartlove, you just examined the booking sheet

25    that is related to your arrest of Defendant Fuertes.  This is

1    Government Exhibit 3g.  In terms of the information that is

2    placed on a booking sheet by Annapolis Police Department,

3    where do you or other officers obtain the information recorded

4    on a booking sheet?

5    A.    From the individual.

6    Q.    These records are maintained by the Annapolis Police

7    Department?

8    A.    Yes.

9    Q.    And did you review records relating to when

10   Officer Cochran had arrested Defendant Fuertes on

11   September 24th?

12   A.    Yes.

13   Q.    And was there a similar booking sheet that had been

14   prepared by Officer Cochran regarding that arrest?

15   A.    Yes.

16   Q.    Did you find a booking sheet relating to an incident on

17   September 23rd?

18   A.    Yes.

19   Q.    And, in the records, did that relate to another traffic

20   stop of Defendant Fuertes?

21   A.    Yes.

22   Q.    Was there the same kind of booking information relating

23   to identity, including dates of birth, that kind of thing --

24   A.    Yes.

25   Q.    -- on that document?

Direct Examination of Jeffrey Scott Hartlove

1    A.    Yes.

2    Q.    And was that pursuant to some law enforcement activity by

3    an Officer Wang in your department?

4    A.    Yes.

5    Q.    And did you also find a similar booking sheet relating to

6    a traffic-related incident from February of 2008?

7    A.    Yes.

8    Q.    And was that a citation or relating to a citation issued

9    to Defendant Fuertes on that occasion?

10   A.    Yes.

11   Q.    And did that include the same kind of booking

12   information -- name, date of birth -- that we just saw on

13   Exhibit 3g?

14   A.    Yes.

15   Q.    Excuse me.  3 -- yes.  3g.

16         And did you have an opportunity to compare the

17   information on those four different booking sheets?

18   A.    Yes.

19   Q.    And was it all the same?

20   A.    Some of it was the same.  Some of it was different.

21   Q.    Now, do you recall the next occasion that you had contact

22   with Defendant Fuertes?

23   A.    Yes.

24   Q.    And what was the date of that?

25   A.    December 10th.

Direct Examination of Jeffrey Scott Hartlove

1   Q.   On that occasion, did you have an opportunity to search

2   Defendant Fuertes?

3   A.   I asked if I -- I asked him if I could go through his

4   wallet at that point.

5   Q.   And, by the way, where did this particular encounter take

6   place?

7   A.   Again, I encountered him about a mile or so away from the

8   police station at a building -- a public building, and asked

9   him to come to the police station after he was done his

10  business.

11  Q.   And did he come to the police station?

12  A.   Yes.

13  Q.   Do you know how he got there?

14  A.   No.

15  Q.   Were you speaking to him with the assistance of someone

16  fluent in Spanish?

17  A.   Yes.

18  Q.   Who was that?

19  A.   Detective Sergeant Hertik, or she also -- married name by

20  Kirchner.

21  Q.   And she's also a member of the Annapolis Police

22  Department?

23  A.   Yes.

24  Q.   And you mentioned that you asked permission to look

25  through some of his personal effects; is that right?

1    A.    That's correct.

2    Q.    And did you, in fact, look through his personal effects?

3    A.    Yes.

4    Q.    Specifically what did you examine?

5    A.    What I saw in his wallet and what I confiscated from his

6    wallet were, again, prostitution cards, as well as a

7    fraudulent Social Security card.

8              MR. MONTEMARANO:  Objection.  Basis for knowledge.

9              THE COURT:  Sustained.  The jury will disregard the

10   conclusion of the officer that he seized a fraudulent Social

11   Security card from the Defendant.

12   BY MR. CUNNINGHAM:

13   Q.    Detective Hartlove, let me start with Government

14   Exhibit 5a.  Do you recognize this particular exhibit?

15   A.    Yes.

16   Q.    And do you see that, on the -- what appears to be a card

17   on the right side, can you see the phone number that's

18   identified on that card?

19   A.    Yes.

20   Q.    And it ends in 8938.  Do you recall having identified

21   that number and associated it with a cell phone that had

22   previously been recovered during this investigation?

23   A.    Yes.  That was the cell phone recovered at ██████████

24   ██████ back on the 26th of September.

25   Q.    And the other business card has the 5015 number.  Can you

1   tell the jury, again, the significance of that number in your

2   investigation.

3   A.   Again, that was the phone that was on his person when he

4   was placed under arrest on the 25th of September, as well as

5   it came up in the investigation of the homicide.

6   Q.   Now, you mentioned a Social Security card.  I'm going to

7   put up on the screen what's marked as Government Exhibit 5b.

8   Is this the card that was in Mr. Fuertes' wallet during your

9   December 10, 2008 encounter?

10  A.   Yes.

11  Q.   Did you in any way endeavor to find any information out

12  about this card -- the number or the name that's on the card?

13  A.   No, I did not.

14  Q.   Do you know if Mr. Fuertes had ever used, in any context,

15  the name Carlos Eduardo Ramirez?

16          **MR. MONTEMARANO:**  Objection.  Basis for knowledge.

17          **THE COURT:**  Well, you will get cross-examination.

18  He either knows, or he doesn't.  Overruled.

19  **BY MR. CUNNINGHAM:**

20  Q.   Do you know?

21  A.   I don't know.

22  Q.   Okay.  Detective Hartlove, what was the next time that

23  you had some contact with Defendant Fuertes?

24  A.   The next time was March 23rd, 2009, approximately 10 --

25  8:30 in the evening.

1    Q.    And what were the circumstances that led to that contact?

2    A.    Again, Detective Carraballo was talking to me and

3    indicated to me that --

4    Q.    Let's not go into necessarily what Detective Carraballo

5    told you, but what prompted you to go to the particular

6    location?

7    A.    Again, Kerlin Fuentes had an outstanding warrant for his

8    arrest.

9    Q.    Okay.  Did you have some reason to think you might find

10   him at the location --

11   A.    Yes.

12   Q.    -- when you went?

13         And what was the location?

14   A.    It was ████████████████████████████████.

15   Q.    We've heard that address before in the context of this

16   investigation, is that right, or have we?

17   A.    Let me see if it's on the business --

18   Q.    Actually, I think we -- was this the first occasion that

19   you had gone to ██████████████?

20   A.    This was the first occasion.

21   Q.    Okay.  It subsequently came up during the

22   investigation --

23   A.    Yes.

24   Q.    -- in a follow-up search, right?

25   A.    That's correct.

Direct Examination of Jeffrey Scott Hartlove

1   Q.   Now, did you find Defendant Fuertes at that location?

2   A.   Yes.

3   Q.   Tell us, please, how essentially you made contact with

4   him on the 25th of March 2009.

5   A.   We went there and knocked on the door -- several knocks

6   on the door.  It was probably two or three minutes later.

7   Mr. Fuentes -- Kerlin Fuentes opened up the door.  We were

8   both in uniform, and we then went inside and placed him under

9   arrest.  The house was dark.  We called for backup officers,

10  and we did a search of the home.  That's --

11  Q.   All right.  Let's -- well, first of all, in terms of

12  sequence, did you have contact with Defendant Fuertes shortly

13  after you entered the location?

14  A.   Yes.

15  Q.   And did you place him under arrest?

16  A.   Yes.

17  Q.   Did you search him at the time?

18  A.   Yes.

19  Q.   Did you recover anything from him during that search?

20  A.   Yes.

21  Q.   Okay.  What was that?

22  A.   Again, it was a Blackberry phone.  It was other items of

23  prostitution.  It was cards.

24  Q.   Now --

25  A.   Playing cards.

Direct Examination of Jeffrey Scott Hartlove

```
1    Q.   -- let me show you first what's marked Government
2    Exhibit 6a.  I'll put it on here, and this is actually sealed
3    in an exhibit folder at this point in time.  Can you see this
4    exhibit --
5    A.   Yes.
6    Q.   -- Detective Hartlove?
7    A.   Yes.
8    Q.   And please describe for the jury what we're looking at
9    here.
10   A.   Again, this is his wallet and, again, his picture in it
11   along with a piece of paper with Spanish writing and a phone
12   number, which indicates ██████-0903.
13   Q.   And, the 0903 number, did that have any significance to
14   you?
15   A.   Yes.
16   Q.   And what was that?
17   A.   Again, having that phone number back from ██████████,
18   going through Rebeca Dueñas Franco's phone address or phone
19   book, again, that's the name associated to Pancho that we
20   heard was involved with the murder.
21   Q.   And was that 0903 number also in the cell phone that was
22   seized at ████████, the one that ended in 8938?
23   A.   Let me -- yes.
24   Q.   You mentioned that the photo in the center was -- is that
25   how Mr. Fuertes looked when you arrested him in March of 2009?
```

1    A.    Yes.

2    Q.    Do you recall if he had any cash on him at the time?

3    A.    He did have cash that was confiscated as well, yes.

4    Q.    Approximately how much money?

5    A.    $696 on his person.

6    Q.    I show you Government Exhibit 6b.  Can you tell the jury

7    what these are, please.

8    A.    These were the playing cards that were on him.  They

9    were -- essentially, when you go in --

10             **MR. MONTEMARANO:**  Objection.

11             **MR. CUNNINGHAM:**  Let me ask --

12             **THE COURT:**  Sustained.

13   **BY MR. CUNNINGHAM:**

14   Q.    Detective Hartlove, in your investigation, did you learn

15   how playing cards may be used in the operation of brothels in

16   the Hispanic community?

17             **MR. MONTEMARANO:**  Objection.

18             **THE COURT:**  Overruled.

19             **THE WITNESS:**  Yes.

20   **BY MR. CUNNINGHAM:**

21   Q.    And how are they used by some brothels?

22   A.    Again, it's --

23             **MR. MONTEMARANO:**  Objection.  Relevance.

24             **THE COURT:**  Overruled.

25             **THE WITNESS:**  Again, it's -- playing cards -- they

1    also use chips, but basically, when a male goes into the

2    brothel, he pays his money.  The money is $30 for 15 minutes.

3    He then is given a card, a chip, a little piece of paper.

4    That chip, that card, that playing card gets turned over to

5    the girl, and that's how the girl, again, knows how many

6    persons she's been with, and then that's how she gets paid.

7    **BY MR. CUNNINGHAM:**

8    Q.   Now, you mentioned that you also seized some cell phones.

9    Was Mr. Fuertes alone at ██████████████ on March 25th of 2009

10   when you went there to arrest him?

11   A.   No.  He --

12   Q.   Did you discover anybody else in the location?

13   A.   Yeah.  Again, the apartment was very dark.  I used my

14   flashlight searching the back right bedroom.  I located two

15   females huddled together with a candle burning over top their

16   head on the shelf.

17   Q.   And where in the room did you locate them?

18   A.   They were just in a closet area.  The closet didn't have

19   a door or anything on it.  The closet was open.  They were

20   just standing inside the closet huddled together.

21   Q.   And, Detective Hartlove, did you or one of your

22   colleagues take any photographs as you were going through the

23   ██████████████ on that occasion?

24   A.   Yes, I did.

25   Q.   Okay.  We'll come back to the photographs in a second.

1    I'm going to show you Government Exhibit 6d/1.  Can you see

2    this well enough to recognize this cell phone?

3    A.   Yes.

4    Q.   And tell the jury, please, where this cell phone came

5    from.

6    A.   It's the Sprint Blackberry that was recovered from Kerlin

7    Fuentes.

8    Q.   And were you able to recover from this phone a number

9    assigned to it?

10   A.   Yes.

11   Q.   And what was the number?

12   A.   Let me look at my notes here.

13              (Witness reviewing exhibit.)

14   A.   ███████-1672.

15   Q.   Detective Hartlove, you've indicated there, you know,

16   looking at your notes.  Is it safe to say, during the course

17   of this investigation, you've seized many, many cell phones?

18   A.   Many cell phones, yes.

19   Q.   And, in terms of being able to associate a particular

20   cell phone with a particular number, do you have them all

21   committed to your memory?

22   A.   No.

23   Q.   Okay.  Now, I want to show you Government Exhibits 6d/2

24   and 6d/3.  These are actually two more cell phones sealed in

25   one exhibit folder here.  Where did these particular cell

1    phones come from?

2    A.    These phones were from the females that were in the

3    apartment.

4    Q.    One of whom was Rebeca Dueñas that you previously

5    identified?

6    A.    Yes.

7    Q.    Do you remember the identity of the other female in the

8    location?

9    A.    Yes.   Jesefa Reyes Rojas.

10   Q.    Were you able to pull telephone numbers from these two

11   cell phones?

12   A.    Yes.

13   Q.    And what were the numbers assigned to those two cell

14   phones?

15   A.    Again, I have Jesefa Reyes or Rojas as ████-7742.   I

16   have Rebeca Dueñas Franco as ████-1397.

17   Q.    With regard to that second number, the one that ended in

18   1397, had you seen that number anywhere prior in the

19   investigation?

20         (Pause.)

21   Q.    Well, let me -- if you can't remember, let me ask you

22   this, Detective Hartlove:  When you got those numbers, did you

23   essentially include them in the universe of numbers that you

24   would be looking for or trying to find associations with as

25   your investigation moved forward?

1    A.    Yes.

2    Q.    Now, you mentioned that you actually took photographs

3    while at that location on March 25th; is that right?

4    A.    Yes.

5    Q.    Okay.  I want to go through some exhibits now and ask you

6    to please describe for the jury what we see.  This is

7    Government Exhibit 6c/1.  It's pretty dark, but can you

8    describe for the jury what's in this image.

9    A.    Yes.  The building there is ███████████████.  It's

10   a four -- four apartments are in there.  You go to the right,

11   and that's how you entered into it.  The bottom apartments are

12   on -- 1 is on the left, 2, and then the upstairs apartment.

13   Q.    And do you remember approximately what time it was that

14   you went to execute the arrest of Mr. Fuertes on the 25th of

15   September?

16   A.    It was at approximately 8:30 p.m.

17   Q.    Okay.  I'm actually going to show you another exhibit at

18   this point in time, Government Exhibit 10a/1.  Is this a

19   daytime shot of essentially the same building?

20   A.    Yes.

21   Q.    If you go back to Exhibit 6c/1, is that essentially how

22   it looked when you and the other officers went the night of

23   September 25th?

24   A.    Yes.

25   Q.    From the outside, were you able to see into the

1    residence?

2    A.   No.

3    Q.   And, if you recall, what level was the apartment on or

4    the unit on that you went to try to find Defendant Fuertes?

5    A.   Again, it was Apartment 1 on the left-hand side as you

6    enter in.

7    Q.   So that would -- was it at ground level?

8    A.   Ground level, yes.

9    Q.   All right.  Let me take you through a number of other

10   images.  This is Government Exhibit 6c/2.  So I want you to

11   just tell the jury, please:  What are you documenting in these

12   images?

13   A.   Again, the Apartment 1, just taking a picture of the

14   outside the doorway.  That's a doorway we're knocking on to go

15   into Apartment 1.  The -- entered to the -- if you look to the

16   left where the sticker is, that's basically how you get into

17   the building.

18   Q.   And, to be clear, these were the pictures taken the night

19   you executed this arrest of Defendant Fuertes?

20   A.   Yes.

21   Q.   Government Exhibit 6c/3?

22   A.   This is the back right bedroom.  Again, that's how it was

23   when we entered.

24   Q.   Between the time that you knocked and the time you were

25   able to enter, can you estimate how long it was?

Direct Examination of Jeffrey Scott Hartlove                    T-II-190

1    A.   I would estimate about, you know, three, four minutes.

2    Q.   In terms of this room, did you seize anything from this

3    room other than the items that you indicated had been taken

4    from Defendant Fuertes when he was arrested?

5    A.   I think, again, the cell phone, we seized; took photos of

6    what was on the table.  The playing cards -- some more playing

7    cards maybe inside the desk.

8    Q.   But, on this occasion, you actually didn't undertake a

9    widespread seizure of --

10              **MR. MONTEMARANO:**  Objection, Your Honor.  Leading.

11              **THE COURT:**  Sustained.

12   **BY MR. CUNNINGHAM:**

13   Q.   Well, let me move on with the images, and I'll ask you in

14   that context.

15              **MR. MONTEMARANO:**  Your Honor --

16   Q.   Do you see Government Exhibit 6c/4?

17              **MR. MONTEMARANO:**  The Court's indulgence so I can

18   consult briefly with Mr. Cunningham?

19              **THE COURT:**  Yes.

20              **MR. MONTEMARANO:**  Thank you.

21              (Counsel conferring.)

22              **MR. MONTEMARANO:**  Thank you, Your Honor.

23              **THE COURT:**  Okay.

24   **BY MR. CUNNINGHAM:**

25   Q.   To continue, Government Exhibit 6c/4, would you describe

1    for the jury, please, what is depicted in this photograph?

2    A.   This is the picture of the closet where the two females

3    were huddled together with the candle burning over top their

4    head.

5    Q.   Now, prior to taking any of these pictures, did you move

6    anything, either place something on a desk, or move something

7    out of a closet, anything like that?

8    A.   No.

9    Q.   Did you take anything off the walls?

10   A.   No.

11   Q.   Did you put anything up over the windows?

12   A.   No.

13   Q.   Do you see, on the right side of this picture, what

14   appears to be some sort of a dark object?

15   A.   Yes.

16   Q.   Can you tell the jury -- elaborate on what exactly that

17   is and where it's located.

18   A.   That object is covering up the window -- the front window

19   to that bedroom on the right.

20   Q.   As you look at it, are you able to recall what that

21   object was?

22   A.   I don't know if it was plastic or some type of cotton

23   sheet or something, but it -- it was -- appears to be plastic,

24   and it was just covering the window -- lower portion of the

25   window.

1    Q.   And, the table, or this little desk that's in the lower

2    right corner, was that in proximity to the mattress we saw on

3    the previous picture?

4    A.   Yes.

5    Q.   Government Exhibit 6c/5, is this a close-up of that

6    table?

7    A.   Yes.

8    Q.   And what's captured in this particular image?

9    A.   Documenting everything on the table -- rubbing alcohol,

10   paper towels, condoms, wipes, water bottles.

11   Q.   You see the phone that's on that table.  Is that one of

12   the phones that you seized?

13   A.   Yes.

14   Q.   And that has been previously admitted as a Government

15   exhibit?

16   A.   Yes.

17   Q.   Okay.  Just actually to take a moment, you mentioned

18   towels and wipes.  In the course of your investigation, did

19   you go into a number of brothels or areas that were being used

20   as brothels?

21   A.   Yes.

22   Q.   And would you commonly find things that --

23             **MR. MONTEMARANO:**  Objection.  Leading.

24   Q.   What kind of things would you commonly find when you

25   would go into those locations?

Direct Examination of Jeffrey Scott Hartlove

1    A.   We would find paper towels, rubbing alcohol, condoms,

2    spray bottles, the chips, cards, playing cards.

3    Q.   Okay.  Let me show you Government Exhibit 6c/6.  What's

4    this picture of?

5    A.   This is the bedroom on the left, the two-bedroom

6    apartment.  This would -- this is the bedroom on the left.

7    Q.   In addition to the mattress, do you recall if there was

8    any other furniture in that room?

9    A.   Again, if you look to the right, there is a table that

10   was also in the room.

11   Q.   6c/7, is this another photograph in that same room?

12   A.   Yes.  It's depicting that the windows are covered up with

13   blankets and sheets and --

14   Q.   Did you determine that, in fact, there were windows

15   behind what appears to be a sheet and whatever that other

16   object is?

17   A.   Yes.  They were windows.

18   Q.   Do you recall whether there were any lights in this room?

19   A.   We were using our flashlights.  There was no lights.

20   Q.   Government Exhibit 6c/8, would you tell the jury what

21   this photograph is.

22   A.   Again, this is a -- the table that's in the same room,

23   depicting what's on the table -- the paper towels, water

24   bottle, wipes.

25   Q.   6c/9, is this the same table you just described?

1    A.   Yes, and showing the closet.

2    Q.   And the closet's in the background there?

3    A.   Yes.

4    Q.   What is Exhibit 6c/10?

5    A.   Again, this is that same closet, and inside there is a

6    suitcase, a very minimum -- no items hanging up other than,

7    looks like, towels, maybe a shirt, but --

8    Q.   This is Government Exhibit 6c/11.  Is this also a

9    photograph from within ████████████ on March 25th of 2009?

10   A.   Yes.  The doorway is to the left of that chair, and

11   that's the living area as you enter.

12   Q.   Do you recall if there were any -- now, in addition to

13   the chair in this picture, do you recall if there were any

14   other pieces of furniture other than that -- what appears to

15   be a table on which some televisions are sitting?

16   A.   On that back side where -- taking the photograph, there

17   was a couch.

18   Q.   This is Government Exhibit 6c/12.  What's this

19   photograph?

20   A.   Again, these are items that were removed off of

21   Kerlin Fuentes.  Other than the Motorola phone, it's the

22   money, tops papers.  Again, he had the Blackberry, and the

23   card, and these are some of the items from his wallet over

24   here to the left, as well as to the right.

25   Q.   Did you put these items back in his wallet as we examined

Direct Examination of Jeffrey Scott Hartlove

```
 1      them in the earlier exhibit?

 2      A.   Yes.

 3      Q.   Now, Government Exhibit 6c/13, would you tell the jury,

 4      please, what this is a picture of.

 5      A.   Again, that's the couch.  The doorway is off to the

 6      right.  You see the officer in the background.  He is coming

 7      from a little kitchen area.

 8      Q.   You mentioned that there were two women.  Do you remember

 9      the identity of the woman who is in this picture?

10      A.   That's Jesefa -- Jesefa Reyes Rojas.

11      Q.   And, Government Exhibit 6c/14, is this a close-up of the

12      same woman?

13      A.   Yes.

14           MR. CUNNINGHAM:  Excuse me one second.

15      Q.   This is Government Exhibit 6c/15.  Do you recognize the

16      person in this picture?

17      A.   Yes.

18      Q.   Who is that?

19      A.   Rebeca Dueñas Franco.

20      Q.   And was this taken that same night you went to ██████████

21      ██████  to arrest Mr. Fuertes?

22      A.   Yes.

23      Q.   Government Exhibit 6c/16, would you tell the jury,

24      please, who that is.

25      A.   That's a photo of Kerlin Fuentes -- booking photo.
```

1    Q.   And when was that taken?

2    A.   That night.

3    Q.   Detective Hartlove, I'm going to show you what's marked

4    as Government Exhibit 6f.  Can you tell the jury, please, what

5    that exhibit is.

6    A.   Again, this is a property inventory form that money was

7    seized from Kerlin Fuentes.  Well, again, booked himself in as

8    Kevin Garcia Fuentes, and it was the amount --

9             **MR. MONTEMARANO:**  Objection.  Move to strike.

10            **THE COURT:**  Overruled.

11            **THE WITNESS:**  It was for the amount of $696.

12   **BY MR. CUNNINGHAM:**

13   Q.   And what happened to that money?

14   A.   It's placed --

15   Q.   What did you do with that money?

16   A.   It's placed into evidence.

17   Q.   Do you still have that money?

18   A.   It's in evidence.

19   Q.   Detective Hartlove, earlier you spoke about the booking

20   forms in the Annapolis Police Department when an individual is

21   taken into custody.  I'm going to show you now what's marked

22   as Government Exhibit 1h.  Do you see this document?

23   A.   Yes.

24   Q.   And, looking at it, can you identify when this document

25   was prepared?

1    A.   Yes.  It was prepared on 9/23/2008.

2    Q.   Earlier, you referenced that there had been a traffic

3    citation by Officer Wang.  Is this related to that particular

4    booking?

5    A.   Yes.

6    Q.   And Government Exhibit 1i -- actually, here is the

7    exhibit label -- can you tell the jury, please, what this

8    particular document relates to.

9    A.   Yes.  Same booking form that we were using back at that

10   time.  It was February 20th, 2008.  He was arrested at 1:31

11   hours, and it's a -- for driving without a license by

12   Officer Schreiber.

13   Q.   And is Officer Schreiber also a member of the Annapolis

14   Police Department?

15   A.   Yes.

16   Q.   Now, when you arrested Mr. Fuertes in March, at that

17   time, had you been associating actively in your investigation

18   with agents or members of the Department of Homeland Security?

19   A.   Yes.

20   Q.   Were you aware of what Mr. Fuertes' status was -- his

21   Immigration status?

22   A.   Again, I -- yes.

23   Q.   And did you or do you know if any action was taken

24   regarding his Immigration status at that time?

25   A.   Yes.

Direct Examination of Jeffrey Scott Hartlove

1    Q.   And what was that?

2    A.   Again, there was a -- I guess a deportation hearing set

3    up for him.

4    Q.   Did you personally have anything to do with that,

5    Detective Hartlove?

6    A.   For the hearing itself?

7    Q.   Yeah.  Well, for the entire Immigration proceeding.  Did

8    you personally have anything to do with it?

9    A.   No.

10   Q.   From that point forward until November 15th of 2010, did

11   you have any subsequent encounters in Maryland with

12   Defendant Fuertes?

13   A.   No.

14   Q.   Now, before moving forward to sort of the next event that

15   you were involved in, did there come a point in time that you

16   learned some information about the activities of

17   Defendant Ventura in the May, June, July 2009 time frame?

18   A.   Yeah.  I -- in the 2009?

19   Q.   No.  My question was:  At some point during the course of

20   your investigation, did you learn about activities of

21   Defendant Ventura during the May through August 2009 time

22   frame?

23   A.   No.

24   Q.   Do you remember ever speaking to Rebeca Dueñas after the

25   investigation was essentially taken down in November of 2010?

1    A.    I'm sorry.  Can you repeat your question?

2    Q.    Do you recall having spoken to or interviewed

3    Rebeca Dueñas after this investigation was essentially taken

4    down in November of 2010?

5    A.    Yes.

6    Q.    And did she give you any information that -- well, did

7    she give you any information as to her whereabouts or what she

8    was doing in the May through summer of 2009 time frame?

9              **MR. RUTER:**  Objection.

10             **THE WITNESS:**  Yes.

11             **THE COURT:**  Basis?

12             **MR. RUTER:**  It's going to be hearsay.

13             **THE COURT:**  Overruled.

14             **THE WITNESS:**  Yes.

15   **BY MR. CUNNINGHAM:**

16   Q.    Did you later -- at some point later in time go to any

17   locations that she identified with regard to what was going on

18   or where she was during that time frame?

19   A.    Yes.

20   Q.    Okay.  To be clear, in the May, June, July, August 2009

21   time frame, did you have any contact during that time frame

22   with Defendant Ventura?

23   A.    No.

24   Q.    Did you have any contact during that time frame with

25   Defendant Fuertes?

1   A.   No.

2   Q.   I addressed -- I mentioned the fact that there was a

3   point when you went to locations other than Annapolis,

4   Maryland and took photographs; is that right?

5   A.   That's correct.

6   Q.   All right.  I'm going to show you now what are marked

7   Government Exhibits 7a through 7 -- 7a/1 through 7a/11, and I

8   just want you to tell the jury what these images are.  This is

9   Government Exhibit 7a/1.  Did you take this photograph,

10  Detective Hartlove?

11  A.   Yes.

12  Q.   And what is this an image of?

13  A.   This image is the roadway to ███████████, I guess

14  in the area of ████████████ up near -- if you go to

15  the right, it's Patapsco Avenue.  It's a picture of that

16  roadway.

17  Q.   And where is this particular location in reference to

18  Baltimore or Annapolis?

19  A.   This is Baltimore County.

20  Q.   Okay.  Is it in closer proximity to Baltimore, or

21  Annapolis?

22  A.   I'm sorry.  Baltimore.

23  Q.   Approximately how far from Baltimore City is this

24  location?

25  A.   If you keep on this road, I imagine you could be down on

1    Washington Boulevard, and it would probably be another four --

2    four or five miles at the most.

3    Q.   Is this the south side of Baltimore City?

4    A.   Yes.

5    Q.   Okay.

6    A.   Baltimore -- it's still Baltimore County, but it's south

7    side of Baltimore, yeah.

8    Q.   Okay.  And, Government Exhibit 7a/2, please describe for

9    the jury what this is.

10   A.   This is a picture -- the house that's showing there is

11   ███████████████████████.

12   Q.   And obviously this location had become significant at

13   some point in time later in your investigation?

14   A.   Yes.

15   Q.   All right.  7a/3?

16   A.   Again, the same picture, a little bit closer up.

17   Unfortunately, the van and that -- whatever it is, is blocking

18   the doorway, but it shows the front of the house of ███████

19   ███████████████.

20   Q.   Do you recall if there were other residences or

21   businesses in close proximity to this location?

22   A.   Yeah.  There is -- again, that one picture showed to the

23   right.  It's some type of repair shop.  Also to the right of

24   this is a L A Mart, or a big supermarket.

25   Q.   Let me go back to Government Exhibit 7a/2.  Do you see in

 1     this picture any other residences or dwellings?

 2     A.   I don't see any dwellings.  There is a business off to

 3     the right, and, again --

 4     Q.   Okay.  This is Government Exhibit 7a/4.  What's this

 5     image?

 6     A.   This is entering that front doorway.  The front doorway

 7     is actually the door off to the left, and it's kind of like

 8     a -- well, it's like a front porch area, and this doorway here

 9     goes over to another apartment, so that's what that's

10     depicting.  And, to the right, where actually you can see

11     somebody's elbow, that's another doorway that leads into the

12     main house.

13     Q.   I neglected to ask you this when showing the first image,

14     but do you see a date/time stamp on this photo?

15     A.   Yes.

16     Q.   Can you read that?

17     A.   It was June 30th, 2011.

18     Q.   And was that, in fact, the day you took these pictures?

19     A.   Yes.

20     Q.   Government Exhibit 7a/5, would you describe this photo,

21     please.

22     A.   If you walk back out that front door and go to your

23     right, and it would be -- if you're looking at that front of

24     the house, to the left, this is a apartment off to that

25     side -- off to the left side of that house.

1    Q.   By the way, do you know who owned this residence at the

2    time you were conducting or taking the photographs?

3    A.   Yes.

4    Q.   Who was that?

5    A.   I'm going to spell his first name.  J-O-O-A-N-G (sic),

6    and the last name is Kim, I believe.

7    Q.   I'm going to show you Government Exhibit 7a/6.  Tell the

8    jury, please, what this photo shows.

9    A.   Again, that's, again, going into the main portion of the

10   house, the door shut.

11   Q.   What is 7a/7?

12   A.   That's walking through that door and looking straight

13   into the house.

14   Q.   7a/8?

15   A.   Again, just more of the same floor area.  I believe --

16   may have been the basement.  I'm --

17   Q.   7a/9?

18   A.   Again, it's just looking at the doorways -- different

19   doors inside that house.

20   Q.   Okay.  What's depicted in 7a/10?

21   A.   That is -- as you walk straight into the house -- and,

22   again, the -- opens up to I guess a living room area.  To the

23   left is, again, a doorway, but over top the doorway is a heat

24   register.

25   Q.   And, finally, Exhibit 7a/11?

1   A.   Again, going into the main house off to the right, and

2   there is a downstairs basement area.

3   Q.   Detective Hartlove, were there any other locations that

4   you identified as significant in your investigation during the

5   summer of 2009?

6   A.   Yes.

7   Q.   And what was the other location?

8   A.   ███████████.

9   Q.   And where is that location located?

10  A.   In Baltimore City.

11  Q.   How close is it to the ███████████ location you

12  just talked about in these photographs?

13  A.   I would estimate it probably about five miles, again, if

14  you continued down ███████████ and come right into

15  Washington Boulevard and make a left.

16  Q.   I'm going to show you Government Exhibit 8a/1.  Do you

17  recognize this photograph?

18  A.   Yes.  That's a house on ███████████.

19  Q.   And it, too, has a date/time stamp on it.  Is this a

20  picture that you took?

21  A.   Yes.

22  Q.   And was that the date that you took this image on -- I

23  guess it's October 20th of 2011.

24  A.   Yes.

25  Q.   And, Government Exhibit 8a/2, that's just a close-up of

1    the same thing depicted in 8a/1?

2    A.    Yes.

3    Q.    Detective Hartlove, did you become aware of some law

4    enforcement activity by members of the Annapolis police force

5    on September 1st of 2009?

6    A.    Yes.

7    Q.    What was it that you learned in the course of the

8    investigation?

9    A.    Again, it was a day or two later after officers --

10   Detective Hertik came to me.  I went and followed --

11   understood that they made an arrest -- several Annapolis

12   police officers made an arrest out at ███████████████.  When

13   they made the arrest at ██████████████, they also did a

14   follow-up and also made an arrest down at ████████████████

15   ████████████████.  Again, this was September 1st, 2009.

16   Q.    All right.  I'm going to show you Government

17   Exhibit 9a/17.  Do you recognize this picture?

18   A.    Yes.

19   Q.    Is this a picture that you took this March?

20   A.    Yes.

21   Q.    And what's depicted in this photo?

22   A.    This is ██████████████.  This is ██████████████.

23   Q.    Are you able to see the ██████████████████ in this image?

24   A.    ██████████████, and this is ██████████████.

25   Q.    I'm sorry.  Okay.  The one in the background there that

1    you marked is ██?

2    A.   Yes.

3    Q.   Okay.

4    A.   Do you want me to clear it?

5    Q.   Yes, please.

6         All right.  I'm going to show you now Government

7    Exhibit 9a/18.

8    A.   That is me, again, walking further ahead in between the

9    two buildings, and this is ████████████.

10   Q.   Okay.  Is this one of the buildings to which officers

11   went on September 1st of 2009?

12   A.   Yes.

13   Q.   And did you learn what the purpose was for the law

14   enforcement activity on that date?

15   A.   Yes.

16   Q.   And what was it?

17   A.   They had an arrest warrant for Kerlin Fuentes, and they

18   were seeing if he was at that location, at ██.

19   Q.   Did you learn whether they found him there or not?

20   A.   No, they did not find him there.

21   Q.   You mentioned that there was some additional activity at

22   another location; is that right?

23   A.   Correct.

24   Q.   And what was the other location?

25   A.   ████████████████████████████████████.



```
 1    Q.   Now, this was a location that you previously testified
 2    about; is that right?
 3    A.   Yes.
 4    Q.   I'm going to show you Government Exhibit 10a/16.  Do you
 5    recognize this image?
 6    A.   Yes.  That's, again, a daytime photo that I took on
 7    March 12, 2003, or 2013, and this is just the front of ████
 8    ██████████████████.  Again, you enter going to the right.
 9    Q.   And, Government Exhibit 10a/17, is this a close-up you
10    took of the same location?
11    A.   Yes, ████████████████.
12    Q.   Detective Hartlove, are you aware that your colleagues
13    conducted any actual law enforcement activity in either of
14    those locations?
15    A.   I'm sorry.  Can you repeat your question?
16    Q.   Did you learn that your colleagues in the police
17    department conducted law enforcement activities in either of
18    those locations?
19    A.   Yes.
20    Q.   And, generally speaking, what did they do?
21    A.   They made an arrest out at ████████████████ on three
22    individuals, and made one arrest at ██████████████████████
23    ████████████████.
24    Q.   Do you know if they actually conducted searches when they
25    were in either of those locations?
```

 1    A.   Yes.

 2    Q.   And was evidence seized from those locations?

 3    A.   Yes.

 4    Q.   Detective Ventura, did you -- excuse me.  Detective

 5    Ventura.  Apologize.

 6         Detective Hartlove, did you have contact with

 7    Mr. Ventura in September of 2009?

 8    A.   No.  Oh, I'm sorry.  Later -- later in that

 9    September 2009, yes.

10    Q.   Tell the jury, please, what the circumstances were of

11    that contact.

12    A.   It was approximately 5:56 in the evening.  Again, there

13    was an arrest warrant for German Ventura through Washington,

14    D.C., and I made contact with him in the area of ██████

15    ███████████████, and this was on September 24th, 2009.

16    Q.   Now, Detective Hartlove, you mentioned that, earlier in

17    that month, the 1st of September, your officers -- other

18    officers went to the ████████████ location.  Did you, in

19    the course of your investigation, have contact with anyone

20    else who occupied that same building?

21    A.   Of ██████████?

22    Q.   Yes.

23    A.   Yes.

24    Q.   The ██████████████ location.

25    A.   Yes.

1    Q.   Who was that?

2    A.   Officers that responded out to ███████████?

3    Q.   No.  Anyone else who lived at that same location.

4    A.   Oh, yes.  The Escobars.

5    Q.   Okay.  And what were the circumstances that resulted in

6    that contact?

7    A.   The --

8    Q.   Well, let me ask it this way:  Did the Annapolis Police

9    Department receive any calls regarding complaints from anyone

10   else at ████████████?

11            MR. RUTER:  Objection.

12            THE COURT:  Basis?

13            MR. RUTER:  It's going to be hearsay.  Your Honor.

14   We don't know if it's relevant or not.

15            THE COURT:  Overruled.

16            THE WITNESS:  The -- the Escobars did contact the

17   police department on several occasions after the arrest of the

18   one individual at ██████████████████.

19   BY MR. CUNNINGHAM:

20   Q.   Okay.  Were you personally involved in anything to do

21   with the woman who was arrested at ███████████ on

22   September 1st of 2009?

23   A.   No.

24   Q.   Are you aware of whether information was pulled to try to

25   show any kind of --

1              **MR. MONTEMARANO:**  Objection.

2              **THE COURT:**  Basis?

3              **MR. MONTEMARANO:**  May we be heard at the bench?

4              **THE COURT:**  Sure.  Come up.

5              (Whereupon, the following discussion occurred at the

6      bench.)

7              **MR. MONTEMARANO:**  Counsel certainly is aware that

8      the Court is inclined to allow a measure of, for lack of a

9      better term, harmless leading so as to expedite matters.  I

10     suggest, most respectfully, that the question Mr. Cunningham

11     was beginning to phrase has passed the level of leading and

12     goes directly to testimony.

13             He can ask what they sought information about, but

14     he was telling the detective what they were seeking

15     information about.  There is only one answer to that

16     question -- yes, unless of course the answer is no.

17             **THE COURT:**  Well, you have an advantage over me,

18     because I don't know what the question was.  What was the

19     question going to be?

20             **MR. CUNNINGHAM:**  Judge, I was basically asking --

21     where I'm going with this, first of all, the Escobars are

22     going to be called as witnesses, so I simply wanted to

23     establish that they had received information and that they

24     then looked into trying to find out whether there was contact

25     between numbers that they associate with the Defendant, the

1    Defendants, and the people who had made the calls -- the

2    complaint calls.

3            **MR. MONTEMARANO:**  Mr. Cunningham was cut off by me

4    and with my objection at the word "about," as in, did you

5    obtain information about.  That's testimony.

6            **THE COURT:**  Well, actually, the question was:

7    "Q.  Are you aware of whether information was pulled to try to

8    show any..."

9            **MR. MONTEMARANO:**  Oh, excuse me.  Well, that's the

10   "about" I'm talking about.  I'm sorry.  Your Honor has the

11   advantage over me having the screen with the words.  I suggest

12   that he was looking for an affirmative answer regarding

13   information that he was going to give the detective as opposed

14   to asking an open question.

15           **THE COURT:**  Okay.  Don't testify.

16           **MR. CUNNINGHAM:**  Yes, Your Honor.

17           **MR. MONTEMARANO:**  Thank you, Your Honor.

18           **THE COURT:**  Thank you.

19           (Whereupon, the bench conference was concluded.)

20   **BY MR. CUNNINGHAM:**

21   Q.   Detective Hartlove, did you try to gather any information

22   relative to the calls received from these other occupants of

23   ███████████████?

24   A.   Yes.

25   Q.   And what kind of information was that?

```
 1    A.    The information they provided was a phone number.

 2    Q.    All right.  I'm going to show you Government Exhibit 11.

 3    Do you recognize what this document is?

 4    A.    This is incoming/outgoing calls to the Escobars' phone

 5    number, to the phone number ████-0903.

 6    Q.    And, again, the significance of the 0903 number is what?

 7    A.    Again, that number was given or that number goes back to

 8    the name of Pancho, and that was in the ████████ phone

 9    book to Rebeca Dueñas, and, again, Pancho was a suspect in the

10    homicide.

11    Q.    Okay.  Let's move to September 24th of 2009.  You said

12    there was an outstanding arrest warrant for Defendant Ventura.

13    A.    Yes.

14    Q.    And did you have contact with him on that day?

15    A.    Yes.

16    Q.    And where was that?

17    A.    Again, I first made contact with him at the scene of ██

18    ██████████.  There is a little alleyway next to the

19    house.

20    Q.    I'm going to put Government Exhibit 13e on the screen.

21    Do you recognize this photo?

22    A.    Yes.  This is the house, ████████████.  The

23    little alleyway is the little driveway right there near the

24    speed sign.

25    Q.    And, more specifically, within Annapolis, Maryland, where
```



1    is ███████████?

2    A.   Again, that's in the Eastport Section.

3    Q.   And, in terms of -- is ███████████ one of the main

4    roads within Eastport?

5    A.   Yes.  On --

6    Q.   Are there any other sort of buildings or landmarks in the

7    vicinity of ███████████?

8    A.   Yes.  There is a post office that's four houses away from

9    this one.

10   Q.   Now, had you previously identified ███████████ as a

11   location of interest in your investigation?

12   A.   Previously?  No.

13   Q.   Yes.

14   A.   No.

15   Q.   As a result of having encountered Mr. Ventura at that

16   location, did you continue to investigate the location?

17   A.   Yes.

18   Q.   What, if any, kind of observations did you make at ████

19   ███████?

20   A.   I -- after the arrest, Ventura was transported to the

21   police department by two other officers.  I then did a

22   surveillance of the area.  I then located a couple vehicles

23   out front.  I wrote down the tag numbers.  I did locate

24   Mr. Ventura's Astrovan that was parked up towards the post

25   office, as well as located another vehicle that was

1    unregistered parked out in front of the residence.

2           Afterwards, I continued to do surveillance for up to

3    December on that location.  I observed vehicles pull up,

4    observed Hispanic males get out, walk to the back of the

5    building.

6           **THE REPORTER:**  I'm sorry.  You observed vehicles

7    pull up?

8           **THE WITNESS:**  I observed vehicles pull up, park in

9    front of the house, or near the house, several Hispanic males

10   get out of vehicles, and walk to the rear of the building.

11   **BY MR. CUNNINGHAM:**

12   Q.   Did you ever search Defendant Ventura on September 24th

13   of 2009?

14   A.   Yes.

15   Q.   And when, in relation to the time you arrested him, did

16   you search him?

17   A.   It was back at the station.

18   Q.   Was he permitted to keep all of his personal effects

19   about him until he was transported back to the station?

20   A.   The two phones were taken from the officers on the scene,

21   and, yes, he was -- as long as he didn't have any weapons, he

22   was allowed to keep what he had on him until he went back to

23   the station, and then he was searched more thoroughly.

24   Q.   Do you remember if, on that occasion, you found any cash

25   on Mr. Ventura?

1    A.    Yes.

2    Q.    I'm going to show you Government Exhibit 13a.  First of

3    all, at the bottom of this form, do you recognize your own

4    signature?

5    A.    Yes.

6    Q.    And we had seen a similar form relative to

7    Defendant Fuertes' March of 2009 arrest; is that right?

8    A.    Yes.

9    Q.    And what's reflected on this particular form?

10   A.    Again, this is a property inventory form of the Annapolis

11   Police Department that we were seizing the money from him.

12   Q.    How much money was seized from him?

13   A.    $859.

14   Q.    Was that the full amount of money that was on his person

15   when he was arrested?

16   A.    Yes.

17   Q.    And where is this money now, Detective Hartlove?

18   A.    It was placed into evidence.

19   Q.    Detective Hartlove, I'm going to show you an envelope

20   that I'm going to put an exhibit label on as Exhibit 13e.  Do

21   you recognize what these assorted paper documents are in this

22   particular envelope?

23   A.    If you can turn it.  It's upside down.

24          These paper items were items --

25          **MR. RUTER:**  Objection, Your Honor, as to an opinion.

 1   Q.   Were these items seized from Mr. Ventura's person?

 2   A.   Yes.

 3   Q.   All right.  Now, did you actually take individual photos

 4   of the items that are in this plastic packet?

 5   A.   Yes.

 6          **MR. CUNNINGHAM:**   Your Honor, I misspoke.   This is

 7   marked Government Exhibit 13f, the packet with all of the

 8   items.

 9   Q.   Detective Hartlove, let me show you Government

10   Exhibit 13b/1.  Is this a photocopy of one of the paper items

11   or documents that was included in this plastic evidence

12   envelope marked Government Exhibit 13f?

13   A.   Yes.

14   Q.   Can you see at the top of this document any notations,

15   either letters or words that are legible to you?

16   A.   Yes.

17   Q.   What in particular do you see -- actually, I'm pointing

18   to right now -- do you -- can you read that word?

19   A.   Yeah.   ███████.

20   Q.   Now --

21   A.   ██████.

22   Q.   I'm sorry?  What?

23   A.   ██████.

24   Q.   How does it appear to be spelled to you?

25   A.   ████████, or █████████.

1    Q.   And, in the course of your contact with members of the

2    Hispanic community, did you hear how they pronounced the

3    ███████████████?

4              **MR. MONTEMARANO:**  Objection.

5              **THE WITNESS:**  Yes.

6              **THE COURT:**  Sustained.

7    **BY MR. CUNNINGHAM:**

8    Q.   Do you see other annotations on here in terms of what

9    appears to be a word there and a word there?  Can you read

10   those?

11   A.   Yeah.  Lunes --

12             **MR. RUTER:**  I object to his reading it.  The jury

13   can see them for themselves.

14             **THE COURT:**  Overruled.

15             **THE WITNESS:**  Lunes and Brenda.

16   **BY MR. CUNNINGHAM:**

17   Q.   And, below that, what do you see?

18   A.   Numbers.

19   Q.   Do you see any other what appear -- any other information

20   on there that was familiar to you based on your investigation?

21   A.   Two -- two other items.

22   Q.   What are those?

23   A.   Well, 61 times 15 is significant to me, and ████████████

24   down at the bottom.

25   Q.   Detective Hartlove, had you learned at that point in the

1    investigation how much --

2              **MR. MONTEMARANO:**  Objection.

3              **THE COURT:**  Basis?

4              **MR. MONTEMARANO:**  Leading.

5              **THE COURT:**  Overruled.

6    **BY MR. CUNNINGHAM:**

7    Q.   Had you learned in the operation of the brothel how much

8    men paid for sex with one of the women?

9              **MR. RUTER:**  Objection.

10             **MR. MONTEMARANO:**  Objection.

11             **THE COURT:**  Overruled.

12             **THE WITNESS:**  Yes.

13   **BY MR. CUNNINGHAM:**

14   Q.   And what was that?

15   A.   It was $30 per 15 minutes.

16   Q.   Government Exhibit 13b/2, is this a photocopy of another

17   one of those documents in 13f?

18   A.   Yes.

19   Q.   Likewise, do you see information on this page that was

20   either familiar to you or relevant to your investigation?

21   A.   Again, yes.  The numbers down towards the bottom, the

22   line across, like 137, as well as 97 times 15.

23   Q.   Detective Hartlove, by this point in your investigation,

24   had you become or do you know what a tally sheet is?

25   A.   Yes.

1    Q.    What's a tally sheet?

2              **MR. RUTER:**   Same objection, Your Honor.

3              **THE COURT:**   Overruled.

4              **THE WITNESS:**   Tally sheet is, again, how to -- who

5    you're paying and -- who you're paying and how much you're

6    paying to, writing down the figures.   It was clear to me that

7    this was a tally sheet.

8    **BY MR. CUNNINGHAM:**

9    Q.    I'm going to show you 13b/3.   Is this a copy of another

10   one of the documents in that exhibit you just saw?

11   A.    Yes.

12   Q.    Detective Hartlove, you've already testified you don't

13   know Spanish.   Do you know the days of the week or the letters

14   corresponding to the days of the week in Spanish?

15   A.    I -- I know that I recognize it to be that.   I don't know

16   them *per se*, but, yes, I recognize that.

17   Q.    And what is it that you're referring to that you

18   recognize?

19   A.    The "L=22," "M=20," "M=19," I -- 16, that recognizes the

20   days of the week.

21   Q.    Government Exhibit 13b/4, are these copies of other

22   documents that were seized from Mr. Ventura?

23   A.    Yes.

24   Q.    What is the document in the top left corner?

25   A.    The top left corner was identified to come back to a

1    vehicle listed to where Mr. German Ventura lived at, ████

2    ████.  It's a cancellation for the tags.

3    Q.   Were there any other items on Exhibit 13b/4 that were of

4    any significance?

5    A.   Again, it's hard to read, but I think it would be -- one

6    up to the top right was from Virginia; Norfolk area, I

7    believe.

8    Q.   You're referring to what appears to be a 7-Eleven

9    receipt?  This is the top right?

10   A.   Yeah.  I believe that was from Norfolk, and I can't see

11   the bottom.

12   Q.   I'm going to hand you Government Exhibit 13b/4, if you're

13   able to see it any more clearly.

14   A.   Yeah.  These are just the receipts, and, yes, Norfolk is

15   from the 7-Eleven down there, as well as some other local

16   establishments.

17   Q.   Detective Hartlove, in September of 2009, had any

18   activity in Virginia been the focus of your investigation?

19   A.   No.

20   Q.   Did it become part of the investigation?

21   A.   Yes.

22   Q.   I'm going to show you Government Exhibit 13b/5.  Are

23   these also copies of those documents?

24   A.   Yes.

25   Q.   Can you see any information on this particular document

1    that had significance to your investigation?

2    A.   The ███████████████, the number, I believe, came back

3    in the investigation.

4    Q.   Is this the -- I'm going to point to -- is this the

5    document you're referring to?

6    A.   Yes.

7    Q.   And do you recall, or, if I hand you -- if I hand you

8    Exhibit 13f, are you able to describe with any more

9    particularity what that document is?  Not the copy of it, but

10   the original document?

11   A.   The -- I'm sorry.  You said the piece of paper with the

12   ████ number?

13   Q.   Yes.  It ends in 9537.

14   A.   Yeah.  Again, that -- that number was the number that

15   Fuentes was in possession of back on 3/25/2009.

16   Q.   On the occasion of his arrest?

17   A.   Yes.

18   Q.   All right.  13b/6, are these copies of more documents

19   that were in Mr. Ventura's possession when he was arrested?

20   A.   Yes.  His Maryland license and some other document --

21   business cards.

22   Q.   Now, 13c, do you recognize this document?

23   A.   This was also another document with his face on it with a

24   different name than German Ventura.

25   Q.   Did you actually recover the original of this document --

1    of this particular identification card?

2    A.   Yes.

3    Q.   I'm going to put Government Exhibit 13c, the original, on

4    the screen here.  Can you see the name that's on this

5    identification card from where you are?  It's in the plastic.

6    I don't know if you can read it there.

7    A.   Go from my report.

8    Q.   Well, let me hand it to you, Detective Hartlove, and I

9    will recover Exhibit 13f.

10   A.   Apologize again for the name.  It's ███████████████

11   ████████████████ with a date of birth of ███/73 -- 1973.  It

12   says under that, "Mexicana."

13   Q.   Do you recognize the image that is on that document?

14   A.   Yes.

15   Q.   Whose image is that?

16   A.   German Ventura.

17   Q.   Detective Hartlove, I'm showing you now on the screen

18   Government Exhibit 13d/1.  Do you recognize this exhibit?

19   A.   Yes.  This is the black Sprint Blackberry phone that was

20   taken from German Ventura on the date that he was arrested,

21   9/24/2009.

22   Q.   Were you able to recover a telephone number associated

23   with this particular phone?

24   A.   Yes.

25   Q.   And what was the number?

Direct Examination of Jeffrey Scott Hartlove

1   A.   On the top, ████-7742.

2   Q.   I'm going to show you Government Exhibit 13d/2.  Do you

3   recognize this particular cell phone?

4   A.   Again, this is a Sprint phone LG that was taken from him,

5   and that number came back to ████-0903.

6   Q.   Now, with regard to either of these numbers, again, the

7   0903, you mentioned several times.  Was this a relevant number

8   in the context of your investigation?

9   A.   Yes.

10  Q.   And how about the one that ended 7742?  Have we heard

11  that number before?  Do you recall?

12  A.   I don't believe that came up in the investigation, but I

13  obviously documented it.

14  Q.   Now, did you have an occasion to speak with Mr. Ventura

15  about any of the items that you seized from him when he was

16  arrested?

17  A.   Yes.

18  Q.   And when was that?

19  A.   It was later on that we interviewed him.

20  Q.   We know from your previous testimony about the booking

21  process, that officers try to gather information from

22  individuals.  Did you ask him the same kind of standard

23  information that you ask other individuals who are booked in?

24  A.   Yes.

25  Q.   Did you ask him for a telephone number?

1    A.    Yes.

2    Q.    Did he tell you or did he give you a telephone number?

3    A.    No.

4    Q.    At the point that you were interviewing him, had you

5    already seized the two telephones that have been introduced as

6    Government Exhibits 13d/1 and d/2 from his person?

7    A.    Yes.

8    Q.    And did you say anything to him about his denial of

9    having any telephone?

10    A.    Yes.  I mean, I -- when I interviewed him, yes.  I asked

11    him about the phones.

12          **MR. CUNNINGHAM:**  Excuse me one second, Your Honor.

13    Q.    Let me see if I -- in the course of the booking

14    information, first of all, did you -- you yourself collect the

15    booking information from Defendant Ventura, Detective

16    Hartlove?

17    A.    I have to look at my notes.  I don't -- I can't recall if

18    the other officers gathered the booking information or not.

19    Q.    Okay.  And, when you actually interviewed him, were you

20    assisted by any other officers from the police department?

21    A.    When I interviewed him?  Yes.

22    Q.    Yes.  Who was it that was assisting you?

23    A.    Again, it was Joe Hudson when I interviewed him.

24    Q.    And Joe Hudson is your Hispanic liaison for the police

25    department?

1    A.    Yes.

2    Q.    Was he speaking to the Defendant in Spanish?

3    A.    No.

4    Q.    Was he translating things that you were saying to the

5    Defendant?

6    A.    No.

7    Q.    Did you advise Mr. Ventura of his rights prior to asking

8    him questions -- substantive questions regarding your

9    investigation?

10   A.    Yes.

11        **DEFENDANT VENTURA:**   Uh-uh.

12   Q.    Did you or -- excuse me.

13        Did Mr. Hudson translate those -- the rights

14   advisement into Spanish for Mr. Ventura?

15   A.    No.

16   Q.    Do you -- did Mr. Ventura answer -- well, first of all,

17   did you ask him if he understood you when you advised him of

18   his rights?

19   A.    Yes.

20   Q.    And did he respond to you in English?

21   A.    Yes.

22   Q.    Were you able to communicate with him in English at the

23   time?

24   A.    Yes.

25   Q.    Did he indicate to you that he was willing to answer your

1    questions and essentially waive the rights that are afforded

2    to him under the Constitution and answer your questions?

3    A.   Yes.

4    Q.   Now, to go to the question -- at that point in time, you

5    had -- you knew about the seizure of these two cell phones

6    from his person at the time of his arrest?

7    A.   Yes.

8    Q.   And do you know if you provided a telephone number when

9    he was essentially booked?

10   A.   I don't believe he did, but I have to look at the booking

11   sheet to make sure.

12   Q.   Okay.  Did you ask him about having a telephone number at

13   which he could be contacted?

14   A.   Yes.

15   Q.   And what did he tell you?

16   A.   He said he didn't have one.

17   Q.   In the context of that, did you ask him anything about

18   the fact that he had two cell phones on his person when he was

19   arrested?

20   A.   Yes.

21   Q.   And what did he say?

22   A.   He indicated those cell phones don't belong to him.  He

23   said that the Blackberry phone was -- he found it at the

24   Annapolis Mall today, the day that he was locked up, and he

25   says that the other phone belongs to a taxicab driver, and I

```
 1   asked him for the taxicab driver's name, and he could not

 2   provide it to me.

 3   Q.   And, with regard to -- is this the phone -- Government

 4   Exhibit 13d/2, is this the phone that he attributed to a taxi

 5   driver?

 6   A.   Yes.

 7   Q.   And, to remind -- this is the phone to which the

 8   number 0903 was assigned?

 9   A.   Yes.  After search warrant, I obtained that.

10   Q.   I'm sorry.  What?

11   A.   After a search warrant, I obtained that number.

12   Q.   Okay.  You obtained a search warrant to look into these

13   phones with some greater technical capability?

14   A.   Yes.

15   Q.   Did that apply to both of these phones,

16   Detective Hartlove?

17   A.   Yes.

18         MR. CUNNINGHAM:  Your Honor, I note the time, and

19   we're in the examination -- this might be the appropriate time

20   for a mid-morning break.

21         THE COURT:  Very good.  Thank you.

22         Members of the jury, we're going to take the morning

23   break now.  Please remember:  Don't discuss the case among

24   yourselves or with anyone else.  We will resume at 11:45.

25         THE CLERK:  All rise.  This Honorable Court stands
```

1    in recess until 11:45.

2              (Jury excused.)

3              (Recess taken, 11:22 a.m. - 11:44 a.m.)

4         **THE CLERK:**  All rise.  This Honorable Court now

5    resumes in session.

6         **THE COURT:**  Ready for the jury, counsel?

7         **MR. CUNNINGHAM:**  Yes, Your Honor.

8         **MR. MONTEMARANO:**  Yes, Your Honor.

9              (Jury enters.)

10        **THE COURT:**  Please be seated.

11             Please remind the witness.

12        **THE CLERK:**  I'd like to remind you:  You're still

13   under oath.

14        **THE WITNESS:**  Yes, ma'am.

15   **BY MR. CUNNINGHAM:**

16   Q.   Detective Hartlove, you had indicated that -- we

17   concluded with some testimony regarding the cell phones and

18   Mr. Ventura's account of the cell phones in his possession.

19   As a result -- well, first of all, did that inquiry occur in

20   the initial stage of your interview of him?

21   A.   Yes.

22   Q.   The inquiry about whether he had any telephone or

23   telephone numbers assigned to him?

24   A.   Yes.

25   Q.   And, following that, did you ask him any questions about

1    the investigation that you were conducting or matters of

2    interest to you in your investigation?

3    A.   Yes.  Generally, yes.

4    Q.   Did he provide you any information?

5    A.   No.

6    Q.   Did he say he had any information that he could provide

7    you?

8    A.   He said he had information, but he would have to be paid

9    for.

10   Q.   And did you pay him any money?

11   A.   No.

12   Q.   And did you get any information from him during the

13   course of that interview?

14   A.   No.

15   Q.   Now, having identified the phone numbers, you said you

16   obtained a search warrant to obtain information from the

17   phones; is that right?

18   A.   Yes.

19   Q.   And then you obtained the 0903 was the number assigned to

20   one of the phones?

21   A.   Yes.

22   Q.   I'm going to show you Government Exhibit 36a.  Recall

23   your testimony earlier regarding Exhibits 36b and d.  Do you

24   recognize what this document is?

25   A.   Yes.  This is from Sprint.  This is a information back

1    from Sprint referenced to a phone subscriber information.

2    Q.    Okay.  I'm going to hand Government Exhibit 36a to you.

3    This is a multi-page document.  First of all, what information

4    is included in Exhibit 36a?

5    A.    This is the -- I can tell that it was the first one back

6    from Sprint.  They faxed it back to me on October 3rd, 2008,

7    and it was for the subscriber information for ███████-0903.

8    Q.    Did it give subscriber information for a particular

9    period of time associated with that phone number?

10   A.    Yes.  It says the date range was 8/1/2008 to 9/13/2008.

11   It says the account was established on 12/27/2006.

12   Q.    And to whom is the account assigned?

13   A.    It says, "Subscriber's Name:  German Ventura," and then

14   the address ████████████, Capitol Heights, Maryland,

15   20743.

16   Q.    Did there come a time when you sought additional

17   subscriber information associated with that number?

18   A.    Yes.

19   Q.    And, also included in Exhibit 36a, are there other

20   documents showing any other different subscriber information

21   for that particular number?

22   A.    Yes.  Sprint sent a response back from a Court Order.  It

23   was dated on October 5th, 2009.  It's for the subscriber

24   information for the phone number ██████-0903, and it

25   didn't -- the subscriber name or the date range says 9/12/2008

1   to 9/18/2009, and now it lists the subscriber as Amparo de

2   Jesus Gonzalez -- Gonzalez, I believe, ████████████████

3   ████████████, Annapolis, Maryland, 21401, and, again, it says

4   the account was established back on 5/3/2008.

5   Q.   May I please have the document?

6   A.   Here.  I'm sorry.  Here is the rest of it.

7   Q.   Detective Hartlove, let me put up Government Exhibit 36c,

8   and I'm going to open to the second -- first of all, do you

9   recognize this as also subscriber information from Sprint?

10  A.   Yes.

11  Q.   And did you obtain a Court Order to seek this information

12  as well?

13  A.   Yes.

14  Q.   Okay.  On the second page of this document, are you able

15  to determine for what phone number you were seeking subscriber

16  information and the information that was returned to you?

17  A.   Yes.  It was for phone number ██████-9537, and it's

18  listed to Dulce Benitez Ventura, ████████████████████

19  ████████████, Annapolis, Maryland, 21401.

20  Q.   When you asked Mr. Ventura if he had information that was

21  relevant to your interview or inquiry of him the night of

22  September 24th, 2009, the information that he told you he had

23  to be paid for, did he tell you what kind of information he

24  had?

25  A.   No.  I was -- I was talking to him about -- at that

1   point, about murders or shootings, and then he indicated

2   about -- that he knew information about -- also about

3   prostitution and drugs in D.C.

4   Q.   Now, after you arrested him in September of 2009, what

5   kind of law enforcement activity did you continue in relation

6   to this particular investigation?

7   A.   After the arrest of Ventura?

8   Q.   Correct, in the months following his arrest.

9   A.   Again, I continued surveillance at the address of 

10  ▆▆▆▆▆▆▆▆▆▆.

11  Q.   Did you observe Mr. Ventura in proximity to that location

12  at any time after his arrest?

13  A.   I did.

14  Q.   Did you have any further contact with him in the, say,

15  three months following his arrest in late September of 2009?

16  A.   No, I didn't have any contact with him.

17  Q.   What was the next event in the context of your

18  investigation of some relevance?

19  A.   Again, it would be March of 2010 -- March 17th, 2010.

20  Q.   What was the event in particular that you're referring

21  to?

22  A.   Again, it was a call that came in to dispatch about a

23  robbery at ▆▆▆▆▆▆▆; in particular, ▆▆▆▆▆▆▆▆

24  ▆▆▆▆▆▆.

25  Q.   Now, Detective Hartlove, do you recall how this

1    information -- well, first of all, how did the information

2    come to your attention?

3    A.   It came to my attention -- I came into work the following

4    day and learned that they -- some of the detectives as well as

5    Joe Hudson were conducting an interview with someone, and then

6    I was briefed by the supervisors as well as the officers

7    conducting the investigation.

8    Q.   Was there something -- you mentioned earlier the report

9    of a robbery; is that right?

10   A.   Yes.

11   Q.   And was that what sort of precipitated the activity that

12   you were alerted to?

13   A.   Yes.

14   Q.   And what was it that first alerted police to the fact of

15   a robbery?

16   A.   Again, there was a call into the police department of a

17   gentleman calling in a 911 call for the robbery and going to

18   radio and finding out more information about who dialed the --

19   who called it in.  That was documented on a CAD sheet as well

20   as a 911 call.

21   Q.   Let me interrupt you there to explain -- ask you to

22   explain some things.  I'm going to put up Government

23   Exhibit 40c/1A.  Do you recognize what this document is?

24   A.   Yes.  This is information from a CAD call -- a CAD sheet

25   from the Annapolis Police Department.

1    Q.   And, when a 911 call is made to the police department,

2    how is this document generated?

3    A.   Again, if it's a 911 call, obviously if someone's phone

4    dials 911, it's registered on 911, and that phone number is

5    then automatically entered into our CAD system.  Those notes

6    down at the bottom are from the dispatcher, and, again, the

7    phone number that's in the middle is, automatic, generated

8    from the 911 call screen that goes right into the CAD.

9    Q.   Looking at your screen, are you able to determine the

10   number from which this 911 call was made?

11   A.   Yes.   ███████-3124.

12   Q.   We'll come back to it in a minute, but, on -- well, first

13   of all, tell us the date of this particular 911 call.

14   A.   This was, again, February 17th, 2010, at 10:13 hours --

15   at 22:13, which is 10:13 p.m.

16   Q.   Earlier, you had said March.  Was it, in fact, this

17   incident in February?

18   A.   February.  I'm sorry.

19   Q.   Okay.  Now, when this was brought to your attention on

20   the day after, was this number, the 3124 number, of any

21   significance to you at that time?

22   A.   No, not at that time.

23   Q.   Now, when a 911 call is made to the police department, in

24   addition to the CAD report, does the department in any way

25   capture or retain the actual call?

1    A.    Yes.

2          **MR. CUNNINGHAM:**   And I'm going to play for you now

3    what has been marked and is on a disk, Your Honor, for

4    evidence sake as Government Exhibit 40c/1.

5          (Whereupon, an audio recording was played.)

6    **BY MR. CUNNINGHAM:**

7    Q.    Now, Detective Hartlove, upon learning about this police

8    response, did you listen to the 911 call that essentially

9    generated?

10   A.    Yes.

11   Q.    When was it that you listened to that call?

12   A.    Again, I came in in the morning hours.  I assisted in an

13   interview on one of the suspects, and, after that, I had the

14   911 call made up and captured it and listened to it.  It was

15   probably later in the early morning to late in the day that --

16   the day I came in.

17   Q.    And obviously this was following your interview with

18   Mr. Ventura on September 25th of 2009?

19   A.    Yes.

20   Q.    And, during that interview, did you speak -- the December

21   25th, 2009 interview, were you speaking English the whole

22   time?

23   A.    Yes, I was speaking English.  There was probably three

24   times that he may have asked Joe Hudson to interpret a word,

25   but I spoke English, and he understood me in English.

1    Q.   Now --

2              **MR. RUTER:**  Your Honor, may we approach?

3              **THE COURT:**  Yes.  Come up.

4              (Whereupon, the following discussion occurred at the

5    bench.)

6              **MR. RUTER:**  Your Honor, I'm sure Mr. Cunningham is

7    going to attempt to ask the detective whether or not the voice

8    he heard on the 911 call is Mr. Ventura based upon the

9    conversation he had with him when he arrested him in '08.

10   It's my belief that the -- based upon the listening to that

11   tape, it's so incomprehensible what's being said and by whom

12   that he ought not to be allowed to get the opinion as to

13   whether the voice is Mr. Ventura's.

14             **THE COURT:**  Okay.  Overruled.

15             **MR. CUNNINGHAM:**  Thank you.

16             (Whereupon, the bench conference was concluded.)

17             **THE COURT:**  You, of course, will get cross.

18             **MR. RUTER:**  Yes, Your Honor.

19   **BY MR. CUNNINGHAM:**

20   Q.   Detective Hartlove, we just listened to the 911 call.

21   Did you listen to it once, or more than once?

22   A.   I listened to it several times, but --

23   Q.   Do you have an opinion as to who the caller was for that

24   911 call?

25   A.   Yes.

Direct Examination of Jeffrey Scott Hartlove                    T-II-237

```
1    Q.   And who is that?

2    A.   German Ventura.

3    Q.   Now, actually, let's move forward a leaf by about ten

4    months.  On the 15th of November of 2010, you and other law

5    enforcement officers executed essentially the takedown in this

6    case; is that right?

7    A.   Yes.

8    Q.   Takedown of the investigation, at which time there were

9    searches of a variety of locations, vehicles, and people?

10   A.   Yes.

11   Q.   And do you recall during that search that you recovered a

12   cell phone that had the 3124 number assigned to it?

13   A.   Yes.

14   Q.   And where was that cell phone recovered?

15   A.   That cell phone was recovered in the van with

16   German Ventura.

17   Q.   I'm sorry.  If you said it, I missed -- I didn't hear

18   exactly.  What was the location that you recovered it?

19   A.   That was recovered in the Chevy Astrovan, the one that

20   German Ventura was driving at the time that he was locked up

21   on the takedown on November 15th, 2010.

22   Q.   And did there come a time when you sought subscriber

23   information for that particular telephone number?

24   A.   Yes.

25   Q.   I'm going to show you Government Exhibit 36e, and,
```

1    particularly on the second page, are you able to see that

2    this, in fact, is the subscriber information --

3    A.    Yes.

4    Q.    -- for that particular phone number?

5    A.    Yes.

6    Q.    And what information is provided as to who the subscriber

7    is on this particular account?

8    A.    It says the subscriber was Oscar de LaHoya at ████████

9    ████████████████, Capitol Heights, Maryland, 20743.

10   Q.    Do you know Oscar de LaHoya?

11   A.    Boxer.

12   Q.    As to the address on there, Detective Hartlove, where is

13   that roughly in relation to the ██████████ address that you

14   searched on November 15th, 2010?

15   A.    It's a couple blocks away from ██████████.

16   Q.    We'll come back to this in more detail, but do you know

17   if other 911 calls were received by Annapolis Police from that

18   same number?

19   A.    Yes.

20   Q.    Now, the incident at ████████, would you describe it to

21   the jury, please.

22   A.    Officer -- road officers got -- responded out there for

23   the robbery.  As several road officers were coming to the

24   area, they observed -- it was snowing that evening as well.

25   They observed three subjects running away from the area.  They

1    broadcasted that out to the other road officers.  Officers get

2    to the location, and, again, when they get to the location of

3    ████████, meanwhile they're also coming in contact with the

4    three individuals running away a few blocks away on ████████

5    ████.

6            Those individuals were thought to be victims at

7    first, and then the investigation revealed that they were the

8    suspects, and the investigation learned that those three

9    individuals went there to rob the apartment or people inside

10   the apartment.  There were four victims, four Hispanic -- two

11   males, two females inside the apartment, and they were robbed

12   of their belongings there at the house.

13   Q.   When police -- did police actually go into the apartment

14   at ████████?

15   A.   Yes.

16   Q.   And, upon entering the apartment, did they discover

17   things that prompted them to essentially take other kinds of

18   law enforcement measures?

19   A.   Yes.  They secured the apartment and obviously the people

20   in the apartment, and they obtained a search warrant for the

21   apartment.

22   Q.   What was it that prompted them to seek and obtain a

23   search warrant?

24   A.   Again, everything that they saw in plain view and

25   speaking with the witnesses, they noticed that, again, it was

1    a -- clearly a brothel that was being operated at the house.

2    Q.   Now, you personally didn't respond to ▮▮▮▮▮ on

3    February 17th of 2010; is that right?

4    A.   No.

5    Q.   Do you know if other officers actually executed the

6    search warrant and seized evidence from that location?

7    A.   Yes.  Detective Amy Miguez.

8    Q.   Okay.  Had she previously been involved in some capacity

9    in this investigation?

10   A.   Yes.

11   Q.   Okay.  Is she still with the Annapolis Police Department?

12   A.   She is still with the Annapolis Police Department.

13   Q.   Okay.  Now, I mentioned that --

14            MR. CUNNINGHAM:   Excuse me one second, Your Honor.

15   Q.   Now, you mentioned that other 911 calls were received

16   from the 3124 number; is that right?

17   A.   Yes.

18   Q.   I'm going to show you now Government Exhibit 40c/2A.  Do

19   you recognize this as another CAD report?

20   A.   Yes.  This was dated on March 13, 2010, at 9:57 and close

21   to 10 o'clock p.m.  It was for that address of ▮▮▮▮▮▮▮▮

22   and ▮▮▮▮▮▮▮▮.  The call came in from ▮▮▮▮▮-3124?

23   Q.   Now, you indicated that the summary is put on there by

24   the dispatcher?

25   A.   Yes.

```
 1    Q.   All right.  Did you listen to the 911 call corresponding
 2    to that particular CAD report?
 3    A.   Yes.
 4              MR. CUNNINGHAM:   Your Honor, at this time, I'm going
 5    to play a wave file that's marked Government Exhibit 40c/2.
 6              (Whereupon, an audio recording was played.)
 7    BY MR. CUNNINGHAM:
 8    Q.   Detective Hartlove, do you know how that call was
 9    terminated?
10    A.   No.
11    Q.   And, like the last 911 call, did you listen to that on
12    several occasions?
13    A.   Yes.
14    Q.   And do you have an opinion as to who the caller was?
15    A.   Yes.
16    Q.   Who is that?
17    A.   German Ventura.
18    Q.   And this was the same number from the previous 911 call
19    we listened to, Government Exhibit 40c/1?
20    A.   Yes.
21    Q.   Now, do you know if, as a result of that phone call, any
22    other law enforcement activity ensued on March 13th of 2010?
23    A.   Yes.
24    Q.   And what was that?
25    A.   Officer -- Corporal Cruz conducted a traffic stop on that
```

Direct Examination of Jeffrey Scott Hartlove                    T-II-242

1    vehicle, and those two subjects were arrested and brought to

2    the station.

3    Q.   I'm going to show you Government Exhibit 15c/1.  Do you

4    recognize this individual?

5    A.   Yes.

6    Q.   Who is this person?

7    A.   Freddy Soriano.

8    Q.   And was he known to you in the Annapolis community?

9    A.   No, not to me.

10   Q.   Did he become known to you within the Hispanic community

11   in Annapolis?

12   A.   Yes.

13   Q.   I should say -- I should preface that.  Was he a member

14   of the Hispanic community in the Annapolis, Maryland area?

15   A.   Yes.

16   Q.   I'm going to show you Government Exhibit 15c/2.  Do you

17   know who that person is?

18   A.   Yes.

19   Q.   Who is that?

20   A.   Alba Garcia Garcia.

21   Q.   And why was his picture included with the image of

22   Mr. Soriano?

23   A.   Those were the two people that were arrested in the

24   vehicle.

25   Q.   And, Government Exhibit 15c/3, can you tell the jury,

Direct Examination of Jeffrey Scott Hartlove

1    please, what these items are.

2    A.    Again, these were items that were seized off them.

3    Q.    Detective Hartlove, did you learn what kind of business

4    that Mr. Soriano was in?

5    A.    Yes.

6    Q.    And what was that?

7    A.    He was in a delivery service bringing prostitutes to

8    Annapolis.

9    Q.    As a result of his arrest, did you have any kind of

10   follow-up contact with him?

11   A.    Yes.

12   Q.    And please tell us the nature of that.

13   A.    Again, on --

14   Q.    I -- go ahead.

15   A.    -- several occasions, we would -- Freddy would meet with

16   us, or we would meet with Freddy, and he would obtain or give

17   information.

18   Q.    And, when you say "we," at that point in time, did this

19   include Special Agent Ed Kelly?

20   A.    Yes.

21   Q.    And were there occasions when telephone calls were placed

22   to a number that you associated with Mr. Ventura?

23   A.    Yes.

24   Q.    Did you and/or Special Agent Kelly listen to the

25   conversation on these calls?

1    A.   It -- yes.  On the first beginning, I listened to the

2    calls, and it was mainly Agent Kelly.

3    Q.   Okay.  As a result of this 911 call relating to Soriano,

4    who is arrested, did the nature of your investigation change?

5    Did you increase any kind of law enforcement activity --

6    A.   Yes.

7    Q.   -- in any way?

8              **MR. MONTEMARANO:**  Leading.

9              **THE COURT:**  Overruled.

10             **THE WITNESS:**  Yes.  We stepped up surveillance on

11   German Ventura and the organization of the brothel that he

12   had.

13   **BY MR. CUNNINGHAM:**

14   Q.   Now, Detective Hartlove, are you familiar with the

15   capability to essentially get location monitoring data from

16   cell phones?

17   A.   Yes.

18   Q.   And did you seek to obtain the authority to get that kind

19   of information from certain phones that you associated with

20   the operation of these brothels?

21   A.   Yes.

22   Q.   When did that begin, your effort to obtain this kind of

23   location monitoring information?

24   A.   The 3124 number, we started -- put in a Court Order for

25   that.  It was at the -- say the middle of March to the end of

1    March, and it started from there.

2    Q.   And did you subsequently seek and obtain orders to do any

3    kind of monitoring on other telephone numbers?

4    A.   Yes.

5    Q.   And, when you -- well, tell the jury how it was that you

6    were able to use the kind of information that you would

7    receive on these cell phone location monitoring capabilities.

8    A.   How they worked?

9    Q.   Yes.

10   A.   Again, having the Court Order, what we would do is they

11   would -- the company, Sprint, most of it was they would send

12   us geographical location of where the phone was.  If the phone

13   receives a good signal, the location of the individual with

14   that phone or the location of the phone in general can be down

15   to three meters away.  It can also be as far as, you know,

16   over 4,000 meters away, depending on, again, the signal of the

17   phone.

18   Q.   And how would you use the information -- well, first of

19   all, with what frequency did you receive this kind of location

20   information?

21   A.   We received -- we were getting updates every 15 minutes,

22   and they were being sent to my e-mail and the e-mail address.

23   Every 15 minutes, I could look at it.  It's basically -- they

24   say ping it.  Basically, you -- then it sends out a Google map

25   of where the phone is located at.

Direct Examination of Jeffrey Scott Hartlove                    T-II-246

1    Q.   And would you maintain access to your e-mail account so

2    that, wherever you were, you could check it every 15 minutes

3    if you needed?

4    A.   Yes.  I had a mobile computer and a Internet access, yes.

5    Q.   Now, how would you use the information that you received

6    as to the cell phone location monitoring in the broader

7    context of your investigation?

8    A.   Again, just when we started the surveillance on

9    German Ventura, what we did was, to begin to look at his

10   investigation, we found out where his phone was.  We would

11   then conduct a physical surveillance on him or his -- the

12   people operating the brothels that he was involved in.

13   Q.   And, when you say "physical surveillance," you're talking

14   about yourself or other officers actually putting eyeballs on

15   a specific target?

16   A.   Yes.  On several occasions, it was several officers at a

17   time.  We would do physical surveillance by following him,

18   yeah.

19   Q.   Would you include within the surveillance operations

20   essentially staking out locations in anticipation of he might

21   show up?

22   A.   Yes.

23   Q.   How would that work?

24   A.   After -- after a month or two and realizing how the

25   operation worked, we then realized that there were certain

1    times -- certain days that the women would be picked up and

2    delivered at certain locations, so we would sit at a distance

3    with the cameras, and we would know when the delivery -- that

4    the girls were going to be brought to the house, and we would

5    take pictures.

6    Q.   Now, did you -- did Annapolis Police Department ever

7    receive any other 911 calls that were associated with

8    Mr. Soriano?

9    A.   I'm sorry.  Say --

10          **MR. MONTEMARANO:**  Objection.  Basis for knowledge.

11          **MR. CUNNINGHAM:**  All right.  I'm going to --

12          **THE COURT:**  Overruled.

13   **BY MR. CUNNINGHAM:**

14   Q.   I'm going to show you Government Exhibit 40c/3A.  Do you

15   recognize this document?

16   A.   Yes.

17   Q.   Is this another one of the CAD reports?

18   A.   Yes.

19   Q.   Now, on this document, first of all, can you tell us the

20   date, please?

21   A.   The date was March 29th, 2010.  It was 21:55, which is

22   9:55.

23   Q.   And do you see the phone number on this document that is

24   associated with the call?

25   A.   Yes.

1    Q.   And what's that number?

2    A.   ████████-9243 (sic).

3    Q.   And, at the time that this 911 call was received, had you

4    obtained any kind of -- or let me put it this way:  Was that

5    number familiar to you?

6    A.   Yes.  It's familiar to me, and I believe we were up on

7    this number, or, again, it was involved in the numbers that we

8    were receiving back from 3124.  Let me refresh my memory here.

9    Yeah.  This was a number also that was provided to us by a

10   witness.

11            MR. CUNNINGHAM:   I'm going to play Government

12   Exhibit 40c/3.

13            (Whereupon, an audio recording was played.)

14   **BY MR. CUNNINGHAM:**

15   Q.   Detective Hartlove, I'm putting on the screen again

16   40c/3A.  Did you determine what that call was in relation to?

17   A.   Yes.

18   Q.   And what was that?

19   A.   Again, that was in relation to a Freddy Soriano

20   delivering girls to that location, to the ████████, and --

21   Q.   Okay.  Now, let me ask you:  This phone number again, the

22   one that ends in 9263, at the time that the call came in, was

23   that a number that you had essentially included within the

24   universe of numbers about which you were seeking information?

25   A.   Yes.

1    Q.    And I'm going to show you -- moving forward to

2    November 15th, 2010, Government Exhibit 27d, do you recognize

3    this document?

4    A.    Yes.  A Boost Mobile -- receipt from Boost Mobile.

5    Q.    And are you able to see -- let me see if I can zoom in on

6    it.  First of all, do you know where this document was

7    recovered?

8    A.    Yes.

9    Q.    And where was that?

10   A.    From German Ventura's house at ███████████████.

11   Q.    And do you see the number on there to which this receipt

12   is associated?

13   A.    Yes.

14   Q.    And what is that?

15   A.    ████████-9263.

16   Q.    And that's the number that -- from which this 911 call

17   came in?

18   A.    Yes.

19   Q.    Do you know if, on that occasion, there was any further

20   law enforcement response with regard to Mr. Soriano?

21   A.    I know they responded out there, but I don't think they

22   came in contact with him.

23   Q.    Now, you spoke about the increase in surveillance

24   activity that you and other law enforcement officers began

25   about this time frame; is that right?

Direct Examination of Jeffrey Scott Hartlove

1    A.   That's correct.

2    Q.   I want to go through with you several particular dates.

3    Well, before doing that, on approximately how many

4    occasions -- days, if you will -- between the beginning of

5    April of 2010 and November 15th of 2010 -- and

6    approximately -- how many times did you or other officers

7    conduct the physical surveillance about which you testified?

8              **MR. RUTER:**   Your Honor, I object.  May we approach,

9    please?

10             **THE COURT:**   Yes.  Come up.

11             (Whereupon, the following discussion occurred at the

12   bench.)

13             **MR. RUTER:**   Your Honor, I'm not too sure whether the

14   Government has advised Detective Hartlove of the Court's

15   ruling, but obviously this question would be elicited for an

16   answer concerning each and every time the police saw

17   Mr. Ventura, which was a lot during that time frame.  The

18   difficulty is that there can be many times when they saw him

19   as a result of their investigative technique using the GPS

20   device, and I want to make certain that the Government is more

21   finally tuned to their questioning to make sure that there is

22   no observations made of Mr. Ventura as a result of the GPS

23   being illegally placed on his various vehicles.

24             **THE COURT:**   Is your witness prepared?

25             **MR. CUNNINGHAM:**   Judge, he is, and, in fact, I can

 1   advise counsel and the Court:  We had -- as you can see from

 2   our proposed exhibit list, one of the dates was June 14th,

 3   and, on that particular day, they used the GPS tracking data

 4   from the slap-on devices, so we're not going to introduce

 5   that.  We've gone through and scrubbed the other dates that

 6   were identified where they used the telephone location

 7   monitoring to essentially begin their surveillance activities,

 8   and then from which would flow -- I can move on with this.  It

 9   was just -- the reason I was setting this up, I'll tell you,

10   is because he needs to refer to his notes in terms of sort of

11   specific information as to what particular date.  There is

12   only, I think, six or seven dates we intend to introduce

13   information, and we've gone through to ensure that they were

14   dates from which they -- the location was derived --

15            **THE COURT:**  Perhaps you can lead him onto the dates

16   that you want.

17            **MR. CUNNINGHAM:**  Yes, Your Honor.

18            **THE COURT:**  Okay.

19            **MR. RUTER:**  Thank you, Your Honor.

20            (Whereupon, the bench conference was concluded.)

21   **BY MR. CUNNINGHAM:**

22   Q.   Detective Hartlove, I want to begin by addressing

23   surveillance activities from April 5th of 2010.  Are you

24   familiar with the specific surveillance on that date?

25   A.   Yes.

1    Q.   Can you give us essentially a quick synopsis, if you

2    will, of the physical surveillance activities on April 5th of

3    2010.

4    A.   Yes.  I went out to -- on the 5th, I went out to

5    ███████████, set up in a covert vehicle.  At the time, I

6    observed the green Ford Explorer owned by German Ventura pull

7    up to that location.  Just prior to that, there was a male

8    standing around.  I observed him out there.  Then the van

9    pulls up.  The Ford Explorer pulls up and parks near the

10   mailboxes.  Two females get out, and the gentleman who was

11   standing out there prior to that helped them with the bags,

12   and then went inside -- went in between, I should say, the two

13   buildings of ██ and ██.

14           MR. CUNNINGHAM:  Excuse me one second, Your Honor.

15   Q.   Detective Hartlove, I'm going to show you now a sequence

16   of photographs.  First of all, this is 28a/1.  Do you

17   recognize this particular photograph?

18   A.   Yes.  This is ███████████ where the white car is, and,

19   if you come up further -- well, there is -- you've got the

20   street sign right there.  If you make the right-hand turn,

21   that's ██████████.  Yeah, there we go.  And, again, this

22   is -- I forget which building the end building is over here.

23   Well, this is -- if you can zoom in a little bit more, move it

24   over to the left.  Yeah.  That's the area of ████████████.

25   This side building is not ██, though.  ███████████ is the next

1    building over, but this was just general pictures that I took

2    just prior to Ventura pulling up in the Ford Explorer.

3    Q.   And are these just a selection of the photographs that

4    you took during the time you were surveilling this location?

5    A.   Yes.  As soon as he would pull up or people would get

6    out, I would have my camera on -- I think it's sports mode or

7    whatever, and I would just be clicking away.

8    Q.   This is Government Exhibit 28a/2.  Can you describe what

9    in this picture prompted you to take this image?

10   A.   Again, I noticed his van -- his Ford Explorer pulling up,

11   makes a right-hand turn onto ████████████.  The street that's

12   further down that he turned on is Hicks Avenue.

13   Q.   Government Exhibit 28a/3?

14   A.   This is the mail --

15   Q.   What's this?

16   A.   This is the subject who was standing out with the hat on,

17   and he's the one that assisted the girls, you'll see shortly.

18   That's the mailbox area, and, again, to the right is where ████

19   ██████ is, the building.

20   Q.   Government Exhibit 28a/4?

21   A.   Yes.  This is --

22   Q.   And, by the way, are these photographs essentially in the

23   sequence in which you took them?

24   A.   Yes.

25   Q.   So what's in this image?

1    A.   Again, it's one of the females that exited his vehicle,

2    and you'll see another one here.

3    Q.   Now, let me just, before doing that, zoom in on one

4    thing.  The license plate that's on the vehicle, was that

5    familiar to you at the time?

6    A.   Yes.  I know he was -- Mr. Ventura was changing tags a

7    lot on his vehicle.

8         **MR. RUTER:**  Objection.  Objection to the

9    characterization, Your Honor.

10   Q.   Let me ask you this.

11        **THE COURT:**  Sustained.  Yes.  Rephrase.

12   Q.   Detective Hartlove, did you at some point in time look

13   through the Motor Vehicle Administration records for Maryland

14   regarding registration for the vehicles that you associated

15   with Mr. Ventura --

16   A.   Yes.

17   Q.   -- in the operation of his brothels?

18   A.   Yes.

19   Q.   And were you able to ascertain that there were any

20   changes in the registration of those vehicles?

21   A.   Yes, they were changed.

22   Q.   And, in terms of when a registration would change, would

23   that sometimes result in a changed license plate?

24   A.   Yes.

25   Q.   Okay.  I'm going to show you Government Exhibit 28a/5.

1     Would you continue your explanation of why you were taking

2     these images.

3     A.   Again, this is the second female that got out of his

4     vehicle, and they have bags in their hands, and walk up

5     towards .

6     Q.   One of the things I neglected to ask you was:  Do you

7     remember what day of the week April 5th of 2010 was?

8     A.   This was a Monday.

9     Q.   Government Exhibit a/6, the next image in this sequence.

10    A.   This is, again, the male helping or assisting the females

11    with their bags and walking up to ▮▮▮▮▮▮▮▮.

12    Q.   Do you know the identity of any of the individuals in

13    this photograph?

14    A.   The gentleman with the hat was later identified as

15    Jose Reyes or -- I think he gave a couple false names, too,

16    but last name Reyes.

17    Q.   Exhibit 28a/7, continue your description of what's the

18    sequence of events here.

19    A.   The vehicle stayed there for a moment, so I took

20    pictures, and, as a gentleman, again, with the red shirt,

21    white sleeve -- red shirt comes out, he gets into the

22    passenger car, and puts the bag in the car as well.

23    Q.   Government Exhibit 28a/8, where was that image taken?

24    A.   This is right around the corner at Shoppers Food

25    Warehouse at 264 Solomons Island Road.

1    Q.   And is that in the Parole area of Annapolis, Maryland?

2    A.   Yes.

3    Q.   Near the Route 2, southbound, and Forest Drive area?

4    A.   Yes.

5    Q.   This individual that we see here with -- looks like a red

6    shirt -- actually, let me zoom in -- with the white on the

7    sleeve, is that the same individual who was in the preceding

8    picture?

9    A.   Yes.

10   Q.   28a/9?

11   A.   This is German Ventura leaving Shoppers with a large bag

12   of paper towels.

13   Q.   Now, what is Government Exhibit 28a/10?

14   A.   This is German Ventura inside the Shoppers observed to be

15   purchasing condoms.

16   Q.   Finally, Government Exhibit 28a/11?

17   A.   Again, him coming out with a large bag of paper towels.

18   Q.   And this is the last exhibit in this sequence of

19   surveillance photos.  What is that image?

20   A.   Again, that's him heading to the area of -- back to

21   █████████████.

22   Q.   Detective Hartlove, the next day for which I want to

23   discuss with you surveillance activities was May 8th of 2010.

24   First of all, do you recall what day of the week May 8th of

25   2010 was?

1   A.   May 8th was a Saturday.

2   Q.   And did you set up surveillance on that day?

3   A.   Yes.

4   Q.   How was it that you were essentially directed, if you

5   will, or what prompted you to surveil in a particular

6   location?

7   A.   I'm sorry.  Say it again.

8   Q.   Well, let's begin this way.  Can you give us a synopsis

9   of the surveillance that you or other officers undertook on

10  May 8th of 2010.

11  A.   Yes.  May 8th at 4:40, I went out to the area of ███████

12  ████████████      in Easton, Maryland, and set up surveillance

13  there.

14  Q.   What was it that prompted you to go to Easton, Maryland?

15  A.   Again, having the -- the phone information and the

16  location of Ventura's phone e-mailed to me, I noticed that he

17  was traveling on Route 50 and heading over to Route 50; that,

18  earlier in the day, he actually headed to Easton, and then

19  actually headed back to Annapolis, and then, as he was heading

20  back to Easton, I went up and sat in, did physical

21  surveillance of the location he was prior to that.

22  Q.   Prior to May 8th of 2010, had you had any information

23  suggesting him operating a brothel or brothels in Easton,

24  Maryland?

25  A.   No.

1    Q.   All right.  I'm going to start with Government

2    Exhibit 28b/1, and, similar to the last series of images,

3    would you describe why you took this picture.

4    A.   This is German Ventura's Astrovan, the same Astrovan that

5    was down at the location of ████████████ when I -- when

6    he was placed under arrest, that I did a walk around and found

7    the van down there.  It's pulling up to the area of ████████

8    ████████████ in Easton, Maryland.  It's got a mattress on --

9    two mattress -- a mattress and a box spring on the top.  He

10   was the one driving, and he makes a right-hand turn.  He goes

11   down the street.  He then turns around and pulls right next to

12   ████████████.

13   Q.   Okay.  Government Exhibit 28b/2, this is simply the next

14   photograph in the sequence of images.

15   A.   Yes.  That's him parking next to ███ and getting out of

16   the vehicle.

17   Q.   Are these images, by the way, also in -- essentially in

18   time sequence that you took them?

19   A.   Yes.

20   Q.   Government Exhibit 28b/3, can you identify -- this was --

21   can you identify who is in this picture?

22   A.   Yes.  The person that has the phone up to his ear, got a

23   "Tap-Out" shirt written on the front, that's German Ventura.

24   Q.   Did you ever identify the other person who is depicted in

25   this photo?

1    A.    No.

2    Q.    Government Exhibit 28b/4, the next in these series of

3    photographs, describe what's observed here.

4    A.    Again, it was just individuals that started congregating

5    around him, and he's -- appeared to make conversation with

6    them, and he's just standing around.

7    Q.    Approximately what time of the day was this?

8    A.    I started the surveillance at ████████████ at 16:40, and

9    I was out there for about four hours.

10   Q.    For those who don't use the 24-hour clock, is that about

11   4:40 in the afternoon?

12   A.    4:40, that's correct.

13   Q.    Now, obviously these are pictures taken with a camera.

14   Were you also watching him yourself physically?

15   A.    Yes.

16   Q.    Okay.  Next in the sequence is Government Exhibit 28b/5.

17   A.    Again, still Hispanic males standing around ██████████

18   ████████████, Easton.  Again, this gentleman --

19   Q.    This is 28b/6.  I'm sorry.

20   A.    This gentleman, again, carrying furniture from

21   German Ventura's van up the stairway to the second floor of

22   the apartment.

23   Q.    Now, it appears that -- I assume the man you're referring

24   to is this individual in the center of the photo?

25   A.    Yes.

```
 1    Q.   And that appears that he's entering a doorway.  Did you
 2    ever ascertain the physical layout of the unit there at ████
 3    ████████████?
 4    A.   Later on, yes, we did.
 5    Q.   Okay.  Would you tell -- so it's known now, tell the jury
 6    essentially where that entryway led relative to this
 7    residential unit.
 8    A.   You mean describe how it's laid out, you're saying?
 9    Q.   Yes, please.
10    A.   As I recall, again, you go up the steps.  It opens up to
11    like a little hallway.  You go around to the front of the
12    house.  Obviously there is bedrooms.  As you go up the steps
13    and to the left a little bit, there was a -- I guess a little
14    sitting area, and, again, towards the back of the house, there
15    is a kitchen.  Again, it's on the second floor --
16    Q.   Okay.  Let me move on, then, to Government Exhibit b/7.
17    It may be a little easier to explain.  In terms of this photo,
18    one, what do you see in this image?
19    A.   Again, there is Hispanic males helping take the
20    mattresses, take it up that -- in the doorway, up the steps.
21    If you notice, the gray up towards the top is the apartment
22    itself.  There is a bedroom -- front bedroom.  I know that
23    there was a bedroom up the front of here, and, again, towards
24    the back of the house was the bathroom.  The kitchen area and
25    another bedroom was back on the back left.
```

1    Q.    Okay.  Exhibit 28b/8?

2    A.    Again, just showing the intersection it's at, ████

3    ████ and ████████ in Easton, Maryland.

4    Q.    28b/9?

5    A.    Again, German Ventura then leaving the apartment, coming

6    back out.  He goes back and forth several times with

7    furniture.

8    Q.    28b/10?

9    A.    Again, Hispanic male helping carry the mattress --

10   Q.    And --

11   A.    -- or box spring up to --

12   Q.    Approximately what was the time period over which you

13   were taking these pictures beginning with, say, 28b/1 up to

14   the sequence we're just seeing now?

15   A.    Again, I was out there for four hours.  I changed

16   positions.  I was in a covert vehicle.  I changed positions,

17   and then I took shots from up -- you know, opposite side of

18   the street as well.

19   Q.    Government Exhibit 28b/11.

20   A.    Again, this was a little bit later in that four hours

21   doing surveillance.  This was when he was turning around.

22   He -- after delivering -- after delivering the furniture, he

23   then left out, and this is him returning.

24   Q.    And the last image, Government Exhibit 28b/12?

25   A.    This is, again, later part of it when he returned and him

1    getting out of the Chevy Astrovan.

2    Q.   As a result of what you observed on May 8th of 2010, did

3    you and other officers increase your law enforcement

4    activities in the Easton area?

5    A.   Yes.

6            **MR. CUNNINGHAM:**   Your Honor, I have one area of

7    relatively brief duration that I think I could inquire into

8    before lunch.

9            **THE COURT:**   Okay.

10   **BY MR. CUNNINGHAM:**

11   Q.   Detective Hartlove, did you become familiar with the

12   circumstances that led to the arrest of an individual named

13   Luis Reyes on June 28th of 2010?

14   A.   Yes.

15   Q.   What was it that prompted his arrest?

16   A.   Officers stopped him for a motor vehicle violation.

17   Q.   Do you know where that stop occurred?

18   A.   As I recall, it was in the area of the Jennifer Shop.

19   Q.   I'm going to show you Government Exhibit 16a/1.  Do you

20   recognize that individual?

21   A.   Yes.  That's Luis Reyes.  That's the person, again, with

22   the hat on that was waiting for the girls from the April 5th.

23   Q.   Did you learn whether Mr. Reyes had any name by which he

24   was more commonly known?

25   A.   Yes.

1    Q.    What was that?

2    A.    He went by a nickname Colmillo.  It means fang.

3    Q.    Now, when he was arrested, do you know if Mr. Reyes was

4    searched?

5    A.    Yes.

6    Q.    I'm going to show you the next series of exhibits.

7    Government Exhibit 16a/2, do you recognize what that is?

8    A.    Yes.  That's the money that was on his person as well as

9    a receipt, as well as business cards and identification, as

10   well as a key chain.  It was -- I think that's a registration.

11   Q.    Government Exhibit 16a/3, is this more of the items that

12   were on his person?

13   A.    Yes.  That was a -- change.  The little white dispenser

14   is a genitalia spray, and the lighter.

15   Q.    Okay.  Government Exhibit 16a/4?

16   A.    Yes.  This is the registration to the Nissan that he was

17   operating, the two ID cards, and a Target receipt.

18   Q.    Now, do you know if any phones were recovered from him

19   when he was arrested?

20         **THE COURT:**  Let's stop here, Mr. Cunningham.

21         Members of the jury, we're going to take the lunch

22   break now.  Please remember:  Be back in the jury room at five

23   minutes before 2:00 so we can get started at 2 o'clock.  I

24   need all of you back there at five minutes before 2:00.  I

25   can't get started unless I have all of you back, so, please,

 1    five minutes before 2:00 so we can get started at 2:00.

 2              Thank you.

 3              **THE CLERK:**  All rise.  This Honorable Court stands

 4    in recess until 2:00 p.m.

 5              (Jury excused.)

 6              **THE COURT:**  Okay.  Counsel, we're resuming at

 7    2:00 p.m.  Please leave the inner parts of the tables clear

 8    for the 1 o'clock, please.

 9              **MR. CUNNINGHAM:**  Yes, sir.

10              (Luncheon recess -- 12:55 p.m.)

11              (Afternoon session -- 2:00 p.m.)

12              **THE CLERK:**  All rise.  This Honorable Court now

13    resumes in session.

14              **THE COURT:**  Ready for the jury, counsel?

15              **MR. RUTER:**  Your Honor, before we call the jury out,

16    if you'll recall, at the beginning of the proceedings this

17    morning, Mr. Ventura had requested to address the Court on

18    issues that he thought were important that I was not

19    adequately bringing to the Court's attention.  I wonder if the

20    Court would entertain hearing Mr. Ventura's request, I think,

21    Your Honor, is the best way to put it, and, if the answer is

22    "yes," then we'd ask that Detective Hartlove be excused --

23              **THE COURT:**  At the end of the session.  Again, I'm

24    not keeping a crowd of jurors waiting while we do peripheral

25    matters, and --

1          **MR. RUTER:**  And, Your Honor, that's fine.

2          **THE COURT:**  I will give him an opportunity to be

3    heard, and I will listen fully and with an open mind to what

4    he has to say, but I'm not interrupting the session to do it.

5    We're --

6          **MR. RUTER:**  My apologies.  I thought the Court said

7    after the lunch break, he would do that.  That's why I brought

8    it up now, Your Honor, so my mistake.  Thank you, Your Honor.

9          **THE COURT:**  Let me make it clear:  For the remainder

10   of the trial to the extent possible, I will not break up the

11   trial day for any interruptions.  We have a limited amount of

12   their time and patience, and I like not to waste it.

13          Ask the jurors to join us, please.

14          **CSO:**  Bring them out, sir?

15          **THE COURT:**  Jurors, yes.

16          (Jury enters.)

17          **THE COURT:**  Thank you.  Please be seated.

18          Please remind the witness.

19          **THE CLERK:**  I'd like to remind you:  You're still

20   under oath.

21          **THE WITNESS:**  Yes, ma'am.

22          **MR. CUNNINGHAM:**  Thank you, Judge Quarles.

23   **BY MR. CUNNINGHAM:**

24   Q.   Detective Hartlove, before we broke, we were talking

25   about the June 28th, 2010 arrest of Luis Reyes.  I'm going to

1    put Government Exhibit 16a/4 back on the screen.  Actually, I

2    don't know if it's legible.  Can you read the information on

3    the MVA registration certificate from your position?

4    A.    That's better.  Yes.  It was -- indicates a Nissan

5    four-door -- I can't see the further tag, but it's listed to

6    Jose Melvin Bonilla at ███████████████, Easton,

7    Maryland, 21601, and the end of the VIN number ends in 3130.

8    Q.    Now, was that vehicle a vehicle that you associated with

9    Mr. Ventura's brothel operations?

10   A.    Yes.

11   Q.    And you mentioned that --

12           **MR. RUTER:**  Your Honor, I object to the

13   characterization.

14           **THE COURT:**  Sustained.

15           **MR. RUTER:**  Move to strike.

16           **THE COURT:**  The jurors will disregard the

17   characterization of the brothel operation.

18   **BY MR. CUNNINGHAM:**

19   Q.    When Mr. Reyes was arrested on that day, was he under

20   surveillance by you and other officers?

21   A.    Yes.

22   Q.    And did you essentially cause the police officer to stop

23   him?

24   A.    Yes.

25   Q.    And what was the purpose of that?

Direct Examination of Jeffrey Scott Hartlove

1    A.   The purpose was to identify him -- we only knew him by

2    nickname -- and to start identifying people involved in the

3    brothels.

4    Q.   Before stopping him, had you determined that there was

5    some sort of violation that would justify a traffic stop?

6    A.   Yes.  There was a repair order -- a light that was out on

7    the rear of the vehicle.

8    Q.   Now, you mentioned before that, in addition to the items

9    that we showed pictures of, there were certain cell phones

10   that were on his person.

11   A.   Yes.

12   Q.   Were they seized?

13   A.   They were not seized.

14   Q.   And why was that?

15   A.   We -- they were not seized because, again, we -- they

16   all -- either the money -- everything that was on the

17   property, we just photographed, and the phones' data were

18   collected and they were given back, because we didn't want

19   to -- we were still in the investigation part of it, so we

20   didn't want to tip them off that we were observing him and

21   watching what's going on.

22   Q.   You said you collected the data from the phones.  Did you

23   identify the numbers assigned to those phones?

24   A.   Yes.

25   Q.   And what were the phone numbers assigned to the phones in

 1    Mr. Reyes' possession?

 2    A.   The phone number was ▆▆▆▆-9346.  That was a Motorola

 3    I-335, and a Virgin Mobile phone, which was ▆▆▆▆-6451.

 4    Q.   And did you subsequently do further sort of analysis or

 5    correspondence kind of work with regard to those numbers?

 6    A.   Yes.

 7    Q.   Okay.  As a result of the surveillance you've discussed

 8    or you earlier discussed at Easton, did you and other officers

 9    increase the investigative activity at that location?

10    A.   Yes.

11    Q.   And did there come a time when you essentially took down

12    the operation at that location?

13    A.   Yes.

14    Q.   What was it that precipitated that?

15    A.   The information was that a underage --

16         **MR. RUTER:**  Objection, Your Honor.

17         **THE WITNESS:**  -- girl --

18         **THE COURT:**  Basis?

19         **MR. RUTER:**  Relevance.  Relevance.

20         **THE COURT:**  Overruled.

21         **THE WITNESS:**  The information came in that a

22    underage girl was operating there as a prostitute.

23    **BY MR. CUNNINGHAM:**

24    Q.   And, as a result of that, did you at least conclude that,

25    with regard to that location, you needed to take more

1    aggressive law enforcement action?

2    A.   Yes.

3    Q.   And did you and other officers do that on July 7th of

4    2010?

5    A.   Yes.

6    Q.   Tell the jury, please, essentially what it was you did at

7    that location on that day.

8    A.   A search and seizure warrant was obtained -- a warrant

9    was obtained through a Talbot County Circuit Court judge, and

10   we did a -- obtained a -- did a search and seizure warrant

11   there, which, again, we went there and basically knocked down

12   the door and went inside and arrested the individuals.

13   Q.   And were photographs taken of the location as the search

14   was being executed?

15   A.   Yes.

16   Q.   Before going through the photographs, were a lot of items

17   seized and retained as potential evidence?

18   A.   Yes.

19   Q.   Okay.  I'm going to start with Government Exhibit 17b/1,

20   and I just want you to tell the jury, please, what's depicted

21   in the photographs that I'm going to put up on the screen.

22   A.   Again, this is a photograph of the front door of ████████

23   ████████, Easton, Maryland.

24   Q.   And 17b/2?

25   A.   This area is as you reach the top of the steps.  It's off

1    to the left a little bit.  It's a little sitting area that --

2    on the top floor of the apartment.

3    Q.  Now, I neglected to start with:  When you went to execute

4    the search warrant, did you discover any people on the

5    premise?

6    A.  Yes.

7    Q.  Can you describe them.

8    A.  Again, there were two males and one female.

9    Q.  Do you recall the identity of the two men?

10   A.  Yes.  Excuse me one moment.  It was Wilber Alejandro,

11   A-L-E-J-A-N-D-R-O, Herrera Aranda, A-R-A-N-D-A, and then the

12   second male was Isidro Jasmin, J-I-M-E-N-E-Z, Sanchez, and the

13   female was Wendy Reyes Garcia.

14   Q.  I'm going to show you now Government Exhibit 17b/3.

15   Please describe what's shown in this image.

16   A.  This is the front left bedroom if you're looking at the

17   apartment up top, just an open room with the mattress.

18   Q.  Same question that I asked you regarding earlier

19   searches:  Prior to taking any of these photographs, did you

20   or other officers move any of the items of furniture or any of

21   the items that are depicted in any of the pictures?

22   A.  No.

23   Q.  17b/4?

24   A.  This is the bedroom -- if you're looking at the front of

25   the building, it's off to the right up top, top floor, has the

1    air conditioning in the window.

2    Q.    17b/5?

3    A.    This is a bedroom back towards the back left of the

4    apartment, more so on the side of the building.

5    Q.    b/6?

6    A.    Again, this was just pictures of condoms that were -- I

7    don't know if -- exactly where it was.  If you could zoom out

8    a little bit.  I don't know -- it looked like it was inside

9    the cabinet drawer.

10   Q.    17b/7?

11   A.    This was, you know, documentation that was seized,

12   Jose Reyes, given the address ███████████████, Easton,

13   Maryland, and an Easton Utility electric bill.

14   Q.    And all of this came within ██████████████?

15   A.    Yes.

16   Q.    17b/8?

17   A.    Again, this is obviously currency and a business card,

18   prostitution business card, with ██████-43 -- let me see

19   that -- 4330.

20   Q.    Can you see the number in the image?

21   A.    No.  Just going -- looking at my report, it --

22   Q.    Okay.  If you'll look at the image, can you see the card

23   you're referring to?

24   A.    Yeah.  ██████, and it's a 46, and then it's missing the

25   0.

Direct Examination of Jeffrey Scott Hartlove

1   Q.   Detective Hartlove, do you know whose wallet this was?

2   A.   I believe it came from one of the males.  I don't know if

3   it's further image or not.

4   Q.   17b/9?

5   A.   These were playing cards that were in the little sitting

6   room, I believe.

7   Q.   17b/10?

8   A.   This is another room near the kitchen area with the

9   machete sticking on top of the dresser.

10  Q.   Now, Detective Hartlove, I'm going to hand you

11  Exhibit 17i.  Is this the same item that is depicted in this

12  picture?

13  A.   Yes.

14  Q.   Okay.

15  A.   Yes.

16  Q.   And we don't need to take it out, but have you taken it

17  out of the sheath?

18  A.   No, I haven't.

19  Q.   Okay.  You haven't examined this -- what this is?

20  A.   I know what it is.  It's a machete with a very sharp

21  blade, yes.

22  Q.   Okay.  17b/11, who is this an image of?

23  A.   That was the female who identified herself at the time as

24  Wendy Reyes Garcia.

25  Q.   Detective Hartlove, you indicated that there were a

1    number of items that were seized at that location.  I'm going

2    to actually go through -- somewhat difficult to -- actually,

3    I'm going to hand these to you so you can see.  These are a

4    number of phones marked sequentially 17c/1 through c/9.  Can

5    you look at those, please.

6    A.    Yes.

7    Q.    And can you confirm that there are nine cell phones in

8    there?

9    A.    Nine cell phones, that's correct.

10   Q.    Were these seized from individuals, or from within the

11   location?

12   A.    They were seized from, I believe -- the males did have a

13   phone on them, but within the location and on the males.

14   Q.    And did you examine these phones to find out what numbers

15   were assigned to them?

16   A.    I did.

17   Q.    And, subsequently, do you know if any additional

18   examination -- for example, like a Cellebrite examination --

19   was performed to extract additional data?

20   A.    It was.

21   Q.    And, for purposes here, is it accurate that your

22   colleague, Agent Kelly, performed most of the Cellebrite

23   examinations on the phones that were seized?

24   A.    Yes.

25   Q.    Okay.  Detective Hartlove, I'm going to hand you boxes

1    that are marked Government Exhibit 17d.

2    A.   Yes.

3    Q.   Do you recognize what those are?

4    A.   Yes.  These are the business cards from that location of

5    ███████████████████████.

6    Q.   Now, did you go through individually and essentially

7    count the number of business cards in each of those boxes?

8    A.   No, I did not.

9    Q.   Approximately how many cards are retained in each of

10   those boxes?

11   A.   I would estimate it would be maybe a thousand, and

12   then -- in each box.

13   Q.   I'm going to put Government Exhibit 17e on the screen and

14   ask you to identify this, please.

15   A.   This is, again, a Easton Utilities to ███████████████

16   █████.

17   Q.   And, again, you see the name on this one?

18   A.   Yes.  Jose Reyes.  The date says it's due 7/1/2010.

19   Q.   17g -- exhibit label is at the top -- can you tell the

20   jury, please, what this document is?

21   A.   Yes.  This is a tally sheet -- prostitution tally sheet.

22   Little hash marks are the gentlemen that been serviced, and

23   you mark them down.

24   Q.   What is 17h?

25   A.   This was also -- seized from there was a traffic signal

1    traffic violation, and it's from the vehicle -- it's from

2    Prince George's County, and it's sent to the registered owner

3    of the vehicle, which is Jose Melvin Bonilla-Lago, and that's

4    to the Nissan.  It should have a tag number down there as

5    well -- 7 George Charles -- Charles David 47.

6    Q.   Was that the vehicle that Mr. Reyes was operating when he

7    was arrested?

8    A.   Yes.

9    Q.   Did you ever find that vehicle at another location

10   subsequently during your investigation?

11   A.   Yes.

12   Q.   When was that?

13   A.   Later on, I found it at Mr. Ventura's home.

14   Q.   Was that on the November 15th, 2010 day when the searches

15   and other arrests were executed?

16   A.   It was not on that day, no.  It was on one of the

17   surveillance days that --

18   Q.   Okay.  We'll move on, then.

19        Let me show you 17j.  Was this document also at ███

20   ███████████████? 

21   A.   Yes.  Easton Utility connect meter, again, registered in

22   the customer to Jose Reyes from, again, Easton Utility.

23   Q.   This is Government Exhibit 17k.  The top part of it, do

24   you recognize what this document is?

25   A.   Yes.  Found this inside.  This was a lease rental

1   agreement, deposit receipt, and it's listed to Jose A. Reyes,

2   signed down there by the renter.  I think it's Norris Taylor,

3   and it's dated at the bottom as well.

4   Q.   I have Government Exhibit 17f.

5   A.   Again, this was a piece of paper that contained a tally

6   sheet on it.

7   Q.   Do you remember where this was located in ████████?

8   A.   Most of the material was found in that living -- the

9   little sitting area as you go to the top of the steps to the

10  left, but, again, I'd have to look at the -- where it was

11  packaged at.

12  Q.   Now, I'm going to hand you a box that has been marked

13  17l.  Rather than pull the individual items out, I'm going to

14  hand it over to you and ask if you'll examine the contents and

15  describe for the jury, please, the contents of that box.

16  A.   Yeah.  These are -- these are several boxes of Lifestyle

17  condoms, KY jelly.  Most of these boxes were recovered by

18  Agent Kelly in the -- off the bathroom area.  They have a

19  little attic, and -- or, you know, it's a attic where

20  insulation and all, and they were mostly discovered in there.

21  Some boxes are filled.  Some boxes are empty.  And, again,

22  that's where most of the items were recovered from.

23           **MR. CUNNINGHAM:**  Your Honor, may Detective Hartlove

24  step down and take the box over closer to the jury for their

25  examination?

1          **THE COURT:**  Yes.

2               (Government Exhibit 17l displayed to the jury.)

3     **BY MR. CUNNINGHAM:**

4     Q.   Detective Hartlove, I'm going to hand you a small little

5     plastic case, Government Exhibit 17o, and I'll recover l.  Do

6     you recognize that box?

7     A.   Yes.  This was a box that was recovered from within the

8     residence as well.  It's got a -- a statute of -- it's a Santa

9     Muerte.  It's a -- it's basically a -- a -- in Hispanic

10    community, they pray to it.  They -- sometimes they give money

11    to it.  They -- it's usually also referred to as the angel of

12    death.  They usually write sayings or who they're against or

13    things like that.  There is also a bundle full of the same

14    business cards -- prostitution business cards.  Those numbers

15    on there indicate ███████-9346 as well as ███████-8649, and

16    then there was other additional business cards in there

17    stating ███████-4630.

18    Q.   And, for future reference, did you record those

19    numbers --

20    A.   Yes.

21    Q.   -- as part of your telephone analysis?

22    A.   Yes.  And I, again, recognized some of those numbers.

23    Q.   I'm going to hand you Government Exhibit 17m, and would

24    you describe for the jury what that is, please.

25    A.   Again, another large knife, machete type item that was

1    recovered within the residence as well.

2    Q.   Do you know where that was recovered?

3    A.   I'd have to look at the photos to give you exact

4    location.  I don't.

5            MR. CUNNINGHAM:  Your Honor, may Detective Hartlove

6    step down and likewise publish this exhibit to the jury at

7    this time.

8            THE COURT:  Yes.

9            MR. CUNNINGHAM:  Detective Hartlove, if you'll step

10   down.  You can take the exhibit closer to the jury and remove

11   the blade from the sheath.

12           (Government Exhibit 17m displayed to the jury.)

13           MR. CUNNINGHAM:  And, while you're there, Detective

14   Hartlove, let me hand you Government Exhibit 17i and ask you

15   to do the same thing.

16           (Government Exhibit 17i displayed to the jury.)

17   **BY MR. CUNNINGHAM:**

18   Q.   Finally, Detective Hartlove, let me put 17n on the

19   screen, and would you just quickly describe what this exhibit

20   is.

21   A.   Again, these are playing cards, again, used as chips for

22   items to give over to the customers and then also given to the

23   women, and women then give them back over to describe or to

24   tell how many men they've been with so they could get paid.

25   Q.   Let me continue with the surveillance activity you

 1    described some of.  Did you and other officers conduct

 2    surveillance on July 12th of 2010?

 3    A.    Yes.

 4    Q.    And can you provide a synopsis of the surveillance

 5    activity you undertook on that date.

 6    A.    We conducted physical surveillance in the area of Riggs

 7    Avenue.  We observed --

 8    Q.    And where is Riggs Avenue?  Excuse me.

 9    A.    I'm sorry.  It's in Hyattsville area, up near University

10    Boulevard.  We --

11    Q.    I'm going to show you a series of photographs and ask if

12    you took them or if you can identify what's shown in these

13    images.  First is Government Exhibit 28d/1.  Is this an image

14    from the surveillance undertaken on that day?

15    A.    Yes.  This was in the area of Riggs Avenue.  It was

16    obviously a business area, and this was, again, just a photo

17    that I've taken where German Ventura was operating his green

18    Ford Explorer, and there was nobody in the vehicle except him.

19    Q.    Next image, 28d/2, is that a picture that actually -- has

20    a glare on it, but is that a picture of the same green

21    vehicle?

22    A.    That is the same green vehicle heading down Route 95.

23    Q.    Is this Route 95 in Prince George's County?

24    A.    I didn't -- I know it went around -- I know it went down

25    95, but I don't know in particular where.

1    Q.    Government Exhibit 28d/3?

2    A.    Again, German Ventura at this point heading down to

3    Norfolk, Virginia Beach, and, at this time, again, we observed

4    a female in the vehicle when it passed our car.

5    Q.    You earlier testified that he was alone at the time of

6    the first image.  Had you seen, at any point during your

7    surveillance, a time when a female joined him in the car?

8    A.    Shortly after I took the picture back at that complex at

9    Riggs Avenue and University, he then drove into the area

10   behind Keokee Street -- it's across the street from a fire

11   station -- and then he emerged out from there, and a female

12   was with him.

13   Q.    Government Exhibit 28d/4, where is this picture taken?

14   A.    This is down in Virginia at a rest stop off -- I don't

15   know if it was 95 or that Route 664.  I don't remember.

16   Q.    I'd like to ask you if you recall what day of the week

17   July 12th, 2010 was?

18   A.    It was a Monday.

19   Q.    At this point in time in your investigation, had you

20   determined a certain sort of pattern or sequence of moving the

21   operation of the brothel business?

22   A.    Yes.

23   Q.    And what was that?

24   A.    Again, they would -- on Mondays at a -- certain times,

25   particular around 10:00, 11 o'clock, they would pick up the

1    girls.  Most of the time it was at the McDonald's in

2    Riverdale, or they would transfer the girls one -- a couple

3    girls would get out of one car.  The other girls would get out

4    of the other car, and they would switch, and then they would

5    go to certain houses.

6    Q.   Government Exhibit 28d/5?

7    A.   This is, again, a picture of German Ventura at the rest

8    stop off of 95 or that Route 664, and a female was getting in

9    the car as well.

10   Q.   And is this down in Virginia?

11   A.   Yes.

12   Q.   This is Government Exhibit d/6 -- 28d/6?

13   A.   This was further down in Virginia, close to Portsmouth.

14   Again, we stopped at a convenience store, gas stop.

15   Q.   28d/7?

16   A.   Again, I -- the traffic was backed up.  He turned off,

17   and they went to a convenience store.  This is a -- again, the

18   picture of the female that was with him, and him.

19   Q.   And 28d/8?

20   A.   This was down in Portsmouth.  He went to a particular

21   address, and this was afterwards where he went to a Chinese

22   food restaurant.

23   Q.   And, finally, the last image in this sequence, 28d/9?

24   A.   He went to a convenience store at this point and made a

25   purchase.

1    Q.   Do you recall next conducting surveillance on August 2nd?

2    A.   Yes.

3    Q.   And can you give a brief synopsis, please, of the

4    surveillance activity on that date.

5    A.   On this day, I sat and started surveillance at an address

6    he was at.  It was ██████████████ at ████.  Briefly, he

7    had -- a female with a blue shirt got in the car.  They went

8    up to the same area, ██████████ and Union.  They -- she went

9    inside.  He then talked to an individual in a white car.  Then

10   we lost surveillance on him -- physical surveillance.  I then

11   sat back up at ██████████████.  It was still early, so I

12   figured he would come back.

13        He did come back.  There was a Toyota Highlander,

14   Florida plates, that pulled up next to his car as he pulled

15   into the -- a -- he pulled into the driveway.  The lady with

16   blondish type hair, Hispanic female with a light color top --

17   I think it was pink -- she got out of the Highlander, grabbed

18   a duffle bag.

19        Meanwhile, German Ventura pulls in with a silver

20   Expedition, and he opens up the trunk.  She grabs a suitcase

21   out of the car and proceeds over to the rear of

22   German Ventura's car, and he grabbed a suitcase from her,

23   placed it in the back, and she proceeded to the passenger side

24   of the car, entered, and he went to the driver's side.  He

25   backed out of the driveway, proceeded on ██████████████ -- I'm

1    sorry -- not ████; ██████████, and proceeded to drive down

2    the street.

3    Q.   And did you terminate your physical surveillance at that

4    time?

5    A.   I -- I followed him a little bit, and then I terminated

6    after that, yes.

7    Q.   Let me show you -- again, by showing you Government

8    Exhibit 28e/1.  Is this the beginning of the photo sequence?

9    A.   Yes.

10   Q.   And do you remember what day of the week this was?

11   A.   This was a Monday, August 2nd.

12   Q.   Is that --

13   A.   It was approximately at 10 o'clock.

14   Q.   Is that Defendant Ventura in the middle of this picture?

15   A.   Yes, in the black shirt, and then the female is in the

16   blue.

17        Him about to enter the silver Expedition.

18   Q.   This is 28e/2?

19   A.   Yes.

20   Q.   28e/3, please describe this.

21   A.   Again, a Cash Depot is the place over there on the

22   yellow.  Again, the female went out, got -- went to the Cash

23   Depot.  He went down and talked with the gentleman in the

24   white car.

25   Q.   And, the white car you're referring to, is that this car?

1    A.    Yes.

2    Q.    28e/4, is this the same white car?

3    A.    Yeah.  It appears that he's having a conversation with

4    the driver.

5    Q.    I take it you didn't hear any of the conversation?

6    A.    No.

7    Q.    Did you ever identify who was operating the white car?

8    A.    I ran a tag, but I didn't follow up on it.

9    Q.    Okay.  Government Exhibit 28e/5?

10   A.    This was, again, at 13:45.  This was the tan Highlander

11   pulling in with Florida plate, and Mr. Ventura.

12   Q.    Describe what's in Government Exhibit 28e/6.

13   A.    Again, she's -- she got out of the driver's seat, went to

14   the rear, grabbed a bag.  Meanwhile, you'll see Ventura -- him

15   go to the rear of the silver Expedition, open it up, and

16   she'll give the bag over to him.

17   Q.    Okay.  This is 28e/7.

18   A.    That's her about to pull the bag out, and him waiting.

19   Q.    28e/8?

20   A.    Yes.  She's got a duffle bag or a suitcase type, and

21   handed over to him.  He puts it in the rear of the trunk.

22   Q.    Government Exhibit 28e/9?

23   A.    Again, she left the vehicle there.  He backed out, and

24   they proceeded down the roadway.

25   Q.    Is this a shot of the rear of the vehicle from which she

```
 1      got out?
 2      A.   Yes.
 3      Q.   Did you ever identify the woman depicted in these latter
 4      images with the pink top on?
 5      A.   Yes.  She's been identified.
 6      Q.   And what's her name?
 7      A.   Bridgett -- I forgot the last name.
 8      Q.   Okay.
 9      A.   First name Bridgett.
10      Q.   All right.  And, finally, Government Exhibit 28e/11?
11      A.   Again, when I went back and stopped surveillance at
12      ███████████  and -- I went back to ███████████  just, again,
13      to survey the area, and I took additional photos.  That is
14      Luis Reyes getting out of a -- I believe it's a Nissan Maxima.
15      Q.   Did you next conduct surveillance operations on
16      September 13th?
17              Actually, let me interject on there.  Are you aware
18      that there were surveillance that was conducted on
19      August 30th?
20      A.   Yes.
21      Q.   And was that done by Detective Truitt?
22      A.   Detective Truitt and myself, yeah.
23      Q.   Okay.  And where was that surveillance performed?
24      A.   Again, Mr. Ventura left his home in the gray Chevy
25      Astrovan.  He headed into D.C.  I'm not familiar with -- too
```

1    much with D.C.  Detective Truitt was a little bit more

2    familiar with D.C. than I was, and he took surveillance

3    photos.

4    Q.   First is Government Exhibit 28h/1.  Do you recognize this

5    as the beginning of the surveillance photos from that day?

6    A.   Yeah.  Again, I believe, this day, he was at a phone

7    store, and he started off there.

8    Q.   Next is Government Exhibit 28h/2.

9    A.   This is photos from Detective Truitt.

10   Q.   Now, this vehicle, had you seen that vehicle before?

11   A.   It's the Chevy Astrovan belonging to German Ventura.  He

12   painted it gray.

13   Q.   Did you examine it enough to know that it had been

14   painted subsequent to previous observation of that same

15   vehicle?

16   A.   Still had the same tag on it, and, later on, we examined

17   the VIN, and it was the same VIN.

18   Q.   Okay.  Was this the van that we saw in the images from

19   the May 8 surveillance when it had the mattress on top?

20   A.   Yes.

21   Q.   Government Exhibit 28h/3?

22   A.   This is a female who he dropped -- dropped off and went

23   inside as well, went to the Washington Adventist Hospital at

24   7600 Carroll Avenue in Takoma Park.  That's the waiting room

25   for the emergency room.

Direct Examination of Jeffrey Scott Hartlove                    T-II-287

1    Q.   Are these all pictures of the same woman?

2    A.   Yes.

3    Q.   Did you identify that woman?

4    A.   Yes.

5    Q.   Who is that?

6    A.   Rebeca Dueñas Franco.

7    Q.   Another picture of the same person?

8    A.   Yes.

9    Q.   Likewise is 28h/5, and this is 28h/6, all images of

10   Ms. Dueñas Franco?

11   A.   Yes.

12   Q.   Government Exhibit 28h/7?

13   A.   Again, this is a photo that I took.  This was early in

14   this -- that day.  This is where the phone business is off to

15   the right, so this is at the beginning of the surveillance

16   that day.

17   Q.   28h/8, what is that picture?

18   A.   This one -- right in this area here is his van.  It's

19   at -- that's at the -- that's at the hospital parking lot.

20   Q.   28h/9?

21   A.   Again, just a different -- different vantage point, but

22   that's still at the hospital parking lot.

23   Q.   And 28h/10?

24   A.   This was a photo just taken at the physical surveillance.

25   We went by ████████████, and his Ford Explorer was sitting

```
 1      out in front.

 2      Q.   And this is Government Exhibit 28h/11.

 3      A.   Again --

 4      Q.   Similar to the first picture.

 5      A.   Right.  There is his van over there, and I believe it's a

 6      phone store he went into.  Yes.

 7      Q.   Now, by this point in time, had you established some

 8      relevance to your investigation to the ████████████████

 9      location you identified?

10      A.   Yes.

11      Q.   And what was that?

12      A.   We learned that this was the location where Rebeca Dueñas

13      Franco lived in the basement area.

14      Q.   Subsequent to that, was there surveillance on

15      September 13th, 2010?

16      A.   Yes.

17      Q.   And, if you could just briefly synopsize, what was the

18      surveillance that was conducted that day?

19      A.   Just look at my notes real quick.

20               (Witness reviewing document.)

21      A.   Detective Truitt and Detective Reid assisted me on this

22      day.  Again, it was a Monday, September 13th.  We started --

23      we began surveillance at 8:12 in the morning, and we started

24      doing the surveillance at his house.  I was at the -- lives on

25      a hill.  I was at the bottom portion of the hill.  Truitt and
```

1    Reid were at the top portion, and we started physical

2    surveillance at that point.

3    Q.   Generally speaking, what locations did you conduct

4    surveillance that day?

5    A.   Again, we went to the McDonald's at Riverdale -- in

6    Riverdale, Maryland, and we then proceeded to ██████████,

7    where he dropped off a female.  Detective Truitt and Reid,

8    they were in the same vehicle.  As they were heading back to

9    Annapolis, their vehicle, they believed it was compromised, so

10   they --

11             MR. RUTER:   Objection.

12             THE COURT:   Basis?

13             MR. RUTER:   It's the belief that they were

14   compromised.

15             THE COURT:   Okay.  Overruled.

16   BY MR. CUNNINGHAM:

17   Q.   So continue.  What did they do at that point?

18   A.   They, again, said that they were going to pick up another

19   vehicle.  They believed that they were spotted and that German

20   Ventura recognized, you know, that he was being followed.  So

21   I was in a covert vehicle at ██████████.  I observed him

22   drop off a woman very quickly, again, following him from this

23   morning.  I knew that he also had his child in the car.

24             I -- as he left out of ██████████, I observed the

25   child in the back.  He then proceeded, again, out to Route 2,

1    picked up 97 and headed north on 97, where I began to follow

2    him.  Detective Reid and Truitt obtained another surveillance

3    vehicle, and they proceeded to my location, which we headed up

4    97, went to 66 -- I'm sorry -- 695 over to Route 2, Ritchie

5    Highway, and he picked up the -- he went down towards, you

6    know, Patapsco Avenue, and then picked up that little ramp to

7    go through the tunnel.  He went through the tunnel and

8    proceeded to the bus station in Baltimore.

9    Q.    Do you know if any surveillance was conducted of him

10   going anywhere from Baltimore?

11   A.    He was observed picking up a female at the bus station,

12   and then, from there, attempts were -- tried to follow him

13   back, but we lost visual surveillance.

14   Q.    Let me show you Government Exhibit 28f/1.  Is this the

15   beginning of the sequence of surveillance photos from that

16   day?

17   A.    Yeah.  I went by ███████████, just to took some overall

18   photos of the ███████████ area.  It was early in the

19   morning.

20   Q.    Government 28f/2?

21   A.    This is, again, a little bit early in the morning, but,

22   you know, more so around, I want to say, 9:00 or 10:00, and

23   this is a picture of -- Ventura's house is right here, and

24   here, his -- the van.  The tan vehicle is over across the

25   street parked where you can't see it, because it's blocked by

Direct Examination of Jeffrey Scott Hartlove

1   a couple of vehicles, and I believe that this other vehicle

2   back here, we discovered was his, later on.

3   Q.   28f/3?

4   A.   This was him leaving his house just shortly before he

5   left and got in the car.  Looked like he was on a cell phone,

6   but he came, walked over to the tan vehicle, which is over in

7   that direction, and then walked back.

8   Q.   28f/4?

9   A.   Again, just a different vantage point, looking up at

10   his -- looking down at his house, and, again, his two vehicles

11   parked out in front, and, again, the tan vehicle is behind

12   this car.

13   Q.   28f/5?

14   A.   This is him at the -- leaving the McDonald's, going

15   through the McDonald's.  He picked up a female at the

16   McDonald's, as she got out of the green van.

17   Q.   28f/6?

18   A.   This is a photo from Detective Truitt.  Again, a green

19   van that she got out of was that conversion van.

20   Q.   28f/7?

21   A.   Again, this was still in the McDonald's parking lot, you

22   know, female sitting in the passenger seat.

23   Q.   28f/8?

24   A.   This is proceeding back on Route 50 going eastbound

25   towards Annapolis.  Again, I darted ahead of him and set up

1    surveillance as he came into Annapolis.

2    Q.   28f/9?

3    A.   Again, this is a -- I got out to ███████████ and just

4    took overall photos of people standing around.

5    Q.   And 28f/10?

6    A.   This is him coming down ██████████ from Dorsey Avenue

7    off of West Street.

8    Q.   Government 28f/11?

9    A.   This is the -- again, the same Hispanic male in the blue

10   appeared to be waiting for him, and the female getting out of

11   the vehicle.

12   Q.   Another shot, 28f/12?

13   A.   Again, at the same time, he's -- quickly got her out, and

14   then he pulled off, and the female and the Hispanic male

15   walked up towards ████████.

16   Q.   28f/3?

17   A.   This is him pulling off.  Again, at this time, you know,

18   again, Ricky Truitt is telling me that he's going -- you know,

19   that he's -- his vehicle was compromised, and he's, again,

20   pulling off.

21   Q.   I misspoke.  This is Government 28f/13.

22        And 28f/14?

23   A.   Again, this is, I believe, later on when he was heading

24   back from the bus station in Baltimore heading down 295.

25   Q.   28f/15?



1    A.    Again, this, we discovered later on.  When I get out to

2    there, to ▇▇▇▇▇▇▇▇▇, I just took overall pictures, but we

3    discovered later on that this vehicle, the Toyota, was also

4    being -- doing or involved in the business later on.

5    Q.    Which vehicle are you referring to?  Is it the one in the

6    center --

7    A.    Oh, I'm sorry.  (Indicating).

8    Q.    Okay.  28f/16, what is this a photo of?

9    A.    At this point, too, we're realizing that he opened up

10   another home in Annapolis for his -- for the brothel, and this

11   was ▇▇▇▇▇▇▇▇▇▇▇▇▇.

12   Q.    And that's the location that isn't marked on the map up

13   there but you got up and pointed to yesterday?

14   A.    That is correct.

15   Q.    28f/17?

16   A.    This was him later.  I -- when he -- coming back from

17   Baltimore, we lost physical surveillance on him.  I went out

18   and sat out at ▇▇▇▇▇▇▇▇▇▇ and took photos, and noticed

19   his vehicle showed up there.  I did not see the female get out

20   of the car, but later on he emerged from ▇▇▇ and had his small

21   kid, and the gentleman in the red shirt came out with him.

22   Q.    And, finally, in this sequence, 28f/18?

23   A.    Continuing to watch the area that day, I noticed a

24   person, again, who we began familiar with by doing that

25   traffic stop, which was Colmillo, Fang, Jose Reyes -- Luis

1  Reyes, and this was a back entrance, the back way -- you can

2  go into the back way of ████████████ area, rear door.  It's a

3  slider.

4  Q.   The last day of surveillance I want to address with you

5  is September 19th, 2010 -- September 19th and 20th.  Can you

6  give just a brief synopsis, please, of surveillance activities

7  on those dates.

8  A.   Well, the 19th was a Sunday.  We just basically -- doing

9  physical surveillance, we observed him in the area of the

10 Jennifer Shop, which is a area right up the street from

11 ██████████████.  He was in a vehicle, being the silver

12 Expedition.  The tan Nissan or --

13 Q.   And what location did you surveil him on that date,

14 Detective Hartlove?

15 A.   That was Sunday, the 19th?

16 Q.   Yes.

17 A.   Do you want me to continue?

18 Q.   I want to know what location the surveillance was.

19 A.   Oh, I'm sorry.

20 Q.   If it was more than one location, just go Annapolis or

21 wherever --

22 A.   Yes.  I'm sorry.  We began surveillance at ███████████████

23 ████████.  We then conducted surveillance at the Jennifer Shop

24 as well.  On the 20th, surveillance started at the McDonald's

25 in Riverdale.  Agent Ed Kelly assisted.  Again, two Hispanic

 1   females entered the vehicle.

 2   Q.   Let me interrupt you.  Just summarize:  Where was the

 3   surveillance on the 20th, please?  Just the location.

 4   A.   I'm sorry.  On the 20th?

 5   Q.   We'll go through the images.  I just want you to

 6   summarize the locations of the surveillance to sort of set the

 7   stage here.

 8   A.   I'm sorry.  It was Riverdale McDonald's, Anita Grocery

 9   Shop in Annapolis, and then also Upper Marlboro at the address

10   of ███████████████, Upper Marlboro.

11   Q.   And do you know if, on that day, Mr. Ventura was observed

12   during the surveillance?

13   A.   No.  No.  He was later observed, but he was not in the --

14   Q.   Okay.  Let's start with Government 28g/1.  Where is this

15   picture taken?

16   A.   This was a picture out in front of ████████████████.

17   Q.   28g/2, what's that location?

18   A.   This is just an overall picture back at ███████████████

19   ████.

20   Q.   28g/3?

21   A.   This is the Jennifer Shop in Annapolis, which is a couple

22   blocks from ███████████████.

23   Q.   And 28g/4?

24   A.   This is the silver Expedition that he was operating on

25   the 19th, and the tan vehicle is over to the right.

1    Q.    And it's in front of the Jennifer Shop?

2    A.    Yes.

3    Q.    And 28g/5?

4    A.    This is Luis Reyes, Colmillo, talking to him, or -- with

5    the door open on the passenger side, and Ventura sitting in

6    the driver's seat.

7    Q.    28g/6?

8    A.    Again, that's Colmillo, Luis Reyes, sitting out on the

9    front steps of █████████████████████.

10   Q.    28g/7?

11   A.    Again, this was a picture of the driveway.  Just wanted

12   to show the activity for that day.

13   Q.    The driveway of what location?

14   A.    Of ███████████████████.

15   Q.    28g/8, is this another shot during the sequence of

16   surveillance?

17   A.    Yes.

18   Q.    28g/9?

19   A.    Again, these were overall pictures just taken under

20   surveillance at Jennifer Shop.

21   Q.    This guy have any significance to your investigation?

22   A.    No.

23   Q.    28g/10?

24   A.    Again, just overall pictures at the Jennifer Shop.

25   Q.    28g/11, is this another shot at Jennifer Shop?

1    A.    Yes, and Colmillo with the door open to the passenger

2    side of Ventura's vehicle.

3    Q.    Just another shot in the next sequence?

4    A.    Yes.

5    Q.    g/12 -- 28g/12?

6    A.    Yes.

7    Q.    28g/13?

8    A.    Again, that day, that's Colmillo operating the tan Nissan

9    and gassing up right there at Route 2 and Old Solomon.

10   Q.    Now, is this on the 20th of September?

11   A.    I'm not positive, because I think that Agent Ed Kelly

12   took that photo.

13   Q.    All right.  28g/14?

14   A.    Again, at the gas station at the Route 2 and Old Solomon.

15   Q.    28g/15?

16   A.    Again, just overall shots at the Jennifer Shop.

17   Q.    And 28g/16?

18   A.    This was -- this was him leaving the Jennifer Shop, being

19   German Ventura in the Expedition.

20   Q.    28g/17?

21   A.    Again, same shot.

22   Q.    Further out the driveway.  What's 28g/18?

23   A.    Again, can't see the tag number, but I think that's the

24   tan Nissan that was parked there later at the day back at

25   ████████████.

1    Q.   And 28g/19?

2    A.   And, again, this is a shot -- this was on the 20th, after

3    he -- Colmillo took her to Anita's Grocery Shop.  I swung

4    around, and he was dropping off the female at ████████████

5    ████.

6    Q.   Is this another shot at that same location?

7    A.   Yeah.  This is the male coming out.

8    Q.   This is 28g/20.

9         Next is 28g/21.  Where was that photo taken?

10   A.   Again, Colmillo was -- Mr. Reyes was -- dropped the one

11   girl off at ████████████ first, and then he headed down

12   roadway of Forest Drive, stopped at Anita's Grocery Shop with

13   this female, and then he then proceeded to Bywater Road to

14   ████████████, and that prior shot of the female entering

15   the doorway, so this shot is before the other one.

16   Q.   28g/22?

17   A.   This was, again, after they -- at the McDonald's doing

18   surveillance.  This was me following them back and taking a

19   picture.  This is at Route 2 heading right over towards -- I

20   guess a few blocks up would be Forest Drive.

21   Q.   And in Annapolis, Maryland?

22   A.   Annapolis, Maryland, yes.

23   Q.   And the last shot in this sequence, 28g/23, where is that

24   image taken?

25   A.   Again, this was prior to them getting to the next shot,

1    but this was them coming back to Route 50 and taking the 665

2    exit.

3    Q.   Detective Hartlove, did you become aware of another 911

4    call of some significance to your investigation that was made

5    to the Annapolis Police Department in late October of 2010?

6         I'm going to put up on the screen now Government

7    Exhibit 40c/4A.  Do you recognize this as another CAD report?

8    A.   Yes.

9    Q.   Here is the exhibit.  And, first of all, can you see the

10   date that this CAD call was made?

11   A.   Yes.

12   Q.   And, in the middle, can you see from what number the call

13   was made?

14   A.   Yes.  ████████-3124.

15   Q.   Now, we previously had two other 911 calls that were

16   associated with that number; is that right?

17   A.   Correct.

18   Q.   And do you recall what the substance of this 911 call

19   was?

20   A.   I have to listen, but, again, it was, again -- it would

21   be him calling in --

22             **MR. RUTER:**  Objection.

23             **THE COURT:**  Basis?

24             **MR. RUTER:**  To the characterization it was him.

25             **THE COURT:**  Okay.  Overruled.

1        **THE WITNESS:**  It would be Mr. Ventura calling in a

2    complaint.

3        **MR. CUNNINGHAM:**  Your Honor, I'm playing Government

4    Exhibit 40c/4.

5        (Whereupon, an audio recording was played.)

6    **BY MR. CUNNINGHAM:**

7    Q.  Detective Hartlove, did you conduct any further inquiry

8    into this 911 call?

9    A.  I spoke to a -- a person about it, yes.

10   Q.  Well, do you know if any further law enforcement activity

11   ensued after the 911 call?

12   A.  No.

13   Q.  And, as far as the tag that was identified by the caller

14   and associated with a vehicle, did that have any significance

15   to your investigation?  Did you discover it in your --

16   A.  Not at that time, no.

17   Q.  Did you later discover something?

18   A.  Yes.

19   Q.  Okay.  With whom was that tag associated?

20   A.  Freddy Soriano.

21   Q.  Detective Hartlove, very briefly, was there an incident

22   on November 3rd of 2010 in Annapolis, Maryland, associated

23   with your investigation?

24   A.  Yes.

25   Q.  And what was that?

1    A.    It was a robbery attempt of Hector Avila.

2    Q.    Was Hector -- who was Hector Avila in the context of this

3    attempted robbery?

4    A.    Hector --

5    Q.    Was he a perpetrator, or otherwise?

6    A.    I'm sorry.  Say again.

7    Q.    Did he perpetrate the offense, or --

8    A.    No.  He was the victim of a attempted armed robbery.

9    Q.    And, without going into the specifics of how that related

10   to your case, as a result of that, did you and other law

11   enforcement officers reach a conclusion about the conduct of

12   your investigation?

13   A.    Yes.

14   Q.    And what was that?

15   A.    The conclusion was that he was set up to arrive at a

16   certain location.  He was delivering girls himself, and, once

17   he got there, three males, one having a shotgun, robbed him or

18   attempted to rob him.

19   Q.    You said that Hector Avila was running prostitutes

20   himself?

21   A.    Yes.

22   Q.    And doing a delivery service?

23   A.    Yes.

24   Q.    And did you and Special Agent Kelly hear or see of any

25   communication between Hector Avila and someone else?

 1    A.    Yes.

 2    Q.    Did Mr. Avila have any association with Freddy Soriano?

 3    A.    Yes.

 4    Q.    Now, had you seen Mr. Soriano's telephone at some time

 5    prior to November 3rd?

 6    A.    Yes.

 7    Q.    And when was that?

 8    A.    Freddy Soriano's phone?

 9    Q.    Yes.

10    A.    It was -- began back on the date that he was arrested

11    back in March 2010.

12    Q.    Did Soriano have a phone on him at the time?

13    A.    Yes.

14    Q.    And did you examine the phone?

15    A.    Yes.

16    Q.    Did you see images on that phone?

17    A.    Yes.

18    Q.    I'm going to show you now Government Exhibit 15c/15 --

19    c/5?

20          **THE REPORTER:**  I'm sorry?

21    Q.    Government Exhibit 15c/5, Government Exhibit 15c/6, and

22    Government Exhibit 15c/7.  Do you recognize all those images,

23    Detective Hartlove?

24    A.    Yes.  This was later in August 3rd that Freddy Soriano

25    also sent me or forwarded me the photo that he received.

1    Q.   And did subsequent analysis of telephone records,

2    including toll records, show the number associated with from

3    where those texts had been sent?

4    A.   From the text and the image itself, yes.

5    Q.   And what was that number?

6    A.   ████████-3124.

7    Q.   Later, did you see similar images on a phone that

8    Hector Avila had?

9    A.   Yes.

10   Q.   Did they appear to be similar to the images we just saw?

11   A.   Yes.

12   Q.   And did they have any -- these had texts in them in

13   Spanish.  Did you understand what the text was associated with

14   the picture?

15   A.   No, I did not understand them.

16   Q.   Did the images you saw with Hector Avila have any text

17   with them?

18   A.   No, not that I'm aware of.

19   Q.   Now, let me put Government Exhibit 15c/7 back up and ask

20   you a question.  Detective Hartlove, can you see that it

21   appears in the center of this image that there is some kind of

22   statute here?  Do you recognize that?

23   A.   Yes.  That's a statute, what I believe to be Santa

24   Muerte, as well as a semi-automatic gun on the top between the

25   wings, and then the magazine is also in the -- in front of the

1    Santa Muerte with the -- their hands out, I guess, or the

2    statue part.

3    Q.   Detective Hartlove, did you recognize the background of

4    this particular image?

5    A.   Yes.

6    Q.   And where is that?  What do you recognize about it?

7    A.   Well, I recognize it because it's the basement --

8              **MR. MONTEMARANO:**  Objection, Your Honor.  Can we

9    approach?

10             **THE COURT:**  Come up.

11             (Whereupon, the following discussion occurred at the

12   bench.)

13             **MR. MONTEMARANO:**  Most respectfully, Your Honor, I'd

14   request a proffer from the Government how this witness

15   believes he can recognize some indistinct, nondescript

16   Venetian blinds from any other nondescript Venetian blinds

17   that he's encountered in his, let's say, 40 years on God's

18   green earth.

19             **THE COURT:**  Good question.

20             **MR. CUNNINGHAM:**  Your Honor, I think he would

21   testify that it's --

22             **THE REPORTER:**  If you'd move over to the mic.

23             **MR. CUNNINGHAM:**  He would testify that it's very

24   similar to the blinds that he saw in the Defendant's residence

25   when he searched on November 15th.

1          **THE COURT:**  And several million others as well.  I

2     will --

3          **MR. CUNNINGHAM:**  I think that goes to weight, Your

4     Honor.

5          **THE COURT:**  I was going to say, if you want it in,

6     you'll get it in, give Mr. Montemarano a chance to have some

7     fun with it later.

8          While I've got you all up here, Mr. Ruter, we're

9     going to break at 5:00 so that I can refer you to

10    Judge Gallagher for an attorney inquiry, you and your client.

11    I will pass that duty off to her --

12         **MR. RUTER:**  Sure.

13         **THE COURT:**  -- since I don't want to hear anything

14    about your relationship that might affect my role as trial

15    judge here.  So we will break to accommodate that hearing.

16         **MR. RUTER:**  I want the Court to know --

17         **THE COURT:**  And I assume the interpreters are

18    listening, and, since I assume that I have the interpreters up

19    until about 6:00, I would hope that the interpreters would go

20    to 7B so that they can interpret for Judge Gallagher.

21         I see Ms. Kirchgessner smiling, so I know she's

22    gotten the message.

23         **MR. CUNNINGHAM:**  Judge, are we breaking for the day

24    at 5 o'clock?  We have witnesses.  We just want to --

25         **THE COURT:**  Yes, you can let them go.  I'm assuming

1      that -- whatever the inquiry takes, I will assume that we

2      won't be able to resume to get something in between a hearing

3      that starts at 5:00 and our 6:00 p.m. closing, so, sorry, but

4      Mr. Ventura will get his wish.

5              **MR. RUTER:**  Yes, Your Honor.

6              **MS. YASSER:**  So we'll release our afternoon

7      witnesses?

8              **THE COURT:**  Yes.

9              **MR. RUTER:**  Thank you, Your Honor.

10             **THE COURT:**  Thank you.

11             **MR. MONTEMARANO:**  What's the ruling?

12             **THE COURT:**  The ruling was overruled, but, as I

13     said, you'll get a chance to have some fun with it later.

14             (Whereupon, the bench conference was concluded.)

15             **THE COURT:**  Question?

16             **MR. CUNNINGHAM:**  Yes, Your Honor.

17     **BY MR. CUNNINGHAM:**

18     Q.   Detective Hartlove, as a result of the incident involving

19     Hector Avila, did you and Special Agent Kelly and other

20     officers decide to essentially bring at least that phase of

21     the investigation to a conclusion?

22     A.   The investigation involving German Ventura, yes.

23     Q.   Yes.  And did you endeavor to obtain warrants for

24     searches and arrests associated with your investigation?

25     A.   Yes.

 1    Q.   And, on November 15th of 2010, we've heard several times

 2    reference to the fact that you actually executed a number of

 3    search warrants and arrest warrants; is that correct?

 4    A.   Yes.

 5    Q.   Was evidence seized at a variety of different locations

 6    on that day?

 7    A.   Yes.

 8    Q.   Where were you physically during the execution of the

 9    search?

10    A.   I was at ███████████████, Capitol Heights.

11    Q.   And that was Mr. Ventura's residence at the time; is that

12    right?

13    A.   Yes.

14    Q.   Were you assisted by anyone at that location?

15    A.   Yes.  There was two PG County officers, as well as some

16    agents from Homeland Security.

17    Q.   Was Mr. Ventura arrested that day?

18    A.   Yes.

19    Q.   And where was the arrest effected?

20    A.   It was effected at Route 50 right near Rowe Boulevard.

21    Q.   And was he in a car at the time he was arrested?

22    A.   He was in the gray Astrovan.

23    Q.   Did anyone search Mr. Ventura and the Astrovan?

24    A.   Yes.

25    Q.   And were a number of items seized from that location or

1    his person?

2    A.   That's correct.

3    Q.   Before he was arrested -- or let me ask you:  Do you know

4    why it was that he was arrested on Route 50?

5    A.   We had physical surveillance going on with him the

6    complete day.  The officers followed him down into D.C. area.

7    Again, there was no -- nobody in the car with him when he left

8    the area -- well, it's the area of up near ███████████.

9    It's a university school that he was working at doing

10   construction that morning.  He left out.  Again, this was a

11   Monday.  He left out and went into D.C., and then the officers

12   lost physical surveillance on him briefly.  Then the officers

13   picked it back up.  They saw that female was back in the car.

14   Q.   You said he was observed going into D.C., and then

15   returning to Maryland?

16   A.   Correct.

17   Q.   All right.  When he was arrested, the search of the

18   vehicle that he was operating, was evidence seized from that

19   location?

20   A.   Yes.  From the Chevy Astrovan, correct.

21   Q.   I'm going to show you Government Exhibit 20b/1.  Do you

22   recognize this?

23   A.   Yes.  This was a prayer paper to Santa Muerte.

24   Q.   And was this on his person?

25   A.   Yes.

1    Q.    If you can remember, as I show you exhibits, if you'll

2    tell me where the exhibits came from.  I'm going to show you

3    20c.

4    A.    Again, I don't -- I don't recall where that item was

5    recovered from.

6    Q.    Okay.  But these are all from the Astrovan?

7    A.    Yes.

8    Q.    All right.  And, on the reverse side, do you see markings

9    indicative of anything?

10   A.    Again, to me, it's, you know, some type of figure or

11   tally sheet.

12   Q.    Government Exhibit 20d, this one is hard to see.  Are you

13   able to see what this receipt is for, where it's from?

14   A.    It looks like a deposit for a bank on 11/3/2010.  I can't

15   see -- I can't make out any further --

16   Q.    Can you determine location at all?

17   A.    Capital One.

18   Q.    Government 20e?

19   A.    This is a registration card to a Chevy truck, A, Adam,

20   2166093.

21   Q.    And who is the registered owner of this vehicle?

22   A.    It's to his business, VVV Home Construction.  Insurance

23   card is also there listed to VVV.

24   Q.    And was this a vehicle that had been surveilled by you

25   and other officers during this investigation?

1    A.    Let me just check the VIN real quick.  3763.  Yes, this

2    is the Chevy Astrovan.  Sorry.

3    Q.    Government 20f, do you recognize another MVA registration

4    certificate?

5    A.    Yeah.  This is temporary registration, 9 Adam Adam 0211,

6    listed to VVV Home Construction at ████████████.  It's

7    listed to a Honda four-door.  This was later to be the blue

8    Honda that was parked in front of his residence.

9    Q.    Government 20g, do you see this exhibit?

10   A.    Yes.  This is a business card.  On the back of it is

11   Joong H. Kim and his cell number, ██████-6694, and --

12   Q.    You identified this person earlier, correct?

13   A.    Yes.  That is the owner at the time of ████████████

14   ██████ up near Patapsco Avenue, Baltimore County.

15   Q.    And this was actually information on the reverse side of

16   this business card; is that right?

17   A.    Right.  That's a tow company that's right next to it.

18   Q.    Now, moving on to Exhibit 20j, from the center of the

19   van, do you recognize Government Exhibit 20j?

20   A.    This is from the Jennifer Shop.  It's a place -- it's --

21   it's hard to see.  I believe it's to place money for the

22   phone.

23   Q.    Is this actually a money remitter receipt --

24   A.    Right --

25   Q.    -- Detective Hartlove?

1   A.    -- and it's to Oscar Bonilla Ventura, with a phone

2   number,        -8346, and it says                    .

3   Q.    And did you learn that this actually demonstrates the

4   transfer of money from the United States to another location?

5   A.    Yes.

6   Q.    But you see the number that is associated with the person

7   identified as the sender?

8   A.    Right, uh-huh.

9   Q.    Government Exhibit 20k, do you recognize these documents?

10  A.    Yes.  This is a document from his vehicle.  Again, Jorge

11  Painting, and then the phone number on the card,       -5211,

12  stands out, and then the       -8346.

13  Q.    Government 20l, this was seized in the van, and what's

14  this document?

15  A.    Yeah.  I'm not too sure, to tell you the truth.  I'm

16  sorry.  It does say, it looks like, Easton up top.  It does

17  say -- it is a tally sheet.  I'm sorry.  I couldn't make out

18  the writing.

19  Q.    Now, Detective Hartlove, do you know if any cell phones

20  were retrieved from the Astrovan that Mr. Ventura was

21  operating when he was arrested?

22  A.    Yes.

23  Q.    I'm going to show you Government Exhibit 20i/1, 2, and 3,

24  and do you recognize this as a bag containing three separate

25  cell phones?

1    A.    Yes.

2    Q.    And, with regard to all the cell phones that were seized

3    during the operation on November 15th, did you and other

4    officers find out the numbers assigned to these cell phones --

5    A.    Yes.

6    Q.    -- and subsequently perform analysis of the phones and

7    any kind of call data you were able to recover?

8    A.    Correct, yes.

9    Q.    I'm showing you Government Exhibit 20m.  Do you recognize

10   this as a phone seized from the passenger side of that van?

11   A.    Yes.

12   Q.    Now, when Mr. Ventura was arrested, was he accompanied by

13   anybody?

14   A.    There was a female in the vehicle with him.

15   Q.    And do you or did you or did other officers identify that

16   woman?

17   A.    She was later identified, yes.

18   Q.    What was her name?

19   A.    Benita Torres Moran.

20   Q.    And did you recover information, like contact type

21   information, from the phone that came from Benita Torres

22   Moran?

23   A.    Yes.

24   Q.    Did you find that there had been some contact by that

25   phone with Mr. Ventura that morning?

1    A.   Yes.

2    Q.   Showing you Government 20n, do you recognize this as a

3    bag filled with -- there is an inner bag with Crown condoms.

4    A.   Yes.  It's from the passenger side.

5    Q.   Was this in Ms. Torres -- yes -- Benita Torres Moran's

6    possession?

7    A.   Yes.

8    Q.   And, finally, Government 20p from the Astrovan, do you

9    recognize this as a notebook seized from Ms. Torres Moran?

10   A.   Yes.

11   Q.   Was there any information -- and, actually, if I hand it

12   to you, maybe you can examine it more closely.  Do you recall

13   seeing any information in this page or the next that

14   corresponded to --

15   A.   It says -- on the page, it says Oscar, and then it

16   says -- looks like Naplis (phon) or Nopelis (phon),

17   N-A-P-O-L-E, and the phone number says ███████-3124.

18           THE REPORTER:  Could you spell that again?

19           THE WITNESS:  Yes.  It says, Oscar, O-S-C-A-R, and

20   then it says N-A-P-O-L, looks like E, Napole (phon).

21   BY MR. CUNNINGHAM:

22   Q.   Detective Hartlove, I'm putting up Government

23   Exhibit 20h, and do you recognize this particular exhibit from

24   the rear of the van?

25   A.   Yes.  These are prostitution business cards,

1    ███████-9346, as well as the other, ███████-8649.

2    Q.   And, also from Ms. Torres Moran, Government Exhibit 20o.

3    Do you recognize this exhibit?

4    A.   Yes.  This was the Greyhound bus ticket down from New

5    York to Washington --

6    Q.   And --

7    A.   -- for Benita Torres.

8    Q.   And what day was the travel for?

9    A.   For the 15th of November 2010.

10   Q.   You can see that on the exhibit?

11   A.   Yes.

12          **THE COURT:**  Mr. Cunningham, we're going to take a

13   break here.

14          Members of the jury, we're going to take the

15   afternoon recess.  Please remember:  Don't discuss the case

16   among yourselves or with anyone else.  I also advise you that,

17   because of another matter, we will have to suspend just before

18   5:00 today.  We will not be sitting until 6:00 today.  I will

19   see you at five minutes before 4:00.

20          We're in recess.

21          **THE CLERK:**  All rise.  This Honorable Court stands

22   in short recess.

23          (Jury excused.)

24          (Recess taken, 3:32 p.m. - 3:51 p.m.)

25          **THE CLERK:**  All rise.  This Honorable Court now

1   resumes in session.

2             THE COURT:  Thank you.

3             Deputies, we are suspending early so that

4   Judge Gallagher can conduct a hearing for Mr. Ventura in 7B,

5   so Mr. Ventura has to be in 7B at 5:00 p.m.

6             Ready for the jury, folks?

7             MR. CUNNINGHAM:  Yes, Your Honor.

8             (Jury enters.)

9             THE COURT:  Thank you.  Please be seated.

10            Madam Clerk?

11            THE CLERK:  I'd like to remind you:  You're still

12   under oath.

13            THE WITNESS:  Yes, ma'am.

14            THE COURT:  Question?

15            MR. CUNNINGHAM:  Thank you, Your Honor.

16   BY MR. CUNNINGHAM:

17   Q.   Detective Hartlove, I want to finally turn to a search at

18   the ███████████ residence of Mr. Ventura, the November 15th,

19   2010 search.  Did you participate at that particular location?

20   A.   Yes.

21   Q.   And, first of all, were images taken of the front of the

22   residence?

23            I'm going to show you Government Exhibit 27a/1?  Do

24   you recognize this?

25   A.   Yes.  That's the front of his house, ██████████████.

1    Q.   Is that generally how it appeared the day that you went

2    to execute the search?

3    A.   Yes.

4    Q.   Now, I have some additional photos, before going into

5    actual physical evidence.  First of all, 27a/2, can you tell

6    the jury what's depicted in this image?

7    A.   Again, they're Maryland license plates.  They were

8    located on the second floor of the residence.  Again, Maryland

9    tags, 2 Frank David Mary 29, 3 David Edward Paul 76.

10   Q.   You don't have to go into the details.

11            And Government Exhibit 27a/3, more license tags?

12   A.   More license tags, that's correct.

13   Q.   And, finally, Government Exhibit 27a/4, do you recognize

14   that?

15   A.   Yes.  The statue of Santa Muerte that was in the bedroom

16   downstairs.  In the backdrop is the blinds and a window.

17   Along to the right-hand side is a closet -- like a clothes

18   closet, and inside of it is like burnt candles and in the

19   saucer jars there, as well as a cup and some other glass

20   device.

21   Q.   Can you see the backdrop in this particular picture of

22   the Santa Muerte image?

23   A.   Yes.

24   Q.   Is that a window in the background?

25   A.   Yes.

Direct Examination of Jeffrey Scott Hartlove

1    Q.   And describe what kind of a window covering there are

2    there.

3    A.   Again, vertical blinds.  Plastic vertical blinds in the

4    backdrop.

5    Q.   Vertical, or horizontal?

6    A.   Horizontal.  I'm sorry.  Horizontal blinds that are on

7    the basement window.  It's to the right of the house.

8    Q.   Did you take or assist in capturing these images,

9    Detective Hartlove?

10   A.   I did take some of the images, that's correct.

11   Q.   Did you see the Santa Muerte image and that particular

12   backdrop when you were at ███████████ on November 15th of

13   2010?

14   A.   Yes.

15   Q.   What I put up is Government Exhibit 27b.  Do you

16   recognize this?

17          I'll take it out of the plastic and show you the

18   front of it.

19   A.   It's a El Salvadoran passport.

20   Q.   And can you tell to whom the passport was issued?

21   A.   Listed to last name of Ventura, first name German, and de

22   Jesus.

23   Q.   Now, I'm going to put up on the screen Government

24   Exhibit 27c/1 and 27c/2, and then bring them to you and ask

25   you to look at them a little more closely.

1    A.    Thank you.

2    Q.    Are there any annotations in those notebooks that sort of

3    jumped out at you in terms of their relevance to your

4    investigation?

5    A.    Yes.  Along with the green writing on the top, it has the

6    writing, again, ███████████████████████████,

7    numbers below it, adding it up.  Down at the bottom on the

8    right, it's got Colmillo, C-O-L-M-I-L-L-O.  Again, it's just

9    adding up numbers.  Above Colmillo, it's 140.

10              On the right, the other pad, again, it's a little

11   note pad.  Again, it appears to be a tally sheet.  On the --

12   it says -- looks like ██████████, Norfolk, Virginia,

13   ████████ -- either a ████████ or an ████████.

14   Q.    Based on your experience, how would you describe the

15   annotations in those notebooks?

16   A.    Again, they're tally sheets, just ledgers to keep -- keep

17   the amounts correct.

18   Q.    Government 27d, I previously showed this to you.  Do you

19   recall seeing this particular receipt, 27d?

20   A.    Yes.

21   Q.    And this was found when you did the search on

22   November 15th, right?

23   A.    That's correct.

24   Q.    And, again, referencing the number associated with this

25   Boost Mobile phone, where had you previously seen that number?

1    A.   ████████-9263.  If I may just refresh my memory.

2    Q.   Do you remember the 911 call in March?

3    A.   That's correct.

4    Q.   Okay.  One of the two --

5    A.   Yes.

6    Q.   -- 911 calls.

7              Government 27e, and what's this document?

8    A.   This is an MVA voucher to VVV Home Construction.  It

9    appears that -- the title registration receipt.

10   Q.   Did you correspond this to one of the vehicles that was

11   the subject of your investigation?

12   A.   I have to look at it a little bit more thoroughly to see

13   if it has a tag on it.

14             (Witness reviewing exhibit.)

15   A.   Yes.  The tag is off to the left.  It's 886 Victor 075.

16   That was the first tag I discovered on the white Chevy

17   Astrovan when it was discovered at ████████████████████.

18   Q.   27f, do you recognize this document?

19   A.   MVA, Maryland notice of compliance for requested

20   insurance information, again, listed to VVV Home Construction,

21   ████████████.  It's for a vehicle ending in 3763.  That is the

22   Chevy Astrovan.  That's the new tag or another tag, A Adam

23   205926.

24   Q.   Government 27g is another one of the money remitter

25   receipts, and, again, can you see in the center of it

1    information associated with the sender?

2    A.   Again, it's listed to Iaria Ventura.  The payer is Blanco

3    Aricola, A-R-I-C-O-L-A, and the sender is Oscar Bonilla

4    Ventura.

5    Q.   And can you see an associated address with that name?

6    A.   It says ███████████, Annapolis, Maryland.

7    Q.   27h -- first of all, Detective Hartlove, is it correct

8    that a whole lot of documents, miscellaneous papers were

9    seized during the search of ███████████?

10   A.   There was a numerous amount of documents received prior

11   to ███████████.

12   Q.   And have you combed through and you believe extracted

13   documents that are believed relevant to this case and your

14   investigation?

15   A.   Yes.

16   Q.   Okay.  So, 27h, tell the jury why these papers were

17   pulled.

18   A.   Again, on the top, it says to be ███████, some other

19   writing.  It's got some totals and who to pay out.  Again, who

20   stands out is Colmillo and some other -- appears to be

21   Hispanic names.

22   Q.   Government 27i, what's the significance of this

23   particular business card?

24   A.   This number at the bottom is ██████ -- written on it,

25   ███████-0903, and then a number was crossed off.

1    Q.    And that number is the one associated with

2    German Ventura?

3    A.    That's correct.  It came into the investigation.

4    Q.    Government 27j?

5    A.    This is a --

6    Q.    Title?

7    A.    This is the title to the Chevy -- Chevy truck.  Let me

8    check something.

9    Q.    Was this a title to a vehicle that was the subject of

10   part of your investigative activities?

11   A.    That is correct.  It's the Chevy truck -- the Astrovan.

12   Q.    And, 27k, can you describe what this document is?  First

13   of all, it appears to be like it had been torn up.  Do you

14   recall how it was found?

15   A.    It was found in a trash bag in the room at ███████████

16   ██████.

17   Q.    And, based on your investigation, did you perceive some

18   significance to this document?

19   A.    Yes.

20   Q.    Okay.  And did you reassemble it so that it's sort of put

21   back together?

22   A.    I did.  It was ripped up and in the trash can.  I put it

23   back together.

24   Q.    27l/1 -- excuse me -- i/1.  No.  I apologize.  It is l/1.

25              MR. CUNNINGHAM:  I misspoke, Your Honor.

1    Q.   27l/1, are these some more of the miscellaneous documents

2    that were seized?

3    A.   Yes.  Miscellaneous tally documents of what is owed.

4    What stands out is, again, Colmillo, C-O-L-M-I-O (sic), 20,

5    and some -- on the right, some tally sheets from the days of

6    the week.  Wendy, name.  I can't read the other name.

7    Q.   Next document is 27l/2.  It's more of the same kind of

8    documents?

9    A.   That's correct, with the women's names down at the

10   bottom, the amount that are owed.

11   Q.   27m?

12   A.   This is documents listed to Jose Benitez Contreras, ███

13   ██████████, Capitol Heights, Maryland, for an initial no

14   parking or a fine to a vehicle --

15              THE REPORTER:  I'm sorry.  I can't hear you.

16              THE WITNESS:  I'm sorry.  It's a parking fine

17   notice, and to -- but Jose Benitez Contreras, ████████

18   ██████, and the tag is 3 Frank Mary George 76.

19   **BY MR. CUNNINGHAM:**

20   Q.   Government's 27n, another document that appears as if it

21   had been torn up.  Do you know where this was recovered?

22   A.   From the home that -- the trash, I believe.  The

23   temporary license, 7 Mary David 8666.  That's to a Ford, and

24   it was to the Ford -- green Ford Explorer.

25   Q.   Can you see the name of the person to whom the vehicle

1   was registered?

2   A.   Yenis H. Ruiz Vasquez.

3   Q.   And did you identify that person?

4   A.   Yes.

5   Q.   Who was that?

6   A.   That is the mother to German Ventura, and they have two

7   children together.

8   Q.   The mother to his child or children?

9   A.   The mother to -- yes -- his child -- children.

10  Q.   Government 27o, is this another one of the money remitter

11  receipts?

12  A.   Yes.  The sender is Oscar Bonilla Ventura, again, ████

13  ████████████, Annapolis, Maryland.

14  Q.   Government 27p, what's the significance of this

15  particular piece of paper?

16  A.   This is from E&D Wireless, 2132 Forest Drive, which is, I

17  believe, right next to the Jennifer Shop.  This is the

18  telephone number ██████-3124, found to be German Ventura.

19  Q.   The number from which a number of the 911 calls were

20  made?

21  A.   That's correct, yes.

22  Q.   And, actually, can you tell from this piece of paper

23  what, if anything, the amounts reflect on there?

24  A.   The amount is $50, and that was from the date of

25  9/14/2010, Boost Mobile.

1    Q.   Government 27q, this is a document that appears to be

2    from a Maryland MVA office, and what's this pertain to?

3    A.   Insurance verification required, suspension warning,

4    proof of vehicle insurance is required through Maryland MVA,

5    sent to German Ventura, ███████████; the tag, 17157M,

6    Mary, 5, '95 Ford.  Just --

7    Q.   Is that one of the vehicles that you conducted

8    surveillance on?

9    A.   Yes.

10   Q.   Government 27r -- let me orient it -- what's this

11   particular document?

12   A.   This is an e-ticket to German Ventura, a citation he was

13   given back on 3/30/2010 on westbound Route 50 at Exit 43.

14   Q.   And, Government Exhibit 27s --

15   A.   This is --

16   Q.   -- what's this document?

17   A.   This is a Cricket customer copy listed to an Oscar

18   Bonilla with a telephone number ██████-3286, and the address

19   listed is ███████████████, Arbutus, Maryland, 21227.

20   Q.   And the address on there, was that significant in your

21   investigative activities?

22   A.   Yes.

23   Q.   Earlier, you testified that you had learned of something

24   there, and later on went and -- in fact, you identified some

25   pictures you took at that location, right?

 1    A.    Yes.

 2    Q.    At the time you saw these particular exhibits or that

 3    document, did you know of the significance of that address?

 4    A.    No, not at that time.

 5    Q.    And it later became something of interest to you in the

 6    investigation?

 7    A.    Yes.

 8    Q.    Government 27v is another MVA or Maryland title

 9    certificate.  Again, we can see the same name you identified

10    earlier as the mother of some of Defendant Ventura's children,

11    and this is for what vehicle?

12    A.    This is the title to the silver Ford Expedition truck

13    listed to Yenis H. Ruiz Vasquez.

14    Q.    Do you know if, at the time you executed the search at

15    ███████, Ms. Ruiz Vasquez lived at that address?

16    A.    I -- oh, at the time, yes, I did.

17    Q.    She did.  Okay.  Thank you.

18          And, as with searches in other locations, did you

19    locate cell phones?

20    A.    Yes.

21    Q.    And were they seized and analyzed?

22    A.    Yes.

23    Q.    Okay.  I'm just going to quickly go through.  This is

24    Government Exhibit 27w/1.  Is this one of the phones that was

25    seized?

```
 1    A.   Yes.

 2    Q.   27w/2?

 3    A.   Yes.

 4    Q.   27w/3?

 5    A.   Yes.

 6    Q.   27w/4?

 7    A.   Yes.

 8    Q.   27w/5?  Actually, I should flip it over.

 9    A.   Yes.

10    Q.   You're saying yes.  These were all seized at the ████

11    ████████  residence?

12    A.   That's correct, yes.

13    Q.   27w/6, was this one of the phones seized?

14    A.   Yes.

15    Q.   27w/7?

16    A.   Yes.

17    Q.   27w/8?

18    A.   Yes.

19    Q.   And, finally, 27w/9?

20    A.   Yes.

21    Q.   All these phones were seized from this one location?

22    A.   Yes.

23    Q.   And did you or did Agent Kelly endeavor to try to gather

24    information from those phones through the technological

25    capabilities you can employ?
```

1    A.    Yes.

2    Q.    Detective Hartlove, I think I skipped over Exhibit 27u,

3    and, actually, let me take it out and show you the front side

4    of this.  Do you recognize 27u?  Let me hand it to you and

5    give you a chance to look at it.

6              (Witness reviewing exhibit.)

7    A.    Yes.

8    Q.    Is there anything significant about that particular

9    notebook?

10   A.    Yes.  On the page that wasn't being displayed, it's got

11   "Wilbert Alejanero Herrera Aranda" and "Isidro Jimenez

12   Sanchez," then underneath that says, "Mexico."

13   Q.    And do you remember the names of the two men who were

14   arrested at the ███████████, Easton location?

15   A.    Yes.  That is their names.

16   Q.    This is actually, I guess -- appears maybe the second

17   page from the back.  Is this the page you were reading from --

18   A.    Yes.

19   Q.    -- Detective Hartlove?

20   A.    Yes.

21   Q.    27x, you previously testified about the Crown condoms.

22   Were these found at the ██████████ location?

23   A.    Yes, they were.

24   Q.    And, finally, I'll put here -- this is Government 27s,

25   and I'll hand it to you.  Do you recognize 27s?

1    A.    Yes.   This is the Santa Muerte that was inside his room

2    up against the window and the side clothing closet.   The wings

3    were detached, were not -- apparently got broken.

4              **MR. CUNNINGHAM:**   Now, Your Honor, may

5    Detective Hartlove step down and publish this to the jury?

6              **THE COURT:**   Yes.

7    **BY MR. CUNNINGHAM:**

8    Q.    Detective Hartlove, it appears that the statue is damaged

9    now.   Is that how you found it?

10   A.    No.

11   Q.    Do you know how it came to be damaged?

12   A.    It actually fell on the floor when we were packaging it.

13   Q.    All right.   If you'll go approach the jury and show them

14   the Santa Muerte.

15              (Government Exhibit 27s displayed to the jury.)

16   **BY MR. CUNNINGHAM:**

17   Q.    And let me finally show you Government Exhibit 27y.   Was

18   this also seized at the ██████████ location?

19   A.    Yes.

20   Q.    And can you see to whom this particular citation was

21   issued?

22   A.    It's -- it's to German de Jesus Ventura, *State versus*

23   *Kevin Garcia Fuentes*.   It's got an October 6th, 2008, Room 3.

24   It's driving or attempting drive motor vehicle without a

25   license.

1              **MR. CUNNINGHAM:**  May I have one moment, Your Honor?

2              **THE COURT:**  Yes.

3              **MR. CUNNINGHAM:**  Your Honor, I have nothing further

4      for Detective Hartlove at this time.

5              **THE COURT:**  Thank you.

6              Cross?

7              **MR. MONTEMARANO:**  Thank you, Your Honor.

8                          **CROSS-EXAMINATION**

9      **BY MR. MONTEMARANO:**

10     Q.   Good afternoon, Detective Hartlove.  How are you?

11     A.   Good, sir.  Thank you.

12     Q.   I'd like to begin with the Santa Muerte statue that you

13     just published to the jury.  Now, we saw some later

14     photographs from a lower level of that particular statue; is

15     that correct?

16     A.   Yes.  When you say "lower level," I was at eye level.

17     Q.   Okay.  About at eye level.  That's a fair statement.  And

18     they were next to the white closet; is that correct?

19     A.   Yes.

20     Q.   And there were some horizontal Venetian blinds on the

21     window behind, correct?

22     A.   Correct.

23     Q.   And you were there.  You saw that scene that we see

24     depicted in those photographs, correct?

25     A.   Yes.

1   Q.   So you can testify based upon personal knowledge, you

2   know that's how it looked there before it was moved; is that a

3   fair statement?

4   A.   Yes.

5   Q.   And, in some cases, you actually, you testified, took

6   some of those photographs; is that correct?

7   A.   Yes.

8   Q.   I'd like to invite your attention, however, to the

9   photographs from the phone with a Santa Muerte statue,

10  correct?

11  A.   Yes.

12  Q.   You recall those?

13  A.   Yes.

14  Q.   If I could inquire, you would agree you can't speak

15  Spanish, correct?

16  A.   No.

17  Q.   You don't have a degree in Spanish history or Spanish

18  literature or any exposure to Spanish culture; is that a fair

19  statement?

20  A.   No.

21  Q.   Or Hispanics' culture or Latin American culture; is that

22  also a fair statement, sir?

23  A.   No.

24  Q.   So you have no understanding of how common or ubiquitous

25  the Santa Muerte culture might be in Latin America?

1    A.    Yes.  I mean, you can read about it on the Internet.  We

2    were just taught through the police department.  The liaison,

3    Joe Hudson, runs a class or information about it.

4    Q.    And you would agree, therefore, that it is rather common;

5    is that a fair statement?

6    A.    There are different statues that are prayed to that are

7    common, yes.

8    Q.    And this one --

9          **MR. MONTEMARANO:**  Mr. Cunningham, is this it?

10         **MR. CUNNINGHAM:**  Yes.

11         **MR. MONTEMARANO:**  The bag is sealed, so I'm not

12   going to break it again?

13   **BY MR. MONTEMARANO:**

14   Q.    This is, as far as you were able to determine,

15   commercially available, commercially produced?  This is not a

16   one off, not uncommon or anything like that; is that a fair

17   statement -- this particular statue?

18   A.    I can't say I -- I don't know.  I don't know if it's mass

19   produced or if --

20   Q.    Does it appear to be singular or unique or handmade or

21   anything of that sort?

22   A.    I -- I have not seen one before like that.

23   Q.    Okay.  And, to your eye, it appears to be similar to the

24   one in the photograph on the phone; is that a fair statement?

25   A.    Yes.

1    Q.    And, in the same way, the blinds behind the one in the

2    photograph in the phone appear to be similar to the blinds

3    behind the statue that you found at ██████, correct?

4    A.    Yes.

5    Q.    But I would be correct if I also understood you never

6    found a handgun at ██████, correct?

7    A.    That's correct.

8    Q.    And you never found a handgun that resembles the one in

9    that photograph at any time during your investigation of this

10   case, correct?

11   A.    Correct, yes.

12   Q.    Or in the investigation of any other case, correct?

13   A.    Correct.

14   Q.    Okay.  And I'd like to ask you a few questions about your

15   testimony concerning Sylvia Maria Barrientos.  That's the

16   girlfriend of El Pelon, Ricardo Ramirez, the gentleman who

17   died after being shot on the 13th of September 2008, correct,

18   sir?

19   A.    Yes.

20   Q.    Now, if I understood your testimony correctly,

21   Ms. Barrientos -- can I call her Sylvia?  Would that be okay

22   with you?

23   A.    That would be fine with me, yeah.

24   Q.    My Spanish isn't better than yours, sir.  Montemarano is

25   Italian.

1              Sylvia told you that there had been threats directed

2    towards Ramirez, El Pelon, her boyfriend --

3    A.   Yes.

4    Q.   -- in the time prior to his being murdered, correct?

5    A.   Yes.

6    Q.   And she also said that there were certain numbers

7    associated with the threatening phone calls; is that what you

8    testified to, if I understood you correctly?

9    A.   Yes.

10   Q.   And did she tell you how long before the murder on the

11   13th of September that those phone calls would have taken

12   place?

13   A.   She didn't go into a specific day, or she didn't say it

14   was --

15   Q.   Did she indicate how long before; yes or no?

16   A.   No, she didn't say the exact day, no.

17   Q.   You're sure she gave you these phone numbers associated

18   with the threatening calls, correct?

19   A.   Yes.

20   Q.   And those phone numbers were obtained by you from her,

21   correct?

22   A.   Yes.

23   Q.   And they were obtained in late September, correct?

24   A.   Yes.

25   Q.   And early October, correct?

1    A.   They were given to Sergeant Hertik -- Jessica Hertik, now

2    Kirchner, and they were given to me.

3    Q.   Okay.  I submit to you, sir, that what she told you was

4    those were phone calls associated with competitors in the

5    prostitution business, competitors of Mr. Ramirez; is that a

6    fair statement?

7    A.   Yes.

8    Q.   And she said nothing about them being associated with the

9    threatening phone calls, I suggest, sir.

10   A.   She said they were threatening phone calls.

11   Q.   I'm asking about the relationship of the two phone

12   numbers to the threatening phone calls.  She said nothing

13   about that?

14   A.   She had indicated that those two numbers had called him

15   before and threatened him.

16   Q.   As a part of your investigation, did you appear in front

17   of the Grand Jury?

18   A.   Yes.

19   Q.   Are you aware that Ms. Barrientos, Sylvia, appeared in

20   front of the Grand Jury; yes or no?

21   A.   I don't recall that she did.

22   Q.   Okay.  So would it be fair to say you did not recall or

23   you did not discuss, prior to taking the stand this morning,

24   Sylvia's testimony before the Grand Jury on the 29th of

25   November 2011 with --

```
1      A.    I'm sorry.

2      Q.    -- Mr. Cunningham or Ms. Yasser?  Is that a fair

3      statement?

4      A.    I'm sorry.  Say it again.

5      Q.    Would it be fair to say, therefore, if you were unaware

6      that she testified in front of the Grand Jury, that you did

7      not discuss her Grand Jury testimony with Mr. Cunningham or

8      with Ms. Yasser before you took the stand this morning --

9      A.    No.

10     Q.    -- to testify?

11           So it would be fair to say you would be unaware that

12     Ms. Barrientos, before the Grand Jury -- and, so we're clear,

13     the Grand Jury is an investigative --

14           MR. CUNNINGHAM:  Objection, Your Honor.

15           THE COURT:  Basis?

16           MR. CUNNINGHAM:  Well, I think where we're going --

17     may we approach?

18           THE COURT:  Come up.

19           (Whereupon, the following discussion occurred at the

20     bench.)

21           MR. CUNNINGHAM:  Judge, the answer to the last

22     question established that Detective Hartlove wasn't apprised

23     of the witness Sylvia Barrientos' testimony in front of the

24     Grand Jury, then discuss it.  This question is basically

25     designed solely to present to this jury what her testimony
```

1    was.  I mean, he's already established he doesn't know what

2    she testified to.  As Your Honor is well aware, you know, he

3    wasn't in the Grand Jury with her, and it wasn't shared with

4    him.

5            **MR. MONTEMARANO:**  The detective already has

6    testified as to what she said.  I intend to confront him with

7    the fact that he is unaware of the fact that she testified

8    under oath these phone calls took place eight months before

9    the murder and not in the intervening time, that they were

10   approximately eight in number, that she is entirely unaware of

11   the numbers because they came up as blocked numbers on the

12   telephone.

13           This is testimony elicited by Mr. Cunningham from

14   Ms. Barrientos before the Grand Jury under oath.  They've

15   opened the door by asking what she said to him.  I think I'm

16   entitled to cross-examine this witness with regard to this

17   contravening testimony, which is the reason that Mr. Ruter and

18   I objected when this originally came up.

19           **MR. CUNNINGHAM:**  Your Honor, as far as this witness,

20   first of all, to the extent that he's established what he

21   testified what she told him, her Grand Jury testimony can't be

22   used against him to the extent that he doesn't know it, and,

23   if he -- you know, it's really being introduced to suggest

24   something that -- you know, what she testified in there is

25   true.

 1          **THE COURT:**  Well, it seems to me that it only has

 2    two uses.  One, it's either to discredit Ms. Barrientos, is

 3    it?  Barrientos, who has not testified, so of course that is

 4    irrelevant as to that, and whether he knows that she has

 5    testified differently, again, that would be another measure of

 6    her credibility, but, again, she hasn't testified yet, so

 7    sustained.

 8          **MR. MONTEMARANO:**  Your Honor?  Your Honor?

 9          **THE COURT:**  Yes.  Wait a minute.  He wants another

10    crack.

11          **MR. MONTEMARANO:**  Well, there are never enough

12    cracks, Your Honor.  I'm a little confused.  The Government

13    was permitted to elicit hearsay testimony from this witness

14    concerning what somebody else said.  We have no reason of

15    knowing how it was said, when it was said, or anything else.

16    I have testimony which has been recorded and taken under oath

17    that directly contravenes what he said.  We don't have -- this

18    woman is not on their witness list.

19          **THE COURT:**  Well, that's more actually a reason not

20    to permit it than it is to permit it.

21          **MR. CUNNINGHAM:**  Judge, to the extent we -- we

22    introduced the testimony not for the notion that it was

23    accurate or true.  It was through the operative effect it had

24    on Detective Hartlove's -- how he moved forward with his --

25          **THE COURT:**  It's why he did what he did.

 1          **MR. CUNNINGHAM:**  Exactly, and so, you know, to

 2    introduce this now is solely for the suggestion that it was

 3    true, and that is hearsay.

 4          **THE COURT:**  You might get another shot, but not on

 5    this one, Mr. Montemarano.

 6          **MR. MONTEMARANO:**  So I can't ask him, for example:

 7    She never told you the numbers were blocked?  She never told

 8    you these calls were eight months before?  She never told you

 9    that she didn't know what numbers -- nothing of that sort?  I

10    don't want to --

11          **THE COURT:**  Again, it's irrelevant, because it's

12    just impeaching of her, and, as the Government says, they

13    didn't offer her statements for their truthfulness.  In a way,

14    I suppose it's kind of irrelevant as to whether there is proof

15    of her truthfulness or not.

16          **MR. MONTEMARANO:**  But I'm seeking to impeach him as

17    to the basis for his proceeding down the investigative path --

18          **THE REPORTER:**  I'm sorry.  A little bit slower.

19          **MR. MONTEMARANO:**  I'm sorry.  I respectfully submit

20    that I'm seeking to impeach this witness based upon his

21    beginning his journey down this path because I suggest that

22    those doors were never opened.

23          **THE COURT:**  Yes, but you're trying to impeach him

24    with something that he apparently does not know.

25          **MR. MONTEMARANO:**  Well, I'd like to investigate that

 1    he does by -- well, she never told you the following?

 2             THE COURT:  He said he wasn't aware of her

 3    testimony.  The objection is sustained.  Let's make the use of

 4    our remaining 26 minutes.

 5             (Whereupon, the bench conference was concluded.)

 6             THE COURT:  Question?

 7    BY MR. MONTEMARANO:

 8    Q.   How many times did you speak with Ms. Barrientos -- with

 9    Sylvia?

10    A.   I spoke with her on the 18th of September 2008.  That was

11    with the assistance of Detective Sergeant Hertik.  John Lee

12    was present.  Detective Lee was present.  I don't recall

13    speaking to her other than probably about a year ago, maybe a

14    little bit less at a new residence.

15    Q.   And she never told you that the threatening calls came in

16    about eight months before Mr. Ramirez was shot?  Do you recall

17    that?

18    A.   I don't recall the exact time she said.  She indicated,

19    looking at my report, that she -- this is -- again, she's

20    telling officers that her boyfriend was being threatened in

21    the past, and that this guy also had to do something with the

22    Hispanic male's being shot at Forest Hills Avenue (sic).

23    Q.   And, when she gave you these phone numbers in September

24    and October, she also gave you cards with those numbers on

25    them, did she not, or pieces of paper?

1    A.   I believe -- I have to look at my notes, but I just know

2    that Sergeant Hertik provided me with those numbers.

3    Q.   Okay.  And she didn't tell you that those threatening

4    phone calls from eight months before came in as blocked

5    numbers?

6          **MR. CUNNINGHAM:**  Objection, Your Honor.

7          **THE COURT:**  Overruled.

8    **BY MR. MONTEMARANO:**

9    Q.   You don't recall that?

10   A.   No.

11   Q.   Okay.

12         **MR. MONTEMARANO:**  The Court's indulgence, please.

13         **THE COURT:**  Yes.

14   **BY MR. MONTEMARANO:**

15   Q.   You described seizing cards from Carlos Guzman, or

16   prostitution cards, business cards?

17   A.   Yes.

18   Q.   And the numbers on those cards were the same numbers that

19   you've associated with the Dulce -- Dulce Ventura subscriber

20   information?  That's the ███ number -- ███-5015; is that

21   correct?

22   A.   Carlos Guzman --

23   Q.   Yes.

24   A.   -- Herrera had a ██████-4744.

25   Q.   That was his phone.  I'm saying the cards in his

 1    possession.  He had cards in his possession with that 5015

 2    number; did he not, sir?

 3    A.   I have to look at my notes.

 4    Q.   Okay.

 5              (Witness reviewing document.)

 6    A.   I have that they're business cards.  I would have to look

 7    at the evidence itself to find out --

 8    Q.   Okay.

 9    A.   -- what the number is.

10    Q.   We'll move on.

11    A.   I believe the number was the same, too, what was on his

12    card -- what was on his cards.

13              **MR. MONTEMARANO:**  Mr. Cunningham, do you have 6c/16,

14    the booking photos?

15              (Document tendered to Mr. Montemarano.)

16              **MR. MONTEMARANO:**  Thank you.

17    **BY MR. MONTEMARANO:**

18    Q.   This is 6c/16, 1-6, Mr. Giordano.  That's the booking

19    photo of my client, correct?

20    A.   Correct.

21    Q.   That's the same gentleman sitting there?

22    A.   Yes.

23    Q.   And, every time you've encountered him, he has had hair

24    of that length or longer, correct?

25    A.   Hairstyle changed a little bit.

1    Q.   A little bit.  Never short?

2    A.   No.

3    Q.   And, with regard to those booking sheets that

4    Mr. Cunningham asked you about, were you present when all of

5    them were taken -- the information?

6    A.   No.

7    Q.   So you have no understanding of the circumstances under

8    which the information on those booking sheets was taken in by

9    an Annapolis Police Department personnel, because you've

10   testified that's who does it, correct?

11   A.   Yeah.  I wasn't there when they were all taken, but I

12   know the general process on the questions or --

13   Q.   You have no way of knowing if a Spanish-speaking officer

14   was present and participatory?

15   A.   Other than Mark Cochran, I know he speaks a little

16   Spanish, yes.

17   Q.   Okay.  So Officer Cochran speaks some Spanish?

18   A.   Yes.

19          **MR. MONTEMARANO:**  Could I please see the passport,

20   3a, Mr. Cunningham?

21          (Counsel conferring.)

22   **BY MR. MONTEMARANO:**

23   Q.   I'm going to show you up on the ELMO the passport of my

24   client, already identified as 3a.  I've turned it a little so

25   we can use it a little more easily.  Here we go.

1              I'd like to invite your attention.  Hairstyle seems

2       essentially the same as what we saw in the booking photo; is

3       that a fair statement?

4       A.   It's a fair statement, yeah.  It's -- might be a little

5       shorter or longer.

6       Q.   Yeah.  And that's the signature you saw, correct?

7       A.   On what?

8       Q.   That's the signature you're aware of on the --

9       A.   Passport?

10      Q.   On the passport?

11      A.   Yeah.  Yes.

12      Q.   Based upon your two decades or more of investigative

13      experience, does that strike you as the signature of a

14      literate individual?

15      A.   I know, in the Hispanic cultures, the different nations,

16      I do understand that they are limited for their education,

17      yes.

18      Q.   And, right before lunch, you had testified that, after

19      the 23rd of March of 2009, you had no further encounters with

20      Mr. Fuertes -- is that a fair statement -- until, let's say,

21      wrapping up of the investigation on the 15th of November of

22      2011?

23      A.   Yes.

24              **MR. MONTEMARANO:**  Mr. Cunningham, could I have the

25      13d for delta exhibits?

1          **MR. CUNNINGHAM:**  If you want to use your copies, you

2     can.

3          **MR. MONTEMARANO:**  Oh, okay.  No, no, that's fine.

4          **MR. CUNNINGHAM:**  I don't object.  Just getting into

5     these.

6          **MR. MONTEMARANO:**  That's fine.  I can do that.  I

7     can handle my own paper.  Thank you.

8     **BY MR. MONTEMARANO:**

9     Q.   I'm going to show you some of the exhibits Mr. Cunningham

10    has already introduced.  This will be -- this is 13b, for boy,

11    1.  You've seen this before and testified about this; have you

12    not, Detective?

13    A.   Yes.

14    Q.   I invite your attention to this line right here, 61 times

15    15 equals 915.  That's correct math; fair statement?

16    A.   Yes.

17    Q.   And the 61 represents 22 plus 20 plus 19, correct?

18    A.   Yes.

19    Q.   For the sake of discussion, if the girls were getting $15

20    per customer and serviced 61 customers, that was what the $915

21    would represent; is that a fair statement?

22    A.   That's correct.

23    Q.   We have much the same thing on 16 -- on 13b/2, except

24    it's 97 customers?

25    A.   Yes.

1    Q.   And, so we're clear, there are five numbers -- no.   There

2    are six.  I regret, I can't add.

3    A.   Yes.

4    Q.   And it was your testimony that the girls came into the

5    jurisdiction on Mondays and left on Sundays, correct?

6    A.   That's correct, yes.

7    Q.   This is 13b/3.

8    A.   Yes.

9    Q.   This is the part of the exhibit which I am unable to

10   focus.  Technology sometimes escapes me, and this is one of

11   those -- here we go.

12           This is the important part of the exhibit you've

13   already testified to.  Your testimony is:  This column of

14   letters represents the five days of the week in Spanish in

15   your understanding, correct?

16   A.   It represents days of the weeks.  I don't know which ones

17   are which, but it represents the days of the week.

18   Q.   Okay.  So it corresponds to the five days of the week --

19   the five initials?

20   A.   Again, I'm not sure which Mondays or Tuesdays or -- you

21   know, I'm not sure, but --

22   Q.   Okay.

23   A.   -- that's what I know.

24   Q.   But there are five numbers, correct, adding up to 96,

25   correct?

1    A.    Yes.

2              MR. MONTEMARANO:  The Court's indulgence, please.

3              THE COURT:  Yes.

4    BY MR. MONTEMARANO:

5    Q.    And you showed us the Carlos Eduardo Ramirez Social

6    Security number.  I didn't get the number off of that, but

7    that was taken from the possession of my client, Mr. Fuertes;

8    is that a fair statement?

9    A.    I'm sorry.  Could I see the exhibit?

10   Q.    I don't have the exhibit number.  There is a Social

11   Security card in the name of Carlos Eduardo --

12   A.    Yes.

13   Q.    -- Ramirez, not my client's name?

14   A.    Yes.

15   Q.    Not a photograph; just a Social Security card taken from

16   his person; is that a fair statement?

17   A.    Yes.

18   Q.    But he had no other information or documents relating to

19   Mr. Ramirez on his person when he was arrested, correct?

20   A.    Mr. Ramirez, as in --

21   Q.    The name on the Social Security card.  That's the only

22   thing with that name on it that he had?

23   A.    That's -- yes.

24   Q.    Didn't have anything in any other name except his,

25   correct?

1    A.    Yes.

2    Q.    And he didn't have anything else with that name on it,

3    correct?  He had one item, correct?

4    A.    He had several items or papers in his wallet, but that

5    was the only one with that name, yes.

6    Q.    Thank you.  I'd like to invite your attention, if I

7    could, to Exhibit 41.  Do you recall this list of phone

8    numbers?

9    A.    Yes.  I've only seen a portion of it; not all of it.

10   Q.    Let me back it out a little.  This one?

11   A.    Yes.

12   Q.    I can bring it up there so you're sure we're talking

13   about the same thing, because, if it came up in color, it

14   might be a little bit easier to recognize.

15   A.    Yes.

16   Q.    And this was taken from?

17   A.    This is taken from ██████████████ --

18   Q.    Okay.  Thank you.

19   A.    -- upstairs bedroom.

20   Q.    And you've indicated that a nickname associated with

21   Mr. Fuertes is Flaco, correct?

22   A.    Yes.

23   Q.    And it would be fair:  During your investigation, you

24   came up with other people nicknamed Flaco; is that a fair

25   statement?

1    A.    No.

2    Q.    Nobody else?

3    A.    No.

4    Q.    Well, what do we see right here?  What's the name?

5    A.    I see a name saying Flaco with a phone number that

6    doesn't mean anything to me.

7    Q.    So at least one other Flaco, assuming it's not the same

8    one, because that's not a phone number that you've associated

9    with my client, the █████ number, correct?

10   A.    Right.  I haven't came back with a Flaco in the Annapolis

11   area.

12            **MR. MONTEMARANO:**  The Court's indulgence, please.

13            **THE COURT:**  Yes.

14            **MR. MONTEMARANO:**  The Court's indulgence, please.

15            **THE COURT:**  Yes.

16   **BY MR. MONTEMARANO:**

17   Q.    I'm having trouble finding my reference in an earlier

18   report of yours, Detective.  Do you recall showing photographs

19   to people during the course of the investigation?

20   A.    Some of them, yes.  Most of them.

21   Q.    Just a few, right?

22            Do you recall a person other than my client being

23   identified as having the nickname Flaco by one of the people

24   you showed photographs to?  Does that ring a bell?

25   A.    It does not ring a bell at this point.  Let me look over

1    my notes.

2              (Witness reviewing document.)

3    **BY MR. MONTEMARANO:**

4    Q.   I'll tell you what.  I'll find it, and I will ask

5    Mr. Ruter to pose the question on my behalf at some point down

6    the road.  Thank you.

7              **THE WITNESS:**  Thank you.

8              **MR. RUTER:**  Your Honor?

9              **THE COURT:**  Do you want to go five minutes, or do

10   you want to start fresh?

11             **MR. RUTER:**  Whichever you prefer, Your Honor.

12             **THE COURT:**  I'm giving you the choice.

13             **MR. RUTER:**  May I?

14             **THE COURT:**  Sure.

15                      **CROSS-EXAMINATION**

16   **BY MR. RUTER:**

17   Q.   Good afternoon, Detective.

18   A.   Good afternoon.

19   Q.   Detective, you'd indicated, I think in your first day of

20   testimony, that Mr. Ventura here was known by a different

21   name, one of which was Pancho; is that correct?

22   A.   Yes.

23   Q.   And I want to ask you:  Do you know, from having contact

24   with him, whether or not he has ever referred to himself as

25   Pancho?

1    A.    No.

2    Q.    Okay.  It's, rather, other people suggesting to you or

3    telling you that they have known him as Pancho; is that

4    correct?

5    A.    One of the names, yes.

6    Q.    Okay.  We've seen now, I think, literally thousands of

7    business cards have been introduced in evidence, and they're a

8    little bit different, but, at the same time, there are

9    similarities.  We all agree to that, correct?

10   A.    Yes.

11   Q.    Do we understand, Detective, that these business cards

12   could be found at the Italian or, rather, the Hispanic market

13   known as Jennifer Shop?  Could you go into Jennifer Shop and

14   actually find the business card or any other -- I should say

15   Hispanically-associated business in the Annapolis area and

16   find a similar business card?

17   A.    In the businesses?

18   Q.    Yeah.

19   A.    No.

20   Q.    Okay.  Rather, it's people who actually hand these

21   business cards out; is that what your investigation showed?

22   A.    Yes.

23   Q.    Sometimes hand to hand?

24   A.    Yes.

25   Q.    Sometimes knocking on people's doors in the neighborhood?

1    A.    I don't recall knocking on doors.  Hand to hand.

2    Q.    Hand to hand.

3    A.    Uh-huh.

4    Q.    Would it be fair to say, then, that it might be

5    relatively easy, if you happen to be of Hispanic descent and

6    you happened to be in the Annapolis area, that, if one of

7    these people had business cards on them, you're suggesting

8    that they're probably going to put a business card in your

9    hand; is that correct?

10   A.    Correct, yes.

11   Q.    If I was a European-American, I would not have the same

12   privilege, you're telling us, to get that business card.

13   Would they turn their back on a guy like me if I walked up and

14   walked past them?

15   A.    Yes.

16   Q.    Would that be because of my age, or because of my race?

17   Do you know?

18   A.    Because of your race.

19   Q.    Okay.  You had told us that you had come into contact

20   with Rebeca Dueñas Franco on September the 26th, thereabouts,

21   of 2008, and she was prostituting herself; is that correct?

22   A.    On the 26th.

23   Q.    Thereabouts, of September 2008.

24   A.    2:30 in the morning, yes.  Again, we didn't know that at

25   the time.

1    Q.   Okay.  And do I understand that she -- was she actually

2    arrested on that date?

3    A.   No.

4    Q.   Okay.  You did know she was engaged in prostitution,

5    however?

6    A.   We learned later on, yes, through the investigation.

7    Q.   Well, you didn't know it on that day?

8    A.   We suspected it more so when we came back later in that

9    evening of about 5:30 following up and looking at things

10   further, yes.

11   Q.   Okay.  And you say that because I think you explained to

12   the jurors that you saw the same indicia of prostitution at

13   that location -- I think it was on ███████████ -- as you

14   had at several other locations throughout the course of the

15   investigation; is that not accurate?

16   A.   I'm sorry.  Can you repeat your question?  I'm sorry.

17   Q.   You found the same things at that location that you found

18   at almost every other location that you've had occasion to

19   search?

20   A.   Yes.

21   Q.   And you found what would appear to be indicia of

22   prostitution on September the 26th of 2008 where Ms. Franco

23   was located; is that correct?

24   A.   Yes.

25   Q.   Okay.  You had indicated that you had come into contact

1   with Mr. Ventura here on September 24th of 2009.  He had been

2   arrested.

3   A.   Yes.

4   Q.   I want to make sure the jurors understand.  He wasn't

5   arrested because of any prostitution, was he?

6   A.   No.

7   Q.   He wasn't arrested because of any allegations that he had

8   threatened somebody or that he had murdered somebody, was he?

9   A.   No.

10  Q.   I think Mr. Cunningham had asked you whether or not he

11  had been Mirandized on that day; is that correct?

12  A.   Yes.

13  Q.   And you did read him his rights per the *Miranda* case; is

14  that correct?

15  A.   Yes.

16  Q.   Is it equally as true that, throughout the course of your

17  discussions, that Mr. Ventura, from time to time, advised you

18  that he would not sign anything unless his lawyer was present?

19  Is that correct?

20  A.   No.  He said he would not sign and he would still talk to

21  me.

22  Q.   So he never mentioned the word "lawyer" --

23  A.   He did mention --

24  Q.   -- in September?

25  A.   He did mention "lawyer."

```
 1    Q.    In what context?

 2    A.    He said he would still -- he would talk to me, but he was

 3    not going to sign that unless his lawyer was present.

 4    Q.    Okay.  That's what I thought I asked.

 5               When he was arrested on that date, did you have

 6    occasion to search his vehicle?

 7    A.    On the 24th?  No.

 8    Q.    Okay.  Do we understand that --

 9               THE COURT:  Are you moving on to another day,

10    Mr. Ruter?

11               MR. RUTER:  Yes, Your Honor, we shall.

12               THE COURT:  Okay.  In that case, we will break.

13               Members of the jury, remember, please:  Do not

14    discuss the case among yourselves or with anyone else.  Please

15    be in your jury room tomorrow at about 9:25 so that we can get

16    started at 9:30.  Remember:  I can't start until you're all

17    here.

18               Thank you.  Good night.

19               MR. CUNNINGHAM:  Your Honor, may I ask one question

20    after the jury departs before you leave the bench?

21               THE COURT:  Yes.

22               (Jury excused.)

23               (Witness excused pending further examination.)

24               THE COURT:  Yes?

25               MR. CUNNINGHAM:  Your Honor, I know that, on some
```

1    occasions, for a matter such as you have referred to

2    Judge Gallagher, the Government is expected to be present, if

3    for nothing else, to call the case, and then is excused.

4         **THE COURT:**  I have no objection to your going

5    upstairs and doing that.

6         **MR. CUNNINGHAM:**  Well, actually, Judge, I was only

7    inquiring:  Are we expected to do that, or is this a matter

8    that is completely *ex parte*?

9         **THE COURT:**  I think it's going to be -- I think it's

10   going to be, in substance, *ex parte*, and I don't know what

11   Judge Gallagher wants with respect to form, so, if one of you

12   or all of you wish to go up there in case she wants the case

13   formally called, the courtroom is 7B, as in boy.

14        **MR. CUNNINGHAM:**  Yes, Your Honor.  Thank you, Your

15   Honor.

16        **THE COURT:**  Good night.  See you tomorrow.

17        **THE REPORTER:**  All rise.  This Honorable Court is

18   now in recess until tomorrow morning at 9:30.

19             (Proceedings adjourned.)

20

21

22

23

24

25

1    I, Martin J. Giordano, Registered Merit Reporter and Certified

2    Realtime Reporter, certify that the foregoing is a correct

3    transcript from the record of proceedings in the

4    above-entitled matter.

5

6    _____        _____

7      Martin J. Giordano, RMR, CRR                    Date

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                              INDEX

2       UNITED STATES v. GERMAN de JESUS VENTURA, et al.

3              TRIAL - VOL II - APRIL 9, 2013

4

5

6                                              PAGE
        COMMENCEMENT OF PROCEEDINGS........................... 160
7
        WITNESSES FOR
8         THE GOVERNMENT:

9       JEFFREY SCOTT HARTLOVE
                Resumed the Stand............................. 164
10              Direct Examination by MR. CUNNINGHAM............. 164
                Cross-Examination by MR. MONTEMARANO............ 329
11              Cross-Examination by MR. RUTER................... 349
                Witness Excused Pending Further Examination...... 354
12

13      PROCEEDINGS ADJOURNED................................. 355

14

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$15** [1] - 344:19
**$30** [2] - 185:2, 218:15
**$50** [1] - 323:24
**$696** [2] - 184:5, 196:11
**$859** [1] - 215:13
**$915** [1] - 344:20

## '

**'08** [1] - 236:9
**'95** [1] - 324:6

## /

**/73** [1] - 222:11

## 0

**0** [1] - 271:25
**0211** [1] - 310:5
**075** [1] - 319:15
**0903** [12] - 183:12, 183:13, 183:21, 212:5, 212:6, 223:5, 223:7, 227:8, 229:19, 230:7, 230:24, 320:25

## 1

**1** [6] - 188:12, 189:5, 189:13, 189:15, 264:8, 344:11
**1-6** [1] - 341:18
**10** [6] - 174:9, 180:9, 180:24, 240:21, 283:13
**101** [1] - 159:24
**10:00** [2] - 280:25, 290:22
**10:13** [2] - 234:14, 234:15
**10a/1** [1] - 188:18
**10a/16** [1] - 207:4
**10a/17** [1] - 207:9
**10th** [1] - 177:25
**11** [2] - 212:2, 280:25
**11/3/2010** [1] - 309:14
**11:22** [1] - 228:3
**11:44** [1] - 228:3
**11:45** [2] - 227:24, 228:1
**12** [1] - 207:7
**12/27/2006** [1] - 230:11
**12:55** [1] - 264:10
**12th** [2] - 279:2, 280:17
**13** [1] - 240:20
**137** [1] - 218:22
**1397** [5] - 165:16, 165:19, 167:16, 187:16, 187:18
**13:45** [1] - 284:10
**13a** [1] - 215:2

**13b** [1] - 344:10
**13b/1** [1] - 216:10
**13b/2** [2] - 218:16, 344:23
**13b/3** [2] - 219:9, 345:7
**13b/4** [3] - 219:21, 220:3, 220:12
**13b/5** [1] - 220:22
**13b/6** [1] - 221:18
**13c** [2] - 221:22, 222:3
**13d** [1] - 343:25
**13d/1** [2] - 222:18, 224:6
**13d/2** [2] - 223:2, 227:4
**13e** [2] - 212:20, 215:20
**13f** [5] - 216:7, 216:12, 218:17, 221:8, 222:9
**13th** [6] - 241:22, 285:16, 288:15, 288:22, 332:17, 333:11
**140** [1] - 318:9
**144** [1] - 169:7
**14th** [1] - 251:2
**15** [8] - 185:2, 217:23, 218:15, 218:22, 245:21, 245:23, 246:2, 344:15
**15c/1** [1] - 242:3
**15c/15** [1] - 302:18
**15c/2** [1] - 242:16
**15c/3** [1] - 242:25
**15c/5** [1] - 302:21
**15c/6** [1] - 302:21
**15c/7** [2] - 302:22, 303:19
**15th** [15] - 198:10, 237:4, 237:21, 238:14, 249:2, 250:5, 275:14, 304:25, 307:1, 312:3, 314:9, 315:18, 317:12, 318:22, 343:21
**16** [3] - 163:14, 219:19, 344:23
**160** [1] - 357:6
**164** [2] - 357:9, 357:10
**1672** [1] - 186:14
**16:40** [1] - 259:8
**16a/1** [1] - 262:19
**16a/2** [1] - 263:7
**16a/3** [1] - 263:11
**16a/4** [2] - 263:15, 266:1
**17157M** [1] - 324:5
**17b/1** [1] - 269:19
**17b/10** [1] - 272:7
**17b/11** [1] - 272:22
**17b/2** [1] - 269:24
**17b/3** [1] - 270:14
**17b/4** [1] - 270:23
**17b/5** [1] - 271:2
**17b/7** [1] - 271:10
**17b/8** [1] - 271:16
**17b/9** [1] - 272:4
**17c/1** [1] - 273:4
**17d** [1] - 274:1
**17e** [1] - 274:13
**17f** [1] - 276:4
**17g** [1] - 274:19
**17h** [1] - 274:24
**17i** [1] - 272:11, 278:14, 278:16

**17j** [1] - 275:19
**17k** [1] - 275:23
**17l** [2] - 276:13, 277:2
**17m** [2] - 277:23, 278:12
**17n** [1] - 278:18
**17o** [1] - 277:5
**17th** [3] - 232:19, 234:14, 240:3
**18th** [1] - 339:10
**19** [1] - 344:17
**1973** [1] - 222:11
**19th** [5] - 294:5, 294:8, 294:15, 295:25
**1:31** [1] - 197:10
**1h** [1] - 196:22
**1i** [1] - 197:6
**1st** [5] - 205:5, 205:15, 206:11, 208:17, 209:22

## 2

**2** [10] - 188:12, 256:3, 263:23, 289:25, 290:4, 297:9, 297:14, 298:19, 311:23, 316:9
**20** [2] - 322:4, 344:17
**2003** [1] - 207:7
**2008** [1] - 161:5, 164:21, 166:14, 167:25, 174:9, 177:6, 180:9, 197:10, 230:6, 328:23, 332:17, 339:10, 351:21, 351:23, 352:22
**2009** [30] - 180:24, 182:4, 183:25, 185:9, 194:9, 198:17, 198:18, 198:21, 199:8, 199:20, 204:5, 205:5, 205:15, 206:11, 208:7, 208:9, 208:15, 209:22, 212:11, 214:13, 215:7, 220:17, 230:23, 231:22, 232:4, 232:15, 235:18, 235:21, 343:19, 353:1
**2010** [39] - 198:10, 198:25, 199:4, 232:19, 234:14, 237:4, 237:21, 238:14, 240:3, 240:20, 241:22, 247:21, 249:2, 250:5, 251:23, 252:3, 255:7, 256:23, 256:25, 257:10, 257:22, 262:2, 262:13, 265:25, 269:4, 275:14, 279:2, 280:17, 288:15, 294:5, 299:5, 300:22, 302:11, 307:1, 314:9, 315:19, 317:13
**2011** [4] - 202:17, 204:23, 334:25, 343:22
**2013** [4] - 158:9, 160:1, 207:7, 357:3
**205926** [1] - 319:23
**20743** [2] - 230:15, 238:9
**20b/1** [1] - 308:21
**20c** [1] - 309:3
**20d** [1] - 309:12
**20e** [1] - 309:18
**20f** [1] - 310:3
**20g** [1] - 310:9
**20h** [1] - 313:23
**20i/1** [1] - 311:23
**20j** [2] - 310:18, 310:19
**20k** [1] - 311:9

**20l** [1] - 311:13
**20m** [1] - 312:9
**20n** [1] - 313:2
**20o** [1] - 314:2
**20p** [1] - 313:8
**20th** [8] - 197:10, 204:23, 294:5, 294:24, 295:3, 295:4, 297:10, 298:2
**21201** [1] - 159:24
**21227** [1] - 324:19
**2132** [1] - 323:16
**21401** [2] - 231:3, 231:19
**21601** [1] - 266:7
**2166093** [1] - 309:20
**21:55** [1] - 247:21
**22** [1] - 344:17
**22:13** [1] - 234:15
**23rd** [3] - 176:17, 180:24, 343:19
**24-hour** [1] - 259:10
**24th** [10] - 164:25, 172:10, 174:6, 176:11, 208:15, 212:11, 214:12, 231:22, 353:1, 354:7
**25th** [14] - 164:21, 167:25, 169:14, 170:25, 171:9, 180:4, 182:4, 185:9, 188:3, 188:14, 188:23, 194:9, 235:18, 235:21
**26** [1] - 339:4
**264** [1] - 255:25
**26th** [5] - 166:18, 179:24, 351:20, 351:22, 352:22
**27a/1** [1] - 315:23
**27a/2** [1] - 316:5
**27a/3** [1] - 316:11
**27a/4** [1] - 316:13
**27b** [1] - 317:15
**27c/1** [1] - 317:24
**27c/2** [1] - 317:24
**27d** [3] - 249:2, 318:18, 318:19
**27e** [1] - 319:7
**27f** [1] - 319:18
**27g** [1] - 319:24
**27h** [2] - 320:7, 320:16
**27i** [1] - 320:22
**27j** [1] - 321:4
**27k** [1] - 321:12
**27l/1** [2] - 321:24, 322:1
**27l/2** [1] - 322:7
**27m** [1] - 322:11
**27n** [1] - 322:20
**27o** [1] - 323:10
**27p** [1] - 323:14
**27q** [1] - 324:1
**27r** [1] - 324:10
**27s** [4] - 324:14, 327:24, 327:25, 328:15
**27u** [2] - 327:2, 327:4
**27v** [1] - 325:8
**27w/1** [1] - 325:24
**27w/2** [1] - 326:2
**27w/3** [1] - 326:4
**27w/4** [1] - 326:6

**27w/5** [1] - 326:8
**27w/6** [1] - 326:13
**27w/7** [1] - 326:15
**27w/8** [1] - 326:17
**27w/9** [1] - 326:19
**27x** [1] - 327:21
**27y** [1] - 328:17
**28a/1** [1] - 252:16
**28a/10** [1] - 256:13
**28a/11** [1] - 256:16
**28a/2** [1] - 253:8
**28a/3** [1] - 253:13
**28a/4** [1] - 253:20
**28a/5** [1] - 254:25
**28a/7** [1] - 255:17
**28a/8** [1] - 255:23
**28a/9** [1] - 256:10
**28b/1** [2] - 258:2, 261:13
**28b/10** [1] - 261:8
**28b/11** [1] - 261:19
**28b/12** [1] - 261:24
**28b/2** [1] - 258:13
**28b/3** [1] - 258:20
**28b/4** [1] - 259:2
**28b/5** [1] - 259:16
**28b/6** [1] - 259:19
**28b/8** [1] - 261:1
**28b/9** [1] - 261:4
**28d/1** [1] - 279:13
**28d/2** [1] - 279:19
**28d/3** [1] - 280:1
**28d/4** [1] - 280:13
**28d/5** [1] - 281:6
**28d/6** [1] - 281:12
**28d/7** [1] - 281:15
**28d/8** [1] - 281:19
**28d/9** [1] - 281:23
**28e/1** [1] - 283:8
**28e/11** [1] - 285:10
**28e/2** [1] - 283:18
**28e/3** [1] - 283:20
**28e/4** [1] - 284:2
**28e/5** [1] - 284:9
**28e/6** [1] - 284:12
**28e/7** [1] - 284:17
**28e/8** [1] - 284:19
**28e/9** [1] - 284:22
**28f/1** [1] - 290:14
**28f/10** [1] - 292:5
**28f/11** [1] - 292:8
**28f/12** [1] - 292:12
**28f/13** [1] - 292:21
**28f/14** [1] - 292:22
**28f/15** [1] - 292:25
**28f/16** [1] - 293:8
**28f/17** [1] - 293:15
**28f/18** [1] - 293:22
**28f/2** [1] - 290:20
**28f/3** [2] - 291:3, 292:16

**28f/4** [1] - 291:8
**28f/5** [1] - 291:13
**28f/6** [1] - 291:17
**28f/7** [1] - 291:20
**28f/8** [1] - 291:23
**28f/9** [1] - 292:2
**28g/1** [1] - 295:14
**28g/10** [1] - 296:23
**28g/11** [1] - 296:25
**28g/12** [1] - 297:5
**28g/13** [1] - 297:7
**28g/14** [1] - 297:13
**28g/15** [1] - 297:15
**28g/16** [1] - 297:17
**28g/17** [1] - 297:20
**28g/18** [1] - 297:22
**28g/19** [1] - 298:1
**28g/2** [1] - 295:17
**28g/20** [1] - 298:8
**28g/21** [1] - 298:9
**28g/22** [1] - 298:16
**28g/23** [1] - 298:23
**28g/3** [1] - 295:20
**28g/4** [1] - 295:23
**28g/5** [1] - 296:3
**28g/6** [1] - 296:7
**28g/7** [1] - 296:10
**28g/8** [1] - 296:15
**28g/9** [1] - 296:18
**28h/1** [1] - 286:4
**28h/10** [1] - 287:23
**28h/11** [1] - 288:2
**28h/2** [1] - 286:8
**28h/3** [1] - 286:21
**28h/5** [1] - 287:9
**28h/6** [1] - 287:9
**28h/7** [1] - 287:12
**28h/8** [1] - 287:17
**28h/9** [1] - 287:20
**28th** [2] - 262:13, 265:25
**29** [1] - 316:9
**295** [1] - 292:24
**29th** [2] - 247:21, 334:24
**2:00** [7] - 263:23, 263:24, 264:1, 264:4, 264:7, 264:11
**2:30** [1] - 351:24
**2b/1** [1] - 165:8
**2b/2** [1] - 165:8
**2b/3** [3] - 164:22, 165:8, 165:12
**2c** [1] - 168:9
**2d** [1] - 168:18
**2e** [1] - 165:24
**2nd** [2] - 282:1, 283:11

---

## 3

**3** [5] - 177:15, 311:23, 316:9, 322:18, 328:23

3/25/2009 [1] - 221:15
3/30/2010 [1] - 324:13
30th [2] - 202:17, 285:19
3124 [11] - 234:11, 234:20, 237:12,
    240:16, 240:22, 244:24, 248:8,
    299:14, 303:6, 313:17, 323:18
3130 [1] - 266:7
3286 [1] - 324:18
329 [1] - 357:10
349 [1] - 357:11
354 [1] - 357:11
355 [1] - 357:13
36a [4] - 229:22, 230:2, 230:4, 230:19
36b [2] - 229:23
36c [1] - 231:7
36e [1] - 237:25
3763 [2] - 310:1, 319:21
3:32 [1] - 314:24
3:51 [1] - 314:24
3a [3] - 170:8, 342:20, 342:24
3b [1] - 169:19
3d [1] - 171:12
3e [2] - 171:24, 172:3
3g [4] - 172:16, 176:1, 177:13, 177:15
3rd [4] - 230:6, 300:22, 302:5, 302:24

## 4

4,000 [1] - 245:16
40 [1] - 304:17
40c/1 [2] - 235:4, 241:19
40c/1A [1] - 233:23
40c/2 [1] - 241:5
40c/2A [1] - 240:18
40c/3 [1] - 248:12
40c/3A [2] - 247:14, 248:16
40c/4 [1] - 300:4
40c/4A [1] - 299:7
410-962-4504 [1] - 159:25
43 [2] - 271:18, 324:13
4330 [1] - 271:19
46 [1] - 271:24
4630 [1] - 277:17
47 [1] - 275:5
4744 [2] - 171:19, 340:24
4:00 [1] - 314:19
4:40 [3] - 257:11, 259:11, 259:12
4:56 [1] - 158:9
4l [1] - 347:7
4m [1] - 167:9

## 5

5 [2] - 305:24, 324:6
5/3/2008 [1] - 231:4
50 [7] - 257:17, 291:24, 299:1, 307:20,
    308:4, 324:13
500 [1] - 165:5

5015 [5] - 170:4, 170:5, 179:25, 340:20,
    341:1
5211 [1] - 311:11
5515 [1] - 159:23
5:00 [4] - 305:9, 306:3, 314:18, 315:5
5:30 [2] - 166:18, 352:9
5:56 [1] - 208:12
5a [1] - 179:14
5b [1] - 180:7
5th [6] - 230:23, 251:23, 252:2, 252:4,
    255:7, 262:22

## 6

61 [4] - 217:23, 344:14, 344:17, 344:20
6451 [1] - 268:3
66 [1] - 290:4
664 [2] - 280:15, 281:8
665 [1] - 299:1
6694 [1] - 310:11
695 [1] - 290:4
6:00 [3] - 305:19, 306:3, 314:18
6a [1] - 183:2
6b [1] - 184:6
6c/1 [2] - 188:7, 188:21
6c/10 [1] - 194:4
6c/11 [1] - 194:8
6c/12 [1] - 194:18
6c/13 [1] - 195:3
6c/14 [1] - 195:11
6c/15 [1] - 195:15
6c/16 [3] - 195:23, 341:13, 341:18
6c/2 [1] - 189:10
6c/3 [1] - 189:21
6c/4 [2] - 190:16, 190:25
6c/5 [1] - 192:5
6c/6 [1] - 193:3
6c/7 [1] - 193:11
6c/8 [1] - 193:20
6c/9 [1] - 193:25
6d/1 [1] - 186:1
6d/2 [1] - 186:23
6d/3 [1] - 186:24
6f [1] - 196:4
6th [1] - 328:23

## 7

7 [3] - 200:7, 275:5, 322:23
7-Eleven [2] - 220:8, 220:15
7/1/2010 [1] - 274:18
700 [1] - 165:5
76 [2] - 316:9, 322:18
7600 [1] - 286:24
7742 [3] - 187:15, 223:1, 223:10
7a [1] - 200:7
7a/1 [2] - 200:7, 200:9
7a/10 [1] - 203:20

7a/11 [2] - 200:7, 203:25
7a/2 [2] - 201:8, 201:25
7a/3 [1] - 201:15
7a/4 [1] - 202:4
7a/5 [1] - 202:20
7a/6 [1] - 203:7
7a/7 [1] - 203:11
7a/8 [1] - 203:14
7a/9 [1] - 203:17
7B [4] - 305:20, 315:4, 315:5, 355:13
7th [1] - 269:3

## 8

8 [1] - 286:19
8/1/2008 [1] - 230:10
8346 [2] - 311:2, 311:12
8649 [2] - 277:15, 314:1
8666 [1] - 322:23
886 [1] - 319:15
8938 [2] - 179:20, 183:22
8:12 [1] - 288:23
8:30 [2] - 180:25, 188:16
8a/1 [2] - 204:16, 205:1
8a/2 [1] - 204:25
8th [7] - 256:23, 256:24, 257:1, 257:10,
    257:11, 257:22, 262:2

## 9

9 [4] - 158:9, 160:1, 310:5, 357:3
9/12/2008 [1] - 230:25
9/13/2008 [1] - 230:10
9/14/2010 [1] - 323:25
9/18/2009 [1] - 231:1
9/23/2008 [1] - 197:1
9/24/2009 [1] - 222:21
911 [32] - 233:17, 233:20, 234:1, 234:3,
    234:4, 234:8, 234:10, 234:13, 234:23,
    235:8, 235:14, 236:8, 236:20, 236:24,
    238:17, 240:15, 241:1, 241:11,
    241:18, 244:3, 247:7, 248:3, 249:16,
    299:3, 299:15, 299:18, 300:8, 300:11,
    319:2, 319:6, 323:19
915 [1] - 344:15
9243 [1] - 248:2
9263 [3] - 248:22, 249:15, 319:1
9346 [3] - 268:2, 277:15, 314:1
95 [5] - 279:22, 279:23, 279:25, 280:15,
    281:8
9537 [2] - 221:13, 231:17
96 [1] - 345:24
97 [5] - 218:22, 290:1, 290:4, 344:24
9:00 [1] - 290:22
9:25 [1] - 354:15
9:30 [2] - 354:16, 355:18
9:35 [1] - 158:9
9:55 [1] - 247:22

**9:57** [1] - 240:20
**9a/17** [1] - 205:17
**9a/18** [1] - 206:7

# A

**a.m** [2] - 228:3
**a/6** [1] - 255:9
**able** [26] - 166:4, 168:23, 169:25, 170:13, 171:15, 186:8, 186:19, 187:10, 188:25, 189:25, 191:20, 205:23, 220:13, 221:8, 222:22, 225:22, 231:14, 234:9, 238:1, 245:6, 249:5, 254:19, 306:2, 309:13, 312:7, 331:14
**ABOVE** [1] - 158:10
**above-entitled** [1] - 356:4
**ABOVE-ENTITLED** [1] - 158:10
**absolutely** [1] - 162:18
**access** [2] - 246:1, 246:4
**accommodate** [1] - 305:15
**accompanied** [1] - 312:12
**account** [6] - 228:18, 230:11, 230:12, 231:4, 238:7, 246:1
**accurate** [3] - 273:21, 337:23, 352:15
**action** [2] - 197:23, 269:1
**actively** [1] - 197:17
**activities** [11] - 198:16, 198:20, 207:17, 251:7, 251:23, 252:2, 256:23, 262:4, 294:6, 321:10, 324:21
**activity** [17] - 177:2, 205:4, 206:14, 206:21, 207:13, 220:18, 232:5, 233:11, 241:22, 244:5, 249:24, 268:9, 278:25, 279:5, 282:4, 296:12, 300:10
**actual** [3] - 207:13, 234:25, 316:5
**Adam** [4] - 309:19, 310:5, 319:22
**add** [1] - 345:2
**adding** [3] - 318:7, 318:9, 345:24
**addition** [5] - 168:7, 193:7, 194:12, 234:24, 267:8
**additional** [7] - 206:21, 230:16, 273:17, 273:19, 277:16, 285:13, 316:4
**address** [22] - 162:24, 166:17, 174:5, 181:15, 183:18, 230:14, 232:9, 238:12, 238:13, 240:21, 245:22, 264:17, 271:12, 281:21, 282:5, 294:4, 295:9, 320:5, 324:18, 324:20, 325:3, 325:15
**addressed** [1] - 200:2
**addressing** [1] - 251:22
**adequately** [1] - 264:19
**adjourned** [1] - 355:19
**ADJOURNED................................** [1] - 357:13
**Administration** [1] - 254:13
**administrative** [1] - 160:21
**admission** [1] - 161:1
**admitted** [1] - 192:14
**advantage** [2] - 210:17, 211:11

**Adventist** [1] - 286:23
**advise** [3] - 225:7, 251:1, 314:16
**advised** [3] - 225:17, 250:14, 353:17
**advisement** [3] - 174:14, 174:21, 225:14
**affect** [1] - 305:14
**afforded** [1] - 226:1
**Afternoon** [1] - 264:11
**afternoon** [7] - 164:20, 259:11, 306:6, 314:15, 329:10, 349:17, 349:18
**afterwards** [2] - 214:2, 281:21
**age** [1] - 351:16
**Agent** [11] - 159:3, 243:19, 243:24, 244:2, 273:22, 276:18, 294:25, 297:11, 301:24, 306:19, 326:23
**agents** [2] - 197:18, 307:16
**aggressive** [1] - 269:1
**ago** [1] - 339:13
**agree** [3] - 330:14, 331:4, 350:9
**agreement** [1] - 276:1
**ahead** [3] - 206:8, 243:14, 291:25
**air** [1] - 271:1
**al** [1] - 357:2
**Alba** [1] - 242:20
**alcohol** [2] - 192:9, 193:1
**Alejandro** [1] - 270:10
**ALEJANDRO** [1] - 270:11
**Alejanero** [1] - 327:11
**alerted** [2] - 233:12, 233:14
**allegations** [1] - 353:7
**allegedly** [1] - 161:4
**alleyway** [2] - 212:18, 212:23
**allow** [3] - 160:12, 162:1, 210:8
**allowed** [2] - 214:22, 236:12
**almost** [1] - 352:18
**alone** [2] - 185:9, 280:5
**Altima** [1] - 168:8
**AM** [1] - 158:9
**America** [1] - 330:25
**AMERICA** [1] - 158:4
**American** [2] - 330:21, 351:11
**amount** [8] - 162:14, 196:8, 196:11, 215:14, 265:11, 320:10, 322:10, 323:24
**amounts** [2] - 318:17, 323:23
**Amparo** [2] - 165:22, 231:1
**Amy** [1] - 240:7
**analysis** [4] - 268:4, 277:21, 303:1, 312:6
**analyzed** [1] - 325:21
**angel** [1] - 277:11
**Anita** [1] - 295:8
**Anita's** [2] - 298:3, 298:12
**Annapolis** [46] - 172:18, 172:23, 176:2, 176:6, 178:21, 196:20, 197:13, 200:3, 200:18, 200:21, 205:4, 205:11, 209:8, 212:25, 215:10, 226:24, 231:3, 231:19, 233:25, 238:17, 240:11, 240:12, 242:8, 242:11, 242:14, 243:8, 247:6, 256:1, 257:19, 289:9, 291:25,

292:1, 293:10, 294:20, 295:9, 295:21, 298:21, 298:22, 299:5, 300:22, 320:6, 323:13, 342:9, 348:10, 350:15, 351:6
**annotations** [3] - 217:8, 318:2, 318:15
**answer** [9] - 210:15, 210:16, 211:12, 225:16, 225:25, 226:2, 250:16, 264:21, 335:21
**answered** [1] - 173:9
**anticipation** [1] - 246:20
**any..** [1] - 211:8
**anyway** [1] - 174:21
**Apartment** [3] - 189:5, 189:13, 189:15
**apartment** [23] - 166:19, 166:22, 185:13, 187:3, 188:12, 189:3, 193:6, 202:9, 202:24, 239:9, 239:10, 239:11, 239:13, 239:16, 239:19, 239:20, 239:21, 259:22, 260:21, 261:5, 270:2, 270:17, 271:4
**apartments** [2] - 188:10, 188:11
**apologies** [1] - 265:6
**apologize** [5] - 170:16, 173:7, 208:5, 222:10, 321:24
**appear** [8] - 163:21, 216:24, 217:19, 303:10, 331:20, 332:2, 334:16, 352:21
**appeared** [4] - 259:5, 292:10, 316:1, 334:19
**apply** [1] - 227:15
**apprised** [1] - 335:22
**approach** [5] - 236:2, 250:8, 304:9, 328:13, 335:17
**appropriate** [1] - 227:19
**April** [7] - 158:9, 161:5, 250:5, 251:23, 252:2, 255:7, 262:22
**APRIL** [2] - 160:1, 357:3
**Aranda** [2] - 270:11, 327:11
**ARANDA** [1] - 270:11
**Arbutus** [1] - 324:19
**area** [51] - 185:18, 194:11, 195:7, 200:14, 202:8, 203:15, 203:22, 204:2, 208:14, 213:22, 220:6, 238:24, 238:25, 242:14, 252:24, 253:18, 256:1, 256:3, 256:20, 257:11, 258:7, 260:14, 260:24, 262:4, 262:6, 262:18, 269:25, 270:1, 272:8, 276:9, 276:18, 279:6, 279:9, 279:15, 279:16, 280:9, 282:8, 285:13, 287:18, 288:13, 290:18, 293:23, 294:2, 294:9, 294:10, 308:6, 308:8, 348:11, 350:15, 351:6
**areas** [1] - 192:19
**Aricola** [1] - 320:3
**ARICOLA** [1] - 320:3
**armed** [1] - 301:8
**arrest** [39] - 164:24, 167:21, 167:23, 167:25, 175:25, 176:14, 180:4, 181:8, 182:9, 182:15, 185:10, 188:14, 189:19, 195:21, 205:11, 205:12, 205:13, 205:14, 206:17, 207:21, 207:22, 208:13, 209:17, 212:12, 213:20, 215:7, 221:16, 226:6, 232:7, 232:8, 232:12, 232:15, 243:9, 258:6,

262:12, 262:15, 265:25, 307:3, 307:19
**arrested** [41] - 169:13, 172:11, 174:5, 175:3, 176:10, 183:25, 190:4, 197:10, 197:16, 209:21, 214:15, 215:15, 221:19, 222:20, 223:16, 226:19, 232:4, 236:9, 242:1, 242:23, 244:4, 263:3, 263:19, 266:19, 269:12, 275:7, 302:10, 307:17, 307:21, 308:3, 308:4, 308:17, 311:21, 312:12, 327:14, 346:19, 352:2, 353:2, 353:5, 353:7, 354:5
**arrests** [2] - 275:15, 306:24
**arrive** [1] - 301:15
**arrived** [1] - 164:1
**ascertain** [2] - 254:19, 260:2
**assigned** [11] - 186:9, 187:13, 227:8, 228:23, 229:19, 230:12, 237:12, 267:23, 267:25, 273:15, 312:4
**assist** [1] - 317:8
**assistance** [2] - 178:15, 339:11
**Assistant** [1] - 158:14, 158:15
**assisted** [6] - 224:20, 235:12, 253:17, 288:21, 294:25, 307:14
**assisting** [2] - 224:22, 255:10
**associate** [2] - 186:19, 210:25
**associated** [34] - 161:6, 169:25, 179:21, 183:19, 222:22, 230:9, 230:17, 243:22, 244:19, 247:7, 247:24, 249:12, 254:14, 266:8, 299:16, 300:14, 300:19, 300:22, 303:2, 303:13, 306:24, 311:6, 318:24, 320:1, 320:5, 321:1, 333:7, 333:17, 334:4, 334:8, 340:19, 347:20, 348:8, 350:15
**associating** [1] - 197:17
**association** [1] - 302:2
**associations** [1] - 187:24
**assorted** [1] - 215:21
**assume** [4] - 259:23, 305:17, 305:18, 306:1
**assuming** [2] - 305:25, 348:7
**assumption** [1] - 175:16
**Astrovan** [17] - 213:24, 237:19, 258:4, 262:1, 285:25, 286:11, 307:22, 307:23, 308:20, 309:6, 310:2, 311:20, 313:8, 319:17, 319:22, 321:11
**attempt** [2] - 236:7, 301:1
**attempted** [3] - 301:3, 301:8, 301:18
**attempting** [2] - 161:11, 328:24
**attempts** [1] - 290:12
**attention** [9] - 160:10, 233:2, 233:3, 234:19, 264:19, 330:8, 343:1, 344:14, 347:6
**attic** [2] - 276:19
**Attorney** [2] - 158:14, 158:15
**attorney** [1] - 305:10
**attributed** [1] - 227:4
**audio** [4] - 235:5, 241:6, 248:13, 300:5
**August** [5] - 198:21, 199:20, 282:1, 283:11, 285:19, 302:24
**authorities** [1] - 167:20

**authority** [1] - 244:18
**automatic** [2] - 234:7, 303:24
**automatically** [1] - 234:5
**automobile** [1] - 167:19
**available** [1] - 331:15
**Avenue** [11] - 200:15, 253:12, 279:7, 279:8, 279:15, 280:9, 286:24, 290:6, 292:6, 310:14, 339:22
**Avila** [8] - 301:1, 301:2, 301:19, 301:25, 302:2, 303:8, 303:16, 306:19
**avoid** [1] - 161:11
**aware** [14] - 169:10, 197:20, 205:3, 207:12, 209:24, 210:7, 211:7, 285:17, 299:3, 303:18, 334:19, 336:2, 339:2, 343:8

## B

**b/1** [1] - 165:7
**b/6** [1] - 271:5
**b/7** [1] - 260:16
**backdrop** [4] - 316:16, 316:21, 317:4, 317:12
**backed** [3] - 281:16, 282:25, 284:23
**background** [5] - 194:2, 195:6, 205:25, 304:3, 316:24
**backup** [1] - 182:9
**bag** [14] - 169:8, 255:22, 256:11, 256:17, 282:18, 284:14, 284:16, 284:18, 284:20, 311:24, 313:3, 321:15, 331:11
**bags** [3] - 252:11, 255:4, 255:11
**Baltimore** [17] - 158:8, 159:24, 200:18, 200:19, 200:20, 200:22, 200:23, 201:3, 201:6, 201:7, 204:10, 290:8, 290:10, 292:24, 293:17, 310:14
**bank** [1] - 309:14
**Barrientos** [8] - 332:15, 332:21, 334:19, 335:12, 336:14, 337:2, 337:3, 339:8
**Barrientos'** [1] - 335:23
**based** [8] - 217:20, 236:8, 236:10, 318:14, 321:17, 330:1, 338:20, 343:12
**basement** [5] - 203:16, 204:2, 288:13, 304:7, 317:7
**basis** [14] - 173:9, 173:15, 179:8, 180:16, 199:11, 209:12, 210:2, 218:3, 247:10, 268:18, 289:12, 299:23, 335:15, 338:17
**bathroom** [2] - 260:24, 276:18
**Beach** [1] - 280:3
**became** [1] - 325:5
**become** [7] - 201:12, 205:3, 218:24, 220:20, 242:10, 262:11, 299:3
**bedroom** [17] - 166:22, 166:23, 185:14, 189:22, 191:19, 193:5, 193:6, 260:22, 260:23, 260:25, 270:16, 270:24, 271:3, 316:15, 347:19
**bedrooms** [1] - 260:12
**BEFORE** [1] - 158:11

**began** [6] - 249:24, 288:23, 290:1, 293:24, 294:22, 302:10
**begin** [6] - 244:22, 246:9, 251:7, 251:22, 257:8, 329:12
**beginning** [10] - 210:11, 244:1, 250:4, 261:13, 264:16, 283:8, 286:5, 287:15, 290:15, 338:21
**behalf** [4] - 158:13, 158:16, 158:18, 349:5
**behind** [6] - 193:15, 280:10, 291:11, 329:21, 332:1, 332:3
**belief** [2] - 236:10, 289:13
**believes** [1] - 304:15
**bell** [2] - 348:24, 348:25
**belong** [1] - 226:22
**belonging** [2] - 166:9, 286:11
**belongings** [1] - 239:12
**belongs** [1] - 226:25
**below** [2] - 217:17, 318:7
**bench** [16] - 160:10, 173:3, 173:6, 175:13, 210:3, 210:6, 211:19, 236:5, 236:16, 250:12, 251:20, 304:12, 306:14, 335:20, 339:5, 354:20
**Benita** [4] - 312:19, 312:21, 313:5, 314:7
**Benitez** [3] - 231:18, 322:12, 322:17
**best** [1] - 264:21
**better** [3] - 210:9, 266:4, 332:24
**between** [9] - 165:5, 189:24, 206:8, 210:25, 250:4, 252:12, 301:25, 303:24, 306:2
**big** [1] - 201:24
**bill** [1] - 271:13
**birth** [6] - 172:25, 175:19, 175:20, 176:23, 177:12, 222:11
**bit** [16] - 201:16, 252:23, 260:13, 261:20, 270:1, 271:8, 283:5, 286:1, 290:21, 311:12, 339:14, 341:25, 342:1, 347:14, 350:8
**black** [2] - 222:19, 283:15
**Blackberry** [5] - 182:22, 186:6, 194:22, 222:19, 226:23
**blade** [2] - 272:21, 278:11
**Blanco** [1] - 320:2
**blankets** [1] - 193:13
**blinds** [10] - 304:16, 304:24, 316:16, 317:3, 317:6, 329:20, 332:1, 332:2
**blocked** [4] - 290:25, 336:11, 338:7, 340:4
**blocking** [1] - 201:17
**blocks** [4] - 238:15, 239:4, 295:22, 298:20
**blondish** [1] - 282:16
**blue** [4] - 282:7, 283:16, 292:9, 310:7
**Bonilla** [6] - 266:6, 275:3, 311:1, 320:3, 323:12, 324:18
**Bonilla-Lago** [1] - 275:3
**book** [2] - 183:19, 212:9
**booked** [4] - 175:3, 196:7, 223:23, 226:9

**booking** [26] - 172:18, 173:1, 173:24, 175:24, 176:2, 176:4, 176:13, 176:16, 176:22, 177:5, 177:11, 177:17, 195:25, 196:19, 197:4, 197:9, 223:20, 224:13, 224:15, 224:18, 226:10, 341:14, 341:18, 342:3, 342:8, 343:2
**Boost** [4] - 249:4, 318:25, 323:25
**bottle** [1] - 193:24
**bottles** [2] - 192:10, 193:2
**bottom** [11] - 188:11, 215:3, 217:24, 218:21, 220:11, 234:6, 276:3, 288:25, 318:7, 320:24, 322:10
**Boulevard** [4] - 201:1, 204:15, 279:10, 307:20
**box** [8] - 258:9, 261:11, 274:12, 276:12, 276:15, 276:24, 277:6, 277:7
**boxer** [1] - 238:11
**boxes** [7] - 273:25, 274:7, 274:10, 276:16, 276:17, 276:21
**boy** [2] - 344:10, 355:13
**boyfriend** [2] - 333:2, 339:20
**brand** [2] - 168:23, 169:10
**break** [10] - 163:9, 163:10, 227:20, 227:23, 263:22, 265:7, 265:10, 305:9, 305:15, 314:13, 331:12, 354:12
**breaking** [1] - 305:23
**Brenda** [1] - 217:15
**Bridgett** [2] - 285:7, 285:9
**brief** [4] - 160:12, 262:7, 282:3, 294:6
**briefed** [1] - 233:6
**briefly** [5] - 190:18, 282:6, 288:17, 300:21, 308:12
**bring** [4] - 265:14, 306:20, 317:24, 347:12
**bringing** [2] - 243:7, 264:19
**broadcasted** [1] - 239:1
**broader** [1] - 246:6
**broke** [1] - 265:24
**broken** [1] - 328:3
**brothel** [9] - 185:2, 218:7, 240:1, 244:11, 257:23, 266:9, 266:17, 280:21, 293:10
**brothels** [10] - 169:5, 184:15, 184:21, 192:19, 192:20, 244:20, 246:12, 254:17, 257:23, 267:3
**brought** [4] - 234:19, 242:1, 247:4, 265:7
**building** [15] - 178:8, 188:9, 188:19, 189:17, 208:20, 214:5, 214:10, 252:22, 252:25, 253:1, 253:19, 270:25, 271:4
**buildings** [4] - 206:9, 206:10, 213:6, 252:13
**bulk** [1] - 169:8
**bundle** [1] - 277:13
**burning** [2] - 185:15, 191:3
**burnt** [1] - 316:18
**bus** [2] - 290:8, 290:11, 292:24, 314:4
**business** [44] - 165:5, 167:16, 167:18, 171:10, 171:11, 171:25, 172:5, 172:8,

173:12, 178:10, 179:25, 181:17, 202:2, 221:21, 243:3, 263:9, 271:17, 271:18, 274:4, 274:7, 277:14, 277:16, 279:16, 280:21, 287:14, 293:4, 309:22, 310:10, 310:16, 313:25, 320:23, 334:5, 340:16, 341:6, 350:7, 350:11, 350:14, 350:15, 350:16, 350:21, 351:7, 351:8, 351:12
**businesses** [2] - 201:21, 350:17
**BY** [54] - 164:18, 171:8, 175:23, 179:12, 180:19, 184:13, 184:20, 185:7, 190:12, 190:24, 196:12, 199:15, 209:19, 211:20, 214:11, 217:7, 217:16, 218:6, 218:13, 219:8, 228:15, 235:6, 236:19, 241:7, 244:13, 247:13, 248:14, 251:21, 262:10, 265:23, 266:18, 268:23, 277:3, 278:17, 289:16, 300:6, 306:17, 313:21, 315:16, 322:19, 328:7, 328:16, 329:9, 331:13, 339:7, 340:8, 340:14, 341:17, 342:22, 344:8, 346:4, 348:16, 349:3, 349:16
**Bywater** [1] - 298:13

# C

**C-O-L-M-I-L-L-O** [1] - 318:8
**c/5** [1] - 302:19
**c/9** [1] - 273:4
**cabinet** [1] - 271:9
**CAD** [11] - 233:19, 233:24, 234:5, 234:8, 234:24, 240:19, 241:2, 247:17, 299:7, 299:10
**caller** [3] - 236:23, 241:14, 300:13
**camera** [3] - 166:2, 253:6, 259:13
**cameras** [1] - 247:3
**cancellation** [1] - 220:2
**candle** [2] - 185:15, 191:3
**candles** [1] - 316:18
**cannot** [2] - 163:10, 174:24
**capabilities** [2] - 245:7, 326:25
**capability** [2] - 227:13, 244:15
**capacity** [1] - 240:8
**Capital** [1] - 309:17
**Capitol** [4] - 230:14, 238:9, 307:10, 322:13
**capture** [1] - 234:25
**captured** [2] - 192:8, 235:14
**capturing** [1] - 317:8
**car** [31] - 165:10, 165:25, 168:13, 168:14, 168:15, 252:18, 255:22, 280:4, 280:7, 281:3, 281:4, 281:9, 282:7, 282:9, 282:14, 282:21, 282:22, 282:24, 283:24, 283:25, 284:2, 284:7, 289:23, 291:5, 291:12, 293:20, 307:21, 308:7, 308:13
**card** [33] - 171:18, 179:7, 179:11, 179:16, 179:18, 179:25, 180:6, 180:8, 180:12, 185:3, 185:4, 194:23, 222:1,

222:5, 271:17, 271:18, 271:22, 309:19, 309:23, 310:10, 310:16, 311:11, 320:23, 341:12, 346:11, 346:15, 346:21, 350:14, 350:16, 351:8, 351:12
**cards** [47] - 165:2, 165:3, 165:6, 165:9, 165:12, 167:16, 167:18, 171:10, 171:11, 171:25, 172:5, 172:8, 179:6, 182:23, 182:25, 184:8, 184:15, 184:25, 190:6, 190:7, 193:2, 221:21, 263:9, 263:17, 272:5, 274:4, 274:7, 274:9, 277:14, 277:16, 278:21, 313:25, 339:24, 340:15, 340:16, 340:18, 340:25, 341:1, 341:6, 341:12, 350:7, 350:11, 350:21, 351:7
**Carlos** [7] - 171:1, 172:7, 180:15, 340:15, 340:22, 346:5, 346:11
**Carraballo** [3] - 166:19, 181:2, 181:4
**Carroll** [1] - 286:24
**carry** [1] - 261:9
**carrying** [1] - 259:20
**case** [15] - 161:11, 227:23, 237:6, 277:5, 301:10, 314:15, 320:13, 332:10, 332:12, 353:13, 354:12, 354:14, 355:3, 355:12
**cases** [1] - 330:5
**Cash** [2] - 283:21, 283:22
**cash** [3] - 184:2, 184:3, 214:24
**cell** [39] - 167:10, 171:15, 171:18, 179:21, 179:23, 183:21, 185:8, 186:2, 186:4, 186:17, 186:18, 186:20, 186:24, 186:25, 187:11, 187:13, 190:5, 223:3, 226:5, 226:18, 226:22, 228:17, 228:18, 237:12, 237:14, 237:15, 244:16, 245:7, 246:6, 267:9, 273:7, 273:9, 291:5, 310:11, 311:19, 311:25, 312:2, 312:4, 325:19
**Cellebrite** [2] - 273:18, 273:22
**center** [6] - 183:24, 259:24, 293:6, 303:21, 310:18, 319:25
**certain** [11] - 244:19, 246:25, 247:1, 247:2, 250:20, 267:9, 280:20, 280:24, 281:5, 301:16, 333:6
**certainly** [1] - 210:7
**certificate** [3] - 266:3, 310:4, 325:9
**Certified** [1] - 356:1
**certify** [1] - 356:2
**chain** [1] - 263:10
**chair** [2] - 194:10, 194:13
**chance** [3] - 305:6, 306:13, 327:5
**change** [4] - 172:24, 244:4, 254:22, 263:13
**changed** [7] - 173:14, 174:25, 254:21, 254:23, 261:15, 261:16, 341:25
**changes** [1] - 254:20
**changing** [1] - 254:6
**characterization** [4] - 254:9, 266:13, 266:17, 299:24
**Charles** [2] - 275:5
**cheaper** [1] - 169:9

**check** [4] - 171:22, 246:2, 310:1, 321:8
**chest** [1] - 163:19
**Chevy** [12] - 237:19, 262:1, 285:24, 286:11, 308:20, 309:19, 310:2, 319:16, 319:22, 321:7, 321:11
**child** [4] - 289:23, 289:25, 323:8, 323:9
**children** [4] - 323:7, 323:8, 323:9, 325:10
**Chinese** [1] - 281:21
**chip** [2] - 185:3, 185:4
**chips** [3] - 185:1, 193:2, 278:21
**choice** [1] - 349:12
**chose** [1] - 175:18
**Circuit** [1] - 269:9
**circumstances** [5] - 181:1, 208:10, 209:5, 262:12, 342:7
**citation** [5] - 177:8, 197:3, 324:12, 328:20
**City** [3] - 200:23, 201:3, 204:10
**clarification** [2] - 173:22, 174:7
**clarify** [1] - 162:8
**class** [1] - 331:3
**clean** [1] - 173:19
**clear** [8] - 189:18, 199:20, 206:4, 219:6, 264:7, 265:9, 335:12, 345:1
**clearly** [2] - 220:13, 240:1
**Clerk** [2] - 164:6, 315:10
**CLERK** [11] - 160:2, 164:7, 227:25, 228:4, 228:12, 264:3, 264:12, 265:19, 314:21, 314:25, 315:11
**clicking** [1] - 253:7
**client** [6] - 305:10, 341:19, 342:24, 346:7, 348:9, 348:22
**client's** [2] - 173:15, 346:13
**clock** [1] - 259:10
**close** [8] - 192:5, 195:11, 201:21, 204:11, 204:25, 207:9, 240:20, 281:13
**close-up** [4] - 192:5, 195:11, 204:25, 207:9
**closely** [2] - 313:12, 317:25
**closer** [5] - 174:17, 200:20, 201:16, 276:24, 278:10
**closet** [12] - 185:18, 185:19, 185:20, 191:2, 191:7, 194:1, 194:5, 316:17, 316:18, 328:2, 329:18
**closet's** [1] - 194:2
**closing** [1] - 306:3
**clothes** [1] - 316:17
**clothing** [1] - 328:2
**Cochran** [4] - 176:10, 176:14, 342:15, 342:17
**colleague** [1] - 273:22
**colleagues** [3] - 185:22, 207:12, 207:16
**collect** [1] - 224:14
**collected** [2] - 267:18, 267:22
**Colmillo** [12] - 263:2, 293:25, 296:4, 296:8, 297:1, 297:8, 298:3, 298:10, 318:8, 318:9, 320:20, 322:4
**COLMIO** [1] - 322:4

**color** [2] - 282:16, 347:13
**column** [1] - 345:13
**combed** [1] - 320:12
**coming** [10] - 161:5, 195:6, 238:23, 239:3, 256:17, 261:5, 292:6, 293:16, 298:7, 299:1
**COMMENCEMENT** [1] - 357:6
**comments** [1] - 160:14
**commercially** [1] - 331:15
**committed** [1] - 186:21
**common** [3] - 330:24, 331:4, 331:7
**commonly** [3] - 192:22, 192:24, 262:24
**communicate** [1] - 225:22
**communicated** [1] - 174:13
**communication** [1] - 301:25
**community** [6] - 184:16, 217:2, 242:8, 242:10, 242:14, 277:10
**company** [2] - 245:11, 310:17
**compare** [1] - 177:16
**compared** [1] - 173:1
**competitors** [2] - 334:4, 334:5
**complaint** [2] - 211:2, 300:2
**complaints** [1] - 209:9
**complete** [1] - 308:6
**completely** [1] - 355:8
**complex** [1] - 280:8
**compliance** [1] - 319:19
**compromised** [3] - 289:9, 289:14, 292:19
**computer** [1] - 246:4
**concerning** [5] - 160:14, 161:2, 250:16, 332:15, 337:14
**conclude** [1] - 268:24
**concluded** [8] - 164:19, 175:13, 211:19, 228:17, 236:16, 251:20, 306:14, 339:5
**conclusion** [7] - 174:25, 175:5, 175:12, 179:10, 301:11, 301:15, 306:21
**conditioning** [1] - 271:1
**condoms** [13] - 168:21, 168:24, 169:2, 169:4, 169:10, 192:10, 193:1, 256:15, 271:6, 276:17, 313:3, 327:21
**conduct** [8] - 246:11, 250:7, 279:1, 285:15, 289:3, 300:7, 301:11, 315:4
**conducted** [10] - 207:13, 207:17, 207:24, 241:25, 279:6, 285:18, 288:18, 290:9, 294:23, 324:7
**conducting** [5] - 203:2, 229:1, 233:5, 233:7, 282:1
**conference** [6] - 175:13, 211:19, 236:16, 251:20, 306:14, 339:5
**conferring** [2] - 190:21, 342:21
**confirm** [1] - 273:7
**confiscated** [2] - 179:5, 184:3
**confront** [1] - 336:6
**confused** [1] - 337:12
**congregating** [1] - 259:4
**connect** [1] - 275:21
**connectivity** [1] - 171:22
**consent** [1] - 166:21

**consider** [1] - 161:21
**Constitution** [1] - 226:2
**construction** [1] - 308:10
**Construction** [4] - 309:22, 310:6, 319:8, 319:20
**consult** [1] - 190:18
**CONT** [2] - 159:1, 164:17
**contact** [31] - 166:13, 166:16, 167:12, 171:3, 177:21, 180:23, 181:1, 182:3, 182:12, 199:21, 199:24, 208:6, 208:11, 208:14, 208:19, 209:6, 209:16, 210:24, 212:14, 212:17, 217:1, 232:14, 232:16, 239:3, 243:10, 249:22, 312:20, 312:24, 349:23, 351:19, 352:25
**contacted** [1] - 226:13
**contained** [1] - 276:5
**containing** [1] - 311:24
**contents** [2] - 276:14, 276:15
**context** [10] - 173:24, 180:14, 181:15, 190:14, 223:8, 226:17, 232:17, 246:7, 301:2, 354:1
**continue** [9] - 164:21, 190:25, 213:16, 232:5, 255:1, 255:17, 278:25, 289:17, 294:17
**continued** [3] - 204:14, 214:2, 232:9
**CONTINUED** [1] - 158:10
**continuing** [1] - 293:23
**contravenes** [1] - 337:17
**contravening** [1] - 336:17
**Contreras** [2] - 322:12, 322:17
**convenience** [3] - 281:14, 281:17, 281:24
**conversation** [6] - 160:11, 236:9, 243:25, 259:5, 284:3, 284:5
**conversion** [1] - 291:19
**copies** [4] - 219:21, 220:23, 221:18, 344:1
**copy** [3] - 219:9, 221:9, 324:17
**corner** [4] - 192:2, 219:24, 219:25, 255:24
**Corporal** [1] - 241:25
**correct** [86] - 166:3, 167:22, 168:4, 169:21, 170:23, 174:23, 179:1, 181:25, 200:5, 206:23, 232:8, 250:1, 259:12, 273:9, 293:14, 299:17, 307:3, 308:2, 308:16, 308:20, 310:12, 312:8, 316:12, 317:10, 318:17, 318:23, 319:3, 320:7, 321:3, 321:11, 322:9, 323:21, 326:12, 329:15, 329:18, 329:21, 329:22, 329:24, 330:6, 330:10, 330:15, 332:3, 332:5, 332:6, 332:7, 332:10, 332:11, 332:12, 332:13, 332:17, 333:4, 333:18, 333:21, 333:23, 333:25, 340:21, 341:19, 341:20, 341:24, 342:10, 343:6, 344:15, 344:17, 344:22, 345:5, 345:6, 345:15, 345:24, 345:25, 346:19, 346:25, 347:3, 347:21, 348:9, 349:21, 350:4, 350:9, 351:9, 351:10,

351:21, 352:23, 353:11, 353:14,
353:19, 356:2
**correctly** [2] - 332:20, 333:8
**correspond** [1] - 319:10
**corresponded** [1] - 313:14
**correspondence** [1] - 268:5
**corresponding** [2] - 219:14, 241:1
**corresponds** [1] - 345:18
**cotton** [1] - 191:22
**couch** [2] - 194:17, 195:5
**counsel** [7] - 190:21, 210:7, 228:6,
251:1, 264:6, 264:14, 342:21
**count** [1] - 274:7
**County** [7] - 200:19, 201:6, 269:9,
275:2, 279:23, 307:15, 310:14
**couple** [7] - 170:5, 213:22, 238:15,
255:15, 281:2, 291:1, 295:21
**course** [15] - 169:3, 186:16, 192:18,
198:19, 205:7, 208:19, 210:16, 217:1,
224:13, 229:13, 236:17, 337:3,
348:19, 352:14, 353:16
**Court** [25] - 160:3, 160:12, 161:20,
161:21, 162:24, 163:1, 173:19, 210:8,
227:25, 228:4, 230:22, 231:11,
244:24, 245:10, 251:1, 264:3, 264:12,
264:17, 264:20, 265:6, 269:9, 305:16,
314:21, 314:25, 355:17
**COURT** [126] - 158:1, 160:5, 160:17,
160:20, 162:2, 162:4, 162:7, 162:16,
162:20, 162:22, 163:3, 163:7, 163:9,
163:24, 164:5, 164:12, 171:6, 173:4,
174:1, 174:23, 175:7, 175:12, 175:14,
175:20, 175:22, 179:9, 180:17,
184:12, 184:18, 184:24, 190:11,
190:19, 190:23, 196:10, 199:11,
199:13, 209:12, 209:15, 210:2, 210:4,
210:17, 211:6, 211:15, 211:18, 217:6,
217:14, 218:3, 218:5, 218:11, 219:3,
227:21, 228:6, 228:10, 236:3, 236:14,
236:17, 244:9, 247:12, 250:10,
250:24, 251:15, 251:18, 254:11,
262:9, 263:20, 264:6, 264:14, 264:23,
265:2, 265:9, 265:15, 265:17, 266:14,
266:16, 268:18, 268:20, 277:1, 278:8,
289:12, 289:15, 299:23, 299:25,
304:10, 304:19, 305:1, 305:5, 305:13,
305:17, 305:25, 306:8, 306:10,
306:12, 306:15, 314:12, 315:2, 315:9,
315:14, 328:6, 329:2, 329:5, 335:15,
335:18, 337:1, 337:9, 337:19, 337:25,
338:4, 338:11, 338:23, 339:2, 339:6,
340:7, 340:13, 346:3, 348:13, 348:15,
349:9, 349:12, 349:14, 354:9, 354:12,
354:21, 354:24, 355:4, 355:9, 355:16
**Court's** [8] - 161:1, 190:17, 250:14,
264:19, 340:12, 346:2, 348:12, 348:14
**Courthouse** [1] - 159:23
**courtroom** [1] - 355:13
**covered** [2] - 167:19, 193:12
**covering** [3] - 191:18, 191:24, 317:1

**covert** [3] - 252:5, 261:16, 289:21
**crack** [1] - 337:10
**cracks** [1] - 337:12
**credibility** [1] - 337:6
**Cricket** [1] - 324:17
**Criminal** [1] - 158:5
**cross** [4] - 180:17, 236:17, 329:6,
336:16
**CROSS** [2] - 329:8, 349:15
**Cross** [2] - 357:10, 357:11
**cross-examination** [1] - 180:17
**Cross-Examination** [2] - 357:10, 357:11
**CROSS-EXAMINATION** [2] - 329:8,
349:15
**cross-examine** [1] - 336:16
**crossed** [1] - 320:25
**crowd** [1] - 264:24
**Crown** [6] - 168:21, 169:2, 169:4, 313:3,
327:21
**CRR** [2] - 159:23, 356:7
**Cruz** [1] - 241:25
**CSO** [1] - 265:14
**culture** [4] - 330:18, 330:21, 330:25
**cultures** [1] - 343:15
**Cunningham** [18] - 158:14, 164:13,
190:18, 210:10, 211:3, 236:6, 263:20,
314:12, 331:9, 335:2, 335:7, 336:13,
341:13, 342:4, 342:20, 343:24, 344:9,
353:10
**CUNNINGHAM** [100] - 162:3, 164:14,
164:18, 168:6, 171:8, 173:21, 174:2,
174:16, 174:18, 175:6, 175:23,
179:12, 180:19, 184:11, 184:13,
184:20, 185:7, 190:12, 190:24,
195:14, 196:12, 199:15, 209:19,
210:20, 211:16, 211:20, 214:11,
216:6, 217:7, 217:16, 218:6, 218:13,
219:8, 224:12, 227:18, 228:7, 228:15,
235:2, 235:6, 236:15, 236:19, 240:14,
241:4, 241:7, 244:13, 247:11, 247:13,
248:11, 248:14, 250:25, 251:17,
251:21, 252:14, 262:6, 262:10, 264:9,
265:22, 265:23, 266:18, 268:23,
276:23, 277:3, 278:5, 278:9, 278:13,
278:17, 289:16, 300:3, 300:6, 304:20,
304:23, 305:3, 305:23, 306:16,
306:17, 313:21, 315:7, 315:15,
315:16, 321:25, 322:19, 328:4, 328:7,
328:16, 329:1, 329:3, 331:10, 335:14,
335:16, 335:21, 336:19, 337:21,
338:1, 340:6, 344:1, 344:4, 354:19,
354:25, 355:6, 355:14
**CUNNINGHAM............** [1] - 357:10
**cup** [1] - 316:19
**currency** [1] - 271:17
**custodial** [1] - 173:25
**custody** [4] - 167:20, 170:25, 172:13,
196:21
**customer** [3] - 275:22, 324:17, 344:20
**customers** [3] - 278:22, 344:20, 344:24

**cut** [1] - 211:3

# D

**D.C** [8] - 208:14, 232:3, 285:25, 286:1,
286:2, 308:6, 308:11, 308:14
**d/2** [1] - 224:6
**d/6** [1] - 281:12
**damaged** [2] - 328:8, 328:11
**dark** [4] - 182:9, 185:13, 188:7, 191:14
**darted** [1] - 291:25
**data** [6] - 244:15, 251:3, 267:17, 267:22,
273:19, 312:7
**date** [26] - 167:24, 167:25, 169:24,
172:25, 177:12, 177:24, 204:22,
206:14, 222:11, 222:20, 230:10,
230:25, 234:13, 247:20, 247:21,
251:11, 251:24, 274:18, 279:5, 282:4,
294:13, 299:10, 302:10, 323:24,
352:2, 354:5
**Date** [1] - 356:7
**date/time** [2] - 202:14, 204:19
**dated** [3] - 230:23, 240:20, 276:3
**dates** [11] - 173:12, 175:19, 175:20,
176:23, 250:2, 251:2, 251:5, 251:12,
251:14, 251:15, 294:7
**David** [4] - 275:5, 316:9, 322:23
**days** [11] - 219:13, 219:14, 219:20,
247:1, 250:4, 275:17, 322:5, 345:14,
345:16, 345:17, 345:18
**daytime** [2] - 188:19, 207:6
**de** [6] - 158:6, 158:16, 231:1, 238:8,
238:10, 317:21, 328:22, 357:2
**deal** [1] - 163:15
**death** [1] - 277:12
**decades** [1] - 343:12
**deceased** [1] - 161:3
**December** [5] - 174:9, 177:25, 180:9,
214:3, 235:20
**decide** [1] - 306:20
**DEFENDANT** [1] - 225:11
**Defendant** [25] - 158:16, 158:18, 161:7,
164:25, 172:5, 172:10, 172:23,
175:17, 175:25, 176:10, 176:20,
177:9, 177:22, 178:2, 179:11, 180:23,
182:1, 182:12, 189:4, 189:19, 190:4,
198:12, 198:17, 198:21, 199:22,
199:25, 210:25, 212:12, 214:12,
215:7, 224:15, 225:2, 225:5, 283:14,
325:10
**Defendant's** [1] - 304:24
**defendants** [2] - 162:1, 162:13
**Defendants** [2] - 158:7, 211:1
**Defense** [2] - 160:6, 162:12
**degree** [1] - 330:17
**delay** [1] - 173:8
**delivered** [1] - 247:2
**delivering** [4] - 248:20, 261:22, 301:16
**delivery** [3] - 243:7, 247:3, 301:22

**delta** [1] - 343:25
**demonstrates** [1] - 311:3
**denial** [1] - 224:8
**Department** [16] - 172:19, 172:23, 176:2, 176:7, 178:22, 196:20, 197:14, 197:18, 209:9, 215:11, 233:25, 240:11, 240:12, 247:6, 299:5, 342:9
**department** [12] - 174:20, 177:3, 207:17, 209:17, 213:21, 224:20, 224:25, 233:16, 234:1, 234:23, 234:24, 331:2
**departs** [1] - 354:20
**depicted** [13] - 166:7, 166:24, 191:1, 203:20, 205:1, 205:21, 258:24, 269:20, 270:21, 272:11, 285:3, 316:6, 329:24
**depicting** [3] - 193:12, 193:23, 202:10
**deportation** [1] - 198:2
**deposit** [2] - 276:1, 309:14
**Depot** [2] - 283:21, 283:23
**deputies** [1] - 315:3
**derived** [1] - 251:14
**descent** [1] - 351:5
**describe** [23] - 183:8, 188:6, 188:8, 190:25, 201:8, 202:20, 221:8, 238:20, 253:8, 258:3, 259:3, 260:8, 270:7, 270:15, 276:15, 277:24, 278:19, 278:23, 283:20, 284:12, 317:1, 318:14, 321:12
**described** [3] - 193:25, 279:1, 340:15
**description** [1] - 255:17
**designed** [1] - 335:25
**desk** [3] - 190:7, 191:6, 192:1
**detached** [1] - 328:3
**detail** [1] - 238:16
**details** [1] - 316:10
**Detective** [109] - 160:13, 161:1, 164:19, 166:19, 168:7, 174:8, 175:16, 175:24, 178:19, 179:13, 180:22, 181:2, 181:4, 183:6, 184:14, 185:21, 186:15, 187:22, 196:3, 196:19, 198:5, 200:10, 204:3, 205:3, 205:10, 207:12, 208:4, 208:6, 208:16, 211:21, 215:17, 215:19, 216:9, 217:25, 218:23, 219:12, 220:17, 222:8, 222:17, 224:15, 227:16, 228:16, 231:7, 232:25, 235:7, 236:20, 238:12, 240:7, 241:8, 243:3, 244:14, 248:15, 250:14, 251:22, 252:15, 254:12, 256:22, 262:11, 264:22, 265:24, 272:1, 272:10, 272:25, 273:25, 276:23, 277:4, 278:5, 278:9, 278:13, 278:18, 285:21, 285:22, 286:1, 286:9, 288:21, 289:7, 290:2, 291:18, 294:14, 299:3, 300:7, 300:21, 302:23, 303:20, 304:3, 306:18, 310:25, 311:19, 313:22, 315:17, 317:9, 320:7, 327:2, 327:19, 328:5, 328:8, 329:4, 329:10, 335:22, 337:24, 339:11, 339:12, 344:12, 348:18, 349:17, 349:19, 350:11

**detective** [4] - 210:14, 211:13, 236:7, 336:5
**detectives** [1] - 233:4
**determine** [6] - 193:14, 231:15, 234:9, 248:16, 309:16, 331:14
**determined** [2] - 267:4, 280:20
**device** [2] - 250:20, 316:20
**devices** [1] - 251:4
**dialed** [1] - 233:18
**dials** [1] - 234:4
**died** [1] - 332:17
**different** [23] - 161:16, 172:21, 173:1, 173:11, 175:4, 175:5, 175:7, 175:17, 175:18, 177:17, 177:20, 203:18, 221:24, 230:20, 287:21, 291:9, 307:5, 331:6, 343:15, 349:20, 350:8
**differently** [1] - 337:5
**differing** [1] - 175:3
**difficult** [1] - 273:2
**difficulty** [1] - 250:18
**Direct** [1] - 357:10
**DIRECT** [1] - 164:17
**directed** [2] - 257:4, 333:1
**direction** [1] - 291:7
**directly** [2] - 210:12, 337:17
**discover** [5] - 185:12, 239:16, 270:4, 300:15, 300:17
**discovered** [8] - 169:6, 172:24, 276:20, 291:2, 293:1, 293:3, 319:16, 319:17
**discredit** [1] - 337:2
**discuss** [7] - 227:23, 256:23, 314:15, 334:23, 335:7, 335:24, 354:14
**discussed** [3] - 162:8, 268:7, 268:8
**discussion** [9] - 160:13, 164:23, 173:5, 210:5, 236:4, 250:11, 304:11, 335:19, 344:19
**discussions** [1] - 353:17
**disk** [3] - 166:1, 166:5, 235:3
**dispatch** [1] - 232:22
**dispatcher** [2] - 234:6, 240:24
**dispenser** [1] - 263:13
**displayed** [5] - 277:2, 278:12, 278:16, 327:10, 328:15
**disregard** [3] - 175:15, 179:9, 266:16
**distance** [1] - 247:2
**DISTRICT** [2] - 158:1, 158:1
**District** [2] - 160:2, 160:3
**DIVISION** [1] - 158:2
**Docket** [1] - 158:5
**Document** [1] - 341:15
**document** [45] - 176:25, 196:22, 196:24, 197:8, 212:3, 216:14, 219:24, 220:25, 221:5, 221:9, 221:10, 221:20, 221:22, 221:23, 221:25, 222:13, 229:24, 230:3, 231:5, 231:14, 233:23, 234:2, 247:15, 247:19, 247:23, 249:3, 249:6, 274:20, 275:19, 275:24, 288:20, 311:10, 311:14, 319:7, 319:18, 321:12, 321:18, 322:7, 322:20, 324:1, 324:11, 324:16, 325:3, 341:5, 349:2

**documentation** [1] - 271:11
**documented** [2] - 223:13, 233:19
**documenting** [2] - 189:11, 192:9
**documents** [17] - 215:21, 216:11, 218:17, 219:10, 219:22, 220:23, 221:18, 230:20, 311:9, 320:8, 320:10, 320:13, 322:1, 322:3, 322:8, 322:12, 346:18
**done** [2] - 178:9, 285:21
**door** [16] - 182:5, 182:6, 182:7, 185:19, 202:7, 202:22, 203:10, 203:12, 266:5, 269:12, 269:22, 294:2, 296:5, 297:1, 310:7, 336:15
**doors** [4] - 203:19, 338:22, 350:25, 351:1
**doorway** [14] - 189:14, 194:10, 195:5, 201:18, 202:6, 202:8, 202:11, 203:23, 260:1, 260:20, 298:15
**doorways** [1] - 203:18
**Dorsey** [1] - 292:6
**down** [50] - 164:1, 198:25, 199:4, 200:25, 204:14, 205:14, 213:23, 215:23, 217:24, 218:21, 219:6, 220:15, 234:6, 245:14, 253:12, 258:5, 258:7, 258:11, 268:11, 269:11, 274:23, 275:4, 276:2, 276:24, 278:6, 278:10, 279:22, 279:24, 280:2, 280:14, 281:10, 281:13, 281:20, 283:1, 283:23, 284:24, 290:5, 291:10, 292:6, 292:24, 298:11, 308:6, 314:4, 318:7, 322:9, 328:5, 338:17, 338:21, 349:5
**downstairs** [2] - 204:2, 316:16
**draw** [1] - 175:4
**drawer** [1] - 271:9
**dresser** [1] - 272:9
**Drive** [4] - 256:3, 298:12, 298:20, 323:16
**drive** [2] - 283:1, 328:24
**driver** [3] - 226:25, 227:5, 284:4
**driver's** [4] - 227:1, 282:24, 284:13, 296:6
**driveway** [6] - 212:23, 282:15, 282:25, 296:11, 296:13, 297:22
**driving** [4] - 197:11, 237:20, 258:10, 328:24
**drop** [1] - 289:22
**dropped** [4] - 286:22, 289:7, 298:10
**dropping** [1] - 298:4
**drove** [1] - 280:9
**drugs** [1] - 232:3
**due** [1] - 274:18
**Dueñas** [12] - 166:12, 183:18, 187:4, 187:16, 195:19, 198:24, 199:3, 212:9, 287:6, 287:10, 288:12, 351:20
**duffle** [2] - 282:18, 284:20
**Dulce** [3] - 231:18, 340:19
**DULY** [1] - 164:16
**duration** [1] - 262:7
**during** [29] - 166:14, 167:10, 179:22,

180:8, 181:21, 182:19, 186:16,
198:19, 198:21, 199:18, 199:21,
199:24, 204:4, 229:12, 235:20,
237:11, 250:17, 253:4, 275:10, 280:6,
295:12, 296:15, 307:8, 309:25, 312:3,
320:9, 332:9, 347:23, 348:19
**duty** [1] - 305:11
**dwellings** [2] - 202:1, 202:2

# E

**E&D** [1] - 323:16
**e-mail** [3] - 245:22, 246:1
**e-mailed** [1] - 257:16
**e-ticket** [1] - 324:12
**ear** [1] - 258:22
**early** [8] - 161:23, 235:15, 282:11,
287:13, 290:18, 290:21, 315:3, 333:25
**earth** [1] - 304:18
**easier** [2] - 260:17, 347:14
**easily** [2] - 169:11, 342:25
**eastbound** [1] - 291:24
**Easton** [19] - 257:12, 257:14, 257:18,
257:20, 257:23, 258:8, 259:18, 261:3,
262:4, 266:6, 268:8, 269:23, 271:12,
271:13, 274:15, 275:21, 275:22,
311:16, 327:14
**Eastport** [2] - 213:2, 213:4
**easy** [1] - 351:5
**Ed** [3] - 243:19, 294:25, 297:11
**Eduardo** [3] - 180:15, 346:5, 346:11
**education** [1] - 343:16
**Edward** [2] - 159:3, 316:9
**effect** [1] - 337:23
**effected** [2] - 307:19, 307:20
**effects** [3] - 178:25, 179:2, 214:18
**effort** [1] - 244:22
**eight** [5] - 336:8, 336:10, 338:8, 339:16,
340:4
**either** [11] - 180:18, 191:6, 207:13,
207:17, 207:25, 216:15, 218:20,
223:6, 267:16, 318:13, 337:2
**El** [3] - 317:19, 332:16, 333:2
**elaborate** [1] - 191:16
**elbow** [1] - 202:11
**electric** [1] - 271:13
**elicit** [1] - 337:13
**elicited** [3] - 174:11, 250:15, 336:13
**ELMO** [1] - 342:23
**emerged** [2] - 280:11, 293:20
**emergency** [1] - 286:25
**employ** [1] - 326:25
**empty** [1] - 276:21
**encounter** [3] - 174:9, 178:5, 180:9
**encountered** [4] - 178:7, 213:15,
304:17, 341:23
**encounters** [2] - 198:11, 343:19
**end** [4] - 244:25, 252:22, 264:23, 266:7
**endeavor** [3] - 180:11, 306:23, 326:23

**ended** [3] - 183:22, 187:17, 223:10
**ending** [1] - 319:21
**ends** [5] - 165:18, 179:20, 221:13,
248:22, 266:7
**enforcement** [16] - 177:2, 205:4,
206:14, 207:13, 207:17, 232:5, 237:5,
239:18, 241:22, 244:5, 249:20,
249:24, 262:3, 269:1, 300:10, 301:11
**engaged** [2] - 174:20, 352:4
**English** [6] - 225:20, 225:22, 235:21,
235:23, 235:25
**ensued** [2] - 241:22, 300:11
**ensure** [1] - 251:13
**enter** [5] - 189:6, 189:25, 194:11, 207:8,
283:17
**entered** [8] - 166:19, 182:13, 188:11,
189:15, 189:23, 234:5, 282:24, 295:1
**entering** [4] - 202:6, 239:16, 260:1,
298:14
**enters** [4] - 163:23, 228:9, 265:16, 315:8
**entertain** [1] - 264:20
**entire** [1] - 198:7
**entirely** [1] - 336:10
**ENTITLED** [1] - 158:10
**entitled** [2] - 336:16, 356:4
**entrance** [1] - 294:1
**entryway** [1] - 260:6
**envelope** [2] - 215:19, 215:22, 216:12
**equally** [1] - 353:16
**equals** [1] - 344:15
**ESAU** [1] - 170:18
**escapes** [1] - 345:10
**Escobars** [2] - 209:4, 209:16, 210:21
**Escobars'** [1] - 212:4
**Esquire** [2] - 158:17, 158:19
**ESQUIVEL** [1] - 170:18
**essence** [1] - 173:15
**essentially** [29] - 170:21, 171:20, 182:3,
184:9, 187:23, 188:19, 188:21,
198:25, 199:3, 226:1, 226:9, 235:8,
237:5, 239:17, 244:15, 246:20,
248:23, 251:7, 252:1, 253:22, 257:4,
258:17, 260:6, 266:22, 268:11, 269:6,
274:6, 306:20, 343:2
**establish** [1] - 210:23
**established** [6] - 230:11, 231:4, 288:7,
335:22, 336:1, 336:20
**establishments** [2] - 169:11, 220:16
**estimate** [5] - 165:5, 189:25, 190:1,
204:13, 274:11
**et** [1] - 357:2
**European** [1] - 351:11
**European-American** [1] - 351:11
**evening** [4] - 180:25, 208:12, 238:24,
352:9
**event** [2] - 198:14, 232:17, 232:20
**events** [2] - 164:20, 255:18
**Evidence** [1] - 161:19
**evidence** [13] - 196:16, 196:18, 208:2,

215:18, 216:11, 235:4, 240:6, 269:17,
307:5, 308:18, 316:5, 341:7, 350:7
**ex** [2] - 355:8, 355:10
**exact** [3] - 278:3, 333:16, 339:18
**exactly** [4] - 191:16, 237:18, 271:7,
338:1
**Examination** [3] - 357:10, 357:10,
357:11
**EXAMINATION** [3] - 164:17, 329:8,
349:15
**examination** [6] - 180:17, 227:19,
273:18, 276:25, 354:23
**Examination.....** [1] - 357:11
**examinations** [1] - 273:23
**examine** [7] - 179:4, 273:14, 276:14,
286:13, 302:14, 313:12, 336:16
**examined** [2] - 165:7, 175:24, 194:25,
272:19, 286:16
**examining** [1] - 164:22
**example** [2] - 273:18, 338:6
**examples** [1] - 165:2
**except** [3] - 279:18, 344:23, 346:24
**exception** [1] - 161:9
**excluded** [1] - 173:16
**excuse** [16] - 165:8, 168:6, 172:2, 174:9,
174:14, 177:15, 195:14, 208:4, 211:9,
224:12, 225:12, 240:14, 252:14,
270:10, 279:8, 321:24
**Excused** [1] - 357:11
**excused** [7] - 228:2, 264:5, 264:22,
314:23, 354:22, 354:23, 355:3
**execute** [3] - 188:14, 270:3, 316:2
**executed** [7] - 189:19, 237:5, 240:5,
269:14, 275:15, 307:2, 325:14
**execution** [1] - 307:8
**Exhibit** [164] - 164:22, 165:24, 167:9,
168:9, 168:18, 169:19, 170:8, 171:12,
171:24, 172:16, 176:1, 177:13,
179:14, 180:7, 183:2, 184:6, 186:1,
188:7, 188:18, 188:21, 189:10,
189:21, 190:16, 190:25, 192:5, 193:3,
193:20, 194:4, 194:8, 194:18, 195:3,
195:11, 195:15, 195:23, 196:4,
196:22, 197:6, 200:9, 201:8, 201:25,
202:4, 202:20, 203:7, 203:25, 204:16,
204:25, 205:17, 206:7, 207:4, 207:9,
212:2, 212:20, 215:2, 215:20, 216:7,
216:10, 216:12, 218:16, 219:21,
220:3, 220:12, 220:22, 221:8, 222:3,
222:9, 222:18, 223:2, 227:4, 229:22,
230:2, 230:4, 230:19, 231:7, 233:23,
235:4, 237:25, 240:18, 241:5, 241:19,
242:3, 242:16, 242:25, 247:14,
248:12, 249:2, 253:8, 253:13, 253:20,
254:25, 255:9, 255:17, 255:23,
256:13, 256:16, 258:2, 258:13,
258:20, 259:2, 259:16, 260:16, 261:1,
261:19, 261:24, 262:19, 263:7,
263:11, 263:15, 266:1, 269:19,
270:14, 272:11, 274:1, 274:13,

275:23, 276:4, 277:2, 277:5, 277:23,
278:12, 278:14, 278:16, 279:13,
280:1, 280:13, 281:6, 281:12, 283:8,
284:9, 284:12, 284:22, 285:10, 286:4,
286:8, 286:21, 287:12, 288:2, 290:14,
299:7, 300:4, 302:18, 302:21, 302:22,
303:19, 308:21, 309:12, 310:18,
310:19, 311:9, 311:23, 312:9, 313:23,
314:2, 315:23, 316:11, 316:13,
317:15, 317:24, 324:14, 325:24,
327:2, 328:15, 328:17, 347:7
**exhibit** [31] - 165:2, 179:14, 183:3,
183:4, 186:13, 186:25, 188:17,
192:15, 195:1, 196:5, 197:7, 215:20,
219:10, 222:18, 251:2, 256:18,
274:19, 278:6, 278:10, 278:19, 299:9,
310:9, 313:23, 314:3, 314:10, 319:14,
327:6, 345:9, 345:12, 346:9, 346:10
**Exhibits** [4] - 186:23, 200:7, 224:6,
229:23
**exhibits** [8] - 165:7, 188:5, 263:6, 309:1,
309:2, 325:2, 343:25, 344:9
**Exit** [1] - 324:13
**exit** [1] - 299:2
**exited** [1] - 254:1
**expected** [2] - 355:2, 355:7
**expedite** [1] - 210:9
**Expedition** [7] - 282:20, 283:17, 284:15,
294:12, 295:24, 297:19, 325:12
**experience** [2] - 318:14, 343:13
**explain** [3] - 233:21, 233:22, 260:17
**explained** [1] - 352:11
**explanation** [1] - 255:1
**Explorer** [7] - 252:6, 252:9, 253:2,
253:10, 279:18, 287:25, 322:24
**exposure** [1] - 330:18
**extent** [5] - 173:23, 265:10, 336:20,
336:22, 337:21
**extract** [1] - 273:19
**extracted** [1] - 320:12
**extraordinarily** [2] - 161:10, 161:20
**extremely** [1] - 166:21
**eye** [3] - 329:16, 329:17, 331:23
**eyeballs** [1] - 246:14

## F

**face** [1] - 221:23
**fact** [13] - 179:2, 193:14, 200:2, 202:18,
226:18, 233:14, 234:16, 238:2,
250:25, 307:2, 324:24, 336:7
**fair** [25] - 162:1, 162:14, 163:16, 329:17,
330:3, 330:18, 330:22, 331:5, 331:16,
331:24, 334:6, 334:22, 335:2, 335:5,
335:11, 343:3, 343:4, 343:20, 344:15,
344:21, 346:8, 346:16, 347:23,
347:24, 351:4
**false** [1] - 255:15
**familiar** [11] - 217:20, 218:20, 244:14,

248:5, 248:6, 251:24, 254:5, 262:11,
285:25, 286:2, 293:24
**Fang** [1] - 293:25
**fang** [1] - 263:2
**far** [5] - 200:23, 245:15, 300:13, 331:14,
336:19
**faxed** [1] - 230:6
**February** [6] - 177:6, 197:10, 234:14,
234:17, 234:18, 240:3
**fell** [2] - 174:3, 328:12
**female** [28] - 166:9, 187:7, 255:3, 270:8,
270:13, 272:23, 280:4, 280:7, 280:11,
281:8, 281:18, 282:7, 282:16, 283:15,
283:22, 286:22, 289:7, 290:11,
291:15, 291:22, 292:10, 292:14,
293:19, 298:4, 298:13, 298:14,
308:13, 312:14
**females** [8] - 185:15, 187:2, 191:2,
239:11, 252:10, 254:1, 255:10, 295:1
**few** [4] - 239:4, 298:20, 332:14, 348:21
**figure** [1] - 309:10
**figured** [1] - 282:12
**figures** [1] - 219:6
**file** [1] - 241:5
**filled** [2] - 276:21, 313:3
**finally** [13] - 203:25, 250:21, 256:16,
278:18, 281:23, 285:10, 293:22,
313:8, 315:17, 316:13, 326:19,
327:24, 328:17
**fine** [7] - 173:12, 265:1, 322:14, 322:16,
332:23, 344:3, 344:6
**fire** [1] - 280:10
**first** [45] - 161:23, 161:24, 170:17,
170:20, 170:22, 181:18, 181:20,
182:11, 183:1, 202:13, 203:5, 210:21,
212:17, 215:2, 224:14, 225:16,
228:19, 230:3, 230:5, 231:8, 233:1,
233:14, 234:12, 239:7, 244:1, 245:18,
247:19, 249:6, 252:16, 256:24,
279:13, 280:6, 285:9, 286:4, 288:4,
298:11, 299:9, 315:21, 316:5, 317:21,
319:16, 320:7, 321:12, 336:20, 349:19
**five** [12] - 201:2, 204:13, 263:22, 263:24,
264:1, 314:19, 345:1, 345:14, 345:18,
345:19, 345:24, 349:9
**Flaco** [6] - 347:21, 347:24, 348:5, 348:7,
348:10, 348:23
**flashlight** [1] - 185:14
**flashlights** [1] - 193:19
**flip** [1] - 326:8
**floor** [7] - 203:15, 259:21, 260:15,
270:2, 270:25, 316:8, 328:12
**Florida** [2] - 282:14, 284:11
**flow** [1] - 251:8
**fluent** [1] - 178:16
**FOCR** [1] - 159:23
**focus** [2] - 220:18, 345:10
**folder** [2] - 183:3, 186:25
**folks** [1] - 315:6
**follow** [6] - 181:24, 205:14, 243:10,

284:8, 290:1, 290:12
**follow-up** [3] - 181:24, 205:14, 243:10
**followed** [4] - 205:10, 283:5, 289:20,
308:6
**following** [16] - 173:5, 210:5, 228:25,
232:8, 232:15, 233:3, 235:17, 236:4,
246:17, 250:11, 289:22, 298:18,
304:11, 335:19, 339:1, 352:9
**Food** [1] - 255:24
**food** [1] - 281:22
**FOR** [1] - 158:1, 158:10, 357:7
**force** [1] - 205:4
**Ford** [11] - 252:6, 252:9, 253:2, 253:10,
279:18, 287:25, 322:23, 322:24,
324:6, 325:12
**foregoing** [1] - 356:2
**Forest** [5] - 256:3, 298:12, 298:20,
323:16, 339:22
**forget** [1] - 252:22
**forgot** [1] - 285:7
**form** [11] - 172:17, 172:18, 172:21,
174:24, 196:6, 197:9, 215:3, 215:6,
215:9, 215:10, 355:11
**formally** [1] - 355:13
**forms** [4] - 172:22, 173:1, 173:11,
196:20
**forth** [1] - 261:6
**forward** [6] - 187:25, 198:10, 198:14,
237:3, 249:1, 337:24
**forwarded** [1] - 302:25
**foundation** [1] - 175:1
**four** [14] - 177:17, 188:10, 190:1, 201:1,
201:2, 213:8, 239:10, 259:9, 261:15,
261:20, 266:5, 310:7
**four-door** [2] - 266:5, 310:7
**frame** [10] - 164:21, 198:17, 198:22,
199:8, 199:18, 199:21, 199:24,
249:25, 250:17
**Franco** [7] - 187:16, 195:19, 287:6,
287:10, 288:13, 351:20, 352:22
**Franco's** [1] - 183:18
**Frank** [2] - 316:9, 322:18
**frankly** [1] - 160:9
**fraudulent** [2] - 179:7, 179:10
**Freddy** [8] - 242:7, 243:15, 243:16,
248:19, 300:20, 302:2, 302:8, 302:24
**freezer** [1] - 169:8
**freezer-type** [1] - 169:8
**frequency** [1] - 245:19
**fresh** [1] - 349:10
**front** [33] - 191:18, 201:18, 202:6, 202:8,
202:22, 202:23, 207:7, 213:23, 214:1,
214:9, 258:23, 260:11, 260:22,
260:23, 269:22, 270:16, 270:24,
288:1, 291:11, 295:16, 296:1, 296:9,
303:25, 310:8, 315:21, 315:25,
317:18, 327:3, 334:16, 334:20, 335:6,
335:23
**Fuentes** [14] - 166:8, 170:11, 170:19,
181:7, 182:7, 186:7, 194:21, 195:25,

196:7, 196:8, 206:17, 221:15, 328:23
**FUERTES** [1] - 158:7
**Fuertes** [39] - 158:18, 161:15, 164:25, 168:12, 169:13, 169:23, 170:24, 172:6, 172:10, 172:13, 172:23, 173:11, 174:5, 174:10, 175:5, 175:17, 175:25, 176:10, 176:20, 177:9, 177:22, 178:2, 180:14, 180:23, 182:1, 182:12, 183:25, 185:9, 188:14, 189:4, 189:19, 190:4, 195:21, 197:16, 198:12, 199:25, 343:20, 346:7, 347:21
**Fuertes'** [5] - 167:20, 173:23, 180:8, 197:20, 215:7
**full** [2] - 215:14, 277:13
**fully** [1] - 265:3
**fun** [2] - 305:7, 306:13
**furniture** [6] - 193:8, 194:14, 259:20, 261:7, 261:22, 270:20
**future** [1] - 277:18

# G

**g/12** [1] - 297:5
**Gallagher** [5] - 305:10, 305:20, 315:4, 355:2, 355:11
**GARCIA** [1] - 158:7
**Garcia** [7] - 158:18, 196:8, 242:20, 270:13, 272:24, 328:23
**gas** [2] - 281:14, 297:14
**gassing** [1] - 297:9
**gather** [3] - 211:21, 223:21, 326:23
**gathered** [2] - 173:24, 224:18
**general** [3] - 245:14, 253:1, 342:12
**generally** [5] - 174:24, 207:20, 229:3, 289:3, 316:1
**generated** [3] - 234:2, 234:7, 235:9
**genitalia** [1] - 263:14
**gentleman** [11] - 166:20, 233:17, 252:10, 255:14, 255:20, 259:18, 259:20, 283:23, 293:21, 332:16, 341:21
**gentlemen** [1] - 274:22
**geographical** [1] - 245:12
**George** [2] - 275:5, 322:18
**George's** [2] - 275:2, 279:23
**Gerald** [1] - 158:17
**GERMAN** [2] - 158:6, 357:2
**German** [37] - 158:16, 208:13, 220:1, 221:24, 222:16, 222:20, 230:13, 237:2, 237:16, 237:20, 241:17, 244:11, 246:9, 249:10, 252:6, 256:11, 256:14, 258:4, 258:23, 259:21, 261:5, 279:17, 280:2, 281:7, 282:19, 282:22, 286:11, 289:19, 297:19, 306:22, 317:21, 321:2, 323:6, 323:18, 324:5, 324:12, 328:22
**Giordano** [4] - 159:23, 341:18, 356:1, 356:7
**girl** [10] - 166:9, 166:13, 166:23, 166:24,

167:7, 185:5, 268:17, 268:22, 298:11
**girlfriend** [2] - 161:3, 332:16
**girls** [11] - 247:4, 248:20, 253:17, 262:22, 281:1, 281:2, 281:3, 301:16, 344:19, 345:4
**given** [10] - 160:14, 175:3, 185:3, 212:7, 267:18, 271:12, 278:22, 324:13, 334:1, 334:2
**glare** [1] - 279:20
**glass** [1] - 316:19
**God's** [1] - 304:17
**Goldstein** [1] - 159:4
**Gonzalez** [2] - 231:2
**Google** [1] - 245:24
**GOVERNMENT** [1] - 357:8
**Government** [180] - 158:13, 161:12, 162:2, 163:12, 167:9, 168:18, 170:8, 171:12, 171:24, 172:16, 173:18, 176:1, 179:13, 180:7, 183:1, 184:6, 186:1, 186:23, 188:7, 188:18, 189:10, 189:21, 190:16, 190:25, 192:5, 192:14, 193:3, 193:20, 194:8, 194:18, 195:3, 195:11, 195:15, 195:23, 196:4, 196:22, 197:6, 200:7, 200:9, 201:8, 201:25, 202:4, 202:20, 203:7, 204:16, 204:25, 205:16, 206:6, 207:4, 207:9, 212:2, 212:20, 215:2, 216:7, 216:9, 216:12, 218:16, 219:21, 220:12, 220:22, 222:3, 222:18, 223:2, 224:6, 227:3, 229:22, 230:2, 231:7, 233:22, 235:4, 237:25, 240:18, 241:5, 241:19, 242:3, 242:16, 242:25, 247:14, 248:11, 249:2, 250:14, 250:20, 253:8, 253:13, 253:20, 254:25, 255:9, 255:23, 256:13, 256:16, 258:1, 258:13, 258:20, 259:2, 259:16, 260:16, 261:19, 261:24, 262:19, 263:7, 263:11, 263:15, 266:1, 269:19, 270:14, 274:1, 274:13, 275:23, 276:4, 277:2, 277:5, 277:23, 278:12, 278:14, 278:16, 279:13, 280:1, 280:13, 281:6, 281:12, 283:7, 284:9, 284:12, 284:22, 285:10, 286:4, 286:8, 286:21, 287:12, 288:2, 290:14, 290:20, 292:8, 292:21, 295:14, 299:6, 300:3, 302:18, 302:21, 302:22, 303:19, 304:14, 308:21, 309:12, 309:18, 310:3, 310:9, 310:19, 311:9, 311:13, 311:23, 312:9, 313:2, 313:8, 313:22, 314:2, 315:23, 316:11, 316:13, 317:15, 317:23, 318:18, 319:7, 319:24, 320:22, 321:4, 323:10, 323:14, 324:1, 324:10, 324:14, 325:8, 325:24, 327:24, 328:15, 328:17, 337:12, 338:12, 355:2
**Government's** [1] - 322:20
**GPS** [3] - 250:19, 250:22, 251:3
**grabbed** [3] - 282:17, 282:22, 284:14
**grabs** [1] - 282:20
**Grand** [11] - 334:17, 334:20, 334:24, 335:6, 335:7, 335:12, 335:13, 335:24,

336:3, 336:14, 336:21
**grant** [3] - 175:7, 175:8
**gray** [4] - 260:21, 285:24, 286:12, 307:22
**great** [1] - 163:15
**greater** [1] - 227:13
**green** [9] - 252:6, 279:17, 279:20, 279:22, 291:16, 291:18, 304:18, 318:5, 322:24
**Greyhound** [1] - 314:4
**Grocery** [2] - 295:8, 298:3, 298:12
**ground** [3] - 162:20, 189:7, 189:8
**guess** [8] - 198:2, 200:13, 203:22, 204:23, 260:13, 298:20, 304:1, 327:16
**gun** [1] - 303:24
**guy** [2] - 296:21, 339:21, 351:13
**Guzman** [7] - 171:1, 171:9, 171:13, 172:6, 172:7, 340:15, 340:22

# H

**H-A-R-T-L-O-V-E** [1] - 164:11
**hair** [2] - 282:16, 341:23
**hairstyle** [2] - 341:25, 343:1
**hallway** [1] - 260:11
**hand** [30] - 170:14, 189:5, 220:12, 221:7, 222:8, 230:2, 252:20, 253:11, 258:10, 272:10, 273:3, 273:25, 276:12, 276:14, 277:4, 277:23, 278:14, 313:11, 316:17, 327:4, 327:25, 350:20, 350:23, 351:1, 351:2, 351:9
**handed** [1] - 284:21
**handgun** [2] - 332:6, 332:8
**handle** [1] - 344:7
**handmade** [1] - 331:20
**hands** [2] - 255:4, 304:1
**hanging** [1] - 194:6
**happy** [1] - 162:9
**hard** [5] - 170:9, 170:15, 220:5, 309:12, 310:21
**harmless** [1] - 210:9
**HARTLOVE** [2] - 164:15, 357:9
**Hartlove** [85] - 160:13, 161:1, 164:10, 164:11, 164:19, 168:7, 174:8, 175:24, 179:13, 180:22, 183:6, 184:14, 185:21, 186:15, 187:22, 196:3, 196:19, 198:5, 200:10, 204:3, 205:3, 207:12, 208:6, 208:16, 211:21, 215:17, 215:19, 216:9, 217:25, 218:23, 219:12, 220:17, 222:8, 222:17, 224:16, 227:16, 228:16, 231:7, 232:25, 235:7, 236:20, 238:12, 241:8, 243:3, 244:14, 248:15, 250:14, 251:22, 252:15, 254:12, 256:22, 262:11, 264:22, 265:24, 272:1, 272:25, 273:25, 276:23, 277:4, 278:5, 278:9, 278:14, 278:18, 294:14, 299:3, 300:7, 300:21, 302:23,

303:20, 304:3, 306:18, 310:25, 311:19, 313:22, 315:17, 317:9, 320:7, 327:2, 327:19, 328:5, 328:8, 329:4, 329:10, 335:22
**Hartlove's** [2] - 175:16, 337:24
**hash** [1] - 274:22
**hat** [3] - 253:16, 255:14, 262:22
**head** [2] - 185:16, 191:4
**headed** [6] - 257:18, 257:19, 285:25, 290:1, 290:3, 298:11
**heading** [9] - 256:20, 257:17, 257:19, 279:22, 280:2, 289:8, 292:23, 292:24, 298:19
**hear** [6] - 217:2, 237:17, 284:5, 301:24, 305:13, 322:15
**heard** [14] - 161:15, 161:16, 161:25, 162:2, 162:24, 170:5, 173:3, 181:15, 183:20, 210:3, 223:10, 236:8, 265:3, 307:1
**hearing** [6] - 198:2, 198:6, 264:20, 305:15, 306:2, 315:4
**hearsay** [5] - 161:9, 199:12, 209:13, 337:13, 338:3
**heat** [1] - 203:23
**Hector** [9] - 301:1, 301:2, 301:4, 301:19, 301:25, 303:8, 303:16, 306:19
**Heights** [4] - 230:14, 238:9, 307:10, 322:13
**helped** [1] - 252:11
**helping** [3] - 255:10, 260:19, 261:9
**Herrera** [4] - 171:2, 270:11, 327:11, 340:24
**herself** [2] - 272:23, 351:21
**Hertik** [6] - 178:19, 205:10, 334:1, 339:11, 340:2
**Hicks** [1] - 253:12
**Highlander** [3] - 282:13, 282:17, 284:10
**Highway** [1] - 290:5
**hill** [2] - 288:25
**Hills** [1] - 339:22
**himself** [5] - 160:16, 196:7, 301:16, 301:20, 349:24
**Hispanic** [22] - 169:5, 184:16, 214:4, 214:9, 217:2, 224:24, 239:10, 242:10, 242:14, 259:17, 260:19, 261:9, 277:9, 282:16, 292:9, 292:14, 294:25, 320:21, 339:22, 343:15, 350:12, 351:5
**Hispanically** [1] - 350:15
**Hispanically-associated** [1] - 350:15
**Hispanics'** [1] - 330:21
**history** [1] - 330:17
**holding** [1] - 173:13
**Home** [4] - 309:22, 310:6, 319:8, 319:20
**home** [5] - 182:10, 275:13, 285:24, 293:10, 322:22
**Homeland** [2] - 197:18, 307:16
**homicide** [2] - 180:5, 212:10
**Honda** [2] - 310:7, 310:8
**Honor** [88] - 160:8, 160:9, 160:15, 160:22, 160:23, 160:25, 161:8,

161:22, 162:3, 162:5, 162:6, 162:23, 162:25, 163:5, 168:6, 173:2, 173:7, 173:16, 173:21, 174:22, 175:6, 175:11, 175:21, 190:10, 190:15, 190:22, 209:13, 211:10, 211:16, 211:17, 215:25, 216:6, 219:2, 224:12, 227:18, 228:7, 228:8, 235:3, 236:2, 236:6, 236:18, 240:14, 241:4, 250:8, 250:13, 251:17, 251:19, 252:14, 254:9, 262:6, 264:15, 264:21, 265:1, 265:8, 266:12, 268:16, 276:23, 278:5, 300:3, 304:8, 304:13, 304:20, 305:4, 306:5, 306:9, 306:16, 315:7, 315:15, 321:25, 328:4, 329:1, 329:3, 329:7, 335:14, 336:2, 336:19, 337:8, 337:12, 340:6, 349:8, 349:11, 354:11, 354:19, 354:25, 355:14, 355:15
**Honor's** [1] - 162:12
**HONORABLE** [1] - 158:11
**Honorable** [8] - 160:4, 227:25, 228:4, 264:3, 264:12, 314:21, 314:25, 355:17
**hope** [1] - 305:19
**horizontal** [4] - 317:5, 317:6, 329:20
**Hospital** [1] - 286:23
**hospital** [2] - 287:19, 287:22
**hours** [6] - 197:11, 234:14, 235:12, 259:9, 261:15, 261:20
**house** [29] - 182:9, 201:10, 201:18, 202:12, 202:24, 202:25, 203:10, 203:13, 203:19, 203:21, 204:1, 204:18, 212:19, 212:22, 214:9, 239:12, 240:1, 247:4, 249:10, 260:12, 260:14, 260:24, 288:24, 290:23, 291:4, 291:10, 315:25, 317:7
**houses** [2] - 213:8, 281:5
**HSI** [1] - 159:3
**huddled** [3] - 185:15, 185:20, 191:3
**Hudson** [6] - 224:23, 224:24, 225:13, 233:5, 235:24, 331:3
**Hyattsville** [1] - 279:9

**I**

**I-335** [1] - 268:3
**i/1** [1] - 321:24
**Iaria** [1] - 320:2
**ID** [1] - 263:17
**identification** [3] - 222:1, 222:5, 263:9
**identified** [27] - 165:18, 167:2, 167:3, 167:15, 168:8, 171:4, 179:18, 179:20, 187:5, 199:17, 204:4, 213:10, 219:25, 229:15, 251:6, 255:14, 272:23, 285:5, 288:9, 300:13, 310:12, 311:7, 312:17, 324:24, 325:9, 342:24, 348:23
**identify** [5] - 169:22, 169:25, 196:24, 258:20, 258:21, 258:24, 267:1, 267:23, 274:14, 279:12, 284:7, 285:3, 287:3, 312:15, 323:3
**identifying** [1] - 267:2

**identity** [8] - 172:14, 172:20, 172:22, 176:23, 187:7, 195:9, 255:12, 270:9
**ignore** [3] - 173:20, 175:10, 175:15
**II** [2] - 158:6, 357:3
**illegally** [1] - 250:23
**image** [39] - 166:4, 166:7, 166:8, 166:25, 188:8, 192:8, 200:12, 200:13, 202:5, 202:13, 204:22, 205:23, 207:5, 222:13, 222:15, 242:21, 253:9, 253:25, 255:9, 255:23, 256:19, 260:18, 261:24, 270:15, 271:10, 271:22, 272:3, 272:22, 279:13, 279:19, 280:6, 281:23, 298:24, 303:4, 303:21, 304:4, 316:6, 316:22, 317:11
**images** [21] - 189:10, 189:12, 190:13, 200:8, 255:2, 258:2, 258:14, 258:17, 279:13, 285:4, 286:18, 287:9, 295:5, 302:16, 302:22, 303:7, 303:10, 303:16, 315:21, 317:8, 317:10
**imagine** [1] - 200:25
**immediate** [1] - 174:22
**Immigration** [3] - 197:21, 197:24, 198:7
**impeach** [3] - 338:16, 338:20, 338:23
**impeaching** [1] - 338:12
**important** [2] - 264:18, 345:12
**impounded** [1] - 164:24
**IN** [1] - 158:1
**inadmissible** [1] - 161:9
**incarcerated** [1] - 163:21
**incident** [6] - 176:16, 177:6, 234:17, 238:20, 300:21, 306:18
**inclined** [1] - 210:8
**include** [4] - 177:11, 187:23, 243:19, 246:19
**included** [5] - 216:11, 230:4, 230:19, 242:21, 248:23
**including** [3] - 167:12, 176:23, 303:2
**incoming/outgoing** [1] - 212:4
**incomprehensible** [1] - 236:11
**increase** [4] - 244:5, 249:23, 262:3, 268:9
**indeed** [2] - 173:10, 173:16
**INDEX** [1] - 357:1
**indicate** [3] - 225:25, 277:15, 333:15
**indicated** [13] - 181:3, 186:15, 190:3, 226:22, 228:16, 232:1, 240:23, 272:25, 334:14, 339:18, 347:20, 349:19, 352:25
**indicates** [2] - 183:12, 266:4
**indicating)** [1] - 293:7
**indicative** [1] - 309:9
**indicia** [2] - 352:12, 352:21
**indistinct** [1] - 304:15
**individual** [14] - 176:5, 196:20, 209:18, 216:3, 242:4, 245:13, 256:5, 256:7, 259:24, 262:12, 262:20, 276:13, 282:9, 343:14
**individually** [1] - 274:6
**individuals** [11] - 171:25, 207:22, 223:22, 223:23, 239:4, 239:6, 239:9,

255:12, 259:4, 269:12, 273:10
**indulgence** [5] - 190:17, 340:12, 346:2, 348:12, 348:14
**information** [93] - 161:12, 167:12, 167:13, 172:14, 172:20, 172:22, 173:10, 173:24, 175:2, 176:1, 176:3, 176:22, 177:12, 177:17, 180:11, 198:16, 199:6, 199:7, 209:24, 210:13, 210:15, 210:23, 211:5, 211:7, 211:13, 211:21, 211:25, 212:1, 217:19, 218:19, 220:25, 223:21, 223:23, 224:14, 224:15, 224:18, 229:4, 229:6, 229:8, 229:12, 229:16, 229:25, 230:1, 230:3, 230:7, 230:8, 230:17, 230:20, 230:24, 231:9, 231:11, 231:16, 231:20, 231:22, 231:23, 232:2, 233:1, 233:18, 233:24, 237:23, 238:2, 238:6, 243:17, 244:19, 244:23, 245:6, 245:18, 245:20, 246:5, 248:24, 251:11, 251:13, 257:15, 257:22, 266:2, 268:15, 268:21, 310:15, 312:20, 312:21, 313:11, 313:13, 319:20, 320:1, 326:24, 331:3, 340:20, 342:5, 342:8, 346:18
**initial** [2] - 228:20, 322:13
**initials** [1] - 345:19
**inner** [2] - 264:7, 313:3
**inquire** [2] - 262:7, 330:14
**inquiring** [1] - 355:7
**inquiry** [8] - 228:19, 228:22, 231:21, 300:7, 305:10, 306:1
**inside** [16] - 182:8, 185:20, 190:7, 194:5, 203:19, 239:9, 239:11, 252:12, 256:14, 269:12, 271:8, 275:25, 282:9, 286:23, 316:18, 328:1
**instruct** [2] - 173:19, 175:9
**insulation** [1] - 276:20
**insurance** [4] - 309:22, 319:20, 324:3, 324:4
**intend** [2] - 251:12, 336:6
**interest** [3] - 213:11, 229:2, 325:5
**interject** [1] - 285:17
**Internet** [2] - 246:4, 331:1
**interpret** [2] - 235:24, 305:20
**Interpreter** [2] - 159:3, 159:4
**interpreters** [3] - 305:17, 305:18, 305:19
**interrupt** [3] - 163:10, 233:21, 295:2
**interrupting** [1] - 265:4
**interruptions** [1] - 265:11
**intersection** [1] - 261:2
**intervening** [1] - 336:9
**interview** [8] - 228:20, 229:13, 231:21, 233:5, 235:13, 235:17, 235:20, 235:21
**interviewed** [6] - 199:2, 223:19, 224:10, 224:19, 224:21, 224:23
**interviewing** [1] - 224:4
**intoxicated** [1] - 166:21
**introduce** [3] - 251:4, 251:12, 338:2
**introduced** [5] - 224:5, 336:23, 337:22,

344:10, 350:7
**inventory** [3] - 168:16, 196:6, 215:10
**investigate** [2] - 213:16, 338:25
**investigation** [75] - 165:17, 169:3, 170:6, 171:4, 171:21, 179:22, 180:2, 180:5, 181:16, 181:22, 184:14, 186:17, 187:19, 187:25, 192:18, 197:17, 198:20, 198:25, 199:3, 201:13, 204:4, 205:8, 208:19, 213:11, 217:20, 218:1, 218:20, 218:23, 220:18, 220:20, 221:1, 221:3, 223:8, 223:12, 225:9, 229:1, 229:2, 232:6, 232:18, 233:7, 237:8, 239:7, 239:8, 240:9, 244:4, 246:7, 246:10, 267:19, 275:10, 280:19, 288:8, 296:21, 299:4, 300:15, 300:23, 301:12, 306:21, 306:22, 306:24, 309:25, 318:4, 319:11, 320:14, 321:3, 321:17, 325:6, 332:9, 332:12, 334:16, 343:21, 347:23, 348:19, 350:21, 352:6, 352:15
**investigative** [7] - 250:19, 268:9, 321:10, 324:21, 335:13, 338:17, 343:12
**invite** [4] - 330:8, 343:1, 344:14, 347:6
**invites** [1] - 173:21
**involved** [8] - 183:20, 198:15, 209:20, 240:8, 246:12, 248:7, 267:2, 293:4
**involving** [2] - 306:18, 306:22
**irrelevant** [3] - 337:4, 338:11, 338:14
**Isidro** [2] - 270:12, 327:11
**Island** [1] - 255:25
**issue** [1] - 160:25
**issued** [3] - 177:8, 317:20, 328:21
**issues** [1] - 264:18
**Italian** [2] - 332:25, 350:12
**item** [4] - 272:11, 277:25, 309:4, 347:3
**items** [31] - 164:23, 168:7, 169:18, 182:22, 190:3, 194:6, 194:20, 194:23, 194:25, 215:24, 216:1, 216:4, 216:8, 216:10, 217:21, 220:3, 223:15, 243:1, 243:2, 263:11, 267:8, 269:16, 270:20, 270:21, 273:1, 276:13, 276:22, 278:22, 307:25, 347:4
**itself** [4] - 198:6, 260:22, 303:4, 341:7

## J

**January** [1] - 174:9
**jars** [1] - 316:19
**Jasmin** [1] - 270:12
**Jeffrey** [1] - 164:10
**JEFFREY** [2] - 164:15, 357:9
**jelly** [1] - 276:17
**Jennifer** [14] - 262:18, 294:10, 294:23, 295:21, 296:1, 296:20, 296:24, 296:25, 297:16, 297:18, 310:20, 323:17, 350:13
**Jesefa** [4] - 187:9, 187:15, 195:10
**Jessica** [1] - 334:1

**JESUS** [2] - 158:6, 357:2
**Jesus** [4] - 158:16, 231:2, 317:22, 322:22
**JIMENEZ** [1] - 270:12
**Jimenez** [1] - 327:11
**Joe** [5] - 224:23, 224:24, 233:5, 235:24, 331:3
**John** [1] - 339:11
**Joe** [2] - 162:7, 265:13
**join** [1] - 280:7
**joined** [1] - 162:15
**joining** [1] - 162:15
**JOOANG** [1] - 203:5
**Joong** [1] - 310:11
**Jorge** [1] - 311:10
**Jose** [10] - 255:15, 266:6, 271:12, 274:18, 275:3, 275:22, 276:1, 293:25, 322:12, 322:17
**journey** [1] - 338:21
**Jose** [1] - 158:11
**JR** [1] - 158:11
**Jr** [1] - 160:4
**Judge** [14] - 161:13, 164:14, 210:20, 250:25, 265:22, 305:10, 305:20, 305:23, 315:4, 335:21, 337:21, 355:2, 355:6, 355:11
**judge** [2] - 269:9, 305:15
**July** [5] - 198:17, 199:20, 269:3, 279:2, 280:17
**jumped** [1] - 318:3
**June** [6] - 198:17, 199:20, 202:17, 251:2, 262:13, 265:25
**jurisdiction** [1] - 345:5
**jurors** [6] - 264:24, 265:13, 265:15, 266:16, 352:12, 353:4
**JURORS** [1] - 164:4
**jury** [65] - 161:23, 162:22, 163:20, 163:21, 164:3, 168:20, 170:8, 170:10, 170:13, 173:20, 175:9, 175:15, 179:9, 180:1, 183:8, 184:6, 186:4, 188:6, 188:8, 189:11, 191:1, 191:16, 193:20, 195:3, 195:23, 196:4, 197:7, 200:8, 201:9, 203:8, 208:10, 217:12, 227:22, 228:6, 238:21, 242:25, 245:5, 260:5, 263:21, 263:22, 264:14, 264:15, 269:6, 269:20, 274:20, 276:15, 276:24, 277:2, 277:24, 278:6, 278:10, 278:12, 278:16, 314:14, 315:6, 316:6, 320:16, 328:5, 328:13, 328:15, 329:13, 335:25, 354:13, 354:15, 354:20
**JURY** [1] - 158:13
**Jury** [19] - 163:23, 228:2, 228:9, 264:5, 265:16, 314:23, 315:8, 334:17, 334:20, 334:24, 335:6, 335:7, 335:12, 335:13, 335:24, 336:3, 336:14, 336:21, 354:22
**jury's** [1] - 160:20
**justify** [1] - 267:5

## K

**keep** [5] - 200:25, 214:18, 214:22, 318:16
**keeping** [1] - 264:24
**Kelly** [11] - 159:3, 243:19, 243:24, 244:2, 273:22, 276:18, 294:25, 297:11, 301:24, 306:19, 326:23
**Keokee** [1] - 280:10
**kept** [1] - 171:21
**Kerlin** [10] - 166:8, 170:11, 170:17, 181:7, 182:7, 186:6, 194:21, 195:25, 196:7, 206:17
**KEVIN** [1] - 158:7
**Kevin** [3] - 158:18, 196:8, 328:23
**key** [1] - 263:10
**keys** [1] - 168:12
**kid** [1] - 293:21
**Kim** [2] - 203:6, 310:11
**kind** [29] - 160:15, 170:15, 172:8, 176:22, 176:23, 177:11, 192:24, 202:7, 209:25, 211:25, 213:18, 223:22, 231:23, 232:5, 243:3, 243:9, 244:5, 244:18, 244:22, 245:3, 245:6, 245:19, 248:4, 268:5, 303:21, 312:7, 317:1, 322:7, 338:14
**kinds** [1] - 239:17
**Kirchgessner** [2] - 159:3, 305:21
**Kirchner** [4] - 174:15, 174:19, 178:20, 334:2
**kitchen** [4] - 195:7, 260:15, 260:24, 272:8
**knife** [1] - 277:25
**knocked** [3] - 182:5, 189:24, 269:11
**knocking** [3] - 189:14, 350:25, 351:1
**knocks** [1] - 182:5
**knowing** [2] - 337:15, 342:13
**knowledge** [5] - 173:9, 179:8, 180:16, 247:10, 330:1
**known** [7] - 242:8, 242:10, 260:5, 262:24, 349:20, 350:3, 350:13
**knows** [3] - 180:18, 185:5, 337:4
**KY** [1] - 276:17

## L

**l/1** [1] - 321:24
**L=22** [1] - 219:19
**label** [3] - 197:7, 215:20, 274:19
**lack** [1] - 210:8
**lady** [1] - 282:15
**Lago** [1] - 275:3
**LaHoya** [2] - 238:8, 238:10
**laid** [1] - 260:8
**landmarks** [1] - 213:6
**lap** [1] - 173:15
**large** [4] - 169:7, 256:11, 256:17, 277:25
**last** [15] - 162:10, 165:24, 170:18, 203:6,

241:11, 255:16, 256:18, 258:2, 261:24, 281:23, 285:7, 294:4, 298:23, 317:21, 335:21
**late** [5] - 166:14, 232:15, 235:15, 299:5, 333:23
**Latin** [2] - 330:21, 330:25
**latter** [1] - 285:3
**Laughter** [1] - 163:22
**law** [16] - 177:2, 205:3, 206:13, 207:13, 207:17, 232:5, 237:4, 239:18, 241:22, 244:5, 249:20, 249:24, 262:3, 269:1, 300:10, 301:10
**lawyer** [4] - 353:18, 353:22, 353:25, 354:3
**lay** [1] - 175:1
**layers** [1] - 170:9
**layout** [1] - 260:2
**lead** [1] - 251:15
**leading** [6] - 190:10, 192:23, 210:9, 210:11, 218:4, 244:8
**leads** [1] - 202:11
**leaf** [1] - 237:3
**learn** [9] - 169:3, 184:14, 198:20, 206:13, 206:19, 207:16, 243:3, 262:23, 311:3
**learned** [9] - 198:16, 205:7, 217:25, 218:7, 233:4, 239:8, 288:12, 324:23, 352:6
**learning** [1] - 235:7
**lease** [1] - 275:25
**least** [4] - 160:25, 268:24, 306:20, 348:7
**leave** [2] - 264:7, 354:20
**leaving** [5] - 256:11, 261:5, 291:4, 291:14, 297:18
**led** [3] - 181:1, 260:6, 262:12
**ledgers** [1] - 318:16
**Lee** [2] - 339:11, 339:12
**left** [31] - 188:12, 189:5, 189:16, 193:5, 193:6, 194:10, 194:24, 202:7, 202:24, 202:25, 203:23, 204:15, 219:24, 219:25, 252:24, 260:13, 260:25, 261:23, 270:1, 270:16, 271:3, 276:10, 284:23, 285:24, 289:24, 291:5, 308:7, 308:10, 308:11, 319:15, 345:5
**left-hand** [1] - 189:5
**legible** [2] - 216:15, 266:2
**length** [1] - 341:24
**lengthy** [1] - 163:7
**less** [1] - 339:14
**letters** [3] - 216:15, 219:13, 345:14
**level** [8] - 189:3, 189:7, 189:8, 210:11, 329:14, 329:16, 329:17
**LG** [1] - 223:4
**liaison** [3] - 174:13, 224:24, 331:2
**license** [9] - 197:11, 221:20, 254:4, 254:23, 316:7, 316:11, 316:12, 322:23, 328:25
**Lifestyle** [1] - 276:16
**light** [2] - 267:6, 282:16
**lighter** [1] - 263:14

**lights** [2] - 193:18, 193:19
**likewise** [4] - 168:18, 218:19, 278:6, 287:9
**limine** [1] - 161:25
**limited** [2] - 265:11, 343:16
**line** [2] - 218:22, 344:14
**list** [3] - 251:2, 337:18, 347:7
**listed** [15] - 165:13, 220:1, 231:18, 266:5, 276:1, 309:23, 310:6, 310:7, 317:21, 319:20, 320:2, 322:12, 324:19, 325:13
**listen** [7] - 235:8, 236:21, 241:1, 241:11, 243:24, 265:3, 299:20
**listened** [6] - 235:11, 235:14, 236:20, 236:22, 241:19, 244:1
**listening** [2] - 236:10, 305:18
**lists** [1] - 231:1
**literally** [1] - 350:6
**literate** [1] - 343:14
**literature** [1] - 330:18
**lived** [4] - 209:3, 220:1, 288:13, 325:15
**lives** [3] - 163:16, 288:24
**living** [3] - 194:11, 203:22, 276:8
**local** [1] - 220:15
**locate** [3] - 185:17, 213:23, 325:19
**located** [10] - 168:15, 185:14, 191:17, 204:9, 213:22, 213:25, 245:25, 276:7, 316:8, 352:23
**location** [86] - 181:6, 181:10, 181:13, 182:1, 182:13, 185:12, 187:8, 188:3, 200:17, 200:24, 201:12, 201:21, 204:7, 204:9, 204:11, 206:18, 206:22, 206:24, 207:1, 207:10, 208:18, 208:24, 209:3, 213:11, 213:16, 214:3, 232:11, 237:18, 239:2, 240:6, 244:15, 244:23, 245:7, 245:12, 245:13, 245:14, 245:19, 246:6, 248:20, 251:6, 251:14, 252:7, 253:4, 257:6, 257:16, 257:21, 258:5, 268:9, 268:12, 268:25, 269:7, 269:13, 273:1, 273:11, 273:13, 274:4, 275:9, 278:4, 288:9, 288:12, 290:3, 293:12, 294:13, 294:18, 294:20, 295:3, 295:17, 296:13, 298:6, 301:16, 307:14, 307:25, 308:19, 309:16, 311:4, 315:19, 324:25, 326:21, 327:14, 327:22, 328:18, 352:13, 352:17, 352:18
**locations** [16] - 192:25, 199:17, 200:3, 204:3, 207:14, 207:18, 207:25, 208:2, 237:9, 246:20, 247:2, 289:3, 295:6, 307:5, 325:18, 352:14
**locked** [2] - 226:24, 237:20
**Lombard** [1] - 159:24
**look** [25] - 165:12, 178:24, 179:2, 186:12, 189:15, 191:20, 193:9, 224:17, 226:10, 227:12, 245:23, 246:9, 254:12, 271:22, 273:5, 276:10, 278:3, 288:19, 317:25, 319:12, 327:5, 340:1, 341:3, 341:6, 348:25
**looked** [7] - 172:9, 183:25, 188:22,

210:24, 271:8, 291:5, 330:2
**looking** [16] - 183:8, 186:16, 187:24, 196:24, 202:23, 203:12, 203:18, 211:12, 234:9, 270:16, 270:24, 271:21, 291:9, 291:10, 339:19, 352:9
**looks** [7] - 194:7, 256:5, 309:14, 311:16, 313:16, 313:20, 318:12
**lost** [4] - 282:10, 290:13, 293:17, 308:12
**lower** [4] - 191:24, 192:1, 329:14, 329:16
**Luis** [7] - 262:13, 262:21, 265:25, 285:14, 293:25, 296:4, 296:8
**lunch** [4] - 262:8, 263:21, 265:7, 343:18
**Luncheon** [1] - 264:10
**lunchtime** [3] - 160:18, 162:25, 163:2
**lunes** [2] - 217:11, 217:15

# M

**M=19** [1] - 219:19
**M=20** [1] - 219:19
**ma'am** [3] - 228:14, 265:21, 315:13
**machete** [4] - 272:9, 272:20, 277:25
**Madam** [2] - 164:6, 315:10
**magazine** [1] - 303:25
**mail** [4] - 245:22, 246:1, 253:14
**mailbox** [1] - 253:18
**mailboxes** [1] - 252:10
**mailed** [1] - 257:16
**main** [4] - 202:12, 203:9, 204:1, 213:3
**maintain** [1] - 246:1
**maintained** [1] - 176:6
**male** [9] - 166:8, 185:1, 252:7, 255:10, 261:9, 270:12, 292:9, 292:14, 298:7
**male's** [1] - 339:22
**males** [10] - 214:4, 214:9, 239:11, 259:17, 260:19, 270:8, 272:2, 273:12, 273:13, 301:17
**Mall** [1] - 226:24
**man** [1] - 259:23
**map** [2] - 245:24, 293:12
**March** [22] - 161:5, 180:24, 182:4, 183:25, 185:9, 188:3, 194:9, 197:16, 205:19, 207:7, 215:7, 232:19, 234:16, 240:20, 241:22, 244:25, 245:1, 247:21, 302:11, 319:2, 343:19
**Maria** [1] - 332:15
**mark** [1] - 274:23
**Mark** [1] - 342:15
**marked** [14] - 180:7, 183:1, 196:3, 196:21, 200:6, 206:1, 216:7, 216:12, 235:3, 241:5, 273:4, 274:1, 276:12, 293:12
**market** [1] - 350:12
**markings** [1] - 309:8
**marks** [1] - 274:22
**Marlboro** [2] - 295:9, 295:10
**married** [1] - 178:19
**Mart** [2] - 168:2, 201:24

**Marta** [1] - 159:4
**Martin** [3] - 159:23, 356:1, 356:7
**Mary** [4] - 316:9, 322:18, 322:23, 324:6
**MARYLAND** [1] - 158:1
**Maryland** [37] - 158:8, 159:24, 160:3, 198:11, 200:4, 212:25, 221:20, 230:14, 231:3, 231:19, 238:9, 242:14, 254:13, 256:1, 257:12, 257:14, 257:24, 258:8, 261:3, 266:7, 269:23, 271:13, 289:6, 298:21, 298:22, 300:22, 308:15, 316:7, 316:8, 319:19, 320:6, 322:13, 323:13, 324:2, 324:4, 324:19, 325:8
**mass** [1] - 331:18
**material** [1] - 276:8
**math** [1] - 344:15
**matter** [7] - 161:16, 174:22, 174:24, 314:17, 355:1, 355:7, 356:4
**MATTER** [1] - 158:10
**matters** [7] - 160:9, 160:16, 160:17, 162:25, 210:9, 229:1, 264:25
**mattress** [8] - 192:2, 193:7, 258:8, 258:9, 261:9, 270:17, 286:19
**mattresses** [1] - 260:20
**Maxima** [1] - 285:14
**McDonald's** [9] - 281:1, 289:5, 291:14, 291:15, 291:16, 291:21, 294:24, 295:8, 298:17
**mean** [7] - 163:7, 173:17, 224:10, 260:8, 331:1, 336:1, 348:6
**means** [1] - 263:2
**meanwhile** [3] - 239:3, 282:19, 284:14
**measure** [2] - 210:8, 337:5
**measures** [1] - 239:18
**meet** [2] - 243:15, 243:16
**Melvin** [2] - 266:6, 275:3
**member** [3] - 178:21, 197:13, 242:13
**members** [9] - 164:3, 175:15, 197:18, 205:4, 217:1, 227:22, 263:21, 314:14, 354:13
**memory** [3] - 186:21, 248:8, 319:1
**men** [4] - 218:8, 270:9, 278:24, 327:13
**mention** [2] - 353:23, 353:25
**mentioned** [18] - 162:10, 178:24, 180:6, 183:24, 185:8, 188:2, 192:17, 195:8, 200:2, 206:21, 208:16, 223:7, 233:8, 240:13, 240:15, 266:11, 267:8, 353:22
**Merit** [1] - 356:1
**message** [1] - 305:22
**meter** [1] - 275:21
**meters** [2] - 245:15, 245:16
**Mexicana** [1] - 222:12
**Mexico** [1] - 327:12
**mic** [2] - 174:17, 304:22
**Michael** [2] - 158:14, 158:19
**mid** [1] - 227:20
**mid-morning** [1] - 227:20
**middle** [5] - 170:17, 234:7, 244:25, 283:14, 299:12
**might** [9] - 181:9, 227:19, 246:20,

305:14, 330:25, 338:4, 343:4, 347:14, 351:4
**Miguez** [1] - 240:7
**mile** [1] - 178:7
**miles** [2] - 201:2, 204:13
**million** [1] - 305:1
**mind** [1] - 265:3
**minimum** [1] - 194:6
**minute** [2] - 234:12, 337:9
**minutes** [14] - 161:24, 182:6, 185:2, 190:1, 218:15, 245:21, 245:23, 246:2, 263:23, 263:24, 264:1, 314:19, 339:4, 349:9
**Miranda** [1] - 353:13
**Mirandized** [1] - 353:11
**miscellaneous** [3] - 320:8, 322:1, 322:3
**missed** [1] - 237:17
**missing** [1] - 271:24
**misspoke** [3] - 216:6, 292:21, 321:25
**mistake** [1] - 265:8
**mistrial** [1] - 161:22
**Mobile** [5] - 249:4, 268:3, 318:25, 323:25
**mobile** [1] - 246:4
**mode** [1] - 253:6
**moment** [5] - 168:6, 192:17, 255:19, 270:10, 329:1
**Monday** [5] - 255:8, 280:18, 283:11, 288:22, 308:11
**Mondays** [3] - 280:24, 345:5, 345:20
**money** [21] - 184:4, 185:2, 194:22, 196:6, 196:13, 196:15, 196:17, 215:11, 215:12, 215:14, 215:17, 229:10, 263:8, 267:16, 277:10, 310:21, 310:23, 311:4, 319:24, 323:10
**monitoring** [6] - 244:15, 244:23, 245:3, 245:7, 246:6, 251:7
**MONTEMARANO** [69] - 162:6, 162:8, 162:18, 162:21, 171:5, 173:2, 173:7, 175:11, 175:19, 175:21, 179:8, 180:16, 184:10, 184:17, 184:23, 190:10, 190:15, 190:17, 190:20, 190:22, 192:23, 196:9, 210:1, 210:3, 210:7, 211:3, 211:9, 211:17, 217:4, 218:2, 218:4, 218:10, 228:8, 244:8, 247:10, 304:8, 304:13, 306:11, 329:7, 329:9, 331:9, 331:11, 331:13, 336:5, 337:8, 337:11, 338:6, 338:16, 338:19, 338:25, 339:7, 340:8, 340:12, 340:14, 341:13, 341:16, 341:17, 342:19, 342:22, 343:24, 344:3, 344:6, 344:8, 346:2, 346:4, 348:12, 348:14, 348:16, 349:3
**Montemarano** [8] - 158:19, 160:24, 174:23, 175:14, 305:6, 332:24, 338:5, 341:15
**MONTEMARANO............** [1] - 357:10
**month** [2] - 208:17, 246:24
**months** [7] - 232:8, 232:15, 237:4, 336:8, 338:8, 339:16, 340:4

**Moran** [4] - 312:19, 312:22, 313:9, 314:2
**Moran's** [1] - 313:5
**morning** [18] - 160:5, 164:3, 164:4,
227:20, 227:22, 235:12, 235:15,
264:17, 288:23, 289:23, 290:19,
290:21, 308:10, 312:25, 334:23,
335:8, 351:24, 355:18
**most** [10] - 201:2, 210:10, 245:11,
273:22, 276:8, 276:17, 276:22, 281:1,
304:13, 348:20
**mostly** [1] - 276:20
**mother** [6] - 166:10, 167:5, 323:6,
323:8, 323:9, 325:10
**Motion** [1] - 175:9
**motion** [3] - 161:21, 161:22, 175:8
**Motor** [1] - 254:13
**motor** [2] - 262:16, 328:24
**Motorola** [2] - 194:21, 268:2
**move** [15] - 174:17, 190:13, 191:5,
191:6, 196:9, 212:11, 237:3, 251:8,
252:23, 260:16, 266:15, 270:20,
275:18, 304:22, 341:10
**moved** [4] - 161:25, 187:25, 330:2,
337:24
**moving** [5] - 198:14, 249:1, 280:20,
310:18, 354:9
**MR** [214] - 160:8, 160:19, 160:22, 162:3,
162:5, 162:6, 162:8, 162:18, 162:21,
162:23, 163:5, 163:8, 164:14, 164:18,
168:6, 171:5, 171:8, 173:2, 173:7,
173:21, 174:2, 174:16, 174:18, 175:6,
175:11, 175:19, 175:21, 175:23,
179:8, 179:12, 180:16, 180:19,
184:10, 184:11, 184:13, 184:17,
184:20, 184:23, 185:7, 190:10,
190:12, 190:15, 190:17, 190:20,
190:22, 190:24, 192:23, 195:14,
196:9, 196:12, 199:9, 199:12, 199:15,
209:11, 209:13, 209:19, 210:1, 210:3,
210:7, 210:20, 211:3, 211:9, 211:16,
211:17, 211:20, 214:11, 215:25,
216:6, 217:4, 217:7, 217:12, 217:16,
218:2, 218:4, 218:6, 218:9, 218:10,
218:13, 219:2, 219:8, 224:12, 227:18,
228:7, 228:8, 228:15, 235:2, 235:6,
236:2, 236:6, 236:15, 236:18, 236:19,
240:14, 241:4, 241:7, 244:8, 244:13,
247:10, 247:11, 247:13, 248:11,
248:14, 250:8, 250:13, 250:25,
251:17, 251:19, 251:21, 252:14,
254:8, 262:6, 262:10, 264:9, 264:15,
265:1, 265:6, 265:22, 265:23, 266:12,
266:15, 266:18, 268:16, 268:19,
268:23, 276:23, 277:3, 278:5, 278:9,
278:13, 278:17, 289:11, 289:13,
289:16, 299:22, 299:24, 300:3, 300:6,
304:8, 304:13, 304:20, 304:23, 305:3,
305:12, 305:16, 305:23, 306:5, 306:9,
306:11, 306:16, 306:17, 313:21,
315:7, 315:15, 315:16, 321:25,

322:19, 328:4, 328:7, 328:16, 329:1,
329:3, 329:7, 329:9, 331:9, 331:10,
331:11, 331:13, 335:14, 335:16,
335:21, 336:5, 336:19, 337:8, 337:11,
337:21, 338:1, 338:6, 338:16, 338:19,
338:25, 339:7, 340:6, 340:8, 340:12,
340:14, 341:13, 341:16, 341:17,
342:19, 342:22, 343:24, 344:1, 344:3,
344:4, 344:6, 344:8, 346:2, 346:4,
348:12, 348:14, 348:16, 349:3, 349:8,
349:11, 349:13, 349:16, 354:11,
354:19, 354:25, 355:6, 355:14,
357:10, 357:10, 357:11
**MS** [2] - 174:15, 306:6
**Muerte** [12] - 277:9, 303:24, 304:1,
308:23, 316:15, 316:22, 317:11,
328:1, 328:14, 329:12, 330:9, 330:25
**multi** [1] - 230:3
**multi-page** [1] - 230:3
**multifaceted** [1] - 163:6
**murder** [3] - 183:20, 333:10, 336:9
**murdered** [2] - 333:4, 353:8
**murders** [1] - 232:1
**MVA** [7] - 266:3, 310:3, 319:8, 319:19,
324:2, 324:4, 325:8


# N

**Name** [1] - 230:13
**name** [47] - 164:8, 167:5, 170:14,
170:17, 170:18, 170:20, 170:22,
172:24, 174:25, 177:12, 178:19,
180:12, 180:15, 183:19, 203:5, 203:6,
212:8, 221:24, 222:4, 222:10, 227:1,
230:25, 255:16, 262:23, 274:17,
285:6, 285:7, 285:9, 312:18, 317:21,
320:5, 322:6, 322:25, 325:9, 346:11,
346:13, 346:21, 346:22, 346:24,
347:2, 347:5, 348:4, 348:5, 349:21
**named** [2] - 171:1, 262:12
**names** [11] - 175:3, 175:7, 175:17,
175:18, 255:15, 320:21, 322:9,
327:13, 327:15, 350:5
**Naplis** [1] - 313:16
**NAPOL** [1] - 313:20
**NAPOLE** [1] - 313:17
**Napole** [1] - 313:20
**nations** [1] - 343:15
**nature** [4] - 166:16, 168:3, 243:12,
244:4
**near** [10] - 200:14, 212:23, 214:9, 252:9,
256:3, 272:8, 279:9, 307:20, 308:8,
310:14
**necessarily** [1] - 181:4
**need** [2] - 263:24, 272:16
**needed** [2] - 246:3, 268:25
**needs** [3] - 173:18, 173:19, 251:10
**neglected** [4] - 162:11, 202:13, 255:6,
270:3

**neighborhood** [1] - 350:25
**never** [11] - 332:5, 332:8, 337:11, 338:7,
338:8, 338:22, 339:1, 339:15, 342:1,
353:22
**New** [1] - 314:4
**new** [2] - 319:22, 339:14
**next** [29] - 170:19, 177:21, 180:22,
180:24, 198:14, 212:18, 232:17,
252:25, 255:9, 256:22, 258:11,
258:13, 258:15, 259:2, 259:16, 263:6,
279:19, 282:1, 282:14, 285:15, 286:8,
297:3, 298:9, 298:25, 310:17, 313:13,
322:7, 323:17, 329:18
**nickname** [4] - 263:2, 267:2, 347:20,
348:23
**nicknamed** [1] - 347:24
**night** [7] - 188:22, 189:18, 195:20,
196:2, 231:21, 354:18, 355:16
**nine** [2] - 273:7, 273:9
**Nissan** [8] - 168:8, 263:16, 266:4,
275:4, 285:14, 294:12, 297:8, 297:24
**nobody** [3] - 279:18, 308:7, 348:2
**non** [1] - 173:25
**non-custodial** [1] - 173:25
**nondescript** [2] - 304:15, 304:16
**Nopelis** [1] - 313:16
**Norfolk** [5] - 220:6, 220:10, 220:14,
280:3, 318:12
**Norris** [1] - 276:2
**north** [1] - 290:1
**NORTHERN** [1] - 158:2
**notations** [1] - 216:14
**note** [2] - 227:18, 318:11
**notebook** [2] - 313:9, 327:9
**notebooks** [2] - 318:2, 318:15
**notes** [9] - 186:12, 186:16, 224:17,
234:5, 251:10, 288:19, 340:1, 341:3,
349:1
**nothing** [5] - 329:3, 334:8, 334:12,
338:9, 355:3
**notice** [3] - 260:21, 319:19, 322:17
**noticed** [6] - 166:20, 239:25, 253:10,
257:16, 293:18, 293:23
**notion** [1] - 337:22
**November** [20] - 198:10, 198:25, 199:4,
237:4, 237:21, 238:14, 249:2, 250:5,
275:14, 300:22, 302:5, 304:25, 307:1,
312:3, 314:9, 315:18, 317:12, 318:22,
334:25, 343:21
**number** [117] - 165:13, 165:15, 165:18,
165:21, 167:15, 167:16, 169:25,
170:3, 170:5, 171:16, 171:18, 171:20,
179:17, 179:21, 179:25, 180:1,
180:12, 183:12, 183:13, 183:17,
183:21, 186:8, 186:11, 186:20,
187:17, 187:18, 189:9, 192:19, 212:1,
212:5, 212:6, 212:7, 221:2, 221:12,
221:14, 222:22, 222:25, 223:5, 223:7,
223:11, 223:25, 224:2, 226:8, 226:12,
227:8, 227:11, 229:19, 230:9, 230:17,

230:21, 230:24, 231:15, 231:17,
234:4, 234:7, 234:10, 234:20, 237:12,
237:23, 238:4, 238:18, 240:16,
241:18, 243:22, 244:24, 247:23,
248:1, 248:5, 248:7, 248:9, 248:21,
248:23, 249:11, 249:16, 266:7, 268:2,
271:20, 273:1, 273:4, 274:7, 275:4,
297:23, 299:12, 299:16, 303:2, 303:5,
307:2, 307:25, 310:11, 311:2, 311:6,
311:11, 313:17, 318:24, 318:25,
320:24, 320:25, 321:1, 323:18,
323:19, 324:18, 336:10, 340:20,
341:2, 341:9, 341:11, 346:6, 346:10,
348:5, 348:8, 348:9

**numbers** [44] - 161:5, 171:22, 187:10,
187:13, 187:22, 187:23, 210:25,
213:23, 217:18, 218:21, 223:6,
228:23, 229:15, 245:3, 248:7, 248:24,
267:23, 267:25, 268:5, 273:14,
277:14, 277:19, 277:22, 312:4, 318:7,
318:9, 333:6, 333:17, 333:20, 334:12,
334:14, 336:11, 338:7, 338:9, 339:23,
339:24, 340:2, 340:5, 340:18, 345:1,
345:24, 347:8

**numerous** [1] - 320:10

# O

**o'clock** [6] - 240:21, 263:23, 264:8,
280:25, 283:13, 305:24
**oath** [8] - 163:17, 164:8, 228:13, 265:20,
315:12, 336:8, 336:14, 337:16
**object** [8] - 191:14, 191:18, 191:21,
193:16, 217:12, 250:8, 266:12, 344:4
**objected** [1] - 336:18
**objection** [39] - 160:6, 160:12, 160:24,
162:4, 162:12, 171:5, 173:2, 173:8,
173:13, 175:8, 179:8, 180:16, 184:10,
184:17, 184:23, 190:10, 192:23,
196:9, 199:9, 209:11, 210:1, 211:4,
215:25, 217:4, 218:2, 218:9, 218:10,
219:2, 247:10, 254:8, 268:16, 289:11,
299:22, 304:8, 335:14, 339:3, 340:6,
355:4
**observation** [1] - 286:14
**observations** [2] - 213:18, 250:22
**observe** [2] - 162:11, 232:11
**observed** [20] - 214:3, 214:4, 214:6,
214:8, 238:24, 238:25, 252:6, 252:8,
256:14, 259:3, 262:2, 279:7, 280:3,
289:21, 289:24, 290:11, 294:9,
295:11, 295:13, 308:14
**observing** [1] - 267:20
**obtain** [11] - 166:4, 176:3, 211:5,
229:16, 231:11, 239:22, 243:16,
244:18, 244:22, 245:2, 306:23
**obtained** [16] - 169:11, 173:10, 227:9,
227:11, 227:12, 229:16, 229:19,
239:20, 248:4, 269:8, 269:9, 269:10,
290:2, 333:20, 333:23

**obviously** [11] - 175:1, 201:12, 223:13,
234:3, 235:17, 239:19, 250:15,
259:13, 260:12, 271:17, 279:16
**occasion** [16] - 160:24, 168:1, 168:5,
177:9, 177:21, 178:1, 181:18, 181:20,
185:23, 190:8, 214:24, 221:16,
223:14, 249:19, 352:18, 354:6
**occasions** [7] - 209:17, 241:12, 243:15,
243:21, 246:16, 250:4, 355:1
**occupants** [1] - 211:22
**occupied** [1] - 208:20
**occur** [1] - 228:19
**occurred** [7] - 173:5, 210:5, 236:4,
250:11, 262:17, 304:11, 335:19
**October** [7] - 204:23, 230:6, 230:23,
299:5, 328:23, 333:25, 339:24
**OF** [4] - 158:1, 158:4, 160:1, 357:6
**offense** [1] - 301:7
**offer** [1] - 338:13
**office** [3] - 213:8, 213:25, 324:2
**Officer** [8] - 166:18, 176:10, 176:14,
177:3, 197:3, 197:12, 197:13, 342:17
**officer** [7] - 174:19, 179:10, 195:6,
238:22, 241:25, 266:22, 342:13
**officers** [44] - 168:2, 176:3, 182:9,
188:22, 205:9, 205:12, 206:10,
208:17, 208:18, 209:2, 213:21,
214:20, 223:21, 224:18, 224:20,
233:6, 237:5, 238:22, 238:23, 239:1,
240:5, 246:14, 246:16, 249:24, 250:6,
257:9, 262:3, 262:16, 266:20, 268:8,
269:3, 270:20, 279:1, 301:11, 306:20,
307:15, 308:6, 308:11, 308:12,
309:25, 312:4, 312:15, 339:20
**Old** [2] - 297:9, 297:14
**ON** [1] - 158:10
**once** [3] - 236:21, 301:16
**one** [91] - 167:16, 167:18, 168:6,
169:17, 173:21, 173:25, 174:12,
183:22, 185:21, 186:25, 187:4,
187:17, 192:11, 195:14, 201:22,
205:25, 206:10, 207:22, 209:18,
210:15, 213:3, 213:9, 216:10, 218:8,
218:17, 219:10, 220:5, 223:10,
224:12, 226:16, 229:20, 230:5,
235:13, 237:19, 240:14, 247:17,
248:22, 251:2, 252:14, 253:17, 254:1,
254:2, 254:3, 255:6, 258:10, 260:18,
262:6, 270:8, 270:10, 272:2, 274:17,
275:16, 281:2, 281:3, 287:18, 293:5,
294:20, 298:10, 298:15, 301:17,
309:12, 319:4, 319:10, 319:24, 321:1,
323:10, 324:7, 325:24, 326:13,
326:21, 329:1, 331:8, 331:16, 331:22,
331:24, 332:1, 332:8, 337:2, 338:5,
345:10, 347:3, 347:5, 347:10, 348:7,
348:8, 348:23, 349:21, 350:5, 351:6,
354:19, 355:11
**One** [2] - 168:4, 309:17
**ones** [2] - 175:4, 345:16

**open** [8] - 185:19, 211:14, 231:8, 265:3,
270:17, 284:15, 296:5, 297:1
**opened** [4] - 182:7, 293:9, 336:15,
338:22
**opens** [3] - 203:22, 260:10, 282:20
**operated** [1] - 240:1
**operating** [12] - 172:10, 246:12, 257:23,
263:17, 268:22, 275:6, 279:17, 284:7,
295:24, 297:8, 308:18, 311:21
**operation** [9] - 184:15, 218:7, 244:20,
246:25, 254:17, 266:17, 268:12,
280:21, 312:3
**operations** [3] - 246:19, 266:9, 285:15
**operative** [1] - 337:23
**opinion** [4] - 215:25, 236:12, 236:23,
241:14
**opportunity** [5] - 163:13, 163:18,
177:16, 178:1, 265:2
**opposed** [1] - 211:13
**opposite** [1] - 261:17
**opt** [1] - 162:13
**opting** [1] - 162:15
**order** [1] - 267:6
**Order** [4] - 230:22, 231:11, 244:24,
245:10
**orders** [1] - 245:2
**organization** [1] - 244:11
**orient** [1] - 324:10
**original** [3] - 221:10, 221:25, 222:3
**originally** [1] - 336:18
**OSCAR** [1] - 313:19
**Oscar** [8] - 238:8, 238:10, 311:1,
313:15, 313:19, 320:3, 323:12, 324:17
**otherwise** [1] - 301:5
**ought** [1] - 236:12
**outside** [2] - 188:25, 189:14
**outstanding** [2] - 181:7, 212:12
**overall** [7] - 290:17, 292:4, 293:2,
295:18, 296:19, 296:24, 297:16
**overruled** [20] - 162:4, 171:6, 180:18,
184:18, 184:24, 196:10, 199:13,
209:15, 217:14, 218:5, 218:11, 219:3,
236:14, 244:9, 247:12, 268:20,
289:15, 299:25, 306:12, 340:7
**owed** [2] - 322:3, 322:10
**own** [2] - 215:3, 344:7
**owned** [2] - 203:1, 252:6
**owner** [3] - 275:2, 309:21, 310:13

# P

**p.m** [11] - 188:16, 234:15, 240:21,
264:4, 264:7, 264:10, 264:11, 306:3,
314:24, 315:5
**package** [1] - 169:7
**packaged** [1] - 276:11
**packaging** [1] - 328:12
**packet** [2] - 216:4, 216:7
**pad** [2] - 318:10, 318:11

**PAGE** [1] - 357:6
**page** [9] - 218:19, 230:3, 231:14, 238:1, 313:13, 313:15, 327:10, 327:17
**paid** [5] - 185:6, 218:8, 229:8, 231:23, 278:24
**painted** [2] - 286:12, 286:14
**Painting** [1] - 311:11
**Pancho** [6] - 183:19, 212:8, 212:9, 349:21, 349:25, 350:3
**Pantry** [1] - 168:4
**paper** [17] - 183:11, 185:3, 192:10, 193:1, 193:23, 215:21, 215:24, 216:10, 221:11, 256:12, 256:17, 276:5, 308:23, 323:15, 323:22, 339:25, 344:7
**papers** [4] - 194:22, 320:8, 320:16, 347:4
**park** [1] - 214:8
**Park** [1] - 286:24
**parked** [6] - 213:24, 214:1, 290:25, 291:11, 297:24, 310:8
**parking** [6] - 258:15, 287:19, 287:22, 291:21, 322:14, 322:16
**parks** [1] - 252:9
**Parole** [1] - 256:1
**part** [10] - 220:20, 261:25, 267:19, 275:23, 277:21, 304:2, 321:10, 334:16, 345:9, 345:12
**parte** [2] - 355:8, 355:10
**participate** [1] - 315:19
**participatory** [1] - 342:14
**particular** [52] - 168:23, 170:1, 174:8, 178:5, 179:14, 181:5, 186:19, 186:20, 186:25, 192:8, 197:3, 197:8, 200:17, 215:9, 215:22, 216:17, 220:25, 222:1, 222:23, 223:3, 230:8, 230:21, 232:6, 232:20, 232:23, 234:13, 237:23, 238:4, 238:7, 241:2, 250:2, 251:3, 251:11, 252:17, 257:5, 279:25, 280:25, 281:20, 304:4, 313:23, 315:19, 316:21, 317:11, 318:19, 320:23, 323:15, 324:11, 325:2, 327:8, 328:20, 329:14, 331:17
**particularity** [1] - 221:9
**particularly** [2] - 169:4, 238:1
**parties** [1] - 163:11
**parts** [1] - 264:7
**party** [3] - 161:12, 161:13, 161:16
**pass** [1] - 305:11
**passed** [2] - 210:11, 280:4
**passenger** [7] - 255:22, 282:23, 291:22, 296:5, 297:1, 312:10, 313:4
**passport** [8] - 170:11, 170:21, 317:19, 317:20, 342:19, 342:23, 343:9, 343:10
**past** [2] - 339:21, 351:14
**Patapsco** [3] - 200:15, 290:6, 310:14
**path** [1] - 338:17, 338:21
**patience** [1] - 265:12
**pattern** [1] - 280:20
**Paul** [1] - 316:9

**Pause** [1] - 187:20
**pay** [2] - 229:10, 320:19
**payer** [1] - 320:2
**paying** [3] - 219:5, 219:6
**pays** [1] - 185:2
**Pelon** [2] - 332:16, 333:2
**pending** [1] - 354:23
**Pending** [1] - 357:11
**people** [17] - 163:14, 211:1, 237:9, 239:9, 239:19, 242:23, 246:12, 253:5, 267:2, 270:4, 292:4, 347:24, 348:19, 348:23, 350:2, 350:20, 351:7
**people's** [1] - 350:25
**per** [5] - 174:3, 218:15, 219:16, 344:20, 353:13
**perceive** [1] - 321:17
**perform** [1] - 312:6
**performed** [3] - 273:19, 273:22, 285:23
**perhaps** [1] - 251:15
**period** [2] - 230:9, 261:12
**periodically** [1] - 171:21
**peripheral** [1] - 264:24
**permission** [1] - 178:24
**permit** [2] - 337:16, 337:13
**permitted** [2] - 214:18, 337:13
**perpetrate** [1] - 301:7
**perpetrator** [1] - 301:5
**person** [30] - 169:14, 175:2, 180:3, 184:5, 195:16, 215:14, 216:1, 224:6, 226:6, 226:18, 242:6, 242:17, 258:22, 258:24, 262:21, 263:8, 263:12, 267:10, 287:7, 293:24, 300:9, 308:1, 308:24, 310:12, 311:6, 322:25, 323:3, 346:16, 346:19, 348:22
**personal** [5] - 163:16, 178:25, 179:2, 214:18, 330:1
**personally** [5] - 166:13, 198:4, 198:8, 209:20, 240:2
**personnel** [1] - 342:9
**persons** [1] - 185:6
**pertain** [1] - 324:2
**PG** [1] - 307:15
**phase** [1] - 306:20
**phon** [2] - 313:16
**phon)** [1] - 313:20
**phone** [112] - 161:5, 165:13, 165:18, 167:10, 167:13, 167:17, 169:17, 169:23, 169:25, 170:1, 171:10, 171:13, 171:16, 171:18, 179:17, 179:21, 179:23, 180:3, 182:22, 183:11, 183:17, 183:18, 183:21, 186:2, 186:4, 186:8, 186:20, 190:5, 192:11, 194:21, 212:1, 212:4, 212:5, 212:8, 222:19, 222:23, 223:3, 223:4, 226:23, 226:25, 227:3, 227:4, 227:7, 229:15, 230:1, 230:9, 230:24, 231:15, 231:17, 234:3, 234:4, 234:7, 237:12, 237:14, 237:15, 238:4, 241:21, 245:7, 245:12, 245:14, 245:17, 245:25, 246:6, 246:10, 247:23, 248:21,

257:15, 257:16, 258:22, 267:25, 268:2, 268:3, 273:13, 286:6, 287:14, 288:6, 291:5, 302:8, 302:12, 302:14, 302:16, 303:7, 310:22, 311:1, 311:11, 312:10, 312:21, 312:25, 313:17, 318:25, 330:9, 331:24, 332:2, 333:7, 333:11, 333:17, 333:20, 334:4, 334:9, 334:10, 334:11, 334:12, 336:8, 339:23, 340:4, 340:25, 347:7, 348:5, 348:8
**phones** [42] - 185:8, 186:17, 186:18, 186:24, 187:1, 187:2, 187:11, 187:14, 192:12, 214:20, 224:11, 226:5, 226:18, 226:22, 227:13, 227:15, 228:17, 228:18, 229:17, 229:20, 244:16, 244:19, 263:18, 267:9, 267:22, 267:23, 267:25, 273:4, 273:7, 273:9, 273:14, 273:23, 311:19, 311:25, 312:2, 312:4, 312:6, 325:19, 325:24, 326:13, 326:21, 326:24
**phones'** [1] - 267:17
**photo** [24] - 166:8, 183:24, 195:25, 202:14, 202:20, 203:8, 205:21, 207:6, 212:21, 258:25, 259:24, 260:17, 279:16, 283:8, 287:13, 287:24, 291:18, 293:8, 297:12, 298:9, 302:25, 341:19, 343:2
**photocopy** [2] - 216:10, 218:16
**photograph** [16] - 191:1, 193:11, 193:21, 194:9, 194:16, 194:19, 200:9, 204:17, 252:17, 255:13, 258:14, 269:22, 331:24, 332:2, 332:9, 346:15
**photographed** [1] - 267:17
**photographs** [21] - 185:22, 185:25, 188:2, 200:4, 203:2, 204:12, 252:16, 253:3, 253:22, 259:3, 269:13, 269:16, 269:21, 270:19, 279:11, 329:14, 329:24, 330:6, 330:9, 348:18, 348:24
**photos** [14] - 190:5, 216:3, 256:19, 278:3, 285:13, 286:3, 286:5, 286:9, 290:15, 290:18, 292:4, 293:18, 316:4, 341:14
**phrase** [1] - 210:11
**physical** [17] - 246:11, 246:13, 246:17, 250:7, 252:2, 257:20, 260:2, 279:6, 282:10, 283:3, 287:24, 289:1, 293:17, 294:9, 308:5, 308:12, 316:5
**physically** [2] - 259:14, 307:8
**pick** [2] - 280:25, 289:18
**picked** [6] - 247:1, 290:1, 290:5, 290:6, 291:15, 308:13
**picking** [1] - 290:11
**picture** [43] - 170:19, 183:10, 189:13, 191:2, 191:13, 192:3, 193:4, 194:13, 195:4, 195:9, 195:16, 200:15, 201:10, 201:16, 201:22, 202:1, 204:20, 205:17, 205:19, 242:21, 253:9, 256:8, 258:3, 258:21, 272:12, 279:19, 279:20, 280:8, 280:13, 281:7, 281:18, 283:14, 287:7, 287:17, 288:4, 290:23,

295:15, 295:16, 295:18, 296:11, 298:19, 303:14, 316:21
**pictures** [16] - 189:18, 191:5, 202:18, 247:5, 253:1, 255:20, 259:13, 261:13, 267:9, 270:21, 271:6, 287:1, 293:2, 296:19, 296:24, 324:25
**piece** [6] - 183:11, 185:3, 221:11, 276:5, 323:15, 323:22
**pieces** [2] - 194:14, 339:25
**ping** [1] - 245:24
**pink** [2] - 282:17, 285:4
**place** [9] - 162:20, 178:6, 182:15, 191:6, 283:21, 310:20, 310:21, 333:12, 336:8
**placed** [10] - 176:2, 180:4, 182:8, 196:14, 196:16, 215:18, 243:21, 250:23, 258:6, 282:23
**plain** [1] - 239:24
**plastic** [10] - 170:9, 170:15, 191:22, 191:23, 216:4, 216:11, 222:5, 277:5, 317:3, 317:17
**plate** [3] - 254:4, 254:23, 284:11
**plates** [2] - 282:14, 316:7
**play** [3] - 235:2, 241:5, 248:11
**played** [4] - 235:5, 241:6, 248:13, 300:5
**playing** [11] - 182:25, 184:8, 184:15, 184:25, 185:4, 190:6, 193:2, 272:5, 278:21, 300:3
**plus** [2] - 344:17
**PM** [1] - 158:9
**point** [30] - 165:17, 178:4, 183:3, 188:18, 198:10, 198:15, 198:19, 199:16, 200:3, 201:13, 217:25, 218:23, 221:4, 224:4, 226:4, 232:1, 243:18, 254:12, 280:2, 280:6, 280:19, 281:24, 287:21, 288:7, 289:2, 289:17, 291:9, 293:9, 348:25, 349:5
**pointed** [1] - 293:13
**pointing** [1] - 216:17
**Police** [16] - 172:19, 172:23, 176:2, 176:6, 178:21, 196:20, 197:14, 209:8, 215:11, 233:25, 238:17, 240:11, 240:12, 247:6, 299:5, 342:9
**police** [22] - 174:10, 174:19, 178:8, 178:9, 178:11, 205:4, 205:12, 207:16, 209:17, 213:21, 224:20, 224:24, 233:14, 233:16, 234:1, 234:23, 235:7, 239:13, 250:16, 266:22, 331:2
**porch** [1] - 202:8
**Portillo** [1] - 166:20
**portion** [5] - 191:24, 203:9, 288:25, 289:1, 347:9
**Portsmouth** [2] - 281:13, 281:20
**pose** [1] - 349:5
**position** [2] - 161:8, 266:3
**positions** [2] - 261:16
**positive** [1] - 297:11
**possession** [8] - 221:15, 221:19, 228:18, 268:1, 313:6, 341:1, 346:7
**possible** [1] - 265:10
**post** [2] - 213:8, 213:24

**potential** [1] - 269:17
**pray** [1] - 277:10
**prayed** [1] - 331:6
**prayer** [1] - 308:23
**precedes** [1] - 173:25
**preceding** [1] - 256:7
**precipitated** [2] - 233:11, 268:14
**preface** [1] - 242:13
**prefer** [1] - 349:11
**prejudicial** [2] - 161:10, 161:20
**premise** [1] - 270:5
**prepared** [4] - 176:14, 196:25, 197:1, 250:24
**present** [11] - 159:2, 160:13, 174:24, 335:25, 339:12, 342:4, 342:14, 353:18, 354:3, 355:2
**presiding** [1] - 160:4
**pretty** [1] - 188:7
**prevent** [1] - 162:1
**previous** [4] - 192:3, 223:20, 241:18, 286:14
**PREVIOUSLY** [1] - 164:16
**previously** [13] - 165:7, 171:3, 179:22, 187:4, 192:14, 207:1, 213:10, 213:12, 240:8, 299:15, 318:18, 318:25, 327:21
**Prince** [2] - 257:2, 279:23
**print** [1] - 166:5
**privilege** [1] - 351:12
**problems** [1] - 173:18
**procedure** [1] - 162:12
**proceed** [1] - 162:17
**proceeded** [9] - 282:23, 282:25, 283:1, 284:24, 289:6, 289:25, 290:3, 290:8, 298:13
**proceeding** [4] - 161:23, 198:7, 291:24, 338:17
**proceedings** [2] - 264:16, 356:3
**Proceedings** [1] - 355:19
**PROCEEDINGS** [2] - 160:1, 357:13
**PROCEEDINGS............................** [1] - 357:6
**proceeds** [1] - 282:21
**process** [2] - 223:21, 342:12
**produced** [2] - 331:15, 331:19
**proffer** [2] - 161:12, 304:14
**promise** [1] - 163:18
**prompted** [7] - 181:5, 239:17, 239:22, 253:9, 257:5, 257:14, 262:15
**pronounced** [1] - 217:2
**pronunciation** [1] - 170:16
**proof** [2] - 324:4, 338:14
**property** [3] - 196:6, 215:10, 267:17
**proposed** [1] - 251:2
**prostitute** [1] - 268:22
**prostitutes** [2] - 243:7, 301:19
**prostituting** [1] - 351:21
**prostitution** [14] - 171:11, 179:6, 182:23, 232:3, 271:18, 274:21, 277:14, 313:25, 334:5, 340:16, 352:4,

352:12, 352:22, 353:5
**provide** [4] - 227:2, 229:4, 229:6, 279:4
**provided** [5] - 212:1, 226:8, 238:6, 248:9, 340:2
**proximity** [4] - 192:2, 200:20, 201:21, 232:11
**public** [1] - 178:8
**publish** [2] - 278:6, 328:5
**published** [1] - 329:13
**pull** [8] - 187:10, 214:3, 214:7, 214:8, 252:6, 253:5, 276:13, 284:18
**pulled** [7] - 209:24, 211:7, 282:14, 282:15, 292:14, 320:17
**pulling** [6] - 253:2, 253:10, 258:7, 284:11, 292:17, 292:20
**pulls** [2] - 252:9, 258:11, 282:19
**purchase** [1] - 281:25
**purchased** [1] - 169:6
**purchasing** [1] - 256:15
**purpose** [3] - 206:13, 266:25, 267:1
**purposes** [1] - 273:21
**pursuant** [2] - 164:24, 177:2
**put** [27] - 166:2, 172:2, 180:7, 183:2, 191:11, 194:25, 212:20, 215:20, 222:3, 231:7, 233:22, 240:23, 244:24, 248:4, 264:21, 266:1, 269:21, 274:13, 278:18, 299:6, 303:19, 317:15, 317:23, 321:20, 321:22, 327:24, 351:8
**puts** [2] - 255:22, 284:21
**putting** [4] - 173:15, 246:14, 248:15, 313:22

## Q

**quantities** [1] - 169:7
**Quarles** [4] - 160:4, 161:13, 164:14, 265:22
**QUARLES** [1] - 158:11
**questioning** [1] - 250:21
**questions** [7] - 225:8, 226:1, 226:2, 228:25, 332:14, 342:12
**quick** [3] - 252:1, 288:19, 310:1
**quickly** [4] - 278:19, 289:22, 292:13, 325:23
**Quik** [1] - 168:2
**quite** [1] - 160:8

## R

**race** [2] - 351:16, 351:18
**Rachel** [1] - 158:15
**radio** [1] - 233:18
**Ramirez** [9] - 161:3, 180:15, 332:16, 333:2, 334:5, 339:16, 346:5, 346:13, 346:19, 346:20
**ramp** [1] - 290:6
**ran** [1] - 284:8
**range** [2] - 230:10, 230:25

**rather** [6] - 163:2, 276:13, 331:4, 350:2, 350:12, 350:20
**reach** [2] - 269:25, 301:11
**read** [11] - 170:13, 170:15, 202:16, 216:18, 217:9, 220:5, 222:6, 266:2, 322:6, 331:1, 353:13
**reading** [2] - 217:12, 327:17
**ready** [3] - 228:6, 264:14, 315:6
**real** [2] - 288:19, 310:1
**realized** [1] - 246:25
**realizing** [2] - 246:24, 293:9
**really** [1] - 336:23
**Realtime** [1] - 356:2
**rear** [9] - 214:10, 267:7, 282:21, 284:14, 284:15, 284:21, 284:25, 294:2, 313:24
**reason** [6] - 173:13, 181:9, 251:9, 336:17, 337:14, 337:19
**reassemble** [1] - 321:20
**Rebeca** [12] - 166:10, 167:5, 183:18, 187:4, 187:16, 195:19, 198:24, 199:3, 212:9, 287:6, 288:12, 351:20
**receipt** [10] - 220:9, 249:4, 249:11, 263:9, 263:17, 276:1, 309:13, 310:23, 318:19, 319:9
**receipts** [3] - 220:14, 319:25, 323:11
**receive** [4] - 209:9, 245:7, 245:19, 247:7
**received** [13] - 160:14, 161:2, 161:4, 166:21, 210:23, 211:22, 238:17, 240:15, 245:21, 246:5, 248:3, 302:25, 320:10
**receives** [1] - 245:13
**receiving** [1] - 248:8
**recess** [7] - 228:1, 264:4, 264:10, 314:15, 314:20, 314:22, 355:18
**Recess** [2] - 228:3, 314:24
**recognize** [60] - 166:7, 168:8, 168:18, 169:20, 172:17, 179:14, 186:2, 195:15, 204:17, 205:17, 207:5, 212:3, 212:21, 215:3, 215:21, 219:15, 219:16, 219:18, 221:22, 222:13, 222:18, 223:3, 229:24, 231:9, 233:23, 240:19, 242:4, 247:15, 249:2, 252:17, 262:20, 263:7, 274:3, 275:24, 277:6, 286:4, 299:7, 302:22, 303:22, 304:3, 304:6, 304:7, 304:15, 308:22, 310:3, 310:19, 311:9, 311:24, 312:9, 313:2, 313:9, 313:23, 314:3, 315:24, 316:13, 317:16, 319:18, 327:4, 327:25, 347:14
**recognized** [2] - 277:22, 289:20
**recognizes** [1] - 219:19
**recollection** [1] - 174:11
**reconsider** [1] - 161:20
**record** [4] - 162:19, 164:9, 277:18, 356:3
**recorded** [4] - 172:21, 172:22, 176:3, 337:16
**recording** [4] - 235:5, 241:6, 248:13, 300:5
**records** [7] - 173:12, 176:6, 176:9, 176:19, 254:13, 303:1, 303:2

**recover** [9] - 171:15, 182:19, 186:8, 221:25, 222:9, 222:22, 277:5, 312:7, 312:20
**recovered** [17] - 179:22, 179:23, 186:6, 237:11, 237:14, 237:15, 237:18, 237:19, 249:7, 263:18, 276:17, 276:22, 277:7, 278:1, 278:2, 309:5, 322:21
**red** [4] - 255:20, 255:21, 256:5, 293:21
**refer** [2] - 251:10, 305:9
**reference** [4] - 200:17, 277:18, 307:2, 348:17
**referenced** [2] - 197:2, 230:1
**referencing** [1] - 318:24
**referred** [3] - 277:11, 349:24, 355:1
**referring** [9] - 167:7, 219:17, 220:8, 221:5, 232:20, 259:23, 271:23, 283:25, 293:5
**reflect** [1] - 323:23
**reflected** [1] - 215:9
**refresh** [2] - 248:8, 319:1
**regard** [12] - 169:13, 174:3, 187:17, 199:17, 223:6, 227:3, 249:20, 268:5, 268:25, 312:2, 336:16, 342:3
**regarding** [10] - 173:23, 176:14, 197:24, 209:9, 211:12, 225:8, 228:17, 229:23, 254:14, 270:18
**register** [1] - 203:24
**Registered** [1] - 356:1
**registered** [5] - 234:4, 275:2, 275:21, 309:21, 323:1
**registration** [10] - 254:14, 254:20, 254:22, 263:10, 263:16, 266:3, 309:19, 310:3, 310:5, 319:9
**regret** [1] - 345:2
**Reid** [4] - 288:21, 289:1, 289:7, 290:2
**relate** [1] - 176:19
**related** [4] - 175:25, 177:6, 197:3, 301:9
**relates** [1] - 197:8
**relating** [8] - 172:22, 176:9, 176:16, 176:22, 177:5, 177:8, 244:3, 346:18
**relation** [5] - 214:15, 232:5, 238:13, 248:16, 248:19
**relationship** [2] - 305:14, 334:11
**relative** [3] - 211:22, 215:6, 260:6
**relatively** [2] - 262:7, 351:5
**release** [1] - 306:6
**relevance** [7] - 171:5, 184:23, 232:18, 268:19, 288:8, 318:3
**relevant** [5] - 209:14, 218:20, 223:7, 231:21, 320:13
**remainder** [1] - 265:9
**remaining** [1] - 339:4
**remember** [22] - 163:25, 166:1, 167:12, 169:18, 187:7, 187:21, 188:13, 195:8, 198:24, 214:24, 227:23, 255:7, 263:22, 276:7, 280:15, 283:10, 309:1, 314:15, 319:2, 327:13, 354:13, 354:16
**remind** [8] - 164:6, 164:7, 227:7, 228:11, 228:12, 265:18, 265:19,

315:11
**remitter** [3] - 310:23, 319:24, 323:10
**remove** [1] - 278:10
**removed** [1] - 194:20
**renew** [2] - 160:11, 160:23
**rental** [1] - 275:25
**renter** [1] - 276:2
**repair** [2] - 201:23, 267:6
**repeat** [4] - 163:1, 199:1, 207:15, 352:16
**rephrase** [1] - 254:11
**report** [9] - 222:7, 233:8, 234:24, 240:19, 241:2, 271:21, 299:7, 339:19, 348:18
**Reported** [1] - 159:22
**Reporter** [2] - 356:1, 356:2
**REPORTER** [8] - 174:17, 214:6, 302:20, 304:22, 313:18, 322:15, 338:18, 355:17
**reports** [1] - 247:17
**represent** [2] - 160:16, 344:21
**representative** [2] - 165:9, 172:3
**represents** [4] - 344:17, 345:14, 345:16, 345:17
**request** [2] - 264:20, 304:14
**requested** [2] - 264:17, 319:19
**require** [2] - 174:1, 174:2
**required** [2] - 324:3, 324:4
**resembles** [1] - 332:8
**residence** [13] - 189:1, 203:1, 214:1, 277:8, 278:1, 304:24, 307:11, 310:8, 315:18, 315:22, 316:8, 326:11, 339:14
**residences** [2] - 201:20, 202:1
**residential** [1] - 260:7
**respect** [1] - 355:11
**respectfully** [3] - 210:10, 304:13, 338:19
**respond** [2] - 225:20, 240:2
**responded** [3] - 209:2, 238:22, 249:21
**response** [3] - 230:22, 235:8, 249:20
**rest** [3] - 231:6, 280:14, 281:7
**restate** [1] - 164:8
**restaurant** [1] - 281:22
**result** [13] - 213:15, 228:19, 241:21, 243:9, 244:3, 250:19, 250:22, 254:23, 262:2, 268:7, 268:24, 301:10, 306:18
**resulted** [1] - 209:5
**resume** [3] - 160:7, 227:24, 306:2
**Resumed** [1] - 357:9
**resumes** [3] - 228:5, 264:13, 315:1
**resuming** [1] - 264:6
**retail** [1] - 169:11
**retain** [1] - 234:25
**retained** [2] - 269:17, 274:9
**retrieved** [2] - 171:25, 311:20
**returned** [2] - 231:16, 261:25
**returning** [2] - 261:23, 308:15
**revealed** [1] - 239:7
**reverse** [2] - 309:8, 310:15
**review** [2] - 160:6, 176:9

**reviewing** [6] - 186:13, 288:20, 319:14, 327:6, 341:5, 349:2
**revisit** [1] - 160:25
**Reyes** [24] - 187:9, 187:15, 195:10, 255:15, 255:16, 262:13, 262:21, 262:23, 263:3, 265:25, 266:19, 270:13, 271:12, 272:24, 274:18, 275:6, 275:22, 276:1, 285:14, 293:25, 294:1, 296:4, 296:8, 298:10
**Reyes'** [1] - 268:1
**Ricardo** [1] - 332:16
**Ricky** [1] - 292:18
**Riggs** [4] - 279:6, 279:8, 279:15, 280:9
**right-hand** [4] - 252:20, 253:11, 258:10, 316:17
**rights** [6] - 174:13, 225:7, 225:13, 225:18, 226:1, 353:13
**ring** [2] - 348:24, 348:25
**ripped** [1] - 321:22
**rise** [8] - 160:2, 227:25, 228:4, 264:3, 264:12, 314:21, 314:25, 355:17
**Ritchie** [1] - 290:4
**Riverdale** [5] - 281:2, 289:5, 289:6, 294:25, 295:8
**RMR** [2] - 159:23, 356:7
**road** [5] - 200:25, 238:22, 238:23, 239:1, 349:6
**Road** [2] - 255:25, 298:13
**roads** [1] - 213:4
**roadway** [4] - 200:13, 200:16, 284:24, 298:12
**rob** [2] - 239:9, 301:18
**robbed** [2] - 239:11, 301:17
**robbery** [8] - 232:23, 233:9, 233:15, 233:17, 238:23, 301:1, 301:3, 301:8
**Rojas** [3] - 187:9, 187:15, 195:10
**role** [1] - 305:14
**Room** [2] - 159:23, 328:23
**room** [18] - 185:17, 190:2, 190:3, 193:8, 193:10, 193:11, 193:18, 193:22, 203:22, 263:22, 270:17, 272:6, 272:8, 286:24, 286:25, 321:15, 328:1, 354:15
**roughly** [1] - 238:13
**Route** [17] - 256:3, 257:17, 279:22, 279:23, 280:15, 281:8, 289:25, 290:4, 291:24, 297:9, 297:14, 298:19, 299:1, 307:20, 308:4, 324:13
**Rowe** [1] - 307:20
**rubbing** [2] - 192:9, 193:1
**Ruiz** [3] - 323:2, 325:13, 325:15
**rule** [3] - 161:9, 162:10, 162:20
**Rules** [1] - 161:19
**ruling** [5] - 173:22, 174:7, 250:15, 306:11, 306:12
**running** [3] - 238:25, 239:4, 301:19
**runs** [1] - 331:3
**RUTER** [42] - 160:8, 160:19, 160:22, 162:5, 162:23, 163:5, 163:8, 199:9, 199:12, 209:11, 209:13, 215:25, 217:12, 218:9, 219:2, 236:2, 236:6,

236:18, 250:8, 250:13, 251:19, 254:8, 264:15, 265:1, 265:6, 266:12, 266:15, 268:16, 268:19, 289:11, 289:13, 299:22, 299:24, 305:12, 305:16, 306:5, 306:9, 349:8, 349:11, 349:13, 349:16, 354:11
**Ruter** [6] - 158:17, 162:9, 305:8, 336:17, 349:5, 354:10
**RUTER...................** [1] - 357:11

**S**

**safe** [1] - 186:16
**said..** [1] - 161:15
**sake** [2] - 235:4, 344:19
**Salvadoran** [1] - 317:19
**samples** [1] - 165:9
**Sanchez** [2] - 270:12, 327:12
**Santa** [12] - 277:8, 303:23, 304:1, 308:23, 316:15, 316:22, 317:11, 328:1, 328:14, 329:12, 330:9, 330:25
**sat** [4] - 257:20, 282:5, 282:11, 293:18
**Saturday** [1] - 257:1
**saucer** [1] - 316:19
**save** [1] - 162:14
**saw** [19] - 165:9, 177:12, 179:5, 192:2, 219:10, 239:24, 250:16, 250:18, 286:18, 303:10, 303:16, 304:24, 308:13, 325:2, 329:13, 329:23, 343:2, 343:6, 352:12
**say..** [1] - 161:15
**sayings** [1] - 277:12
**scene** [3] - 212:17, 214:20, 329:23
**school** [1] - 308:9
**Schreiber** [2] - 197:12, 197:13
**Scott** [1] - 164:10
**SCOTT** [2] - 164:15, 357:9
**screen** [14] - 180:7, 211:11, 212:20, 222:4, 222:17, 234:8, 234:9, 248:15, 266:1, 269:21, 274:13, 278:19, 299:6, 317:23
**scrubbed** [1] - 251:5
**se** [2] - 174:3, 219:16
**sealed** [3] - 183:2, 186:24, 331:11
**search** [33] - 167:10, 169:14, 178:1, 181:24, 182:10, 182:17, 182:19, 214:12, 214:16, 227:9, 227:11, 227:12, 229:16, 237:11, 239:20, 239:23, 240:6, 269:8, 269:10, 269:13, 270:4, 307:3, 307:9, 307:23, 308:17, 315:17, 315:19, 316:2, 318:21, 320:9, 325:14, 352:19, 354:6
**searched** [4] - 214:23, 238:14, 263:4, 304:25
**searches** [6] - 207:24, 237:9, 270:19, 275:14, 306:24, 325:18
**searching** [1] - 185:14
**seat** [3] - 284:13, 291:22, 296:6
**seated** [5] - 160:5, 163:24, 228:10,

265:17, 315:9
**seats** [1] - 164:2
**second** [16] - 174:4, 185:25, 187:17, 195:14, 224:12, 231:8, 231:14, 238:1, 240:14, 252:14, 255:3, 259:21, 265:10, 270:12, 316:8, 327:16
**Section** [1] - 213:2
**secured** [1] - 239:19
**Security** [9] - 179:7, 179:11, 180:6, 197:18, 307:16, 346:6, 346:11, 346:15, 346:21
**see** [84] - 165:12, 168:23, 170:13, 171:22, 172:3, 179:16, 179:17, 181:17, 183:3, 186:1, 188:6, 188:25, 190:16, 191:13, 192:11, 195:6, 196:22, 201:25, 202:2, 202:10, 202:14, 205:23, 216:14, 216:17, 217:8, 217:13, 217:17, 217:19, 218:19, 220:10, 220:13, 220:25, 222:4, 224:13, 238:1, 247:23, 249:5, 249:11, 251:1, 253:17, 254:2, 256:5, 260:18, 266:5, 271:18, 271:20, 271:22, 273:3, 274:17, 284:14, 290:25, 293:19, 297:23, 299:9, 299:12, 301:24, 302:16, 303:7, 303:20, 305:21, 309:8, 309:12, 309:13, 309:15, 310:9, 310:21, 311:6, 314:10, 314:19, 316:21, 317:11, 319:12, 319:25, 320:5, 322:25, 325:9, 328:20, 329:23, 342:19, 346:9, 348:4, 348:5, 355:16
**seeing** [4] - 206:18, 261:14, 313:13, 318:19
**seek** [2] - 231:11, 239:22, 244:18, 245:2
**seeking** [5] - 210:14, 231:15, 248:24, 338:16, 338:20
**seize** [3] - 169:16, 171:9, 190:2
**seized** [45] - 165:25, 167:10, 169:17, 171:10, 171:13, 179:10, 183:22, 185:8, 186:17, 190:5, 192:12, 196:7, 208:2, 215:12, 216:1, 219:22, 223:15, 224:5, 240:6, 243:2, 267:12, 267:13, 267:15, 269:17, 271:11, 273:1, 273:10, 273:12, 273:23, 274:25, 307:5, 307:25, 308:18, 311:13, 312:2, 312:10, 313:9, 320:9, 322:2, 325:21, 325:25, 326:10, 326:13, 326:21, 328:18
**seizing** [2] - 215:11, 340:15
**seizure** [4] - 190:9, 226:5, 269:8, 269:10
**selection** [1] - 253:3
**semi** [1] - 303:24
**semi-automatic** [1] - 303:24
**send** [3] - 162:22, 163:20, 245:11
**sender** [4] - 311:7, 320:1, 320:3, 323:12
**sends** [1] - 245:24
**sent** [6] - 230:22, 245:22, 275:2, 302:25, 303:3, 324:5
**separate** [1] - 311:24
**September** [44] - 164:21, 164:25,

166:14, 167:25, 169:14, 170:25,
171:9, 176:11, 176:17, 179:24, 180:4,
188:15, 188:23, 205:5, 205:15,
206:11, 208:7, 208:9, 208:15, 208:17,
209:22, 212:11, 214:12, 220:17,
231:22, 232:4, 232:15, 235:18,
285:16, 288:15, 288:22, 294:5,
297:10, 332:17, 333:11, 333:23,
339:10, 339:23, 351:20, 351:23,
352:22, 353:1, 353:24

**sequence** [18] - 182:12, 252:15, 253:23,
255:9, 255:18, 256:18, 258:14,
258:18, 259:16, 261:14, 280:20,
281:23, 283:8, 290:15, 293:22,
296:15, 297:3, 298:23

**sequentially** [1] - 273:4

**Sergeant** [6] - 174:15, 174:19, 178:19,
334:1, 339:11, 340:2

**series** [4] - 258:2, 259:2, 263:6, 279:11

**service** [2] - 243:7, 301:22

**serviced** [2] - 274:22, 344:20

**session** [8] - 160:3, 164:19, 228:5,
264:11, 264:13, 264:23, 265:4, 315:1

**set** [7] - 198:2, 252:5, 257:2, 257:12,
291:25, 295:6, 301:15

**setting** [1] - 251:9

**seven** [1] - 251:12

**several** [20] - 163:6, 169:18, 182:5,
205:11, 209:17, 214:9, 223:7, 236:22,
238:23, 241:12, 243:15, 246:16,
250:2, 261:6, 276:16, 305:1, 307:1,
347:4, 352:14

**sex** [1] - 218:8

**shall** [1] - 354:11

**shared** [1] - 336:3

**sharp** [1] - 272:20

**sheath** [2] - 272:17, 278:11

**sheet** [21] - 175:24, 176:2, 176:4,
176:13, 176:16, 177:5, 191:23,
193:15, 218:24, 219:1, 219:4, 219:7,
226:11, 233:19, 233:24, 274:21,
276:6, 309:11, 311:17, 318:11

**sheets** [6] - 177:17, 193:13, 318:16,
322:5, 342:3, 342:8

**shelf** [1] - 185:16

**shirt** [8] - 194:7, 255:20, 255:21, 256:6,
258:23, 282:7, 283:15, 293:21

**shootings** [1] - 232:1

**shop** [1] - 201:23

**Shop** [17] - 262:18, 294:10, 294:23,
295:9, 295:21, 296:7, 296:20, 296:24,
296:25, 297:16, 297:18, 298:3,
298:12, 310:20, 323:17, 350:13

**Shoppers** [3] - 255:24, 256:11, 256:14

**short** [2] - 314:22, 342:1

**shorter** [1] - 343:5

**shortly** [4] - 182:12, 253:17, 280:8,
291:4

**shot** [17] - 188:19, 284:25, 292:12,
296:15, 296:25, 297:3, 297:21, 298:2,

298:6, 298:14, 298:15, 298:23,
298:25, 332:17, 338:4, 339:16, 339:22

**shotgun** [1] - 301:17

**shots** [2] - 261:17, 297:16

**show** [58] - 165:25, 171:12, 171:24,
172:16, 183:1, 184:6, 186:1, 186:23,
188:17, 193:3, 196:3, 196:21, 200:6,
203:7, 204:16, 205:16, 206:6, 207:4,
209:25, 211:8, 212:2, 215:2, 215:19,
216:9, 219:9, 220:22, 223:2, 229:22,
237:25, 240:18, 242:3, 242:16,
246:21, 247:14, 249:1, 252:15,
254:25, 262:19, 263:6, 270:14,
275:19, 279:11, 283:7, 290:14,
296:12, 302:18, 303:2, 308:21, 309:1,
309:2, 311:23, 315:23, 317:17, 327:3,
328:13, 328:17, 342:23, 344:9

**showed** [7] - 201:22, 267:9, 293:19,
318:18, 346:5, 348:24, 350:21

**showing** [12] - 165:2, 169:19, 194:1,
201:10, 202:13, 222:17, 230:20,
261:2, 283:7, 312:9, 313:2, 348:18

**shown** [2] - 270:15, 279:12

**shows** [2] - 201:18, 203:8

**shut** [1] - 203:10

**sic** [2] - 203:5, 322:4

**sic)** [2] - 248:2, 339:22

**side** [22] - 179:17, 189:5, 191:13,
194:16, 201:3, 201:7, 202:25, 252:25,
261:17, 271:4, 282:23, 282:24, 296:5,
297:2, 309:8, 310:15, 312:10, 313:4,
316:17, 327:3, 328:2

**sign** [5] - 212:24, 252:20, 353:18,
353:20, 354:3

**signal** [3] - 245:13, 245:16, 274:25

**signature** [6] - 170:20, 170:21, 215:4,
343:6, 343:8, 343:13

**signed** [1] - 276:2

**significance** [12] - 180:1, 183:13, 212:6,
220:4, 221:1, 234:21, 296:21, 299:4,
300:14, 320:22, 321:18, 323:14, 325:3

**significant** [7] - 169:4, 170:6, 201:12,
204:4, 217:23, 324:20, 327:8

**silver** [6] - 282:19, 283:17, 284:15,
294:11, 295:24, 325:12

**similar** [11] - 176:13, 177:5, 215:6,
258:2, 288:4, 303:7, 303:10, 304:24,
331:23, 332:2, 350:16

**similarities** [1] - 350:9

**simply** [3] - 165:9, 210:22, 258:13

**singular** [1] - 331:20

**sit** [3] - 164:1, 247:2

**sitting** [11] - 194:15, 260:14, 270:1,
272:5, 276:9, 287:25, 291:22, 296:5,
296:8, 314:18, 341:21

**six** [2] - 251:12, 345:2

**skipped** [1] - 327:2

**slap** [1] - 251:4

**slap-on** [1] - 251:4

**sleeve** [2] - 255:21, 256:7

**slider** [1] - 294:3

**slower** [1] - 338:18

**small** [2] - 277:4, 293:20

**smiling** [1] - 305:21

**snowing** [1] - 238:24

**Social** [7] - 179:7, 179:10, 180:6, 346:5,
346:10, 346:15, 346:21

**sold** [1] - 169:8

**solely** [2] - 335:25, 338:2

**Solomon** [2] - 297:9, 297:14

**Solomons** [1] - 255:25

**someone** [4] - 171:3, 178:15, 233:5,
301:25

**sometimes** [5] - 254:23, 277:10, 345:10,
350:23, 350:25

**somewhat** [1] - 273:2

**somewhere** [1] - 168:15

**soon** [1] - 253:5

**Soriano** [11] - 242:7, 242:22, 243:4,
244:3, 247:8, 248:19, 249:20, 300:20,
302:2, 302:12, 302:24

**Soriano's** [2] - 302:4, 302:8

**sorry** [43] - 168:14, 170:4, 174:18,
199:1, 200:22, 205:25, 207:15, 208:8,
211:10, 214:6, 216:22, 221:11,
227:10, 231:6, 234:18, 237:17, 247:9,
257:7, 259:19, 279:9, 283:1, 290:4,
293:7, 294:19, 294:22, 295:4, 295:8,
301:6, 302:20, 306:3, 310:2, 311:16,
311:17, 317:6, 322:15, 322:16, 335:1,
335:4, 338:18, 338:19, 346:9, 352:16

**sort** [15] - 168:2, 171:20, 191:14,
198:14, 213:6, 233:11, 251:10, 267:5,
268:4, 280:20, 295:6, 318:2, 321:20,
331:21, 338:9

**sought** [3] - 210:13, 230:16, 237:22

**source** [2] - 175:2

**south** [2] - 201:3, 201:6

**southbound** [1] - 256:3

**Spanish** [19] - 159:3, 159:4, 174:20,
178:16, 183:11, 219:13, 219:14,
225:2, 225:14, 303:13, 330:15,
330:17, 330:18, 332:24, 342:13,
342:16, 342:17, 345:14

**Spanish-speaking** [1] - 342:13

**speaking** [11] - 166:19, 178:15, 198:24,
207:20, 225:2, 235:21, 235:23,
239:25, 289:3, 339:13, 342:13

**speaks** [3] - 174:20, 342:15, 342:17

**Special** [5] - 159:3, 243:19, 243:24,
301:24, 306:19

**specific** [4] - 246:15, 251:11, 251:24,
333:13

**specifically** [3] - 162:13, 179:4, 212:25

**specifics** [1] - 301:9

**speech** [1] - 163:12

**speed** [1] - 212:24

**spell** [3] - 170:18, 203:5, 313:18

**spelled** [1] - 216:24

**spoken** [1] - 199:2

**sports** [1] - 253:6
**spotted** [1] - 289:19
**spray** [2] - 193:2, 263:14
**spring** [2] - 258:9, 261:11
**Sprint** [9] - 186:6, 222:19, 223:4, 229:25, 230:1, 230:6, 230:22, 231:9, 245:11
**stage** [2] - 228:20, 295:7
**stairway** [1] - 259:21
**staking** [1] - 246:20
**stamp** [2] - 202:14, 204:19
**stand** [3] - 161:14, 334:23, 335:8
**Stand**.............................. [1] - 357:9
**standard** [1] - 223:22
**standing** [8] - 163:25, 185:20, 252:8, 252:11, 253:16, 259:6, 259:17, 292:4
**stands** [6] - 227:25, 264:3, 311:12, 314:21, 320:20, 322:4
**start** [8] - 179:13, 258:1, 267:2, 269:19, 270:3, 295:14, 349:10, 354:16
**started** [15] - 244:24, 245:1, 246:8, 259:4, 259:8, 263:23, 263:25, 264:1, 282:5, 286:7, 288:22, 288:23, 289:1, 294:24, 354:16
**starts** [1] - 306:3
**State** [1] - 328:22
**statement** [19] - 174:3, 175:16, 329:17, 330:3, 330:19, 330:22, 331:5, 331:17, 331:24, 334:6, 335:3, 343:3, 343:4, 343:20, 344:15, 344:21, 346:8, 346:16, 347:25
**statements** [5] - 161:2, 161:8, 173:17, 173:23, 338:13
**STATES** [3] - 158:1, 158:4, 357:2
**States** [2] - 160:2, 311:4
**stating** [1] - 277:17
**station** [13] - 174:11, 178:8, 178:9, 178:11, 214:17, 214:19, 214:23, 242:2, 280:11, 290:8, 290:11, 292:24, 297:14
**statue** [8] - 304:2, 316:15, 328:8, 329:12, 329:14, 330:9, 331:17, 332:3
**statues** [1] - 331:6
**status** [3] - 197:20, 197:21, 197:24
**statute** [3] - 277:8, 303:22, 303:23
**stayed** [1] - 255:19
**step** [4] - 276:24, 278:6, 278:9, 328:5
**stepped** [1] - 244:10
**steps** [6] - 260:10, 260:12, 260:20, 269:25, 276:9, 296:9
**sticker** [1] - 189:16
**sticking** [1] - 272:9
**still** [16] - 164:8, 196:17, 201:6, 228:12, 240:11, 240:12, 259:17, 265:19, 267:19, 282:11, 286:16, 287:22, 291:21, 315:11, 353:20, 354:2
**stop** [10] - 176:20, 241:25, 262:17, 263:20, 266:22, 267:5, 280:14, 281:8, 281:14, 293:25
**stopped** [4] - 262:16, 281:14, 285:11,

298:12
**stopping** [1] - 267:4
**store** [5] - 281:14, 281:17, 281:24, 286:7, 288:6
**straight** [2] - 203:12, 203:21
**Street** [3] - 159:24, 280:10, 292:7
**street** [8] - 252:20, 253:11, 258:11, 261:18, 280:10, 283:2, 290:25, 294:10
**Strike** [1] - 175:9
**strike** [4] - 173:19, 196:9, 266:15, 343:13
**subject** [4] - 171:1, 253:16, 319:11, 321:9
**subjects** [2] - 238:25, 242:1
**submit** [2] - 334:3, 338:19
**subscriber** [17] - 165:18, 165:21, 230:1, 230:7, 230:8, 230:17, 230:20, 230:23, 230:25, 231:1, 231:9, 231:15, 237:22, 238:2, 238:6, 238:8, 340:19
**Subscriber's** [1] - 230:13
**subsequent** [4] - 198:11, 286:14, 288:14, 303:1
**subsequently** [7] - 167:2, 181:21, 245:2, 268:4, 273:17, 275:10, 312:6
**substance** [2] - 299:18, 355:10
**substantive** [1] - 225:8
**suggest** [5] - 210:10, 211:11, 334:9, 336:23, 338:21
**suggested** [1] - 162:16
**suggesting** [3] - 257:23, 350:2, 351:7
**suggestion** [1] - 338:2
**suitcase** [4] - 194:6, 282:20, 282:22, 284:20
**summarize** [2] - 295:2, 295:6
**summary** [1] - 240:23
**summer** [2] - 199:8, 204:5
**Sunday** [2] - 294:8, 294:15
**Sundays** [1] - 345:5
**supermarket** [1] - 201:24
**supervisors** [1] - 233:6
**suppose** [2] - 173:22, 338:14
**surveil** [2] - 257:5, 294:13
**surveillance** [75] - 213:22, 214:2, 232:9, 244:10, 246:8, 246:11, 246:13, 246:17, 246:19, 249:23, 250:7, 251:7, 251:23, 251:24, 252:2, 256:19, 256:23, 257:2, 257:9, 257:12, 257:21, 259:8, 261:21, 266:20, 268:7, 275:17, 278:25, 279:2, 279:4, 279:6, 279:14, 280:7, 282:1, 282:4, 282:5, 282:10, 283:3, 285:11, 285:15, 285:18, 285:23, 286:2, 286:5, 286:19, 287:15, 287:24, 288:14, 288:18, 288:23, 288:24, 289:2, 289:4, 290:2, 290:9, 290:13, 290:15, 292:1, 293:17, 294:4, 294:6, 294:9, 294:18, 294:22, 294:23, 294:24, 295:3, 295:6, 295:12, 296:16, 296:20, 298:18, 308:5, 308:12, 324:8
**surveilled** [1] - 309:24
**surveilling** [1] - 253:4

**survey** [1] - 285:13
**suspect** [1] - 212:9
**suspected** [1] - 352:8
**suspects** [2] - 235:13, 239:8
**suspend** [1] - 314:17
**suspending** [1] - 315:3
**suspension** [1] - 324:3
**sustained** [9] - 175:14, 179:9, 184:12, 190:11, 217:6, 254:11, 266:14, 337:7, 339:3
**switch** [1] - 281:4
**SWORN** [1] - 164:16
**swung** [1] - 298:3
**Sylvia** [7] - 161:2, 332:15, 332:21, 333:1, 334:19, 335:23, 339:9
**Sylvia's** [1] - 334:24
**synopsis** [5] - 252:1, 257:8, 279:4, 282:3, 294:6
**synopsize** [1] - 288:17
**system** [1] - 234:5

# T

**table** [10] - 190:6, 192:1, 192:6, 192:9, 192:11, 193:9, 193:22, 193:23, 193:25, 194:15
**tables** [1] - 264:7
**tag** [15] - 213:23, 266:5, 275:4, 284:8, 286:16, 297:23, 300:13, 300:19, 319:13, 319:15, 319:16, 319:22, 322:18, 324:5
**tags** [5] - 220:2, 254:6, 316:9, 316:11, 316:12
**takedown** [3] - 237:5, 237:8, 237:21
**Takoma** [1] - 286:24
**Talbot** [1] - 269:9
**tally** [13] - 218:24, 219:1, 219:4, 219:7, 274:21, 276:5, 309:11, 311:17, 318:11, 318:16, 322:3, 322:5
**tan** [8] - 284:10, 290:24, 291:6, 291:11, 294:12, 295:25, 297:8, 297:24
**Tap** [1] - 258:23
**Tap-Out** [1] - 258:23
**tape** [1] - 236:11
**target** [1] - 246:15
**Target** [1] - 263:17
**taught** [1] - 331:2
**taxi** [1] - 227:4
**taxicab** [2] - 226:25, 227:1
**Taylor** [1] - 276:2
**technical** [1] - 227:13
**technique** [1] - 250:19
**technological** [1] - 326:24
**technology** [1] - 345:10
**telephone** [19] - 187:10, 222:22, 223:25, 224:2, 224:9, 226:8, 226:12, 228:22, 228:23, 237:23, 243:21, 245:3, 251:6, 277:21, 302:4, 303:1, 323:18, 324:18, 336:12

**telephones** [1] - 224:5
**televisions** [1] - 194:15
**TELL** [1] - 164:16
**temporary** [2] - 310:5, 322:23
**ten** [2] - 161:24, 237:3
**tendered** [1] - 341:15
**term** [1] - 210:9
**terminate** [1] - 283:3
**terminated** [2] - 241:9, 283:5
**terms** [12] - 173:18, 173:22, 176:1, 182:11, 186:19, 190:2, 213:3, 217:8, 251:10, 254:22, 260:17, 318:3
**testified** [24] - 161:6, 173:14, 174:8, 207:1, 219:12, 250:7, 280:5, 324:23, 327:21, 330:5, 333:8, 335:6, 336:2, 336:6, 336:7, 336:21, 336:24, 337:3, 337:5, 337:6, 342:10, 343:18, 344:11, 345:13
**testify** [6] - 173:11, 211:15, 304:21, 304:23, 330:1, 335:10
**testimony** [24] - 161:1, 161:24, 173:17, 210:12, 211:5, 223:20, 228:17, 229:23, 332:15, 332:20, 334:24, 335:7, 335:23, 335:25, 336:13, 336:17, 336:21, 337:13, 337:16, 337:22, 339:3, 345:4, 345:13, 349:20
**text** [3] - 303:4, 303:13, 303:16
**texts** [2] - 303:3, 303:12
**themselves** [1] - 217:13
**thereabouts** [2] - 351:20, 351:23
**therefore** [2] - 331:4, 335:5
**they've** [2] - 278:24, 336:14
**third** [3] - 161:12, 161:16, 165:2
**thoroughly** [2] - 214:23, 319:12
**thousand** [1] - 274:11
**thousands** [1] - 350:6
**threatened** [3] - 334:15, 339:20, 353:8
**threatening** [7] - 333:7, 333:18, 334:9, 334:10, 334:12, 339:15, 340:3
**threats** [2] - 161:4, 333:1
**three** [11] - 182:6, 190:1, 207:21, 232:15, 235:23, 238:25, 239:4, 239:8, 245:15, 301:17, 311:24
**throughout** [2] - 352:14, 353:16
**ticket** [2] - 314:4, 324:12
**tip** [1] - 267:20
**title** [6] - 319:9, 321:6, 321:7, 321:9, 325:8, 325:12
**TO** [1] - 164:16
**today** [3] - 226:24, 314:18
**together** [6] - 185:15, 185:20, 191:3, 321:21, 321:23, 323:7
**toll** [1] - 303:2
**tomorrow** [2] - 354:15, 355:16, 355:18
**took** [33] - 170:24, 188:2, 190:5, 200:4, 202:18, 204:20, 204:22, 205:19, 207:6, 207:10, 253:1, 253:4, 253:23, 255:19, 258:3, 258:18, 261:17, 268:11, 279:12, 280:8, 285:13, 286:2, 287:13, 290:17, 292:4, 293:2, 293:18,

297:12, 298:3, 324:25, 330:5, 335:8, 336:8
**top** [28] - 185:15, 191:3, 203:23, 216:14, 219:24, 219:25, 220:6, 220:9, 223:1, 258:9, 260:21, 269:25, 270:2, 270:17, 270:25, 272:9, 274:19, 275:23, 276:9, 282:16, 285:4, 286:19, 289:1, 303:24, 311:16, 318:5, 320:18
**tops** [1] - 194:22
**torn** [2] - 321:13, 322:21
**Torres** [7] - 312:19, 312:21, 313:5, 313:9, 314:2, 314:7
**total** [1] - 165:4
**totals** [1] - 320:19
**tow** [1] - 310:17
**towards** [12] - 213:24, 218:21, 255:5, 260:14, 260:21, 260:23, 271:3, 290:5, 291:25, 292:15, 298:19, 333:2
**towels** [7] - 192:10, 192:18, 193:1, 193:23, 194:7, 256:12, 256:17
**Toyota** [2] - 282:13, 293:3
**track** [1] - 171:21
**tracking** [1] - 251:3
**traffic** [9] - 176:19, 177:6, 197:2, 241:25, 267:5, 274:25, 275:1, 281:16, 293:25
**traffic-related** [1] - 177:6
**transcript** [1] - 356:3
**transfer** [2] - 281:2, 311:4
**translate** [1] - 225:13
**translating** [1] - 225:4
**translation** [1] - 174:21
**transported** [2] - 213:20, 214:19
**trash** [3] - 321:15, 321:22, 322:22
**travel** [1] - 314:8
**traveling** [1] - 257:17
**TRIAL** [2] - 158:11, 357:3
**trial** [7] - 160:15, 162:1, 163:10, 163:16, 265:10, 265:11, 305:14
**tried** [1] - 290:12
**trouble** [1] - 348:17
**truck** [4] - 309:19, 321:7, 321:11, 325:12
**true** [4] - 336:25, 337:23, 338:3, 353:16
**Truitt** [10] - 285:21, 285:22, 286:1, 286:9, 288:21, 288:25, 289:7, 290:2, 291:18, 292:18
**trunk** [2] - 282:20, 284:21
**TRUTH** [1] - 164:16
**truth** [1] - 311:15
**truthfulness** [2] - 338:13, 338:15
**try** [6] - 189:4, 209:24, 211:7, 211:21, 223:21, 326:23
**trying** [3] - 187:24, 210:24, 338:23
**Tuesdays** [1] - 345:20
**tuned** [1] - 250:21
**tunnel** [2] - 290:7
**turn** [6] - 215:23, 252:20, 253:11, 258:10, 315:17, 351:13
**turned** [4] - 185:4, 253:12, 281:16,

342:24
**turning** [1] - 261:21
**turns** [1] - 258:11
**two** [43] - 161:5, 165:12, 170:9, 173:17, 182:6, 185:14, 186:24, 187:10, 187:13, 191:2, 193:5, 195:8, 205:9, 206:9, 213:21, 214:20, 217:21, 224:5, 226:5, 226:18, 239:10, 239:11, 242:1, 242:23, 246:24, 252:10, 252:12, 258:9, 263:17, 270:8, 270:9, 291:10, 294:25, 299:15, 307:15, 319:4, 323:6, 327:13, 334:11, 334:14, 337:2, 343:12
**two-bedroom** [1] - 193:5
**type** [10] - 165:3, 166:1, 169:8, 191:22, 201:23, 277:25, 282:16, 284:20, 309:10, 312:20
**typically** [1] - 173:23

**U**

**U.S** [3] - 158:14, 158:15, 159:23
**ubiquitous** [1] - 330:24
**umbrella** [1] - 174:4
**unable** [1] - 345:9
**unaware** [4] - 335:5, 335:11, 336:7, 336:10
**uncommon** [1] - 331:16
**under** [17] - 164:8, 174:3, 180:4, 182:8, 182:15, 222:12, 226:2, 228:13, 258:6, 265:20, 266:19, 296:19, 315:12, 336:8, 336:14, 337:16, 342:7
**underage** [2] - 268:15, 268:22
**underneath** [1] - 327:12
**understood** [7] - 174:7, 205:11, 225:17, 235:25, 332:5, 332:20, 333:8
**undertake** [1] - 190:8
**undertaken** [1] - 279:14
**undertook** [2] - 257:9, 279:5
**unfortunately** [1] - 201:17
**uniform** [1] - 182:8
**Union** [1] - 282:8
**unique** [1] - 331:20
**unit** [3] - 189:4, 260:2, 260:7
**United** [2] - 160:2, 311:4
**UNITED** [3] - 158:1, 158:4, 357:2
**universe** [2] - 187:23, 248:24
**university** [1] - 308:9
**University** [2] - 279:9, 280:9
**unless** [5] - 162:13, 210:16, 263:25, 353:18, 354:3
**unregistered** [1] - 214:1
**up** [134] - 160:17, 162:25, 166:23, 172:2, 173:4, 173:19, 174:4, 180:5, 180:7, 181:21, 181:24, 182:7, 191:11, 191:18, 192:5, 193:12, 194:6, 195:11, 198:3, 200:14, 201:16, 203:22, 204:25, 205:14, 207:9, 210:4, 213:24, 214:2, 214:3, 214:7, 214:8, 220:6, 223:12, 226:24, 231:7, 233:22,

235:14, 236:3, 237:20, 243:10,
244:10, 246:21, 247:1, 248:6, 250:10,
251:9, 252:5, 252:7, 252:9, 252:19,
253:2, 253:5, 253:10, 255:4, 255:11,
257:2, 257:12, 257:20, 258:7, 258:22,
259:21, 260:10, 260:12, 260:20,
260:21, 260:23, 261:11, 261:13,
261:17, 265:8, 265:10, 269:21,
270:17, 270:25, 279:9, 280:25,
281:16, 282:8, 282:11, 282:14,
282:20, 284:8, 284:15, 289:18, 290:1,
290:3, 290:5, 290:6, 290:11, 291:9,
291:15, 291:25, 292:15, 293:9,
293:12, 293:13, 293:19, 294:10,
297:9, 298:20, 299:6, 301:15, 303:19,
304:10, 305:8, 305:18, 308:8, 308:13,
310:14, 311:16, 313:22, 317:15,
317:23, 318:7, 318:9, 321:13, 321:22,
322:21, 328:2, 335:18, 336:11,
336:18, 342:23, 343:21, 345:24,
347:12, 347:13, 347:24, 351:13,
352:9, 355:12
**updates** [1] - 245:21
**Upper** [2] - 295:9, 295:10
**upside** [1] - 215:23
**upstairs** [5] - 166:22, 166:23, 188:12,
347:19, 355:5
**uses** [1] - 337:2
**Utilities** [1] - 274:15
**Utility** [3] - 271:13, 275:21, 275:22

## V

**van** [17] - 201:17, 237:15, 252:8, 253:10,
258:7, 259:21, 286:18, 287:18, 288:5,
290:24, 291:16, 291:19, 310:19,
311:13, 312:10, 313:24
**vantage** [2] - 287:21, 291:9
**variety** [2] - 237:9, 307:5
**various** [1] - 250:23
**Vasquez** [3] - 323:2, 325:13, 325:15
**Vehicle** [1] - 254:13
**vehicle** [65] - 164:24, 165:4, 168:22,
172:9, 213:25, 220:1, 242:1, 242:24,
252:5, 254:1, 254:4, 254:7, 255:4,
255:19, 258:16, 261:16, 262:16,
266:8, 267:7, 275:1, 275:3, 275:6,
275:9, 279:18, 279:21, 279:22, 280:4,
284:23, 284:25, 286:10, 286:15,
289:8, 289:9, 289:19, 289:21, 290:3,
290:24, 291:1, 291:6, 291:11, 292:11,
292:19, 293:3, 293:5, 293:19, 294:11,
295:1, 295:25, 297:2, 300:14, 308:18,
309:21, 309:24, 311:10, 312:14,
319:21, 321:9, 322:14, 322:25, 324:4,
325:11, 328:24, 354:6
**vehicles** [13] - 213:22, 214:3, 214:6,
214:8, 214:10, 237:9, 250:23, 254:14,
254:20, 291:1, 291:10, 319:10, 324:7
**Venetian** [3] - 304:16, 329:20

**VENTURA** [3] - 158:6, 225:11, 357:2
**Ventura** [93] - 158:16, 160:11, 160:14,
161:7, 161:14, 162:23, 163:3, 198:17,
198:21, 199:22, 208:4, 208:5, 208:7,
208:13, 212:12, 213:15, 213:20,
214:12, 214:25, 219:22, 220:1,
221:24, 222:16, 222:20, 223:14,
224:15, 225:7, 225:14, 225:16,
230:13, 231:18, 231:20, 232:7,
232:11, 235:18, 236:8, 237:2, 237:16,
237:20, 241:17, 243:22, 244:11,
246:9, 250:17, 250:22, 252:6, 253:2,
254:6, 254:15, 256:11, 256:14,
258:23, 261:5, 264:17, 279:17, 280:2,
281:7, 282:19, 283:14, 284:11,
284:14, 285:24, 286:11, 289:20,
295:11, 296:5, 297:19, 300:1, 306:4,
306:22, 307:17, 307:23, 311:1,
311:20, 312:12, 312:25, 315:4, 315:5,
315:18, 317:21, 320:2, 320:4, 321:2,
323:6, 323:12, 323:18, 324:5, 324:12,
328:22, 340:19, 349:20, 353:1, 353:17
**Ventura's** [17] - 213:24, 216:1, 221:19,
228:18, 236:13, 249:10, 257:16,
258:4, 259:21, 264:20, 266:9, 275:13,
282:22, 290:23, 297:2, 307:11, 325:10
**verification** [1] - 324:3
**versus** [1] - 328:22
**vertical** [3] - 317:3, 317:5
**vicinity** [2] - 168:2, 213:7
**victim** [1] - 301:8
**victims** [2] - 239:6, 239:10
**Victor** [1] - 319:15
**Victoria** [1] - 159:3
**view** [1] - 239:24
**VIN** [4] - 266:7, 286:17, 310:1
**violates** [1] - 161:18
**violation** [3] - 262:16, 267:5, 275:1
**Virgin** [1] - 268:3
**Virginia** [7] - 220:6, 220:18, 280:3,
280:14, 281:10, 281:13, 318:12
**visual** [1] - 290:13
**voice** [2] - 236:7, 236:13
**VOL** [1] - 357:3
**Volume** [1] - 158:6
**voluntarily** [1] - 174:12
**voluntary** [1] - 174:12
**voucher** [1] - 319:8
**VVV** [5] - 309:22, 309:23, 310:6, 319:8,
319:20

## W

**wait** [3] - 163:2, 163:9, 337:9
**waiting** [5] - 262:22, 264:24, 284:18,
286:24, 292:10
**waive** [1] - 226:1
**waking** [1] - 166:23
**walk** [6] - 202:22, 203:21, 214:4,

214:10, 255:4, 258:6
**walked** [5] - 291:6, 291:7, 292:15,
351:13, 351:14
**walking** [3] - 203:12, 206:8, 255:11
**wallet** [9] - 178:4, 179:5, 179:6, 180:8,
183:10, 194:23, 194:25, 272:1, 347:4
**walls** [1] - 191:9
**Wang** [1] - 177:3, 197:3
**wants** [4] - 160:15, 337:9, 355:11,
355:12
**Warehouse** [1] - 255:25
**warning** [1] - 324:3
**warnings** [2] - 174:1, 174:2
**warrant** [15] - 181:7, 206:17, 208:13,
212:12, 227:9, 227:11, 227:12,
229:16, 239:20, 239:23, 240:6, 269:8,
269:10, 270:4
**warrants** [2] - 306:23, 307:3
**WAS** [1] - 164:16
**Washington** [5] - 201:1, 204:15, 208:13,
286:23, 314:5
**waste** [4] - 160:20, 163:17, 265:12
**watch** [1] - 293:23
**watching** [2] - 259:14, 267:21
**water** [2] - 192:10, 193:23
**wave** [1] - 241:5
**WDQ-10-0770** [1] - 158:5
**weapons** [1] - 214:21
**week** [12] - 162:10, 219:13, 219:14,
219:20, 255:7, 256:24, 280:16,
283:10, 322:6, 345:14, 345:17, 345:18
**weeks** [1] - 345:16
**weight** [1] - 305:3
**Wendy** [3] - 270:13, 272:24, 322:6
**West** [2] - 159:24, 292:7
**westbound** [1] - 324:13
**whereabouts** [1] - 199:7
**wherein** [1] - 161:3
**whichever** [1] - 349:11
**white** [11] - 252:18, 255:21, 256:6,
263:13, 282:9, 283:24, 283:25, 284:2,
284:7, 319:16, 329:18
**whole** [3] - 161:15, 235:21, 320:8
**widespread** [1] - 190:9
**Wilber** [1] - 270:10
**Wilbert** [1] - 327:11
**William** [1] - 160:4
**WILLIAM** [1] - 158:11
**willing** [1] - 225:25
**window** [11] - 191:18, 191:24, 191:25,
271:1, 316:16, 316:24, 317:1, 317:7,
328:2, 329:21
**windows** [4] - 191:11, 193:12, 193:14,
193:17
**wings** [2] - 303:25, 328:2
**wipes** [3] - 192:10, 192:18, 193:24
**Wireless** [1] - 323:16
**wish** [3] - 162:2, 306:4, 355:12
**Witness** [8] - 186:13, 288:20, 319:14,

327:6, 341:5, 349:2, 354:23, 357:11

**witness** [15] - 161:14, 161:24, 164:6, 174:5, 228:11, 248:10, 250:24, 265:18, 304:14, 335:23, 336:16, 336:19, 337:13, 337:18, 338:20

**WITNESS** [23] - 164:10, 171:7, 184:19, 184:25, 196:11, 199:10, 199:14, 209:16, 214:8, 217:5, 217:15, 218:12, 219:4, 228:14, 244:10, 265:21, 268:17, 268:21, 300:1, 313:19, 315:13, 322:16, 349:7

**witnesses** [5] - 162:10, 210:22, 239:25, 305:24, 306:7

**WITNESSES** [1] - 357:7

**woman** [9] - 195:9, 195:12, 209:21, 285:3, 287:1, 287:3, 289:22, 312:16, 337:18

**women** [5] - 195:8, 218:8, 247:1, 278:23

**women's** [1] - 322:9

**wonder** [1] - 264:19

**word** [6] - 211:4, 216:18, 217:9, 235:24, 353:22

**words** [2] - 211:11, 216:15

**wrapping** [1] - 343:21

**write** [1] - 277:12

**writing** [6] - 183:11, 219:6, 311:18, 318:5, 318:6, 320:19

**written** [2] - 258:23, 320:24

**wrote** [1] - 213:23

---

## Y

**YASSER** [2] - 174:15, 306:6

**Yasser** [3] - 158:15, 335:2, 335:8

**year** [1] - 339:13

**years** [1] - 304:17

**yellow** [1] - 283:22

**Yenis** [2] - 323:2, 325:13

**yesterday** [3] - 164:20, 167:9, 293:13

**York** [1] - 314:5

**yourself** [3] - 224:14, 246:14, 259:14

**yourselves** [3] - 227:24, 314:16, 354:14

---

## Z

**zoom** [5] - 249:5, 252:23, 254:3, 256:6, 271:7