```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       NORTHERN DIVISION


_____ )
                                 )
UNITED STATES OF AMERICA         )
                                 )
                                 )
    v.                           )  Criminal Docket No. WDQ-10-0770
                                 )  Volume X
GERMAN de JESUS VENTURA and      )
KEVIN GARCIA FUERTES,            )
        Defendants               )
_____)
                                        Baltimore, Maryland
                                        April 22, 2013
                                        12:43 PM to 12:56 PM
```

**THE ABOVE-ENTITLED MATTER CONTINUED ON FOR**
**JURY TRIAL**
**BEFORE THE HONORABLE WILLIAM D. QUARLES, JR.**

A P P E A R A N C E S

On behalf of the Government:

    Michael Cunningham, Assistant U.S. Attorney
    Rachel Yasser, Assistant U.S. Attorney

On behalf of Defendant German de Jesus Ventura:

    Gerald Ruter, Esquire

On behalf of Defendant Kevin Garcia Fuertes:

    Michael D. Montemarano, Esquire

```
 1              A P P E A R A N C E S (CONT.)

 2    Also present:

 3          HSI Special Agent Edward Kelly
            Victoria Kirchgessner, Spanish Interpreter
 4














22                    Reported by:

23          Martin J. Giordano, RMR, CRR, FOCR
            U.S. Courthouse, Room 5515
24          101 West Lombard Street
            Baltimore, Maryland 21201
25          410-962-4504
```

```
 1                 PROCEEDINGS OF APRIL 22, 2013
 2            THE CLERK: All rise. The United States District
 3   Court for the District of Maryland is now in session, The
 4   Honorable William D. Quarles, Jr. presiding.
 5            THE COURT: Good afternoon. Please be seated.
 6            Counsel, are you ready for the jury? We have
 7   verdicts.
 8            MR. RUTER: Yes, Your Honor.
 9            MR. CUNNINGHAM: Yes, Your Honor.
10            (Jury enters.)
11            THE COURT: Good afternoon.
12            THE CLERK: Taking --
13            THE COURT: Please be seated.
14            THE CLERK: Taking a verdict in Criminal
15   Number WDQ-10-cr-0770, *United States of America versus German
16   de Jesus Ventura and Kevin Garcia Fuertes*.
17            Members of the jury, will you please answer to roll
18   call.
19            Juror Number 1?
20            JUROR 1: Here.
21            THE CLERK: Juror Number 2?
22            JUROR 2: Here.
23            THE CLERK: Juror Number 3?
24            JUROR 3: Here.
25            THE CLERK: Juror Number 4?
```

```
 1              JUROR 4:  Here.
 2              THE CLERK:  Juror Number 5?
 3              JUROR 5:  Here.
 4              THE CLERK:  Juror Number 6?
 5              JUROR 6:  Here.
 6              THE CLERK:  Juror Number 7?
 7              JUROR 7:  Here.
 8              THE CLERK:  Juror Number 8?
 9              JUROR 8:  Here.
10              THE CLERK:  Juror Number 9?
11              JUROR 9:  Here.
12              THE CLERK:  Juror Number 10?
13              JUROR 10:  Here.
14              THE CLERK:  Juror Number 11?
15              JUROR 11:  Here.
16              THE CLERK:  And Juror Number 12?
17              JUROR 12:  Here.
18              THE CLERK:  Members of the jury, have you agreed of
19     your verdicts?
20              JURORS:  We have.
21              THE CLERK:  Who shall say for you?
22              JURORS:  Our foreperson.
23              THE CLERK:  Will the foreperson please rise.
24              (Juror 11 stands.)
25              THE CLERK:  Has the verdict sheet been signed and
```

1    dated by you?

2            **JURY FOREPERSON:** Yes.

3            **THE CLERK:** It is desired by the Clerk to present it

4    to the Court.

5                (Document tendered to the Clerk.)

6                (Document tendered to the Court.)

7                (Document tendered to the Clerk.)

8                (Document tendered to the Jury Foreperson.)

9            **THE CLERK:** Mr. Foreperson, will you please rise.

10           As I read the questions, will you provide the

11   answer?

12           **JURY FOREPERSON:** Yes.

13           **THE CLERK:** How do you find Defendant German de

14   Jesus Ventura, not guilty or guilty, of the matters which he

15   stands indicted as to Count 1?

16           **JURY FOREPERSON:** Guilty.

17           **THE CLERK:** As to Count 2?

18           **JURY FOREPERSON:** Guilty.

19           **THE CLERK:** As to Count 3?

20           **JURY FOREPERSON:** Guilty.

21           **THE CLERK:** As to Count 4?

22           **JURY FOREPERSON:** Guilty.

23           **THE CLERK:** As to Count 5?

24           **JURY FOREPERSON:** Guilty.

25           **THE CLERK:** As to Count 6 -- 6(a)?

1        **JURY FOREPERSON:** Guilty.

2        **THE CLERK:** As to Count 7?

3        **THE COURT:** 6(b), did you have?

4        **THE CLERK:** 6(b)?

5        **JURY FOREPERSON:** Guilty.

6        **THE CLERK:** And as to Count 7?

7        **JURY FOREPERSON:** Guilty.

8        **THE CLERK:** How do you find the Defendant, Kevin

9    Garcia Fuertes, not guilty or guilty, of the matters which he

10   stands indicted, as to Count 1?

11       **JURY FOREPERSON:** Guilty.

12       **THE CLERK:** As to Count 2?

13       **JURY FOREPERSON:** Not guilty.

14       **THE CLERK:** As to Count 3(a)?

15       **JURY FOREPERSON:** Not guilty.

16       **THE CLERK:** As to Count 3(b)?

17       **JURY FOREPERSON:** Guilty.

18       **THE CLERK:** Members of the jury -- shall I poll the

19   jury?

20       **THE COURT:** Poll the jury, please.

21       **THE CLERK:** Juror Number 1 -- Juror Number 11,

22   having been the foreperson, having delivered the verdicts as

23   asked by the Clerk and answered by you, are those your

24   verdicts?

25       **JURORS:** Yes, they are.

```
 1          JURY FOREPERSON:  Yes.
 2          THE CLERK:  Juror Number 1, having heard the
 3    verdicts as asked by the Clerk and answered by your
 4    foreperson, are those your verdicts?
 5          JUROR 1:  Yes.
 6          THE CLERK:  Juror Number 2, having heard the
 7    verdicts as asked by the Clerk and answered by your
 8    foreperson, are those your verdicts?
 9          JUROR 2:  Yes.
10          THE CLERK:  Juror Number 3, having heard the
11    verdicts asked by the Clerk and answered by your foreperson,
12    are those your verdicts?
13          JUROR 3:  Yes.
14          THE CLERK:  And, Juror Number 4, having heard the
15    verdicts as answered by your foreperson, and -- asked by the
16    Clerk and answered by your foreperson, are those your
17    verdicts?
18          JUROR 4:  Yes.
19          THE CLERK:  Juror Number 5, having heard the
20    verdicts as asked by the Clerk and answered by the foreperson,
21    are those your verdicts?
22          JUROR 5:  Yes.
23          THE CLERK:  Juror Number 6, having heard the
24    verdicts as asked by the Clerk and answered by your
25    foreperson, are those your verdicts?
```

1           **JUROR 6:**  Yes.

2           **THE CLERK:**  Juror Number 7, having heard the

3   verdicts as asked by the Clerk and answered by your

4   foreperson, are those your verdicts?

5           **JUROR 7:**  Yes, ma'am.

6           **THE CLERK:**  And, Juror Number 8, having heard the

7   verdicts as asked by the Clerk and answered by your

8   foreperson, are those your verdicts?

9           **JUROR 8:**  Yes.

10          **THE CLERK:**  Juror Number 9, having heard the

11  verdicts as asked by the Clerk and answered by your

12  foreperson, are those your verdicts?

13          **JUROR 9:**  Yes.

14          **THE CLERK:**  Juror Number 10, having heard the

15  verdicts as asked by the Clerk and answered by your

16  foreperson, are those your verdicts?

17          **JUROR 10:**  Yes.

18          **THE CLERK:**  And, Juror Number 12, having heard the

19  verdicts as asked by the Clerk and answered by your

20  foreperson, are those your verdicts?

21          **JUROR 12:**  Yes, it is.

22          **THE CLERK:**  Members of the jury, hearken to your

23  verdict as the Court hath recorded it, that the Defendant

24  German de Jesus Ventura stands guilty as to all counts, and

25  Defendant Kevin Garcia Fuertes, is guilty as to Count 1 and

```
 1    Count 3 -- 6, and not guilty on Count 2, and so you say all?
 2             JUROR 4:  Yes.
 3             JURY FOREPERSON:  I think -- I'm sorry.  I said
 4    Count 6(a) was a not guilty verdict.
 5             THE CLERK:  Correct.  Thank you.
 6             THE COURT:  As to Mr. Fuertes?
 7             JURORS:  Yes.
 8             THE COURT:  Ladies and gentlemen, I want to thank
 9    you for the service you've given us into our third week now.
10    I know that jury duty is nobody's favorite thing to do.  I've
11    had jurors tell me they would rather go to the dentist than
12    spend time here.
13             (Laughter.)
14             THE COURT:  So I understand that it is a sacrifice
15    for you as well as a very stressful period for you, but I
16    think, this evening, when you are telling your family and
17    loved ones about what you've been doing for the past few
18    weeks, I hope that, in addition to any inconvenience you tell
19    them about, you also explain to them the importance of jury
20    duty in a functioning democracy.  The alternative to having
21    this power reside with you would be, of course, having
22    government employees make these decisions over and over again,
23    and we would lose some of the common sense, life experience,
24    and wisdom that this system provides us.
25             So, when you are talking, again, to friends, explain
```

```
 1    that it's real.  There are very few other places in the world
 2    where citizens come into courthouses and exercise governmental
 3    power, governmental authority to decide these sorts of things.
 4    We are, the government, are subordinate to you and your
 5    authority when you are acting in this role.  So, as I said,
 6    it's very necessary and an important part of a democracy, and
 7    I think the founders got it right when they put that power --
 8    correction -- when they left that power in your hands.
 9             We will have a small token of appreciation for you
10    in the form of a certificate.  Again, I thank you, and, on
11    behalf of everyone here, I thank you for your service.  You
12    are excused.
13             **JURORS:**  Thank you.
14             (Jury excused.)
15             **THE COURT:**  Belinda, what are the available dates?
16             **THE CLERK:**  Available dates?
17             **THE COURT:**  Counsel, July 18, 1:00 p.m., anyone
18    available for that?
19             **MR. CUNNINGHAM:**  Judge, I know I'm not available
20    that week.
21             **MR. MONTEMARANO:**  Nor am I.
22             **THE COURT:**  Okay.  July 23rd, 1:00 p.m.?
23             **MR. CUNNINGHAM:**  Yes, Your Honor.  The Government is
24    available.
25             **MR. RUTER:**  Yes, Your Honor.
```

1    **MR. MONTEMARANO:**  As am I.

2    **THE COURT:**  Okay.  Then we'll do 1:00 and 2:00 p.m.

3    We will do Mr. Ventura at 1:00 p.m., Madam Clerk, and we will

4    do Mr. Fuertes at 2:00 p.m., all on July 23.  One moment, sir.

5    The Government is checking its calendars again.

6    **MR. CUNNINGHAM:**  Oh, no.  I apologize, Judge.  No.

7    We're both available.  I'm sorry.

8    **THE COURT:**  Okay.  Okay.  Anything further from the

9    Government?

10   **MR. CUNNINGHAM:**  No, Your Honor.

11   **THE COURT:**  From the Defense?

12   **MR. MONTEMARANO:**  No, Your Honor.

13   **MR. RUTER:**  No, Your Honor.

14   **THE COURT:**  Thank you.

15   You had raised your hand, Mr. Ventura?

16   **DEFENDANT VENTURA:**  I hope she can translate this.

17   **THE COURT:**  I'm sorry.  I did not hear.

18   **DEFENDANT VENTURA:**  I'm waiting for her to

19   translate.  Your Honorable Judge, I apologize for always

20   bugging you to ask favors or to ask for something in my favor,

21   but I would like to beg you to please allow me to have my

22   evidence and my discovery now that the trial is over.

23   **THE COURT:**  Okay.  For the reasons that I've

24   explained to you several times, Mr. Ventura, I am unable to

25   grant that request.

```
 1                  Thank you.  Anything further?
 2             DEFENDANT VENTURA:  One more time, I have never seen
 3   the evidence.  I had an unfair trial.
 4             THE COURT:  I understand that, sir.
 5             DEFENDANT VENTURA:  And I'm -- and I would not like
 6   to have this gentleman with me at any time, please.
 7             THE COURT:  Thank you.
 8             MR. RUTER:  Thank you, Your Honor.
 9             THE CLERK:  All rise.  This Honorable Court now
10   stands in recess.
11             (Proceedings adjourned.)
12
13
14   I, Martin J. Giordano, Registered Merit Reporter and Certified
15   Realtime Reporter, certify that the foregoing is a correct
16   transcript from the record of proceedings in the
17   above-entitled matter.
18
19   _____        _____
20      Martin J. Giordano, RMR, CRR                 Date
```