1     IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MARYLAND
2       NORTHERN DIVISION

3  _____
               )
4  UNITED STATES OF AMERICA  )
               )
5              )
    v.       ) Criminal Docket No. WDQ-10-0770
6              )
  GERMAN de JESUS VENTURA,  )
7     Defendant    )
  _____)
8               Baltimore, Maryland
               November 26, 2013
9               1:02 PM to 3:07 PM

10   **THE ABOVE-ENTITLED MATTER CAME ON FOR
         SENTENCING
11  **BEFORE THE HONORABLE WILLIAM D. QUARLES, JR.**

12      A P P E A R A N C E S

13  On behalf of the Government:

14    Michael Cunningham, Assistant U.S. Attorney
     Rachel Yasser, Assistant U.S. Attorney
15
  On behalf of Defendant German de Jesus Ventura:
16
    Gerald Ruter, Esquire
17
  Also present:
18
    HSI Special Agent Edward Kelly
19    Victoria Kirchgessner, Spanish Interpreter
     Marta Goldstein, Spanish Interpreter
20

21

22       Reported by:

23    Martin J. Giordano, RMR, CRR, FOCR
     U.S. Courthouse, Room 5515
24    101 West Lombard Street
     Baltimore, Maryland 21201
25    410-962-4504

| 1 | **PROCEEDINGS OF NOVEMBER 26, 2013** |
|---|---|

2        **THE CLERK:**  All rise.  The United States District

3   Court for the District of Maryland is now in session, The

4   Honorable William D. Quarles, Jr. presiding.

5        **THE COURT:**  Good afternoon.  Please be seated.

6        Please swear the interpreter.

7        **THE CLERK:**  Yes, Your Honor.  Good afternoon,

8   ladies.

9        **INTERPRETER KIRCHGESSNER:**  Good afternoon.

10        (Oath administered.)

11        **THE CLERK:**  Thank you.  Please state your name for

12   the record.

13        **INTERPRETER KIRCHGESSNER:**  Victoria Kirchgessner.

14        **INTERPRETER GOLDSTEIN:**  Marta Goldstein, Federal

15   Court-certified Spanish interpreter.  Good afternoon, Your

16   Honor.

17        **THE CLERK:**  Thank you.

18        **THE COURT:**  Good afternoon, Ms. Kirchgessner,

19   Ms. Goldstein.

20        **INTERPRETER KIRCHGESSNER:**  Good afternoon, Your

21   Honor.

22        **THE COURT:**  Please call the case.

23        **MR. CUNNINGHAM:**  Good afternoon, Judge Quarles.  I

24   call the case of *United States versus German de Jesus Ventura*,

25   Criminal Docket Number WDQ-10-0770.  Michael Cunningham and

 1      Rachel Yasser for the United States, and with us at counsel

 2      table is Homeland Security Investigations Special

 3      Agent Ed Kelly.

 4              **THE COURT:**  Counsel, Special Agent Kelly, good

 5      afternoon.

 6              **MR. CUNNINGHAM:**  Good afternoon, sir.

 7              **S/A KELLY:**  Good afternoon, Your Honor.

 8              **MR. RUTER:**  And, Your Honor, good afternoon.

 9      Gerald Ruter on behalf of Mr. Ventura.  We are here for

10      sentencing.

11              **THE COURT:**  Mr. Ruter, Mr. Ventura, good afternoon.

12              **MR. RUTER:**  Good afternoon, Your Honor.

13              **THE DEFENDANT:**  Good afternoon.

14              **THE COURT:**  Thank you.  Please be seated.

15              Mr. Cunningham, have you read the presentence

16      report?

17              **MR. CUNNINGHAM:**  Yes, Your Honor, I have.

18              **THE COURT:**  Any deletions, additions, or

19      corrections?

20              **MR. CUNNINGHAM:**  Your Honor, as we noted in the

21      letter that we filed, our sentencing memoranda dated

22      September 23rd, 2013, the Government believes that two

23      adjustments that --

24              **THE COURT:**  I will go into those.

25              **MR. CUNNINGHAM:**  Oh, okay.  None other than that,

1     Your Honor, no.

2                    **THE COURT:**  Okay.  Thank you.

3                    Mr. Ruter, have you read the presentence report?

4           **MR. RUTER:**  Yes, I have, Your Honor.

5                    **THE COURT:**  Have you had that report translated into

6     Spanish?

7           **MR. RUTER:**  Yes, sir, I have.

8                    **THE COURT:**  Have you reviewed that report with

9     Mr. Ventura?

10          **MR. RUTER:**  Yes, sir, I did.

11                   **THE COURT:**  Was Mr. Ventura also provided a copy of

12    the report?

13          **MR. RUTER:**  He was.

14          **THE COURT:**  I understand from your sentencing

15    memorandum that you have some arguments to make with respect

16    to the adjustments.  Beyond those, do you have any

17    corrections, deletions, or supplements to the presentence

18    report?

19                   **MR. RUTER:**  No, sir.

20                   **THE COURT:**  Okay.  Let's turn our attention, then,

21    to the adjustments to the guidelines.

22                   **MR. RUTER:**  Yes, Your Honor.

23                   **THE COURT:**  And I guess we'll start with the two the

24    Government is most interested in.

25                   **MR. CUNNINGHAM:**  Your Honor, as indicated in our

 1    sentencing memorandum, the Government believes that a

 2    vulnerable victim adjustment of two levels is appropriate in

 3    this case.  Specifically, with respect to Rebeca Dueñas

 4    Franco, the woman who was essentially the victim in the sex

 5    trafficking by force, fraud, and coercion count.

 6            **THE COURT:**  This is the woman whose testimony was

 7    who lived with Mr. Ventura and whom he rescued from

 8    prostitution, entered into a relationship with, then steered

 9    back into prostitution?

10            **MR. CUNNINGHAM:**  Yes, Your Honor.  That's the one.

11            As you'll recall, she testified to actually acts of

12    physical violence that he perpetrated against her, the

13    discharge of a weapon in her presence, but, to go back to the

14    issue of vulnerability, Your Honor, this was a woman who

15    basically, as you point out, he rescued her from -- well, let

16    me put "rescue" in quotations.  I think, as I suspect Your

17    Honor intended it, it wasn't necessarily that he saved her

18    from that, but that he took her from one situation where she

19    was prostituting for a man in Washington, D.C., and put her

20    into sex trafficking in Maryland.

21            And, as she testified on direct and, in addition,

22    added in cross-examination, she was a young woman who came

23    from a foreign country with virtually no support mechanism

24    here.  Basically, the ability to make some money as a

25    prostitute was essentially all she had.  She had the language

```
 1       barrier.  She had an education barrier.  She had a child,

 2       which was essentially a subject of some leverage that

 3       Mr. Ventura employed, and essentially he knew well all of

 4       those aspects of her character and her situation when he

 5       compelled her and forced her to engage in prostitution

 6       activities.

 7               The other --

 8               THE COURT:  Let's give --

 9               MR. CUNNINGHAM:  Yes, sir.

10               THE COURT:  -- Mr. Ruter an opportunity to respond

11       to the adjustment relating to vulnerable victim.

12               MR. RUTER:  Your Honor, our position really is quite

13       to the contrary.  I think the testimony of Ms. Franco made it

14       very clear that the relationship between she and Mr. Ventura

15       was a relationship of a familial type.  She lived with him.

16       He, in fact, I will say, took care of her for a period of time

17       before she says he forced her into prostitution.

18               It was clearly consensual and voluntary on her

19       part --

20               THE COURT:  Looking at the evidence from the

21       Government's perspective, which I think we're probably

22       constrained to do at this point, how can you say there was no

23       coercion involved?

24               MR. RUTER:  Your Honor, I don't think that

25       coercion --
```

1          **THE COURT:**  I'm --

2          **MR. RUTER:**  -- changes her into a vulnerable victim.

3          **THE COURT:**  I'm getting there.

4          **MR. RUTER:**  I'm sorry?

5          **THE COURT:**  I'm getting there.  I want to get these

6     parts.

7          **MR. RUTER:**  Okay.

8          **THE COURT:**  Do you wish to argue coercion, or do you

9     just want to talk about whether she's vulnerable or not?

10         **MR. RUTER:**  That's all, because the testimony is

11    clear, Your Honor, from her standpoint, it's -- I know

12    Mr. Ventura testified to the contrary.  The jury obviously

13    chose to believe Ms. Franco, that she was coerced or otherwise

14    forced.  So that is the state of the record.  I admit that.

15         **THE COURT:**  Okay.  So a young, poorly-educated,

16    single mother relying on the Defendant for her support and

17    sustenance in a foreign country and being subjected, according

18    to the evidence, to physical violence, that's not a vulnerable

19    victim?

20         **MR. RUTER:**  Your Honor, I believe, to be a

21    vulnerable victim, she would have needed to have started out

22    in that condition, and that's not the way the relationship

23    started out.  I don't know why the relationship changed, and,

24    quite frankly, I don't think the record is clear either, but I

25    don't see how you can change what I do not believe was a

```
 1     vulnerable victim when they first met and dated and spent
 2     considerable time with each other when the illegal activity
 3     commenced.  I don't see that the transition can be made from
 4     being unvulnerable to now she is in vulnerable, and that's the
 5     status of my argument.
 6              THE COURT:  That's accepting, I guess, the premise
 7     that she was not vulnerable when she entered into the
 8     relationship, and perhaps she was not, at the initial part of
 9     the relationship, abused, but she still had the
10     characteristics; again, the language difficulty, the child,
11     stranger in a strange land, limited economic opportunities.
12     That was all there.  The only thing that wasn't there at the
13     beginning of the relationship was the abuse -- the physical
14     abuse.
15              MR. RUTER:  That part, Your Honor, is true.  I admit
16     she had --
17              THE COURT:  And you just told me that the physical
18     abuse is not the key to the consideration.
19              MR. RUTER:  It's not.  What I'm agreeing with Your
20     Honor is I admit she had limited skills to speak English.  She
21     had limited skills for employment.  That part is true when the
22     relationship started.
23              THE COURT:  And she was, therefore, isolated, wasn't
24     she?
25              MR. RUTER:  Your Honor, I think her testimony was
```

1    she was isolated when she started the relationship in terms of

2    prostitution, that her testimony was that she was kept inside

3    of a house, and she really couldn't go by herself.  That's

4    what I understood her testimony to be.

5              **THE COURT:**  She was confined --

6              **MR. RUTER:**  It was not her testimony when the

7    relationship started.

8              **THE COURT:**  No, but she was confined?

9              **MR. RUTER:**  That was her -- yes, sir.  That was her

10   testimony.

11             **THE COURT:**  Okay.  So your premise is that, if she

12   was not -- well, if she wasn't mistreated at the beginning of

13   the relationship, any change in the treatment does not

14   transform her into a vulnerable victim?

15             **MR. RUTER:**  Yes.  If she was not vulnerable to

16   begin, then the fact that she began prostituting -- and, Your

17   Honor, I'm not even too sure the testimony is clear that the

18   threats started at the very beginning of the prostitution.

19   I'm not even too sure that's clear.

20             There was clear testimony that the threats did occur

21   during the prostitution when she refused to do what she

22   alleges Mr. Ventura had asked her to do, but it's not clear to

23   me the testimony was that the relationship stopped and, rather

24   than some kind of loving, caring relationship, it was

25   immediately changed into a, "You do this, or else," and the

1    "else" was acts of violence.  I don't think that's the state

2    of the record either.  That being the case, I don't think that

3    the threshold is met that she was vulnerable to begin with.

4            I can't imagine, Judge Quarles, that, because a

5    person may be a bit uneducated or may be in a foreign land,

6    that that by itself should reach the threshold of making that

7    person vulnerable.

8            **THE COURT:**  But I don't think the Government's

9    argued that that by itself was what did it.  I think the

10   Government is saying that it was a list of things, which

11   included her youth, the single parenthood, her lack of

12   language skills, the apparent lack of marketable vocational

13   skills, that it was, for want of a better word, a

14   constellation of things that made her vulnerable.

15           **MR. RUTER:**  Your Honor, I understand the argument.

16   I stick by mine.  She was not vulnerable to begin with, and

17   the fact that there may have been some threats later on in the

18   relationship does not make her become a vulnerable person at

19   that stage, especially given the relationship she had already

20   had before.

21           She clearly knew, Your Honor, what was going to be

22   required for her if, in fact, her testimony is to be believed,

23   as far as prostituting herself.  I don't see how the

24   Government can just go from what I think was a somewhat normal

25   relationship for some period of time, and then turn her into a

1   vulnerable victim because she then began prostituting herself,

2   and thereafter perhaps some kind of coercion or force was

3   used.

4            THE COURT:   Thank you, Mr. Ruter.

5            Mr. Cunningham, you get the last words.

6            MR. CUNNINGHAM:   Thank you, Your Honor.

7            You alluded to her status, and then you used the

8   term that I think is appropriate.   There were a constellation

9   of matters of background, character, you know, things that --

10  her education and lack of ability to work, the fact that she

11  was an illegal alien in the United States, didn't have the

12  support structure.   But, fundamentally, when the Defendant

13  initiated this association with -- and I guess you could say

14  it developed into a relationship of sorts -- she was

15  prostituting for a man, and she -- according to her testimony,

16  she wanted to get out of that.   She was desperate to get out

17  of that, and he did offer her that apparent lifeline, and he

18  got her out of it, at least temporarily, and created that

19  appearance of the rescue, if you will, only to take advantage

20  of the fact that then all those vulnerabilities redounded to

21  his ability to essentially take advantage of and compel her to

22  undertake, you know, prostituting on his behalf.

23           THE COURT:   Thank you.

24           I think the combination of factors that we

25  discussed -- the cultural, the educational factors, the single

1    parenthood, plus, as the Government correctly reminds me, that

2    it wasn't, Mr. Ruter, a relationship of someone who walked in

3    off the street, engaged in a romantic relationship, and that

4    deteriorated.  The fact of the matter was she was, at the time

5    they met, already in an exploited position.  That is, she was

6    working as a prostitute here.  And that person was, viewing

7    the evidence in the light most favorable to the Government,

8    lured into a relationship that certainly and apparently fairly

9    quickly began to feature physical abuse as well as mental

10   abuse.  So I think the victim-related adjustment under

11   Guideline § 3A1.1(b)(1) is appropriate, and I will adjust two

12   levels upward.

13        **MR. RUTER:**  And, Your Honor, if I could just add --

14   I think you know this part was coming -- in light of *Alleyne*

15   *versus United States*, as you might have seen from my last

16   submission, I would further argue that this Court should not

17   make such a finding which will, in fact, increase his advisory

18   guideline range, which will then cause this Court to most

19   likely give him the sentence being effected by that guideline

20   range.  Rather, I believe this item should be submitted to a

21   jury, should be charged in the charging document, submitted to

22   a jury for their consideration, and then found beyond a

23   reasonable doubt.

24        **THE COURT:**  I understand your argument --

25        **MR. RUTER:**  Thank you, sir.

1          **THE COURT:** -- and it is preserved.

2          Next adjustment.

3          **MR. CUNNINGHAM:** Your Honor, the other matter for

4    adjustment the Government believes is appropriate here -- and

5    it's identified in Paragraph 4(h) of the Government's

6    sentencing memorandum -- is that there should be a two-level

7    upward adjustment because of obstruction of justice.  The

8    Government acknowledges that indeed a defendant simply who

9    testifies and may be found guilty does not, *per se*, warrant

10   the obstruction of justice enhancement, but the Court must do

11   an analysis to determine if, in fact, the testimony could

12   constitute perjury, and we've identified the legal test here.

13          The Defendant, as indicated -- and we don't have the

14   transcript of his testimony, but, as I think Your Honor will

15   remember, virtually denied everything, including knowing any

16   of the witnesses who identified him as an employer, but for I

17   think he did acknowledge -- well, he did acknowledge knowing

18   Ms. Rebeca Dueñas Franco.  My recollection is he denied

19   knowing his co-defendant, Mr. Fuertes.

20          But, significantly -- and of course Mr. Fuertes

21   obviously didn't testify against him, but people like Carlos

22   Ascencio -- it was Carlos Campos who did work for him and

23   testified, and even some of the people whose credibility was

24   perhaps more attacked, the -- Rapalo and Franco --

25   Francisco -- excuse me -- Ramirez.  They all testified that

1     they knew him, that they had been working for him at some

2     point in time, and his testimony was a wholesale denial of

3     knowing anybody, being involved in anything, knowing anything

4     as -- "I don't know anything," as I have some recollection of

5     hearing that from him.  "I don't know anybody.  I don't know

6     anything."  But it was a wholesale denial of being involved in

7     any way whatsoever with the prostitution business.  He did

8     acknowledge his engaging prostitutes as a customer with

9     respect to Ms. Rebeca Dueñas Franco, but that was as far as he

10    went in the context of that admission.

11         **THE COURT:**  Is there a difference -- and I don't

12    want to pull you out of your argument, but is there a

13    difference between a defendant who takes the stand and

14    essentially relies on a general denial of guilt as opposed to

15    one, say, who testifies in great detail to a false alibi or to

16    any of the other contested factual issues at trial?

17         **MR. CUNNINGHAM:**  Judge, I do -- I think that the

18    Court would find that there would be a distinction there,

19    specifically because a general denial conceivably could

20    include things that may be intent-related.  I'm --

21         **THE COURT:**  It's, in essence, no more than a not

22    guilty plea, isn't it?

23         **MR. CUNNINGHAM:**  It is, Your Honor, and, so long as

24    it went that far, I don't think that the Court would be

25    inclined to think that it would constitute the kind of

1  testimony that the Court believes is necessary to warrant this

2  enhancement.  The Court recognizes, obviously, that it's not

3  trying to chill a defendant's right to testify.  It's just

4  saying, if you do choose to testify, you're constrained to

5  testify in the same way any other witness is; that is,

6  truthfully.

7          **THE COURT:**  There is a materiality requirement.

8  Does the materiality requirement mean something more than --

9  it's a tick on the list of elements.  Does the materiality

10  requirement mean that essentially the story has to be facially

11  believable?  Not to succeed, but that it must have had some

12  reasonable chance of success, which probably was not the case

13  here?  Isn't that sort of the essence of materiality?

14          **MR. CUNNINGHAM:**  I believe so, Your Honor, and what

15  I'm looking at is the citation or the quote that we included

16  that may come close to that particular point, where it says,

17  if a defendant testified falsely about a non-material matter

18  or lack of requisite *mens rea* because false testimony was the

19  result of confusion, mistake, or faulty memory, it wouldn't

20  get over that threshold, but --

21          **THE COURT:**  No.  I'm asking, in addition to the

22  list, that the facially unbelievable testimony, is that

23  material?

24          **MR. CUNNINGHAM:**  Well, yes.  The Government submits

25  it is, Your Honor.  For one thing, to the extent that the

1    individuals who testified that they knew him, that they had

2    worked for him, and then his testimony is that I don't even

3    know them, one, it goes directly counter to the testimony of

4    them as to their association, how they were associated with

5    him, and that, in fact, they worked in an illegal enterprise

6    for him.  Inherent in the, "I don't know them," is, "They

7    didn't work for me.  Everything they've said as far as knowing

8    me and having been employed in my brothels is false," and I

9    think it's material as to the question of:  Was he, in fact,

10   engaged in this illegal enterprise?  Did he have people, you

11   know, working as agents for him in that context?

12            THE COURT:  The question is merely:  Does

13   materiality require believability?

14            MR. CUNNINGHAM:  I don't know the answer to that,

15   but I don't believe so, Your Honor.

16            THE COURT:  Okay.  Thank you.

17            Mr. Ruter, the obstruction adjustment?

18            MR. RUTER:  Your Honor, I was looking more at the

19   willful intent to deceive element of obstruction in that --

20            THE COURT:  Well, that would require me to believe

21   that he was motivated by innocent motivation.

22            MR. RUTER:  It would.  It would.

23            THE COURT:  That's a fairly high hurdle, Mr. Ruter.

24            MR. RUTER:  Judge, you were here for that testimony

25   obviously, and I'm trying to figure out how to put it

1    politely, Your Honor, but you've put it as politely as it can

2    be and couched it in terms of materiality.  The testimony was

3    so out of line with anything else that had been heard or seen

4    in the courtroom over the course of a couple weeks that it's

5    difficult how one could at any glance determine that what was

6    being said was material to any issue.

7         A lot of what was said was not even responsive to

8    questions.  It was just an ongoing rambling discussion, if you

9    will, by Mr. Ventura as to what he was doing.  I think he did

10   admit, Your Honor, that he was aware that prostitution was

11   going on, that he called the police about it.  His position

12   has always been that he's not a leader of a prostitution ring;

13   somebody else is, as he had testified to.

14        That may not, by the way, be -- the fact that

15   somebody else may be a leader of a prostitution ring may, in

16   fact, be true, but his assertions were always just in very

17   broad brushes, and it's difficult for me to see how anyone

18   could believe that anything that he testified to was material

19   to any issue before the Court, and that he was trying to

20   deceive anybody.  He was just talking -- over my strenuous

21   objection that he would talk at all, he was just talking for

22   the sake of talking, and that was --

23        **THE COURT:**  I admit that is one way of looking at

24   the broad testimony.  Another way of looking at it is, though,

25   that essentially it contested every material element of the

1    offense, a general denial of it, and, to be fair to the

2    Government, it was a bit more detailed than a general denial.

3            **MR. RUTER:**  Yes.  When asked maybe the same question

4    thirty times and it came out differently every time, one might

5    find a grain of materiality in that, but I still stand by the

6    argument, Judge, that, when you examine that testimony, it's

7    difficult to see how whatever he said was material to any

8    specific thing, and I do repeat, because I think it's so

9    appropriate in his case, that I don't think he willfully

10   intended to deceive anybody.  He simply wanted to have his day

11   in court and to say whatever he wanted to say, even whether it

12   was in response to any question being thrown at him.

13           **THE COURT:**  Okay.  Last word?

14           **MR. CUNNINGHAM:**  Your Honor, to go back to sort of

15   the basics, where the rule defines "material," it states that

16   it's a fact, a statement, that, if believed, and I gather

17   that's the whole struggle.

18           **THE COURT:**  I suppose --

19           **MR. CUNNINGHAM:**  When you say "believable" --

20           **THE COURT:**  Is it believable, yes.

21           **MR. CUNNINGHAM:**  Well, I suppose, if somebody

22   testified to something so preposterous that, you know, it's

23   impossible to believe, but, to the extent that the testimony

24   was -- and I recall Your Honor's perhaps point as to the

25   length of the cross-examination, but the point was it was a

1    repeated response to or attempt to direct questions relevant

2    to the whole investigation.  It included things like

3    outlandish allegations against the Government investigators,

4    the law enforcement officers that interviewed him, and

5    arguably --

6              THE COURT:  Well, those things, I would find are

7    probably not material.

8              MR. CUNNINGHAM:  Except that, Your Honor, to the

9    extent -- well, and, as you pointed out, we did not intend

10   to -- we did not introduce evidence of his statement that was

11   made to the investigators, but the testimony of the

12   investigators, both Agent Kelly and Detective Hartlove,

13   included a lot of the things that they learned and developed

14   through the course of their investigation, and, to the extent

15   that his testimony bore on -- it was a character -- an

16   attempted character assassination in some respects of

17   particularly Special Agent Kelly, and, if the conclusion had

18   been reached that there was some personal animus by

19   Agent Kelly against Mr. Ventura, it's certainly conceivable

20   that one or more jurors may have concluded they should reject

21   the testimony of the agent and -- regardless of what they did

22   with the other testimony of the Defendant, they should reject

23   it.

24              So I do think that you can look at those things and

25   find they were material, but, going back to the more specific

1   denials of criminal conduct and engaging in the prostitution

2   business, that's essentially what his testimony was -- a

3   wholesale rejection of any criminal conduct, at least any

4   charged criminal conduct, and the Government contends that

5   those allegations were, in fact, material.

6          There is another aspect of this obstruction that we

7   did not brief, and I am not -- the rule, or the guidelines

8   don't really address this very well, but I think the Court

9   would well recall that Mr. Ventura's conduct in court, not

10   just during his testimony, but at other times during the

11   proceedings, really had a very obstructive quality to it, and

12   I would submit that it, in its entirety, warrants the

13   enhancement.

14          **THE COURT:**  Thank you.

15          Although the issue of materiality obviously raises

16   some concerns for me, without wishing to establish a right for

17   the Defendant to take the stand and defend with an outrageous

18   bit of testimony, I think materiality is clearly related to

19   the subject matter more so than to whether the testimony

20   itself is believable.  I think -- and, again, I have some

21   discomfort with it, but I think the Defendant gives wildly

22   implausible testimony about a material matter, such as his

23   participation, such as whether he was in the business, such as

24   others' participation in it.  I think that, coupled with its

25   falsity, which is clear, and with its evident willful intent

 1    to deceive, which is obviously the reason why he took the

 2    stand and testified -- it wasn't just an exercise in

 3    storytelling skills.

 4         So, although, as I said, because of the sort of

 5    facially incredible testimony in total, I have some

 6    hesitance -- well, hesitance is too strong a word.  I feel

 7    that the obstruction adjustment has sufficient basis, and,

 8    accordingly, I will give the Government the two-level upward

 9    adjustment for obstruction, notwithstanding the concerns about

10    the facially incredible testimony.

11         That leaves us at 42 offense level, Criminal History

12    Category I guidelines for Counts 1 through 6, with the

13    exception of those for which there are lower statutory

14    maximums, at 360 to life.

15         I will hear from the Government on sentencing.

16         **MR. CUNNINGHAM:**  Your Honor, obviously Mr. Fuertes'

17    sentencing proceeding has already transpired, and you heard

18    from the Government as to the nature of this crime already,

19    and I don't see that any new victims who perhaps had not

20    previously heard the Government's position with this regard

21    are present.  We stated our position in the sentencing

22    memoranda, so I will try to be brief here, just reiterating

23    that collectively these kind of crimes are really some of the

24    worst forms of exploitive behavior that a criminal can engage

25    in -- using other people for the financial gain and basically

1   making them work in such degrading conditions and, as you've

2   heard us repeat several times, the kind of squalor that these

3   brothels represented, the transient nature, the lack of

4   essentially, you know, kind of the decent human contact that

5   people want and need.

6          I know I've heard you speak several times to your

7   understanding of why aliens want to come to the United States

8   and will go to desperate measures to come here illegally,

9   risking a lot of things, and indeed suffering as Ms. Dueñas

10  Franco did, apparently a rape from a coyote while she was

11  being transported up here.  They come with the expectation of

12  things being better in the United States, and sometimes

13  they're sent under the conditions that they engage in the

14  conduct, and I apologize because, off the top of my head, I've

15  forgotten the name of the witness who, you'll recall, she --

16  she came down from New Jersey.  The father of her children,

17  who was with her children in Mexico, made her come to the

18  United States and made her engage in prostitution --

19          **MS. YASSER:**  Margarita Santiago.

20          **MR. CUNNINGHAM:**  Yeah.  Margarita Santiago.  Thank

21  you.

22          And then she got into the pool, if you will, and

23  was -- that exploitation continued and was furthered by the

24  Defendant and other individuals working in the same industry.

25  It's a serious crime to begin with, and then, when you overlay

1       the force, fraud, and coercion component, the law recognizes

2       just how much more aggravated it is.

3              In the instant case, Mr. Ventura had weapons.  We

4       heard the testimony from Carlos Campos that he showed those

5       weapons.  We heard the testimony from -- or a weapon.  Excuse

6       me.  Not weapons.  That he had Fuertes display the gun, and

7       that was in the context of the threat to Victor.

8              Ms. Dueñas Franco testified that he had a gun, that

9       he brandished it, and that he, in fact, discharged it in her

10      presence as essentially one of these tools in compelling her

11      compliance with his dictates and his demand that she engage in

12      sex with people she or a person that she otherwise didn't want

13      to engage in sex with, all of which is to come around to the

14      fact that the Government obviously contends that this is a

15      very serious crime.

16             We actually join Mr. Ruter in contending that we did

17      not present or ask the jury to find that the brandishing was

18      found and, hence, per the *Alleyne* decision, the Court should

19      only impose a 60-month consecutive sentence to whatever

20      sentence you otherwise impose for the other crimes, which

21      brings us to:  What is the Government's recommendation?  And,

22      as we indicated --

23             **THE COURT:**  Before you get there, there are some

24      points raised in Mr. Ruter's letter that I wanted to discuss

25      with you --

1          **MR. CUNNINGHAM:**  Yes, sir.

2          **THE COURT:**  -- in terms of things that should be

3    mitigating in the sentencing.

4          And, Mr. Ruter, your memorandum was filed under

5    seal.  I granted your --

6          **MR. RUTER:**  Yes, sir.

7          **THE COURT:**  -- motion for that.  Is there any --

8    come up to the bench, counsel.

9          **MR. RUTER:**  Thank you, sir.

10         **THE COURT:**  Come up to the bench.

11         (Whereupon, a conference was held at the bench.)

12         **THE COURT:**  Yes, Mr. Cunningham?

13         **MR. CUNNINGHAM:**  Thank you, Your Honor.

14         I wanted to address as a follow-up to the

15   conversation at the bench specifically on that matter of

16   character as it will factor in -- and I appreciate that this

17   is not necessarily sequentially in the necessary scheme, but

18   what I was looking for was a letter that Mr. Ruter had

19   submitted along with its sentencing memorandum on behalf of

20   Mr. Ventura.  It was written by a gentleman who, at the time,

21   was part of a program in the District of Columbia that was

22   assisting individuals in that case.  Of course, it was a

23   pretrial detainee, not an inmate.  But the author was an

24   individual who essentially had a program through the

25   University of the District of Columbia, and I apologize

1    because I'm not immediately putting my hand on the letter, but

2    what I recall -- and I tried to get in touch with the writer

3    actually to follow up on it, but he's no longer with the

4    program, and, as you just heard, I wasn't able to be forwarded

5    to him to direct my question to him.

6            But he spoke to the fact that -- and his letter was

7    written in May or June of 2012, so a good ten months before

8    the trial took place, but there was a suggestion in his letter

9    that Mr. Ventura had self-awareness as to how he found himself

10   in the predicament that he was in, and, candidly, Your Honor,

11   with respect to the writer -- and I appreciate that he's got a

12   laudable objective with the program that he has, but I view

13   with a great deal of scepticism that kind of statement in

14   light of Mr. Ventura's trial testimony, how he behaved in

15   court, and essentially how he has attempted and what I would

16   consider to be manipulative kind of behavior.

17           Factoring into that character context that you're

18   addressing with regard to the § 3553(a) factors, I believe

19   that much more of what we have seen of Mr. Ventura with regard

20   to relations with authority is intending or attempting to

21   effectively manipulate the system, and, if he can see

22   something to his advantage, he may pursue it as far as it may

23   lead him until a determination is made that it is either not

24   redounding to his benefit or the circumstances are different

25   than what he had anticipated.

1          **THE COURT:**  What was his manipulation of the system

2    and how much is sort of the good faith flailings around of

3    someone who doesn't understand the American justice system and

4    trying desperately to defend himself?

5          **MR. CUNNINGHAM:**  Well, Judge, I suppose I think

6    that, while Mr. Ventura is not educated in the American

7    justice system, you're certainly -- you've been the recipient

8    of numerous pleadings from him, some of which, I suspect, are

9    the product of communication with other -- the jailhouse

10   lawyers we all know are out there and giving individuals a lot

11   of misinformation along with information, but, for example,

12   just the repeated essentially communications regarding counsel

13   and coming in, the allegations with regard to the quality of

14   representation, the allegations regarding the trial

15   preparation, which Your Honor is -- as you made the

16   observation in your memorandum in support of the order that

17   you issued yesterday, he was represented excellently by a very

18   well-prepared attorney, and the representations to the

19   contrary are just -- you know, there is just no merit to them.

20          Given the motions that were filed, the actual

21   aggressive litigation in his support, there is simply no

22   support for the contentions that he makes, and yet it

23   effectively disrupts the process, if you will, which is why

24   the Government would characterize it as essentially an attempt

25   to manipulate as opposed to simply the floundering of somebody

```
 1    who doesn't have a clue as to what he's doing in the
 2    communications with the Court.
 3            I mean, to the extent that -- and I go back, if I
 4    may, to the allegations against Agent Kelly and other law
 5    enforcement officers.  Now there is this contention that he
 6    was injured when he was taken into custody.  Well, it wasn't
 7    something we necessarily dealt with in the trial because, as
 8    you observed, we didn't introduce the statement that he made
 9    when he was arrested on November 15th of 2010.
10            But, to go even farther back to the motions hearing,
11    when that was the subject of testimony, it was pretty clear
12    that there was no -- he -- when he was taken into custody, it
13    was out -- I believe it was on interstate or -- excuse me --
14    on Route 50, in the vicinity of Annapolis.  There was no
15    evidence whatsoever of any physical force being used,
16    certainly no excessive physical force, none when he was in the
17    presence of Agent Kelly and Detective Hartlove, and yet now
18    that's a constant refrain in his communication, that, oh, he
19    was injured when he was taken into custody.
20            I'm not sure what the ultimate intent may be of
21    that, but I would characterize it as a manipulative kind of
22    conduct as opposed to something that is a credible allegation
23    that would merit any consideration in this context, either as
24    to guilt or sentencing.
25            And, with regard to the matter at which we were
```

1    speaking at the bench, you know, I would submit that that

2    really was an effort intended not so much to provide some kind

3    of -- well, it was mostly with regard to how might this

4    benefit the Defendant and his ability to change the conditions

5    of his detention at the time.

6         Your Honor, did you want me to speak to any of the

7    other matters that Mr. Ruter raised in the sentencing

8    memorandum?

9         **THE COURT:**  Only those that you wish to address.

10        **MR. CUNNINGHAM:**  Okay.  I don't actually take issue

11   with the Court recommending a place of confinement.  I

12   acknowledge that certainly most inmates can benefit through

13   vocational training, through access to mental health.  I know,

14   as Mr. Ruter alluded to at the bench, that he intends to

15   present to you extracts from Mr. Ventura's medical records,

16   which Mr. Ventura, in his *pro se* submissions of late, has been

17   essentially harping on the lack of attention.

18        I would simply observe that I too, as a result of

19   actually issuing a trial subpoena for them to present them

20   today, received -- well, it's 229 pages plus an additional,

21   oh, I think around 30 pages, so over 240 pages worth of

22   medical records that essentially document the attention that's

23   been provided to Mr. Ventura since he's been in pretrial

24   detention in the custody of the Marshals.

25        Now, a lot of this is duplicative.  Frankly, it's

1     hard to figure out day by day what is the sole entry?  So I

2     accept that there is a lot of redundancy, but one of the

3     things that seems pretty obvious in this volume of

4     paperwork -- I confess that I -- in the time I had, I did not

5     get through all of it, but that Mr. Ventura had access to and

6     availed himself of the medical attention that is afforded to

7     individuals who are in pretrial detention, both in the

8     Chesapeake Detention Facility, as well as the facility in

9     Washington, D.C., and he made his complaints known.

10          It appears from my ability to discern these entries,

11    some of which are in doctor speak and others which are more

12    susceptible to a layman's interpretation, that there were

13    assessments of his well-being, and, on one hand, while he

14    complains -- just to take as an example of sort of the

15    complaints as it factors into what I was earlier suggesting as

16    maybe manipulative kind of things, where he complains of

17    the -- of, you know, back pain and artifacts from the abuse

18    that he suffered when he was arrested in November of 2010, I

19    note that, in the same time frame when he was, I guess,

20    complaining of stomach distress and some other problems in

21    July of 2013, he came in from an injured -- an injured wrist

22    that he got playing basketball, so -- which I am not

23    gainsaying that he may have injured his wrist playing

24    basketball, but presumably his physical situation was not such

25    as to preclude him from participating in the limited

1  recreational activities afforded to pretrial detainees.  Most

2  of the entries in here suggest that, you know, other than the

3  complaints, he presents in a fairly healthy way.

4      I know Mr. Ruter is going to focus on the mental

5  health things.  I acknowledge that there are certainly entries

6  in here suggesting that there are issues of depression and

7  situational anxiety, those kinds of things.  I would imagine

8  it's appropriate for somebody to be depressed who is sitting

9  in pretrial detention and facing the possibility of a lengthy

10 jail sentence.  Dealing with that kind of anxiety and stress

11 and the depression is something which I believe the Bureau of

12 Prisons has, not only in a facility like Butner, but in

13 virtually all of its facilities, opportunities for inmates to

14 come to terms with the situation, to understand better how

15 they got there and how they can, you know, avoid in the future

16 essentially resurrecting those situations that got them there

17 in the first place.

18     So I don't take exception to the appropriateness of

19 that and a recommendation from the bench for those kinds of

20 treatment for him, but, to come back to what is indeed the

21 Government's recommendation for a very serious sentence -- and

22 it's -- as I pointed out, it's at the lower end -- not the

23 lowest end, but at the lower end of the guideline range, which

24 is 360 months to life, so essentially we're recommending a

25 366-month sentence in there, plus the 60 months consecutive

1    because of the 924(c) count.

2            I don't dispute that that's a very serious sentence,

3    Your Honor.  Mr. Ventura's crimes were very serious.  They

4    were very dangerous, very harmful to people, and the

5    Government has a great deal of concern that there is no

6    suggestion in this context -- and, respecting obviously that

7    he's denying his complicity, and I would anticipate there

8    would be an appeal, but there is not one scintilla of

9    essentially remorse, if you will.  Even had he acknowledged

10   that, okay, sure, I was -- you know, I knew Ms. Rebeca Dueñas

11   Franco, I found her in this situation and removed her from it,

12   but there is no awareness.  There is no self-awareness

13   evidenced by Mr. Ventura's conduct that would lead the

14   Government to conclude that anything less than a very serious

15   sentence will be sufficient but not more than necessary to

16   achieve the ends of justice.

17                **THE COURT:**  Thank you.

18                **MR. CUNNINGHAM:**  Thank you.

19                **THE COURT:**  Mr. Ruter?

20                **MR. RUTER:**  Your Honor, first of all, could I impose

21   upon the Clerk to call the Magistrate Judge --

22                **THE COURT:**  Yes.

23                **MR. RUTER:**  -- before whom I should be there at

24   2 o'clock?  It would be appreciated.

25                Your Honor, while I'm speaking, could I ask the

1    Court to mark this as an exhibit, please, as Defense

2    Exhibit 1.  It can be placed under seal, Your Honor, please.

3              **MR. CUNNINGHAM:**  No objection whatsoever.

4              **THE COURT:**  Thank you.  Defense 1 is admitted, will

5    be admitted under seal.

6              **MR. RUTER:**  And, Your Honor, I want the Court to

7    know that -- I hope you know my habits are not to be giving --

8    supplying documents to His Honor as you're determining what to

9    do in a significant case.  Mr. Cunningham and I had

10   discussions the last several weeks about trying to resolve

11   this medical issue situation.  I have seen Mr. Ventura weeks

12   and weeks ago, and I was right in front of him when he signed

13   documents allowing the Super Max to turn over his medical

14   records to me.

15             I then spent, I think, four or five phone calls and

16   two visits to the facility, Your Honor, where the facility

17   denied that they ever received the document.  They never

18   received the request.  And then, last Friday, I think it was,

19   this very thick volume of documents comes to me, where the

20   very paper that Mr. Ventura signed weeks before is the first

21   page in the documents.

22             So I was disappointed that somebody at the facility

23   would continue to deny that they received it, and then get,

24   three weeks later, they appear, but they appeared a bit late.

25   For that, I apologize.

1          **THE COURT:**  Are there parts of the record that you

2     want to direct me to?

3          **MR. RUTER:**  Your Honor, I pulled out only those

4     particular pages that I thought the Court might wish to see,

5     but I will summarize those, Your Honor, as I go through my

6     remarks.  And Your Honor can feel very --

7          (Whereupon, Ms. Goldstein leaves the courtroom.)

8          **THE COURT:**  You're not asking me to take a recess to

9     review these?

10         **MR. RUTER:**  Your Honor, I am not.

11         **THE COURT:**  Okay.

12         **MR. RUTER:**  I am not.  And, if you feel the need,

13    Your Honor, you'll tell me so, but I am not asking the Court

14    to do that.  I will make comments as I proceed.

15         Your Honor, I want the Court to -- and I know you

16    will -- look at the fact that, prior to this conviction and

17    the activities which brought Mr. Ventura here, he has no

18    criminal record.  He has one criminal history point for a

19    driving under the influence sometime ago, and he's been in

20    this country since 1997, Your Honor.

21         Now, I find it somewhat remarkable that a person who

22    has been here now from 1997 until 2007, when these activities

23    were alleged to have commenced -- of course we -- he was

24    arrested November 2010, and he's been incarcerated since, but

25    it appears as if he's a person who was attempting to make his

1    way as best he could as a non-English-speaking person with

2    limited skills and so on, and trying to make a life for

3    himself and his family during at least that ten-year period,

4    quite frankly, until the day that he was arrested.

5            The fact that he was only arrested a couple of

6    times, only one of which led to the conviction for the DUI,

7    speaks to the fact that, by and large, it appears as if

8    Mr. Ventura was living a law-abiding life for a very lengthy

9    portion of his stay in this country.

10           He was engaged in legitimate employment, Your Honor,

11   I suggest, throughout the course of that ten-year period.  He

12   was also engaged in legitimate employment during the course of

13   this conspiracy.  I think the Court heard testimony from the

14   special agent that they saw him from time to time apparently

15   doing some kind of work -- he had a work van.  He had work

16   things in it, and he, in fact, was, on occasion, doing work

17   unrelated to the prostitution situation in which he was, we

18   now know, embroiled.  We know that from his income tax

19   returns, Your Honor, that were introduced during his

20   testimony, which demonstrate that he, in fact, had income from

21   his home improvement company for the last several years before

22   his arrest.

23           Your Honor, you have before you -- and I wanted to

24   address the question of his medical records, because I'm going

25   to ask the Court to consider recommending FCI Butner, which is

1    a medical facility.  I believe that the records you have

2    before you speak to the fact that he may very well benefit

3    from being medically evaluated and treated by those in the

4    mental health community, and FCI Butner is such a facility,

5    and I'd ask you to consider making that recommendation.

6           Those records show, Your Honor, that, according to

7    doctors who have examined him -- and he's been looked at quite

8    a bit.  Mr. Cunningham's point is well taken.  Mr. Ventura

9    alleges no help, and perhaps it may be more accurate to say

10   that what help he's received, it simply hasn't benefited him

11   as much as he would have liked, which is not uncommon for any

12   of us who may suffer from different kinds of maladies.

13          But those records show, Your Honor, that he has

14   suffered from depression, from sleeping problems.  On

15   Page 38 -- you'll notice that the page numbers are numbered in

16   the upper right-hand corner, Your Honor.  If you look to

17   Page 38, you'll notice a host of drugs that he's been on --

18   on, again, for the last few years.  He had the same drugs

19   while he was in Washington, D.C., I'm told.

20          Those drugs are, Your Honor, used for anxiety, used

21   for allergies, acid reflux, hypertension.  Some are

22   antipsychotic, some are antibiotics, and some are to treat

23   manic-depressive disorders, as I had reviewed those medicines

24   before I just made my comment about what those medicines are

25   for.  The records that support those, again, are in front of

1    the Court.

2           You'll note, Your Honor, at Page 59, that the staff

3    believes that Mr. Ventura attempted suicide back in February

4    of 2012.  Now, Mr. Ventura, I think, denied it, and I would

5    submit, Your Honor, that most people who are incarcerated who

6    act in that way oftentimes will deny it because they recognize

7    what's about to happen.  What's about to happen is you'll be

8    in segregation.  You'll be denied any activities of any type,

9    and some folks -- a lot of folks don't want to be segregated

10   and denied what privileges they otherwise might have, but

11   that -- on Page 59 of the documents you have, the doctor

12   indicates that he sees a bipolar disorder also in Mr. Ventura.

13          The documents also indicate, Your Honor, that, at

14   the time they were written, he had been in segregation for

15   over four months.  I think that time actually is much longer

16   than that by the time his segregation ended.

17          Your Honor, I would argue that what you saw in this

18   courtroom over the course of a couple of weeks during the

19   trial and what we see in the pleadings to which Mr. Cunningham

20   alluded actually makes the point.  Mr. Ventura has some mental

21   health issues that need to be addressed.  One can argue that

22   he's malingering, and one could argue that he's manipulating,

23   and I understand why the Government says that, but I believe

24   that one can also argue, just as effectively and I believe

25   more accurately, supported by the documents you have in front

1  of you, that this man does have significant mental health

2  issues.

3        He has told me, Your Honor -- it took him a long

4  time to do that, because I think, as the Court knows, perhaps

5  from time to time, Mr. Ventura and I have not seen eye to eye,

6  and I respect that.  That does not concern me or my

7  representation of him in the least, but he's told me that he

8  always feels paranoid.  He feels that I'm out to get him, that

9  Mr. Cunningham's out to get him, that you're out to get him,

10 and that everybody's out to get him, because that's the way he

11 feels his life has unfolded since his arrest back in 2010.

12       So what does he do?  He files the same pleadings

13 over and over and over again.  Even though we've talked about

14 the fact that I -- I said, "Mr. Ventura, I can only do so much

15 for you.  We have a system.  We have a procedure.  We have a

16 protocol.  We have Rules of Evidence," and he just could not

17 accept it.  He could not understand it, and I did not

18 interpret that as his trying to, in some way, take issue and

19 butt heads with me.  I didn't see it that way at all.

20       He did it with all his lawyers.  We've all had the

21 same difficulty with him.  It's because there is something in

22 his mental makeup that needs to be addressed, which I hope can

23 be addressed while he is incarcerated.

24       You'll see, Your Honor, at Page 158 of those

25 documents, that he was assaulted by four inmates, and there

1    are reasons given for that assault.  The doctor noticed that

2    Mr. Ventura had scratches to his eye, his neck.  His arm was

3    cut, and he had also bruises and contusions to his back.  He

4    didn't make it up.  It happened.  He self-reported why it

5    happened.  Why it happened, we may take issue with.  I don't

6    take issue with it.  I think it happened just the way he told

7    the authorities as to why it happened, and so you can imagine,

8    when this occurred in December of 2011, and he's been

9    incarcerated, of course, for two more years, he's been looking

10   over his shoulder for the last two years, rightfully so.

11           I don't blame that on the institution,

12   Judge Quarles.  I don't blame it on the facility in

13   Washington, D.C.  I don't blame it on the facility here in

14   Baltimore.  It's just the fact of what Mr. Ventura has had to

15   go through during his incarceration.

16           He attempted, Your Honor -- and he has attempted --

17   Mr. Cunningham referred to a letter of Mr. Mallory, and it

18   appears as if Mr. Ventura had been a regular participant in a

19   parenting type class.  A parenting type treatment was what

20   this particular gentleman was after in his attempt to help

21   Mr. Ventura.  I also tried to reach him, and, as

22   Mr. Cunningham, I was unsuccessful in doing so.

23           The Court has seen that he participated in another

24   program to attempt to assist himself with his educational

25   pursuits.

```
1              THE CLERK:  Excuse me, counsel.  Counsel, excuse me

2     one second.

3              MR. RUTER:  Sure.

4              (Whereupon, a conference was held at the bench off

5     the record.)

6              THE CLERK:  Mr. Ruter, excuse me.  Judge Gesner said

7     that -- are you available tomorrow afternoon for your

8     proceeding before her, which is a detention hearing?  She says

9     she can't wait today to do that, so if you could let me know

10    now if you're available sometime tomorrow afternoon.

11             MR. RUTER:  Am I before her tomorrow as well, you

12    said?

13             THE CLERK:  No.  She wants to know if you are

14    available tomorrow afternoon.

15             MR. RUTER:  I think the answer is yes.  I better be.

16             THE CLERK:  What time is convenient for you?

17             MR. RUTER:  Whatever she says.

18             THE CLERK:  Okay.  I'm sorry.

19             MR. RUTER:  My apologies.

20             THE COURT:  Yes, Mr. Ruter?

21             MR. RUTER:  Your Honor, thank you.

22             Your Honor, I was -- in light of the fact that he

23    has made attempts to further his education -- he really has --

24    I'd ask the Court, in your J and C, to indicate or recommend

25    that he obtain his GED and that he be given as much
```

1    educational or vocational training as is possible at the

2    facility he might be located at.

3          The Court also would have noted in the PSR, Your

4    Honor, that he had admitted that he had used cocaine and

5    alcohol regularly in the last several years.  I would ask the

6    Court to consider, if he qualifies, to be a participant in the

7    RDAP program should he so qualify wherever it is that he is

8    housed.  I think that the record has been made in the PSR that

9    he would benefit from that kind of a program.

10          I'd ask the Court also, of course, to credit him

11   from time from November 15th until today's date.

12          **THE COURT:**  Yes.

13          **MR. RUTER:**  Your Honor, I do know I've asked in my

14   pleadings to the Court to impose a sentence of 240 months.

15   The Court, as I have explained to Mr. Ventura -- something

16   that he takes great issue with, and I don't blame him.  He

17   thinks I'm wrong.  That, as to Count 6, I believe His Honor

18   must give him -- must give him 15 years.  It's my

19   understanding the Court must give him at least five years

20   consecutive on Count 7.  Even if you didn't want to, you have

21   to do that because Congress says so.  If my math is right,

22   that would amount to 20 years, or 240 months.

23          All of us here, Judge Quarles, would agree that 240

24   months is a long sentence.  The question, of course, is

25   whether or not that sentence is long enough in order to

1   satisfy the requirements of 18 U.S.C. § 3553(a), and I

2   respectfully submit that it is.

3           This gentleman will be in his mid to late 50s when

4   he is released from prison, should you give him a 240-month

5   sentence.  This is a person that will be immediately deported

6   from this country at the termination of his jail term.  I

7   would think that anyone at any stage involved in sex

8   trafficking with or without force, when they see that someone

9   went to jail for 20 years as a result, I would think it would

10  more than deter that person to disengage themselves from that

11  kind of activity, and I think that the law is, Your Honor,

12  that you're obligated to sentence him to a sentence which is

13  not greater than necessary to accomplish the objective, as an

14  example, of deterring others or deterring him and the rest of

15  those matters which you, I know, have thought about and will

16  consider before passing sentence.

17          We ask, therefore, for a total sentence, Your Honor,

18  of 240 months with the conditions that we've also asked to

19  place as recommendations in the Court's commitment record.

20          Mr. Ventura, do you want to stand up?

21          You have an absolute right to address Judge Quarles,

22  to speak to him, if you would like.  You are not obligated to

23  do so, and he clearly would not hold that against you if you

24  chose not to do so, but, if there is anything which you'd like

25  to add to what you've heard here today, then this would be

1      your opportunity to do so.

2               Would you like to address the Court?

3               **THE DEFENDANT:**  Yes.  If I have the opportunity,

4      yes.

5               (Whereupon, Ms. Goldstein enters the courtroom.)

6               **THE COURT:**  Yes.  Yes, sir.

7               **THE DEFENDANT:**  Good afternoon, Your Honorable

8      Judge.

9               **THE COURT:**  Good afternoon.

10              **THE DEFENDANT:**  I wanted to say something, and I

11     want it to be clear to the prosecutors, to Mr. Cunningham,

12     that at no point did I try to lie or manipulate anybody.  I

13     just tried to save my life, and I will continue to do so.  I

14     see that the Americans here in court already have determined

15     what type -- what term of sentence they're going to give me,

16     and I am not going to beg anything.  I know that Hispanics are

17     discriminated in Federal Court by people like Agent Kelly who

18     is there.

19              And, as you could see, going back to the problem

20     with Ms. Rebeca, I met that woman at the end of 2008, and all

21     I did -- I tried to help her, to get her from the situation

22     that she was in, or the problems that she was having with Omar

23     and Flaco that Mr. Kelly knows, and, in order to bother me,

24     they involved the girl.  I am not trying to lie.  I am not

25     going to lie about anything.  I know that, in the appeal, I am

1   going to win.  I'm just -- I'm just trying to tell you, Your

2   Honor, what the truth is and to tell that gentleman there who

3   gave me the seven charges what is my version of things.

4          I am going to go to the point, Your Honorable Judge.

5   I beg to bring this person to court.  He or she is a Christian

6   person.  Josefina Reyes would have given good testimony.

7   She's a good person because she goes to church, and she was

8   taking Rebeca to church all the time.  The day that Mr. Kelly

9   and Mr. Hartlove went to see Rebeca -- Ms. Rebeca at home, why

10  didn't they take pictures of her at that time if I had hit

11  her?

12         Your Honor, I know you're a very intelligent person,

13  and you're very professional, but you can see in the

14  photograph it said 11/11/11, and I was arrested on

15  November 15th, 2010, so how could it have been possible for me

16  to have left jail to go and hit Rebeca?

17         So am I also threatening with a weapon Ms. Dueñas

18  Franco and her husband with the delivery they have in

19  Annapolis now together?  So, when she told me this, that

20  she -- she was arrested in Virginia and she told me this after

21  I met her and she told me, "I'm desperate.  Please take me out

22  of this situation," and I told her to be patient because I was

23  married with Jenny Ruiz, the mother of my two children, and so

24  I told her to wait, to be patient.

25         I hadn't met her yet, but she told me that she was

1    arrested by the police in Annapolis and that Mr. Kelly had

2    offered her help with her daughter that they had taken from

3    her.  She mentioned also a person by the name of Alex Choco

4    that had paid rent or had gotten her husband, because she

5    had -- she was helping her mother.  She had to lie a lot in

6    order to help her mother.

7           So the only thing I did, Your Honor, as another --

8    as any citizen or U.S. citizen would do, was to recommend her,

9    to suggest to her to go to the police if somebody was

10   bothering her or threatening her, and I took her myself to the

11   court and to the police, and that's the paper that Mr. Kelly

12   found in my house.  That's the evidence.

13          Your Honor, Mr. Cunningham knows that this girl has

14   been a prostitute since she was 14 in her country because her

15   mother had her -- made her prostitute because she wanted

16   money, and I know that I have given her money -- Rebeca's

17   mother money, and I have the number and the address and all of

18   that, and I also told her that -- "How come you have to do

19   this to give your mother money?"  And, if I have denied

20   knowing her to the agents, and also to my lawyer because I was

21   upset with him, I told them, "Please don't -- I'm not

22   interested in other people's lives.  Don't ask me about this."

23          Rebeca was the only person -- I had to help her.

24   Since I met her, I was the only one to help her.  I started

25   helping her -- I told her I would help her, and I started

 1   taking care of her, but I told her, if we're going to be

 2   boyfriend and girlfriend, she had to stop being a prostitute,

 3   because I wouldn't get involved with a prostitute.  I don't

 4   know if somebody here has this experience of having a

 5   girlfriend outside, but sometimes Ms. Rebeca would escape,

 6   leave, and I think it was because of the pressure that she had

 7   from her mother when she called and she demanded money.

 8          Your Honor, I know that you already have the

 9   decision already made and that they already gave me seven

10   charges, but, if they saw the picture, the picture said,

11   "11/11/11," and I was arrested before that.  I have never

12   mistreated any woman.  I was with Jenny for ten years, and

13   I've never mistreated anybody, and I broke up with Jenny

14   because of Rebeca, but I've been a man -- a decent man.  I was

15   never in the streets.  I was -- I always took care of my home.

16          Your Honor, I came here, and I'm working

17   construction.  As Mr. Cunningham said, like all the Latin

18   people that come here, we know very little English, we don't

19   read or write English, but we do everything possible to try to

20   progress and make a living, and I can tell you the name of my

21   sister.  My sister, Maria Antonia de Franco Ventura, works in

22   the Congress serving coffee.  I don't know how she manages

23   with little English she has, but she serves coffee for the

24   people in Congress.  She's a supervisor.

25          And I have a brother.  His name is Solomon Ventura

1    Solmayon (phon), who didn't go to school.  We didn't go to

2    school, but we have made efforts, and our minds have helped

3    us, because we started from below.  He works for New Again on

4    Missouri Avenue in Washington, and also for a Chevrolet dealer

5    in Silver Spring.  And, if you talk to my brother, you'll see

6    his English is worse than mine.  I perhaps speak a little bit

7    better than him.

8         As I told you, Your Honor, I am not here to argue,

9    but -- about all this injustice and this discrimination, but I

10   know how everything was based on lack of information --

11   correct information.

12        In my case, I never went to school, not even in my

13   country.  We grew up in a very poor village.  It's called

14   La Union.  Everybody knows that place, because it's very poor,

15   in El Salvador.  But we always try to do the right thing.  I

16   never stole anything.  Mr. Hartlove made up this thing about

17   the car when he arrested me with another Detective Joy from

18   D.C.  They only talked to me about death when they arrested

19   me.  And, when I was in front of a judge in Washington, D.C.

20   and the Judge asked me what was missing from the company, he

21   said some names.  You can contact Judy Pike, who was the

22   attorney who represented me in Washington.  They dismissed my

23   charges, thank goodness.

24        But all this trickery has come from Mr. Kelly and

25   Mr. Hartlove.  They tried to involve me in this so that this

1    would look very bad in front of a jury.  The day of the

2    arrest, when you are like under the influence -- what's it

3    called, DUI?  I saw the detectives in the casino in Dover

4    town.  I would like you to check the calls from 911, because

5    it was from a call from 911 that they stopped me.  They saw me

6    with a Heineken beer bottle, and I only drank one beer,

7    because I only was one point above the limit of what one

8    person can drink.

9           That was an excuse to arrest me and to search my

10   car.  So the detective said, once they stopped me,

11   "Mr. Ventura, can we search your vehicle?"

12           And I said, "Yes, sir."

13           "Are you drunk, sir?"

14           And I said, "Yes, I drank one beer."

15           And he said, "You can drive."

16           He took me to the police station.  I don't know what

17   that place is called.  They searched my vehicle.  There were

18   no weapons, Your Honor.  I may have a temperament that, when I

19   see something that's unfair, my brain starts working, and I

20   try to say, "This is not fair."  But I'm not a person that's

21   going to fight with fists with anybody.

22           So the only thing I did with Ms. Rebeca was to help

23   her, and this gentleman -- the detective presented all this

24   for the jurors to find me guilty.  I don't blame the jurors,

25   but, if you see the stickers on the evidence that

1     Mr. Cunningham presented, it said --

2           **INTERPRETER KIRCHGESSNER:**  Interpreter requests

3     clarification.

4           (Interpreter conferring with the Witness.)

5           **THE DEFENDANT:**  -- "homicide."  It said "homicide"

6     on the stickers.  I talked to my lawyer.  I don't know if my

7     lawyer explained that.  I'm just explaining all the mistakes

8     and injustices that were cried out against me in this trial.

9           I was stopped by Mr. Kelly and Mr. Cunningham on

10    Route 50, and they searched my vehicle, and they found the

11    title -- the title for a Nissan.  They told me they could

12    arrest me right away because they told me I couldn't drive

13    because I was on probation, that I could only drive to work.

14          I hope Mr. Cunningham is not going to come out with

15    a code and say that I'm manipulating the Judge, because I'm

16    not manipulating.  I'm just telling the truth.  When Mr. Kelly

17    stopped me, there was a passenger, and I told him I was going

18    to help my wife who had a flat tire in Virginia Beach, and I

19    had to go back home to get a credit card because I did not

20    have cash.

21          So they -- all this following -- all this following

22    and all this search, they did that without authorization.

23    They did it because they did not have a search warrant for the

24    GPS, and, when they stopped me and they searched the vehicle,

25    the Nissan, Mr. Cunningham was behind the patrol car, and he

1    was very upset because of that.

2            Your Honorable Judge, I apologize for all this -- I

3    know I can't do anything about this case now, but perhaps

4    somebody else can do something about all this injustice.  Your

5    Honor -- the question is, Your Honor, if I was carrying

6    weapons, and they were following me 24 hours a day, I was

7    being followed and observed at home, at work, on the

8    telephone, and they stopped me on the road, where are the

9    weapons if I had weapons?

10           I'm not a criminal, but I -- Your Honor,

11   Mr. Cunningham was following me like a dog following its prey

12   24 hours a day.  I was always -- I could always see him

13   driving behind me, and Mr. Kelly.  They thought I did not see

14   them, but I saw them all the time, even when I went to a

15   diner.  Mr. Kelly was there.  On another occasion,

16   Mr. Hartlove followed me with a van, a Chrysler van, silver

17   color with dark windows.

18           So, Your Honor, I saw Mr. Hartlove taking pictures

19   with a camera when I was painting some lane lines at a Target.

20   Why didn't he show those pictures to the jurors -- to the

21   president of the jury who found me guilty.  I'm going to

22   refresh the memory of Mr. Hartlove.  It was near Jennifer

23   Road.  I was getting lunch when I was working.

24           So, to conclude, why didn't they show the picture

25   where I'm working, on another occasion at New Hampshire and

1    Powder Mill Road.  I want you to have some consideration about

2    all this injustice.  The gentleman showed a text without date

3    or day.  Mr. Cunningham showed that text to the public.

4           November 15th, 2010, I was working at a parking --

5    at a parking lot for a business, commercial building.  I was

6    laying 25 yards of asphalt.  I was an operator.  I don't have

7    the need to sell prostitutes when I make 20 or $30 per hour

8    minimum.  That same day, November of 2010, Mr. Kelly was in a

9    black Honda.  I was at a gas station.  I could see him.  I

10   don't know if anybody has worked in asphalt, but I was filling

11   the runner with water to lay the asphalt.  Then a suspicious

12   car followed me.  I thought it was some enemy.  He was kind of

13   desperate looking for police.  So, if I were a criminal or

14   somebody hiding from the law, why would I go to a police

15   station to say somebody's following me?

16          So they would know because they were following me.

17   They were following me on New York Avenue and Fifth Street,

18   N.W.  I got to that place.  I even work at that place,

19   Magnolia Plumbing, installing some pipes, because I don't know

20   if you know I'm also a plumber.

21          Okay.  Your Honor, like he said, we come to the

22   United States.  I came to the United States the same way as

23   Ms. Rebeca, and here I am.  I made a living, but now they have

24   ruined my life with all these charges -- these ridiculous

25   charges without logic and this blackmail.  I have never sold

1  prostitutes.

2          In order to finish my sermon, Your Honor, in the

3  trial, there were many mistakes.  We start with, number one,

4  the speedy trial, the civil rights or constitutional rights --

5  I don't know what you call them.  When you get arrested and

6  you are read your rights, I was not read my rights.  Your

7  Honor, you're a witness that you sat against me in court, and

8  I asked for a lawyer.  They continued recording me.  The GPS

9  is a very serious infraction as well.

10          The evidence -- the evidence was about death, not

11  prostitution.  That was another violation.  Forced testimony

12  of Ms. Rebeca.  She said that -- she said that this and that

13  was done to her, but, before she said I was a great person.

14  They made a big mistake.  They should have taken pictures of

15  her the first day they arrested her when they went to her

16  house.  There is a witness that's willing to testify in the

17  new trial.  Her name is Josefina Reyes.

18          She's -- he's a friend of -- a friend of mine who

19  grew up with me in El Salvador.  I did not put Rebeca in that

20  filthy place like Ms. Yasser says, no.  So I want to tell

21  Mr. President here, that Capitol Heights is very far from

22  Langley Park.  If I had hit her, she would have gone to the

23  police.

24          When I was arrested, Rebeca was pregnant, Your

25  Honor.  And maybe Mr. Cunningham didn't say that because he

1    wants to make me look like a bad person.  Only God knows my

2    heart.  I try to help people.  She was pregnant when I got

3    arrested.  I had already paid two months' rent in advance, so

4    I could -- so, if you check the risks I have taken, there is

5    no benefit.  In my case, I was paying rent and also

6    mortgage -- the rent for Rebeca and also the mortgage for my

7    house.

8              And I have -- I would like to tell you, Your Honor,

9    that I -- my mother, who is old, is 70 years old, I have

10   supported her since I'm a little boy.  That's why I didn't go

11   to school.  Her name is Iaria Ventura, and I support her.

12             So, as you can see, Your Honor, it was very

13   difficult for me.  I was supporting two women, Rebeca and my

14   mother, and I was making $20 an hour.  The company was S&J,

15   was not doing very well.  My company was not doing very well.

16   There was an economic crisis, and so there was no forcing or

17   anything, but there was some humanitarian help, and I do not

18   blame Ms. Rebeca.

19             Ms. Rebeca already had a record for prostitution.

20   She had been arrested many times before.

21             **THE COURT:**  Mr. Ventura, it's been over an hour now,

22   and I want to make sure that you had an opportunity to fully

23   express yourself.  Now, you -- you've spent most of the past

24   hour talking about the facts of the case.

25             **THE DEFENDANT:**  Thank you for the opportunity.

```
 1            THE COURT:  At this point, I need to hear, briefly,
 2     anything from you that you think I should know before I impose
 3     sentence.  Please wrap up.
 4            THE DEFENDANT:  That depends on your professionalism
 5     and your heart, Your Honor.  I can't force anybody, but I
 6     would like you to give me the opportunity to appeal this.
 7            THE COURT:  You will have that opportunity.
 8            THE DEFENDANT:  I will try and bring my witnesses.
 9            THE COURT:  You will have an opportunity.  You will
10     have an opportunity.
11            THE DEFENDANT:  And I thank you very much for the
12     opportunity.  Whatever you decide, I know I have no rights.
13     I'm a Hispanic here.
14            (Conference at the bench.)
15     (It is the policy of this Court that every guilty
16      plea and sentencing proceeding include a bench
17      conference concerning whether the defendant is
18            or is not cooperating.)
19            THE COURT:  Thank you.  Please remain standing.
20            Mr. Ventura is 35 years old and has a 2010
21     conviction for driving while impaired.  Three other arrests
22     did not lead to convictions.  He is in Criminal History
23     Category I.
24            On April 22, 2013, he was convicted of conspiracy
25     related to interstate prostitution; interstate transportation
```

1    for prostitution; persuading, inducing, enticing, and coercing

2    an individual to travel in interstate commerce for

3    prostitution and illegal sexual activity; sex trafficking by

4    force, fraud and coercion; and possession of firearms in

5    furtherance of a crime of violence.

6            With the adjustments discussed earlier, his offense

7    level is 42.  Other than that sentence required to be imposed

8    consecutively to others and those sentences with less than a

9    360-month maximum, his guidelines are at 360 months to life.

10           Mr. Ventura, as indicated, was born in El Salvador,

11   apparently from a broken home.  He does not know his father

12   and has no formal education.  He entered the United States in

13   1997, is here illegally.  He has been married, although I

14   understand that may be ending.  He has three children.  He

15   has, as his attorney has alluded to, some past apparently

16   significant cocaine use, and he has worked in construction.

17           The Defendant has suggested a number of reasons the

18   sentence should be mitigated.  Principal among these has been

19   conditions of confinement, and I explain to him, as I do to

20   all defendants here generally, that one of the difficulties I

21   have in imposing sentence based on a reduction for conditions

22   of confinement is that I have no principled basis for applying

23   the reduction.  Many of the problems he discussed were the

24   problems that continue to plague the Chesapeake Detention

25   Facility during this what I describe still as a shakedown

 1    period and our efforts to provide a local detention facility.

 2           A brief review of the medical records indicates

 3    that, with respect to the administrative segregation he's

 4    talked about, this appears to be largely self-inflicted,

 5    brought on by, among other things, the necessity to maintain a

 6    suicide watch on the Defendant, and such other behavior of the

 7    Defendant, such as an incident in which he apparently set his

 8    cell on fire.  I also note that the Defendant has refused

 9    medical care when it has been offered.

10           Most disturbing in this case has been the

11    Defendant's willingness to threaten and use violence in

12    furtherance of this venture, recalling specifically the

13    testimony of Sandra Flores about the gasoline poured on the

14    door and the phone threats to do away with her and her family

15    after she sheltered Ms. Rebeca; the testimony of Maximilliano

16    Zelaya Repalo, who saw Mr. Ventura, who he knew as Chalo, with

17    a gun in the car, in a brothel, and several places; the

18    testimony of Mr. Carlos Campos, who saw Mr. Ventura, who knew

19    him as Pancho, with a shoebox containing a 9mm pistol; the

20    testimony of Mr. Carlos Ascencio, who saw Mr. Ventura with a

21    9mm pistol as well as a .38-calibre revolver; and the

22    testimony of Ferman Martinez Hernandez, who placed Mr. Ventura

23    in possession of a shotgun.

24           Given the Defendant's high-level involvement in this

25    tawdry enterprise and his willingness to use violence in an

1   effort to monopolize prostitution in Annapolis, I have

2   concluded that sentences at the bottom of the advisory

3   sentencing guidelines are sufficient in this case but not

4   greater than necessary to reflect the seriousness of these

5   offenses, provide just punishment and adequate deterrence,

6   promote respect for the law, and protect the public from

7   further crimes of the Defendant.

8          Accordingly, I impose the following terms of

9   imprisonment:  On Count 1, I impose a term of imprisonment of

10  60, 6-0, months; on Counts 2, 4, and 5, concurrent 120-month

11  terms; on Count 3, a concurrent 240-month term; on Count 6 and

12  7, I impose concurrent 360-month terms.  I'm sorry.  On

13  Count 6, I impose a concurrent 360-month term, all of those

14  sentences on Counts 1 through 6 to be run concurrently.  As to

15  Count 7, I impose a consecutive 60, 6-0, month term.  That

16  sentence will be served consecutively to sentences imposed on

17  Counts 1, 2, 3, 4, 5, and 6, for a total sentence of 420

18  months.

19          I impose the following terms of supervised release

20  on those counts, which I believe statutorily require a term of

21  supervised release.  On Counts 2 through 6, I impose

22  concurrent five-year terms, with the exception of Count 3 --

23  on each of the counts.  On Counts 2, 3, 4, and 5, there are

24  five-year terms, with the following special conditions:  Drug

25  and alcohol screening and treatment, vocational and

1     educational services as prescribed by the probation officer,

2     an effort to obtain the GED if that is not accomplished in the

3     Bureau of Prisons, and that the Defendant comply with and

4     follow all lawful orders entered in his Immigration matters.

5             I waive the imposition of fine, and I impose, as I

6     must, on each of the seven counts of conviction, a $100

7     special assessment, for a total special assessment of $700.

8             Mr. Ventura, do you understand the sentence?

9     **THE DEFENDANT:**  As I said before, Your Honor,

10    whatever you decide.

11    **THE COURT:**  Thank you.  You have 14 days from

12    today's date to file an appeal.  If you cannot afford to pay a

13    filing fee, you can appeal without a fee.

14            Madam Clerk, the recommendation for place of

15    incarceration will be Butner FCI with a request that mental

16    health, GED, and vocational/educational services be provided.

17    I also recommend, for what it's worth, the RDAP program.

18            Yes?

19    **MR. CUNNINGHAM:**  Yes, Your Honor.  In anticipation

20    of appellate litigation, would Your Honor state that,

21    independent of the guideline calculation, you have concluded

22    that the sentence you imposed was that which was necessary but

23    not greater than appropriate in this case.

24    **THE COURT:**  This is one of those cases in which I

25    can say that, in fact, Mr. Cunningham.

```
 1              MR. CUNNINGHAM:  Thank you.

 2              THE COURT:  Anything further from the Government?

 3              MR. CUNNINGHAM:  No, Your Honor.

 4              THE COURT:  From the Defense?

 5              MR. RUTER:  No, Your Honor.

 6              THE COURT:  Thank you.  Good day, Mr. Ventura.

 7          Thank you, Ms. Kirchgessner and Ms. Goldstein.

 8              THE DEFENDANT:  Excuse me.  Excuse me.

 9              THE COURT:  Yes, sir?

10              THE DEFENDANT:  Your Honor, how am I about to appeal

11      if I don't have any documents or any transcripts or anything

12      in front of me?

13              THE COURT:  You will have an attorney appointed to

14      represent you on appeal.  That attorney will have full access

15      to all of the materials in this case, and he will be given

16      every assistance to ensure that your rights on appeal are

17      protected.

18              THE DEFENDANT:  Who is going to be my attorney?

19              THE COURT:  I don't know.  I don't make that

20      decision.

21          Good day.

22              THE CLERK:  All rise.  This Honorable Court stands

23      in recess.

24              (Proceedings adjourned.)

25
```

1    I, Martin J. Giordano, Registered Merit Reporter and Certified

2    Realtime Reporter, certify that the foregoing is a correct

3    transcript from the record of proceedings in the

4    above-entitled matter.

5

6    _____          _____

7       Martin J. Giordano, RMR, CRR                    Date

## $

**$100** [1] - 57:6
**$20** [1] - 52:14
**$30** [1] - 50:7
**$700** [1] - 57:7

## 1

**1** [6] - 21:12, 32:2, 32:4, 56:9, 56:14, 56:17
**101** [1] - 1:24
**11/11/11** [2] - 43:14, 45:11
**120-month** [1] - 56:10
**14** [2] - 44:14, 57:11
**15** [1] - 40:18
**158** [1] - 37:24
**15th** [4] - 27:9, 40:11, 43:15, 50:4
**18** [1] - 41:1
**1997** [3] - 33:20, 33:22, 54:13
**1:02** [1] - 1:9

## 2

**2** [5] - 31:24, 56:10, 56:17, 56:21, 56:23
**20** [3] - 40:22, 41:9, 50:7
**2007** [1] - 33:22
**2008** [1] - 42:20
**2010** [8] - 27:9, 29:18, 33:24, 37:11, 43:15, 50:4, 50:8, 53:20
**2011** [1] - 38:8
**2012** [2] - 25:7, 36:4
**2013** [5] - 1:8, 2:1, 3:22, 29:21, 53:24
**21201** [1] - 1:24
**22** [1] - 53:24
**229** [1] - 28:20
**23rd** [1] - 3:22
**24** [2] - 49:6, 49:12
**240** [5] - 28:21, 40:14, 40:22, 40:23, 41:18
**240-month** [2] - 41:4, 56:11
**25** [1] - 50:6
**26** [2] - 1:8, 2:1

## 3

**3** [4] - 56:11, 56:17, 56:22, 56:23
**30** [1] - 28:21
**35** [1] - 53:20
**3553(a** [2] - 25:18, 41:1
**360** [3] - 21:14, 30:24, 54:9
**360-month** [3] - 54:9, 56:12, 56:13
**366-month** [1] - 30:25
**38** [2] - 35:15, 35:17
**38-calibre** [1] - 55:21
**3:07** [1] - 1:9
**3A1.1(b)(1** [1] - 12:11

## 4

**4** [3] - 56:10, 56:17, 56:23
**4(h** [1] - 13:5
**410-962-4504** [1] - 1:25
**42** [2] - 21:11, 54:7
**420** [1] - 56:17

## 5

**5** [3] - 56:10, 56:17, 56:23
**50** [2] - 27:14, 48:10
**50s** [1] - 41:3
**5515** [1] - 1:23
**59** [2] - 36:2, 36:11

## 6

**6** [7] - 21:12, 40:17, 56:11, 56:13, 56:14, 56:17, 56:21
**6-0** [2] - 56:10, 56:15
**60** [3] - 30:25, 56:10, 56:15
**60-month** [1] - 23:19

## 7

**7** [3] - 40:20, 56:12, 56:15
**70** [1] - 52:9

## 9

**911** [2] - 47:4, 47:5
**924(c** [1] - 31:1
**9mm** [2] - 55:19, 55:21

## A

**abiding** [1] - 34:8
**ability** [5] - 5:24, 11:10, 11:21, 28:4, 29:10
**able** [1] - 25:4
**ABOVE** [1] - 1:10
**above-entitled** [1] - 59:4
**ABOVE-ENTITLED** [1] - 1:10
**absolute** [1] - 41:21
**abuse** [6] - 8:13, 8:14, 8:18, 12:9, 12:10, 29:17
**abused** [1] - 8:9
**accept** [2] - 29:2, 37:17
**accepting** [1] - 8:6
**access** [3] - 28:13, 29:5, 58:14
**accomplish** [1] - 41:13
**accomplished** [1] - 57:2
**according** [2] - 7:17, 11:15, 35:6
**accordingly** [2] - 21:8, 56:8

**accurate** [1] - 35:9
**accurately** [1] - 36:25
**achieve** [1] - 31:16
**acid** [1] - 35:21
**acknowledge** [5] - 13:17, 14:8, 28:12, 30:5
**acknowledged** [1] - 31:9
**acknowledges** [1] - 13:8
**act** [1] - 36:6
**activities** [5] - 6:6, 30:1, 33:17, 33:22, 36:8
**activity** [3] - 8:2, 41:11, 54:3
**acts** [2] - 5:11, 10:1
**actual** [1] - 26:20
**add** [2] - 12:13, 41:25
**added** [1] - 5:22
**addition** [2] - 5:21, 15:21
**additional** [1] - 28:20
**additions** [1] - 3:18
**address** [7] - 20:8, 24:14, 28:9, 34:24, 41:21, 42:2, 44:17
**addressed** [3] - 36:21, 37:22, 37:23
**addressing** [1] - 25:18
**adequate** [1] - 56:5
**adjourned** [1] - 58:24
**adjust** [1] - 12:11
**adjustment** [9] - 5:2, 6:11, 12:10, 13:2, 13:4, 13:7, 16:17, 21:7, 21:9
**adjustments** [4] - 3:23, 4:16, 4:21, 54:6
**administered** [1] - 2:10
**administrative** [1] - 55:3
**admission** [1] - 14:10
**admit** [5] - 7:14, 8:15, 8:20, 17:10, 17:23
**admitted** [3] - 32:4, 32:5, 40:4
**advance** [1] - 52:3
**advantage** [3] - 11:19, 11:21, 25:22
**advisory** [2] - 12:17, 56:2
**afford** [1] - 57:12
**afforded** [2] - 29:6, 30:1
**afternoon** [19] - 2:5, 2:7, 2:9, 2:15, 2:18, 2:20, 2:23, 3:5, 3:6, 3:7, 3:8, 3:11, 3:12, 3:13, 39:7, 39:10, 39:14, 42:7, 42:9
**agent** [2] - 19:21, 34:14
**Agent** [9] - 1:18, 3:3, 3:4, 19:12, 19:17, 19:19, 27:4, 27:17, 42:17
**agents** [2] - 16:11, 44:20
**aggravated** [1] - 23:2
**aggressive** [1] - 26:21
**ago** [2] - 32:12, 33:19
**agree** [1] - 40:23
**agreeing** [1] - 8:19
**alcohol** [2] - 40:5, 56:25
**Alex** [1] - 44:3
**alibi** [1] - 14:15
**alien** [1] - 11:11
**aliens** [1] - 22:7
**allegation** [1] - 27:22
**allegations** [5] - 19:3, 20:5, 26:13,

26:14, 27:4
**alleged** [1] - 33:23
**alleges** [2] - 9:22, 35:9
**allergies** [1] - 35:21
**Alleyne** [2] - 12:14, 23:18
**allowing** [1] - 32:13
**alluded** [4] - 11:7, 28:14, 36:20, 54:15
**AMERICA** [1] - 1:4
**American** [2] - 26:3, 26:6
**Americans** [1] - 42:14
**amount** [1] - 40:22
**analysis** [1] - 13:11
**animus** [1] - 19:18
**Annapolis** [4] - 27:14, 43:19, 44:1, 56:1
**answer** [2] - 16:14, 39:15
**antibiotics** [1] - 35:22
**anticipate** [1] - 31:7
**anticipated** [1] - 25:25
**anticipation** [1] - 57:19
**antipsychotic** [1] - 35:22
**Antonia** [1] - 45:21
**anxiety** [3] - 30:7, 30:10, 35:20
**apologies** [1] - 39:19
**apologize** [4] - 22:14, 24:25, 32:25, 49:2
**apparent** [2] - 10:12, 11:17
**appeal** [8] - 31:8, 42:25, 53:6, 57:12, 57:13, 58:10, 58:14, 58:16
**appear** [1] - 32:24
**appearance** [1] - 11:19
**appeared** [1] - 32:24
**appellate** [1] - 57:20
**applying** [1] - 54:22
**appointed** [1] - 58:13
**appreciate** [2] - 24:16, 25:11
**appreciated** [1] - 31:24
**appropriate** [7] - 5:2, 11:8, 12:11, 13:4, 18:9, 30:8, 57:23
**appropriateness** [1] - 30:18
**April** [1] - 53:24
**arguably** [1] - 19:5
**argue** [7] - 7:8, 12:16, 36:17, 36:21, 36:22, 36:24, 46:8
**argued** [1] - 10:9
**argument** [5] - 8:5, 10:15, 12:24, 14:12, 18:6
**arguments** [1] - 4:15
**arm** [1] - 38:2
**arrest** [5] - 34:22, 37:11, 47:2, 47:9, 48:12
**arrested** [16] - 27:9, 29:18, 33:24, 34:4, 34:5, 43:14, 43:20, 44:1, 45:11, 46:17, 46:18, 51:5, 51:15, 51:24, 52:3, 52:20
**arrests** [1] - 53:21
**artifacts** [1] - 29:17
**Ascencio** [2] - 13:22, 55:20
**aspect** [1] - 20:6
**aspects** [1] - 6:4
**asphalt** [3] - 50:6, 50:10, 50:11
**assassination** [1] - 19:16

**assault** [1] - 38:1
**assaulted** [1] - 37:25
**assertions** [1] - 17:16
**assessment** [1] - 57:7
**assessments** [1] - 29:13
**assist** [1] - 38:24
**assistance** [1] - 58:16
**Assistant** [2] - 1:14, 1:14
**assisting** [1] - 24:22
**associated** [1] - 16:4
**association** [2] - 11:13, 16:4
**attacked** [1] - 13:24
**attempt** [4] - 19:1, 26:24, 38:20, 38:24
**attempted** [5] - 19:16, 25:15, 36:3, 38:16
**attempting** [2] - 25:20, 33:25
**attempts** [1] - 39:23
**attention** [4] - 4:20, 28:17, 28:22, 29:6
**attorney** [6] - 26:18, 46:22, 54:15, 58:13, 58:14, 58:18
**Attorney** [2] - 1:14, 1:14
**author** [1] - 24:23
**authorities** [1] - 38:7
**authority** [1] - 25:20
**authorization** [1] - 48:22
**available** [3] - 39:7, 39:10, 39:14
**availed** [1] - 29:6
**Avenue** [2] - 46:4, 50:17
**avoid** [1] - 30:15
**aware** [1] - 17:10
**awareness** [3] - 25:9, 31:12

## B

**background** [1] - 11:9
**bad** [2] - 47:1, 52:1
**Baltimore** [3] - 1:8, 1:24, 38:14
**barrier** [2] - 6:1
**based** [2] - 46:10, 54:21
**basics** [1] - 18:15
**basis** [2] - 21:7, 54:22
**basketball** [2] - 29:22, 29:24
**Beach** [1] - 48:18
**become** [1] - 10:18
**beer** [3] - 47:6, 47:14
**BEFORE** [1] - 1:11
**beg** [2] - 42:16, 43:5
**began** [3] - 9:16, 11:1, 12:9
**begin** [4] - 9:16, 10:3, 10:16, 22:25
**beginning** [3] - 8:13, 9:12, 9:18
**behalf** [5] - 1:13, 1:15, 3:9, 11:22, 24:19
**behaved** [1] - 25:14
**behavior** [3] - 21:24, 25:16, 55:6
**behind** [2] - 48:25, 49:13
**believability** [1] - 16:13
**believable** [4] - 15:11, 18:19, 18:20, 20:20
**believes** [5] - 3:22, 5:1, 13:4, 15:1, 36:3

**below** [1] - 46:3
**bench** [10] - 24:8, 24:10, 24:11, 24:15, 28:1, 28:14, 30:19, 39:4, 53:14, 53:16
**benefit** [6] - 25:24, 28:4, 28:12, 35:2, 40:9, 52:5
**benefited** [1] - 35:10
**best** [1] - 34:1
**better** [5] - 10:13, 22:12, 30:14, 39:15, 46:7
**between** [2] - 6:14, 14:13
**beyond** [2] - 4:16, 12:22
**big** [1] - 51:14
**bipolar** [1] - 36:12
**bit** [6] - 10:5, 18:2, 20:18, 32:24, 35:8, 46:6
**black** [1] - 50:9
**blackmail** [1] - 50:25
**blame** [6] - 38:11, 38:12, 38:13, 40:16, 47:24, 52:18
**bore** [1] - 19:15
**born** [1] - 54:10
**bother** [1] - 42:23
**bothering** [1] - 44:10
**bottle** [1] - 47:6
**bottom** [1] - 56:2
**boy** [1] - 52:10
**boyfriend** [1] - 45:2
**brain** [1] - 47:19
**brandished** [1] - 23:9
**brandishing** [1] - 23:17
**brief** [3] - 20:7, 21:22, 55:2
**briefly** [1] - 53:1
**bring** [2] - 43:5, 53:8
**brings** [1] - 23:21
**broad** [2] - 17:17, 17:24
**broke** [1] - 45:13
**broken** [1] - 54:11
**brothel** [1] - 55:17
**brothels** [2] - 16:8, 22:3
**brother** [2] - 45:25, 46:5
**brought** [2] - 31:17, 55:5
**bruises** [1] - 38:3
**brushes** [1] - 17:17
**building** [1] - 50:5
**Bureau** [2] - 30:11, 57:3
**business** [4] - 14:7, 20:2, 20:23, 50:5
**Butner** [4] - 30:12, 34:25, 35:4, 57:15
**butt** [1] - 37:19

## C

**calculation** [1] - 57:21
**CAME** [1] - 1:10
**camera** [1] - 49:19
**Campos** [3] - 13:22, 23:4, 55:18
**candidly** [1] - 25:10
**cannot** [1] - 57:12
**Capitol** [1] - 51:21
**car** [5] - 46:17, 47:10, 48:25, 50:12,

55:17
**card** [1] - 48:19
**care** [4] - 6:16, 45:1, 45:15, 55:9
**caring** [1] - 9:24
**Carlos** [3] - 13:21, 13:22, 23:4, 55:18, 55:20
**carrying** [1] - 49:5
**case** [17] - 2:22, 2:24, 5:3, 10:2, 15:12, 18:9, 23:3, 24:22, 32:9, 46:12, 49:3, 52:5, 52:24, 55:10, 56:3, 57:23, 58:15
**cases** [1] - 57:24
**cash** [1] - 48:20
**casino** [1] - 47:3
**Category** [2] - 21:12, 53:23
**cell** [1] - 55:8
**certainly** [6] - 12:8, 19:19, 26:7, 27:16, 28:12, 30:5
**Certified** [1] - 59:1
**certified** [1] - 2:15
**certify** [1] - 59:2
**Chalo** [1] - 55:16
**chance** [1] - 15:12
**change** [3] - 7:25, 9:13, 28:4
**changed** [2] - 7:23, 9:25
**changes** [1] - 7:2
**character** [6] - 6:4, 11:9, 19:15, 19:16, 24:16, 25:17
**characteristics** [1] - 8:10
**characterize** [2] - 26:24, 27:21
**charged** [2] - 12:21, 20:4
**charges** [5] - 43:3, 45:10, 46:23, 50:24, 50:25
**charging** [1] - 12:21
**check** [2] - 47:4, 52:4
**Chesapeake** [2] - 29:8, 54:24
**Chevrolet** [1] - 46:4
**child** [2] - 6:1, 8:10
**children** [4] - 22:16, 22:17, 43:23, 54:14
**chill** [1] - 15:3
**Choco** [1] - 44:3
**choose** [1] - 15:4
**chose** [2] - 7:13, 41:24
**Christian** [1] - 43:5
**Chrysler** [1] - 49:16
**church** [2] - 43:7, 43:8
**circumstances** [1] - 25:24
**citation** [1] - 15:15
**citizen** [1] - 44:8
**civil** [1] - 51:4
**clarification** [1] - 48:3
**class** [1] - 38:19
**clear** [10] - 6:14, 7:11, 7:24, 9:17, 9:19, 9:20, 9:22, 20:25, 27:11, 42:11
**clearly** [4] - 6:18, 10:21, 20:18, 41:23
**Clerk** [2] - 31:21, 57:14
**CLERK** [10] - 2:2, 2:7, 2:11, 2:17, 39:1, 39:6, 39:13, 39:16, 39:18, 58:22
**close** [1] - 15:16
**clue** [1] - 27:1

**co** [1] - 13:19
**co-defendant** [1] - 13:19
**cocaine** [2] - 40:4, 54:16
**code** [1] - 48:15
**coerced** [1] - 7:13
**coercing** [1] - 54:1
**coercion** [7] - 5:5, 6:23, 6:25, 7:8, 11:2, 23:1, 54:4
**coffee** [2] - 45:22, 45:23
**collectively** [1] - 21:23
**color** [1] - 49:17
**Columbia** [2] - 24:21, 24:25
**combination** [1] - 11:24
**coming** [2] - 12:14, 26:13
**commenced** [2] - 8:3, 33:23
**comment** [1] - 35:24
**comments** [1] - 33:14
**commerce** [1] - 54:2
**commercial** [1] - 50:5
**commitment** [1] - 41:19
**communication** [2] - 26:9, 27:18
**communications** [2] - 26:12, 27:2
**community** [1] - 35:4
**company** [4] - 34:21, 46:20, 52:14, 52:15
**compel** [1] - 11:21
**compelled** [1] - 6:5
**compelling** [1] - 23:10
**complaining** [1] - 29:20
**complains** [2] - 29:14, 29:16
**complaints** [3] - 29:9, 29:15, 30:3
**compliance** [1] - 23:11
**complicity** [1] - 31:7
**comply** [1] - 57:3
**component** [1] - 23:1
**conceivable** [1] - 19:19
**conceivably** [1] - 14:19
**concern** [2] - 31:5, 37:6
**concerning** [1] - 53:17
**concerns** [2] - 20:16, 21:9
**conclude** [2] - 31:14, 49:24
**concluded** [3] - 19:20, 56:2, 57:21
**conclusion** [1] - 19:17
**concurrent** [5] - 56:10, 56:11, 56:12, 56:13, 56:22
**concurrently** [1] - 56:14
**condition** [1] - 7:22
**conditions** [7] - 22:1, 22:13, 28:4, 41:18, 54:19, 54:21, 56:24
**conduct** [7] - 20:1, 20:3, 20:4, 20:9, 22:14, 27:22, 31:13
**conference** [3] - 24:11, 39:4, 53:17
**Conference** [1] - 53:14
**conferring** [1] - 48:4
**confess** [1] - 29:4
**confined** [2] - 9:5, 9:8
**confinement** [3] - 28:11, 54:19, 54:22
**confusion** [1] - 15:19
**Congress** [3] - 40:21, 45:22, 45:24

**consecutive** [4] - 23:19, 30:25, 40:20, 56:15
**consecutively** [2] - 54:8, 56:16
**consensual** [1] - 6:18
**consider** [5] - 25:16, 34:25, 35:5, 40:6, 41:16
**considerable** [1] - 8:2
**consideration** [4] - 8:18, 12:22, 27:23, 50:1
**conspiracy** [1] - 34:13, 53:24
**constant** [1] - 27:18
**constellation** [1] - 10:14, 11:8
**constitute** [2] - 13:12, 14:25
**constitutional** [1] - 45:17
**constrained** [2] - 6:22, 15:4
**construction** [2] - 45:17, 54:16
**contact** [2] - 22:4, 46:21
**containing** [1] - 55:19
**contending** [1] - 23:16
**contends** [2] - 20:4, 23:14
**contention** [1] - 27:5
**contentions** [1] - 26:22
**contested** [2] - 14:16, 17:25
**context** [4] - 14:10, 16:11, 23:7, 25:17, 27:23, 31:6
**continue** [3] - 32:23, 42:13, 54:24
**continued** [2] - 22:23, 51:8
**contrary** [3] - 6:13, 7:12, 26:19
**contusions** [1] - 38:3
**convenient** [1] - 39:16
**conversation** [1] - 24:15
**convicted** [1] - 53:24
**conviction** [4] - 33:16, 34:6, 53:21, 57:6
**convictions** [1] - 53:22
**cooperating** [1] - 53:18
**copy** [1] - 4:11
**corner** [1] - 35:16
**correct** [2] - 46:11, 59:2
**corrections** [2] - 3:19, 4:17
**correctly** [1] - 12:1
**couched** [1] - 17:2
**counsel** [6] - 3:1, 3:4, 24:8, 26:12, 39:1
**Count** [8] - 40:17, 40:20, 56:9, 56:11, 56:13, 56:15, 56:22
**count** [2] - 5:5, 31:1
**counter** [1] - 16:3
**country** [7] - 5:23, 7:17, 33:20, 34:9, 41:6, 44:14, 46:13
**counts** [3] - 56:20, 56:23, 57:6
**Counts** [6] - 21:12, 56:10, 56:14, 56:17, 56:21, 56:23
**couple** [1] - 17:4, 34:5, 36:18
**coupled** [1] - 20:24
**course** [11] - 13:20, 17:4, 19:14, 24:22, 33:23, 34:11, 34:12, 36:18, 38:9, 40:10, 40:24
**Court** [35] - 2:3, 2:15, 12:16, 12:18, 13:10, 14:18, 14:24, 15:1, 15:2, 17:19, 20:8, 23:18, 27:2, 28:11, 32:1, 32:6,

33:4, 33:13, 33:15, 34:13, 34:25, 36:1, 37:4, 38:23, 39:24, 40:3, 40:6, 40:10, 40:14, 40:15, 40:19, 42:2, 42:17, 53:15, 58:22

**COURT** [81] - 1:1, 2:5, 2:18, 2:22, 3:4, 3:11, 3:14, 3:18, 3:24, 4:2, 4:5, 4:8, 4:11, 4:14, 4:20, 4:23, 5:6, 6:8, 6:10, 6:20, 7:1, 7:3, 7:5, 7:8, 7:15, 8:6, 8:17, 8:23, 9:5, 9:8, 9:11, 10:8, 11:4, 11:23, 12:24, 13:1, 14:11, 14:21, 15:7, 15:21, 16:12, 16:16, 16:20, 16:23, 17:23, 18:13, 18:18, 18:20, 19:6, 20:14, 23:23, 24:2, 24:7, 24:10, 24:12, 26:1, 28:9, 31:17, 31:19, 31:22, 32:4, 33:1, 33:8, 33:11, 39:20, 40:12, 42:6, 42:9, 52:21, 53:1, 53:7, 53:9, 53:19, 57:11, 57:24, 58:2, 58:4, 58:6, 58:9, 58:13, 58:19

**court** [7] - 18:11, 20:9, 25:15, 42:14, 43:5, 44:11, 51:7

**Court's** [1] - 41:19

**Court-certified** [1] - 2:15

**Courthouse** [1] - 1:23

**courtroom** [4] - 17:4, 33:7, 36:18, 42:5

**coyote** [1] - 22:10

**created** [1] - 11:18

**credibility** [1] - 13:23

**credible** [1] - 27:22

**credit** [2] - 40:10, 48:19

**cried** [1] - 48:8

**crime** [4] - 21:18, 22:25, 23:15, 54:5

**crimes** [4] - 21:23, 23:20, 31:3, 56:7

**criminal** [8] - 20:1, 20:3, 20:4, 21:24, 33:18, 49:10, 50:13

**Criminal** [4] - 1:5, 2:25, 21:11, 53:22

**crisis** [1] - 52:16

**cross** [2] - 5:22, 18:25

**cross-examination** [2] - 5:22, 18:25

**CRR** [2] - 1:23, 59:7

**cultural** [1] - 11:25

**CUNNINGHAM** [30] - 2:23, 3:6, 3:17, 3:20, 3:25, 4:25, 5:10, 6:9, 11:6, 13:3, 14:17, 14:23, 15:14, 15:24, 16:14, 18:14, 18:19, 18:21, 19:8, 21:16, 22:20, 24:1, 24:13, 26:5, 28:10, 31:18, 32:3, 57:19, 58:1, 58:3

**Cunningham** [20] - 1:14, 2:25, 3:15, 11:5, 24:12, 32:9, 36:19, 38:17, 38:22, 42:11, 44:13, 45:17, 48:1, 48:9, 48:14, 48:25, 49:11, 50:3, 51:25, 57:25

**Cunningham's** [2] - 35:8, 37:9

**custody** [4] - 27:6, 27:12, 27:19, 28:24

**customer** [1] - 14:8

**cut** [1] - 38:3

## D

**D.C** [6] - 5:19, 29:9, 35:19, 38:13, 46:18, 46:19

**dangerous** [1] - 31:4

**dark** [1] - 49:17

**date** [3] - 40:11, 50:2, 57:12

**Date** [1] - 59:7

**dated** [2] - 3:21, 8:1

**daughter** [1] - 44:2

**days** [1] - 57:11

**de** [4] - 1:6, 1:15, 2:24, 45:21

**deal** [2] - 25:13, 31:5

**dealer** [1] - 46:4

**dealing** [1] - 30:10

**dealt** [1] - 27:7

**death** [2] - 46:18, 51:10

**deceive** [4] - 16:19, 17:20, 18:10, 21:1

**December** [1] - 38:8

**decent** [2] - 22:4, 45:14

**decide** [2] - 53:12, 57:10

**decision** [3] - 23:18, 45:9, 58:20

**defend** [2] - 20:17, 26:4

**Defendant** [16] - 1:7, 1:15, 7:16, 11:12, 13:13, 19:22, 20:17, 20:21, 22:24, 28:4, 54:17, 55:6, 55:7, 55:8, 56:7, 57:3

**defendant** [5] - 13:8, 13:19, 14:13, 15:17, 53:17

**DEFENDANT** [13] - 3:13, 42:3, 42:7, 42:10, 48:5, 52:25, 53:4, 53:8, 53:11, 57:9, 58:8, 58:10, 58:18

**defendant's** [1] - 15:3

**Defendant's** [2] - 55:11, 55:24

**defendants** [1] - 54:20

**Defense** [3] - 32:1, 32:4, 58:4

**defines** [1] - 18:15

**degrading** [1] - 22:1

**deletions** [2] - 3:18, 4:17

**delivery** [1] - 43:18

**demand** [1] - 23:11

**demanded** [1] - 45:7

**demonstrate** [1] - 34:20

**denial** [6] - 14:2, 14:6, 14:14, 14:19, 18:1, 18:2

**denials** [1] - 20:1

**denied** [7] - 13:15, 13:18, 32:17, 36:4, 36:8, 36:10, 44:19

**deny** [2] - 32:23, 36:6

**denying** [1] - 31:7

**deported** [1] - 41:5

**depressed** [1] - 30:8

**depression** [3] - 30:6, 30:11, 35:14

**depressive** [1] - 35:23

**describe** [1] - 54:25

**desperate** [4] - 11:16, 22:8, 43:21, 50:13

**desperately** [1] - 26:4

**detail** [1] - 14:15

**detailed** [1] - 18:2

**detainee** [1] - 24:23

**detainees** [1] - 30:1

**Detective** [3] - 19:12, 27:17, 46:17

**detective** [2] - 47:10, 47:23

**detectives** [1] - 47:3

**detention** [6] - 28:5, 28:24, 29:7, 30:9, 39:8, 55:1

**Detention** [2] - 29:8, 54:24

**deter** [1] - 41:10

**deteriorated** [1] - 12:4

**determination** [1] - 25:23

**determine** [2] - 13:11, 17:5

**determined** [1] - 42:14

**determining** [1] - 32:8

**deterrence** [1] - 56:5

**deterring** [2] - 41:14

**developed** [2] - 11:14, 19:13

**dictates** [1] - 23:11

**difference** [2] - 14:11, 14:13

**different** [2] - 25:24, 35:12

**differently** [1] - 18:4

**difficult** [4] - 17:5, 17:17, 18:7, 52:13

**difficulties** [1] - 54:20

**difficulty** [2] - 8:10, 37:21

**diner** [1] - 49:15

**direct** [4] - 5:21, 19:1, 25:5, 33:2

**directly** [1] - 16:3

**disappointed** [1] - 32:22

**discern** [1] - 29:10

**discharge** [1] - 5:13

**discharged** [1] - 23:9

**discomfort** [1] - 20:21

**discriminated** [1] - 42:17

**discrimination** [1] - 46:9

**discuss** [1] - 23:24

**discussed** [3] - 11:25, 54:6, 54:23

**discussion** [1] - 17:8

**discussions** [1] - 32:10

**disengage** [1] - 41:10

**dismissed** [1] - 46:22

**disorder** [1] - 36:12

**disorders** [1] - 35:23

**display** [1] - 23:6

**dispute** [1] - 31:2

**disrupts** [1] - 26:23

**distinction** [1] - 14:18

**distress** [1] - 29:20

**DISTRICT** [2] - 1:1, 1:1

**District** [4] - 2:2, 2:3, 24:21, 24:25

**disturbing** [1] - 55:10

**DIVISION** [1] - 1:2

**Docket** [2] - 1:5, 2:25

**doctor** [3] - 29:11, 36:11, 38:1

**doctors** [1] - 35:7

**document** [3] - 12:21, 28:22, 32:17

**documents** [9] - 32:8, 32:13, 32:19, 32:21, 36:11, 36:13, 36:25, 37:25, 58:11

**dog** [1] - 49:11

**done** [1] - 51:13

**door** [1] - 55:14

**doubt** [1] - 12:23

**Dover** [1] - 47:3
**down** [1] - 22:16
**drank** [2] - 47:6, 47:14
**drink** [1] - 47:8
**drive** [3] - 47:15, 48:12, 48:13
**driving** [3] - 33:19, 49:13, 53:21
**drug** [1] - 56:24
**drugs** [3] - 35:17, 35:18, 35:20
**drunk** [1] - 47:13
**Dueñas** [7] - 5:3, 13:18, 14:9, 22:9, 23:8, 31:10, 43:17
**DUI** [2] - 34:6, 47:3
**duplicative** [1] - 28:25
**during** [9] - 9:21, 20:10, 34:3, 34:12, 34:19, 36:18, 38:15, 54:25

# E

**economic** [2] - 8:11, 52:16
**Ed** [1] - 3:3
**educated** [2] - 7:15, 26:6
**education** [4] - 6:1, 11:10, 39:23, 54:12
**educational** [4] - 11:25, 38:24, 40:1, 57:1
**Edward** [1] - 1:18
**effected** [1] - 12:19
**effectively** [3] - 25:21, 26:23, 36:24
**effort** [3] - 28:2, 56:1, 57:2
**efforts** [2] - 46:2, 55:1
**either** [4] - 7:24, 10:2, 25:23, 27:23
**El** [3] - 46:15, 51:19, 54:10
**element** [2] - 16:19, 17:25
**elements** [1] - 15:9
**embroiled** [1] - 34:18
**employed** [2] - 6:3, 16:8
**employer** [1] - 13:16
**employment** [3] - 8:21, 34:10, 34:12
**end** [4] - 30:22, 30:23, 42:20
**ended** [1] - 36:16
**ending** [1] - 54:14
**ends** [1] - 31:16
**enemy** [1] - 50:12
**enforcement** [2] - 19:4, 27:5
**engage** [6] - 6:5, 21:24, 22:13, 22:18, 23:11, 23:13
**engaged** [4] - 12:3, 16:10, 34:10, 34:12
**engaging** [2] - 14:8, 20:1
**English** [6] - 8:20, 34:1, 45:18, 45:19, 45:23, 46:6
**enhancement** [3] - 13:10, 15:2, 20:13
**ensure** [1] - 58:16
**entered** [4] - 5:8, 8:7, 54:12, 57:4
**enterprise** [3] - 16:5, 16:10, 55:25
**enters** [1] - 42:5
**enticing** [1] - 54:1
**entirety** [1] - 20:12
**ENTITLED** [1] - 1:10
**entitled** [1] - 59:4
**entries** [3] - 29:10, 30:2, 30:5

**entry** [1] - 29:1
**escape** [1] - 45:5
**especially** [1] - 10:19
**Esquire** [1] - 1:16
**essence** [2] - 14:21, 15:13
**essentially** [20] - 5:4, 5:25, 6:2, 6:3, 11:21, 14:14, 15:10, 17:25, 20:2, 22:4, 23:10, 24:24, 25:15, 26:12, 26:24, 28:17, 28:22, 30:16, 30:24, 31:9
**establish** [1] - 20:16
**evaluated** [1] - 35:3
**evidence** [9] - 6:20, 7:18, 12:7, 19:10, 27:15, 44:12, 47:25, 51:10
**Evidence** [1] - 37:16
**evidenced** [1] - 31:13
**evident** [1] - 20:25
**examination** [2] - 5:22, 18:25
**examine** [1] - 18:6
**examined** [1] - 35:7
**example** [3] - 26:11, 29:14, 41:14
**excellently** [1] - 26:17
**except** [1] - 19:8
**exception** [3] - 21:13, 30:18, 56:22
**excessive** [1] - 27:16
**excuse** [9] - 13:25, 23:5, 27:13, 39:1, 39:6, 47:9, 58:8
**exercise** [1] - 21:2
**exhibit** [1] - 32:1
**Exhibit** [1] - 32:2
**expectation** [1] - 22:11
**experience** [1] - 45:4
**explain** [1] - 54:19
**explained** [2] - 40:15, 48:7
**explaining** [1] - 48:7
**exploitation** [1] - 22:23
**exploited** [1] - 12:5
**exploitive** [1] - 21:24
**express** [1] - 52:23
**extent** [5] - 15:25, 18:23, 19:9, 19:14, 27:3
**extracts** [1] - 28:15
**eye** [3] - 37:5, 38:2

# F

**facially** [4] - 15:10, 15:22, 21:5, 21:10
**facilities** [1] - 30:13
**Facility** [2] - 29:8, 54:25
**facility** [11] - 29:8, 30:12, 32:16, 32:22, 35:1, 35:4, 38:12, 38:13, 40:2, 55:1
**facing** [1] - 30:9
**fact** [28] - 6:16, 9:16, 10:17, 10:22, 11:10, 11:20, 12:4, 12:17, 13:11, 16:5, 16:9, 17:14, 17:16, 18:16, 20:5, 23:9, 23:14, 25:6, 33:16, 34:5, 34:7, 34:16, 34:20, 35:2, 37:14, 38:14, 39:22, 57:25
**factor** [1] - 24:16
**factoring** [1] - 25:17

**factors** [4] - 11:24, 11:25, 25:18, 29:15
**facts** [1] - 52:24
**factual** [1] - 14:16
**fair** [2] - 18:1, 47:20
**fairly** [3] - 12:8, 16:23, 30:3
**faith** [1] - 26:2
**false** [3] - 14:15, 15:18, 16:8
**falsely** [1] - 15:17
**falsity** [1] - 20:25
**familial** [1] - 6:15
**family** [4] - 34:3, 55:14
**far** [6] - 10:23, 14:9, 14:24, 16:7, 25:22, 51:21
**father** [2] - 22:16, 54:11
**faulty** [1] - 15:19
**favorable** [1] - 12:7
**FCI** [3] - 34:25, 35:4, 57:15
**feature** [1] - 12:9
**February** [1] - 36:3
**Federal** [2] - 2:14, 42:17
**fee** [2] - 57:13
**Ferman** [1] - 55:22
**few** [1] - 35:18
**Fifth** [1] - 50:17
**fight** [1] - 47:21
**figure** [2] - 16:25, 29:1
**file** [1] - 57:12
**filed** [3] - 3:21, 24:4, 26:20
**files** [1] - 37:12
**filing** [1] - 57:13
**filling** [1] - 50:10
**filthy** [1] - 51:20
**financial** [1] - 21:25
**fine** [1] - 57:5
**finish** [1] - 51:2
**fire** [1] - 55:8
**firearms** [1] - 54:4
**first** [5] - 8:1, 30:17, 31:20, 32:20, 51:15
**fists** [1] - 47:21
**five** [4] - 32:15, 40:19, 56:22, 56:24
**five-year** [2] - 56:22, 56:24
**Flaco** [1] - 42:23
**flailings** [1] - 26:2
**flat** [1] - 48:18
**Flores** [1] - 55:13
**floundering** [1] - 26:25
**FOCR** [1] - 1:23
**focus** [1] - 30:4
**folks** [2] - 36:9
**follow** [3] - 24:14, 25:3, 57:4
**follow-up** [1] - 24:14
**followed** [3] - 49:7, 49:16, 50:12
**following** [11] - 48:21, 49:6, 49:11, 50:15, 50:16, 50:17, 56:8, 56:19, 56:24
**FOR** [2] - 1:1, 1:10
**force** [8] - 5:5, 11:2, 23:1, 27:15, 27:16, 41:8, 53:5, 54:4
**forced** [4] - 6:5, 6:17, 7:14, 51:11

**forcing** [1] - 52:16
**foregoing** [1] - 59:2
**foreign** [3] - 5:23, 7:17, 10:5
**forgotten** [1] - 22:15
**formal** [1] - 54:12
**forms** [1] - 21:24
**forwarded** [1] - 25:4
**four** [3] - 32:15, 36:15, 37:25
**frame** [1] - 29:19
**Francisco** [1] - 13:25
**Franco** [11] - 5:4, 6:13, 7:13, 13:18, 13:24, 14:9, 22:10, 23:8, 31:11, 43:18, 45:21
**frankly** [3] - 7:24, 28:25, 34:4
**fraud** [3] - 5:5, 23:1, 54:4
**Friday** [1] - 32:18
**friend** [2] - 51:18
**front** [6] - 32:12, 35:25, 36:25, 46:19, 47:1, 58:12
**Fuertes** [3] - 13:19, 13:20, 23:6
**Fuertes'** [1] - 21:16
**full** [1] - 58:14
**fully** [1] - 52:22
**fundamentally** [1] - 11:12
**furtherance** [2] - 54:5, 55:12
**furthered** [1] - 22:23
**future** [1] - 30:15

### G

**gain** [1] - 21:25
**gainsaying** [1] - 29:23
**gas** [1] - 50:9
**gasoline** [1] - 55:13
**gather** [1] - 18:16
**GED** [3] - 39:25, 57:2, 57:16
**general** [4] - 14:14, 14:19, 18:1, 18:2
**generally** [1] - 54:20
**gentleman** [6] - 24:20, 38:20, 41:3, 43:2, 47:23, 50:2
**Gerald** [2] - 1:16, 3:9
**GERMAN** [1] - 1:6
**German** [2] - 1:15, 2:24
**Gesner** [1] - 39:6
**Giordano** [3] - 1:23, 59:1, 59:7
**girl** [2] - 42:24, 44:13
**girlfriend** [2] - 45:2, 45:5
**given** [8] - 10:19, 26:20, 38:1, 39:25, 43:6, 44:16, 55:24, 58:15
**glance** [1] - 17:5
**God** [1] - 52:1
**Goldstein** [6] - 1:19, 2:14, 2:19, 33:7, 42:5, 58:7
**GOLDSTEIN** [1] - 2:14
**goodness** [1] - 46:23
**Government** [23] - 1:13, 3:22, 4:24, 5:1, 10:10, 10:24, 12:1, 12:7, 13:4, 13:8, 15:24, 18:2, 19:3, 20:4, 21:8, 21:15, 21:18, 23:14, 26:24, 31:5, 31:14,

36:23, 58:2
**Government's** [6] - 6:21, 10:8, 13:5, 21:20, 23:21, 30:21
**GPS** [2] - 48:24, 51:8
**grain** [1] - 18:5
**granted** [1] - 24:5
**great** [5] - 14:15, 25:13, 31:5, 40:16, 51:13
**greater** [3] - 41:13, 56:4, 57:23
**grew** [2] - 46:13, 51:19
**guess** [4] - 4:23, 8:6, 11:13, 29:19
**Guideline** [1] - 12:11
**guideline** [4] - 12:18, 12:19, 30:23, 57:21
**guidelines** [5] - 4:21, 20:7, 21:12, 54:9, 56:3
**guilt** [2] - 14:14, 27:24
**guilty** [5] - 13:9, 14:22, 47:24, 49:21, 53:15
**gun** [3] - 23:6, 23:8, 55:17

### H

**habits** [1] - 32:7
**Hampshire** [1] - 49:25
**hand** [3] - 25:1, 29:13, 35:16
**hard** [1] - 29:1
**harmful** [1] - 31:4
**harping** [1] - 28:17
**Hartlove** [8] - 19:12, 27:17, 43:9, 46:16, 46:25, 49:16, 49:18, 49:22
**head** [1] - 22:14
**heads** [1] - 37:19
**health** [6] - 28:13, 30:5, 35:4, 36:21, 37:1, 57:16
**healthy** [1] - 30:3
**hear** [2] - 21:15, 53:1
**heard** [10] - 17:3, 21:17, 21:20, 22:2, 22:6, 23:4, 23:5, 25:4, 34:13, 41:25
**hearing** [3] - 14:5, 27:10, 39:8
**heart** [2] - 52:2, 53:5
**Heights** [1] - 51:21
**Heineken** [1] - 47:6
**held** [2] - 24:11, 39:4
**help** [13] - 35:9, 35:10, 38:20, 42:21, 44:2, 44:6, 44:23, 44:24, 44:25, 47:22, 48:18, 52:2, 52:17
**helped** [1] - 46:2
**helping** [2] - 44:5, 44:25
**hence** [1] - 23:18
**Hernandez** [1] - 55:22
**herself** [2] - 10:23, 11:1
**hesitance** [2] - 21:6
**hiding** [1] - 50:14
**high** [2] - 16:23, 55:24
**high-level** [1] - 55:24
**himself** [5] - 25:9, 26:4, 29:6, 34:3, 38:24
**Hispanic** [1] - 53:13

**Hispanics** [1] - 42:16
**history** [1] - 33:18
**History** [2] - 21:11, 53:22
**hit** [3] - 43:10, 43:16, 51:22
**hold** [1] - 41:23
**home** [4] - 34:21, 43:9, 45:15, 48:19, 49:7, 54:11
**Homeland** [1] - 3:2
**homicide** [2] - 48:5
**Honda** [1] - 50:9
**Honor** [103] - 2:7, 2:16, 2:21, 3:7, 3:8, 3:12, 3:17, 3:20, 4:1, 4:4, 4:22, 4:25, 5:10, 5:14, 5:17, 6:12, 6:24, 7:11, 7:20, 8:15, 8:20, 8:25, 9:17, 10:15, 10:21, 11:6, 12:13, 13:3, 13:14, 14:23, 15:14, 15:25, 16:15, 16:18, 17:1, 17:10, 18:14, 19:8, 21:16, 24:13, 25:10, 26:15, 28:6, 31:3, 31:20, 31:25, 32:2, 32:6, 32:8, 32:16, 33:3, 33:5, 33:6, 33:10, 33:13, 33:15, 33:20, 34:10, 34:19, 34:23, 35:6, 35:13, 35:16, 35:20, 36:2, 36:5, 36:13, 36:17, 37:3, 37:24, 38:16, 39:21, 39:22, 40:4, 40:13, 40:17, 41:11, 41:17, 43:2, 43:12, 44:7, 44:13, 45:8, 45:16, 46:8, 47:18, 49:5, 49:10, 49:18, 50:21, 51:2, 51:7, 51:25, 52:8, 52:12, 53:5, 57:9, 57:19, 57:20, 58:3, 58:5, 58:10
**Honor's** [1] - 18:24
**HONORABLE** [1] - 1:11
**Honorable** [5] - 2:4, 42:7, 43:4, 49:2, 58:22
**hope** [3] - 32:7, 37:22, 48:14
**host** [1] - 35:17
**hour** [4] - 50:7, 52:14, 52:21, 52:24
**hours** [2] - 49:6, 49:12
**house** [4] - 9:3, 44:12, 51:16, 52:7
**housed** [1] - 40:8
**HSI** [1] - 1:18
**human** [1] - 22:4
**humanitarian** [1] - 52:17
**hurdle** [1] - 16:23
**husband** [2] - 43:18, 44:4
**hypertension** [1] - 35:21

### I

**Iaria** [1] - 52:11
**identified** [3] - 13:5, 13:12, 13:16
**illegal** [5] - 8:2, 11:11, 16:5, 16:10, 54:3
**illegally** [2] - 22:8, 54:13
**imagine** [3] - 10:4, 30:7, 38:7
**immediately** [3] - 9:25, 25:1, 41:5
**Immigration** [1] - 57:4
**impaired** [1] - 53:21
**implausible** [1] - 20:22
**impose** [13] - 23:19, 23:20, 31:20, 40:14, 53:2, 56:8, 56:9, 56:12, 56:13, 56:15, 56:19, 56:21, 57:5

imposed [3] - 54:7, 56:16, 57:22
imposing [1] - 54:21
imposition [1] - 57:5
impossible [1] - 18:23
imprisonment [2] - 56:9
improvement [1] - 34:21
IN [1] - 1:1
incarcerated [4] - 33:24, 36:5, 37:23, 38:9
incarceration [2] - 38:15, 57:15
incident [1] - 55:7
inclined [1] - 14:25
include [2] - 14:20, 53:16
included [4] - 10:11, 15:15, 19:2, 19:13
including [1] - 13:15
income [2] - 34:18, 34:20
increase [1] - 12:17
incredible [2] - 21:5, 21:10
indeed [3] - 13:8, 22:9, 30:20
independent [1] - 57:21
indicate [2] - 36:13, 39:24
indicated [4] - 4:25, 13:13, 23:22, 54:10
indicates [2] - 36:12, 55:2
individual [2] - 24:24, 54:2
individuals [5] - 16:1, 22:24, 24:22, 26:10, 29:7
inducing [1] - 54:1
industry [1] - 22:24
inflicted [1] - 55:4
influence [2] - 33:19, 47:2
information [3] - 26:11, 46:10, 46:11
infraction [1] - 51:9
inherent [1] - 16:6
initial [1] - 8:8
initiated [1] - 11:13
injured [5] - 27:6, 27:19, 29:21, 29:23
injustice [2] - 46:9, 49:4, 50:2
injustices [1] - 48:8
inmate [1] - 24:23
inmates [3] - 28:12, 30:13, 37:25
innocent [1] - 16:21
inside [1] - 9:2
installing [1] - 50:19
instant [1] - 23:3
institution [1] - 38:11
intelligent [1] - 43:12
intend [1] - 19:9
intended [5] - 5:17, 18:10, 28:2
intending [1] - 25:20
intends [1] - 28:14
intent [4] - 14:20, 16:19, 20:25, 27:20
intent-related [1] - 14:20
interested [2] - 4:24, 44:22
interpret [1] - 37:18
interpretation [1] - 29:12
interpreter [3] - 2:6, 2:15, 48:2
Interpreter [3] - 1:19, 1:19, 48:4
INTERPRETER [5] - 2:9, 2:13, 2:14, 2:20, 48:2

interstate [4] - 27:13, 53:25, 54:2
interviewed [1] - 19:4
introduce [2] - 19:10, 27:8
introduced [1] - 34:19
investigation [2] - 19:2, 19:14
Investigations [1] - 3:2
investigators [3] - 19:3, 19:11, 19:12
involve [1] - 46:25
involved [6] - 6:23, 14:3, 14:6, 41:7, 42:24, 45:3
involvement [1] - 55:24
isolated [2] - 8:23, 9:1
issue [10] - 5:14, 17:6, 17:19, 20:15, 28:10, 32:11, 37:18, 38:5, 38:6, 40:16
issued [2] - 26:17
issues [4] - 14:16, 30:6, 36:21, 37:2
issuing [1] - 28:19
item [1] - 12:20
itself [3] - 10:6, 10:9, 20:20

## J

jail [4] - 30:10, 41:6, 41:9, 43:16
jailhouse [1] - 26:9
Jennifer [1] - 49:22
Jenny [3] - 43:23, 45:12, 45:13
Jersey [1] - 22:16
JESUS [1] - 1:6
Jesus [2] - 1:15, 2:24
join [1] - 23:16
Josefina [2] - 43:6, 51:17
Joy [1] - 46:17
Jr [1] - 2:4
JR [1] - 1:11
judge [1] - 46:19
Judge [16] - 2:23, 10:4, 14:17, 16:24, 18:6, 26:5, 31:21, 38:12, 39:6, 40:23, 41:21, 42:8, 43:4, 46:20, 48:15, 49:2
Judy [1] - 46:21
July [1] - 29:21
June [1] - 25:7
jurors [4] - 19:20, 47:24, 49:20
jury [6] - 7:12, 12:21, 12:22, 23:17, 47:1, 49:21
justice [5] - 13:7, 13:10, 26:3, 26:7, 31:16

## K

Kelly [19] - 1:18, 3:3, 3:4, 19:12, 19:17, 19:19, 27:4, 27:17, 42:17, 42:23, 43:8, 44:1, 44:11, 46:24, 48:9, 48:16, 49:13, 49:15, 50:8
KELLY [1] - 3:7
kept [1] - 9:2
key [1] - 8:18
kind [16] - 9:24, 11:2, 14:25, 21:23, 22:2, 22:4, 25:13, 25:16, 27:21, 28:2,

29:16, 30:10, 34:15, 40:9, 41:11, 50:12
kinds [3] - 30:7, 30:19, 35:12
KIRCHGESSNER [4] - 2:9, 2:13, 2:20, 48:2
Kirchgessner [4] - 1:19, 2:13, 2:18, 58:7
knowing [7] - 13:15, 13:17, 13:19, 14:3, 16:7, 44:20
known [1] - 29:9
knows [5] - 37:4, 42:23, 44:13, 46:14, 52:1

## L

lack [7] - 10:11, 10:12, 11:10, 15:18, 22:3, 28:17, 46:10
ladies [1] - 2:8
land [2] - 8:11, 10:5
lane [1] - 49:19
Langley [1] - 51:22
language [3] - 5:25, 8:10, 10:12
large [1] - 34:7
largely [1] - 55:4
last [9] - 11:5, 12:15, 18:13, 32:10, 32:18, 34:21, 35:18, 38:10, 40:5
late [3] - 28:16, 32:24, 41:3
Latin [1] - 45:17
laudable [1] - 25:12
law [7] - 19:4, 23:1, 27:4, 34:8, 41:11, 50:14, 56:6
law-abiding [1] - 34:8
lawful [1] - 57:4
lawyer [4] - 44:20, 48:6, 48:7, 51:8
lawyers [2] - 26:10, 37:20
lay [1] - 50:11
laying [1] - 50:6
layman's [1] - 29:12
lead [3] - 25:23, 31:13, 53:22
leader [2] - 17:12, 17:15
learned [1] - 19:13
least [5] - 11:18, 20:3, 34:3, 37:7, 40:19
leave [1] - 45:6
leaves [2] - 21:11, 33:7
led [1] - 34:6
left [1] - 43:16
legal [1] - 13:12
legitimate [2] - 34:10, 34:12
length [1] - 18:25
lengthy [2] - 30:9, 34:8
less [2] - 31:14, 54:8
letter [7] - 3:21, 23:24, 24:18, 25:1, 25:6, 25:8, 38:17
level [5] - 13:6, 21:8, 21:11, 54:7, 55:24
levels [2] - 5:2, 12:12
leverage [1] - 6:2
lie [4] - 42:12, 42:24, 42:25, 44:5
life [8] - 21:14, 30:24, 34:2, 34:8, 37:11, 42:13, 50:24, 54:9

**lifeline** [1] - 11:17
**light** [4] - 12:7, 12:14, 25:14, 39:22
**likely** [1] - 12:19
**limit** [1] - 47:7
**limited** [5] - 8:11, 8:20, 8:21, 29:25, 34:2
**line** [1] - 17:3
**lines** [1] - 49:19
**list** [3] - 10:10, 15:9, 15:22
**litigation** [2] - 26:21, 57:20
**lived** [2] - 5:7, 6:15
**lives** [1] - 44:22
**living** [3] - 34:8, 45:20, 50:23
**local** [1] - 55:1
**located** [1] - 40:2
**logic** [1] - 50:25
**Lombard** [1] - 1:24
**look** [5] - 19:24, 33:16, 35:16, 47:1, 52:1
**looked** [1] - 35:7
**looking** [8] - 6:20, 15:15, 16:18, 17:23, 17:24, 24:18, 38:9, 50:13
**loving** [1] - 9:24
**lower** [3] - 21:13, 30:22, 30:23
**lowest** [1] - 30:23
**lunch** [1] - 49:23
**lured** [1] - 12:8

## M

**Madam** [1] - 57:14
**Magistrate** [1] - 31:21
**Magnolia** [1] - 50:19
**maintain** [1] - 55:5
**makeup** [1] - 37:22
**maladies** [1] - 35:12
**malingering** [1] - 36:22
**Mallory** [1] - 38:17
**man** [5] - 5:19, 11:15, 37:1, 45:14
**manages** [1] - 45:22
**manic** [1] - 35:23
**manic-depressive** [1] - 35:23
**manipulate** [3] - 25:21, 26:25, 42:12
**manipulating** [3] - 36:22, 48:15, 48:16
**manipulation** [1] - 26:1
**manipulative** [3] - 25:16, 27:21, 29:16
**Margarita** [2] - 22:19, 22:20
**Maria** [1] - 45:21
**mark** [1] - 32:1
**marketable** [1] - 10:12
**married** [2] - 43:23, 54:13
**Marshals** [1] - 28:24
**Marta** [2] - 1:19, 2:14
**Martin** [3] - 1:23, 59:1, 59:7
**Martinez** [1] - 55:22
**MARYLAND** [1] - 1:1
**Maryland** [4] - 1:8, 1:24, 2:3, 5:20
**material** [12] - 15:17, 15:23, 16:9, 17:6, 17:18, 17:25, 18:7, 18:15, 19:7, 19:25, 20:5, 20:22

**materiality** [9] - 15:7, 15:8, 15:9, 15:13, 16:13, 17:2, 18:5, 20:15, 20:18
**materials** [1] - 58:15
**math** [1] - 40:21
**matter** [8] - 12:4, 13:3, 15:17, 20:19, 20:22, 24:15, 27:25, 59:4
**MATTER** [1] - 1:10
**matters** [4] - 11:9, 28:7, 41:15, 57:4
**Max** [1] - 32:13
**Maximilliano** [1] - 55:15
**maximum** [1] - 54:9
**maximums** [1] - 21:14
**mean** [3] - 15:8, 15:10, 27:3
**measures** [1] - 22:8
**mechanism** [1] - 5:23
**medical** [9] - 28:15, 28:22, 29:6, 32:11, 32:13, 34:24, 35:1, 55:2, 55:9
**medically** [1] - 35:3
**medicines** [2] - 35:23, 35:24
**memoranda** [2] - 3:21, 21:22
**memorandum** [7] - 4:15, 5:1, 13:6, 24:4, 24:19, 26:16, 28:8
**memory** [2] - 15:19, 49:22
**mens** [1] - 15:18
**mental** [8] - 12:9, 28:13, 30:4, 35:4, 36:20, 37:1, 37:22, 57:15
**mentioned** [1] - 44:3
**merely** [1] - 16:12
**Merit** [1] - 59:1
**merit** [2] - 26:19, 27:23
**met** [7] - 8:1, 10:3, 12:5, 42:20, 43:21, 43:25, 44:24
**Mexico** [1] - 22:17
**Michael** [2] - 1:14, 2:25
**mid** [1] - 41:3
**might** [6] - 12:15, 18:4, 28:3, 33:4, 36:10, 40:2
**Mill** [1] - 50:1
**minds** [1] - 46:2
**mine** [3] - 10:16, 46:6, 51:18
**minimum** [1] - 50:8
**misinformation** [1] - 26:11
**missing** [1] - 46:20
**Missouri** [1] - 46:4
**mistake** [2] - 15:19, 51:14
**mistakes** [2] - 48:7, 51:3
**mistreated** [3] - 9:12, 45:12, 45:13
**mitigated** [1] - 54:18
**mitigating** [1] - 24:3
**money** [6] - 5:24, 44:16, 44:17, 44:19, 45:7
**monopolize** [1] - 56:1
**month** [1] - 56:15
**months** [11] - 25:7, 30:24, 30:25, 36:15, 40:14, 40:22, 40:24, 41:18, 54:9, 56:10, 56:18
**months'** [1] - 52:3
**mortgage** [2] - 52:6
**most** [8] - 4:24, 12:7, 12:18, 28:12, 30:1,

36:5, 52:23, 55:10
**mostly** [1] - 28:3
**mother** [10] - 7:16, 43:23, 44:5, 44:6, 44:15, 44:17, 44:19, 45:7, 52:9, 52:14
**motion** [1] - 24:7
**motions** [2] - 26:20, 27:10
**motivated** [1] - 16:21
**motivation** [1] - 16:21
**MR** [74] - 2:23, 3:6, 3:8, 3:12, 3:17, 3:20, 3:25, 4:4, 4:7, 4:10, 4:13, 4:19, 4:22, 4:25, 5:10, 6:9, 6:12, 6:24, 7:2, 7:4, 7:7, 7:10, 7:20, 8:15, 8:19, 8:25, 9:6, 9:9, 9:15, 10:15, 11:6, 12:13, 12:25, 13:3, 14:17, 14:23, 15:14, 15:24, 16:14, 16:18, 16:22, 16:24, 18:3, 18:14, 18:19, 18:21, 19:8, 21:16, 22:20, 24:1, 24:6, 24:9, 24:13, 26:5, 28:10, 31:18, 31:20, 31:23, 32:3, 32:6, 33:3, 33:10, 33:12, 39:3, 39:11, 39:15, 39:17, 39:19, 39:21, 40:13, 57:19, 58:1, 58:3, 58:5
**MS** [1] - 22:19
**must** [6] - 13:10, 15:11, 40:18, 40:19, 57:6

## N

**N.W** [1] - 50:18
**name** [7] - 2:11, 22:15, 44:3, 45:20, 45:25, 51:17, 52:11
**names** [1] - 46:21
**nature** [2] - 21:18, 22:3
**near** [1] - 49:22
**necessarily** [3] - 5:17, 24:17, 27:7
**necessary** [6] - 15:1, 24:17, 31:15, 41:13, 56:4, 57:22
**necessity** [1] - 55:5
**neck** [1] - 38:2
**need** [5] - 22:5, 33:12, 36:21, 50:7, 53:1
**needed** [1] - 7:21
**needs** [1] - 37:22
**never** [7] - 32:17, 45:11, 45:13, 45:15, 46:12, 46:16, 50:25
**new** [2] - 21:19, 51:17
**New** [4] - 22:16, 46:3, 49:25, 50:17
**next** [1] - 13:2
**Nissan** [2] - 48:11, 48:25
**non** [2] - 15:17, 34:1
**non-English-speaking** [1] - 34:1
**non-material** [1] - 15:17
**none** [2] - 3:25, 27:16
**normal** [1] - 10:24
**NORTHERN** [1] - 1:2
**note** [3] - 29:19, 36:2, 55:8
**noted** [1] - 3:20, 40:3
**notice** [2] - 35:15, 35:17
**noticed** [1] - 38:1
**notwithstanding** [1] - 21:9
**NOVEMBER** [1] - 2:1

**November** [8] - 1:8, 27:9, 29:18, 33:24, 40:11, 43:15, 50:4, 50:8
**number** [3] - 44:17, 51:3, 54:17
**Number** [1] - 2:25
**numbered** [1] - 35:15
**numbers** [1] - 35:15
**numerous** [1] - 26:8

**O**

**o'clock** [1] - 31:24
**Oath** [1] - 2:10
**objection** [2] - 17:21, 32:3
**objective** [2] - 25:12, 41:13
**obligated** [2] - 41:12, 41:22
**observation** [1] - 26:16
**observe** [1] - 28:18
**observed** [2] - 27:8, 49:7
**obstruction** [7] - 13:7, 13:10, 16:17, 16:19, 20:6, 21:7, 21:9
**obstructive** [1] - 20:11
**obtain** [2] - 39:25, 57:2
**obvious** [1] - 29:3
**obviously** [9] - 7:12, 13:21, 15:2, 16:25, 20:15, 21:1, 21:16, 23:14, 31:6
**occasion** [3] - 34:16, 49:15, 49:25
**occur** [1] - 9:20
**occurred** [1] - 38:8
**OF** [3] - 1:1, 1:4, 2:1
**offense** [3] - 18:1, 21:11, 54:6
**offenses** [1] - 56:5
**offer** [1] - 11:17
**offered** [2] - 44:2, 55:9
**officer** [1] - 57:1
**officers** [2] - 19:4, 27:5
**oftentimes** [1] - 36:6
**old** [2] - 52:9, 53:20
**Omar** [1] - 42:22
**ON** [1] - 1:10
**once** [1] - 47:10
**one** [27] - 5:10, 5:18, 14:15, 15:25, 16:3, 17:5, 17:23, 18:4, 19:20, 23:10, 29:2, 29:13, 31:8, 33:18, 34:6, 36:21, 36:22, 36:24, 39:2, 44:24, 47:6, 47:7, 47:14, 51:3, 54:20, 57:24
**ongoing** [1] - 17:8
**operator** [1] - 50:6
**opportunities** [2] - 8:11, 30:13
**opportunity** [10] - 6:10, 42:1, 42:3, 52:22, 52:25, 53:6, 53:7, 53:9, 53:10, 53:12
**opposed** [1] - 14:14, 26:25, 27:22
**order** [5] - 26:16, 40:25, 42:23, 44:6, 51:2
**orders** [1] - 57:4
**others'** [1] - 20:24
**otherwise** [4] - 7:13, 23:12, 23:20, 36:10
**outlandish** [1] - 19:3

**outrageous** [1] - 20:17
**outside** [1] - 45:5
**overlay** [1] - 22:25

**P**

**page** [2] - 32:21, 35:15
**Page** [5] - 35:15, 35:17, 36:2, 36:11, 37:24
**pages** [4] - 28:20, 28:21, 33:4
**paid** [2] - 44:4, 52:3
**pain** [1] - 29:17
**painting** [1] - 49:19
**Pancho** [1] - 55:19
**paper** [2] - 32:20, 44:11
**paperwork** [1] - 29:4
**Paragraph** [1] - 13:5
**paranoid** [1] - 37:8
**parenthood** [2] - 10:11, 12:1
**parenting** [2] - 38:19
**Park** [1] - 51:22
**parking** [2] - 50:4, 50:5
**part** [6] - 6:19, 8:8, 8:15, 8:21, 12:14, 24:21
**participant** [2] - 38:18, 40:6
**participated** [1] - 38:23
**participating** [1] - 29:25
**participation** [2] - 20:23, 20:24
**particular** [3] - 15:16, 33:4, 38:20
**particularly** [1] - 19:17
**parts** [2] - 7:6, 33:1
**passenger** [1] - 48:17
**passing** [1] - 41:16
**past** [2] - 52:23, 54:15
**patient** [2] - 43:22, 43:24
**patrol** [1] - 48:25
**pay** [1] - 57:12
**paying** [1] - 52:5
**people** [12] - 13:21, 13:23, 16:10, 21:25, 22:5, 23:12, 31:4, 36:5, 42:17, 45:18, 45:24, 52:2
**people's** [1] - 44:22
**per** [3] - 13:9, 23:18, 50:7
**perhaps** [5] - 8:8, 11:2, 13:24, 18:24, 21:19, 35:9, 37:4, 46:6, 49:3
**period** [5] - 6:16, 10:25, 34:3, 34:11, 55:1
**perjury** [1] - 13:12
**perpetrated** [1] - 5:12
**person** [20] - 10:5, 10:7, 10:18, 12:6, 23:12, 33:21, 33:25, 34:1, 41:5, 41:10, 43:5, 43:6, 43:7, 43:12, 44:3, 44:23, 47:8, 47:20, 51:13, 52:1
**personal** [1] - 19:18
**perspective** [1] - 6:21
**persuading** [1] - 54:1
**phon** [1] - 46:1
**phone** [2] - 32:15, 55:14
**photograph** [1] - 43:14

**physical** [8] - 5:12, 7:18, 8:13, 8:17, 12:9, 27:15, 27:16, 29:24
**picture** [3] - 45:10, 49:24
**pictures** [4] - 43:10, 49:18, 49:20, 51:14
**Pike** [1] - 46:21
**pipes** [1] - 50:19
**pistol** [2] - 55:19, 55:21
**place** [10] - 25:8, 28:11, 30:17, 41:19, 46:14, 47:17, 50:18, 51:20, 57:14
**placed** [2] - 32:2, 55:22
**places** [1] - 55:17
**plague** [1] - 54:24
**playing** [2] - 29:22, 29:23
**plea** [2] - 14:22, 53:16
**pleadings** [4] - 26:8, 36:19, 37:12, 40:14
**plumber** [1] - 50:20
**Plumbing** [1] - 50:19
**plus** [3] - 12:1, 28:20, 30:25
**PM** [2] - 1:9
**point** [13] - 5:15, 6:22, 14:2, 15:16, 18:24, 18:25, 33:18, 35:8, 36:20, 42:12, 43:4, 47:7, 53:1
**pointed** [2] - 19:9, 30:22
**points** [1] - 23:24
**police** [8] - 17:11, 44:1, 44:9, 44:11, 47:16, 50:13, 50:14, 51:23
**policy** [1] - 53:15
**politely** [2] - 17:1
**pool** [1] - 22:22
**poor** [2] - 46:13, 46:14
**poorly** [1] - 7:15
**poorly-educated** [1] - 7:15
**portion** [1] - 34:9
**position** [5] - 6:12, 12:5, 17:11, 21:20, 21:21
**possession** [2] - 54:4, 55:23
**possibility** [1] - 30:9
**possible** [3] - 40:1, 43:15, 45:19
**poured** [1] - 55:13
**Powder** [1] - 50:1
**preclude** [1] - 29:25
**predicament** [1] - 25:10
**pregnant** [2] - 51:24, 52:2
**premise** [2] - 8:6, 9:11
**preparation** [1] - 26:15
**prepared** [1] - 26:18
**preposterous** [1] - 18:22
**prescribed** [1] - 57:1
**presence** [3] - 5:13, 23:10, 27:17
**present** [5] - 1:17, 21:21, 23:17, 28:15, 28:19
**presented** [2] - 47:23, 48:1
**presentence** [3] - 3:15, 4:3, 4:17
**presents** [1] - 30:3
**preserved** [1] - 13:1
**president** [2] - 49:21, 51:21
**presiding** [1] - 2:4
**pressure** [1] - 45:6

**presumably** [1] - 29:24
**pretrial** [5] - 24:23, 28:23, 29:7, 30:1, 30:9
**pretty** [2] - 27:11, 29:3
**previously** [1] - 21:20
**prey** [1] - 49:11
**principal** [1] - 54:18
**principled** [1] - 54:22
**prison** [1] - 41:4
**Prisons** [2] - 30:12, 57:3
**privileges** [1] - 36:10
**pro** [1] - 28:16
**probation** [2] - 48:13, 57:1
**problem** [1] - 42:19
**problems** [5] - 29:20, 35:14, 42:22, 54:23, 54:24
**procedure** [1] - 37:15
**proceed** [1] - 33:14
**proceeding** [3] - 21:17, 39:8, 53:16
**PROCEEDINGS** [1] - 2:1
**Proceedings** [1] - 58:24
**proceedings** [2] - 20:11, 59:3
**process** [1] - 26:23
**product** [1] - 26:9
**professional** [1] - 43:13
**professionalism** [1] - 53:4
**program** [14] - 24:21, 24:24, 25:4, 25:12, 38:24, 40:7, 40:9, 57:17
**progress** [1] - 45:20
**promote** [1] - 56:6
**prosecutors** [1] - 42:11
**prostitute** [6] - 5:25, 12:6, 44:14, 44:15, 45:2, 45:3
**prostitutes** [3] - 14:8, 50:7, 51:1
**prostituting** [6] - 5:19, 9:16, 10:23, 11:1, 11:15, 11:22
**prostitution** [20] - 5:8, 5:9, 6:5, 6:17, 9:2, 9:18, 9:21, 14:7, 17:10, 17:12, 17:15, 20:1, 22:18, 34:17, 54:11, 52:19, 53:25, 54:1, 54:3, 56:1
**protect** [1] - 56:6
**protected** [1] - 58:17
**protocol** [1] - 37:16
**provide** [3] - 28:2, 55:1, 56:5
**provided** [3] - 4:11, 28:23, 57:16
**PSR** [2] - 40:3, 40:8
**public** [2] - 50:3, 56:6
**pull** [1] - 14:12
**pulled** [1] - 33:3
**punishment** [1] - 56:5
**pursue** [1] - 25:22
**pursuits** [1] - 38:25
**put** [5] - 5:16, 5:19, 16:25, 17:1, 51:19
**putting** [1] - 25:1

**Q**

**qualifies** [1] - 40:6
**qualify** [1] - 40:7

**quality** [2] - 20:11, 26:13
**Quarles** [6] - 2:4, 2:23, 10:4, 38:12, 40:23, 41:21
**QUARLES** [1] - 1:11
**questions** [2] - 17:8, 19:1
**quickly** [1] - 12:9
**quite** [4] - 6:12, 7:24, 34:4, 35:7
**quotations** [1] - 5:16
**quote** [1] - 15:15

**R**

**Rachel** [2] - 1:14, 3:1
**raised** [2] - 23:24, 28:7
**raises** [1] - 20:15
**rambling** [1] - 17:8
**Ramirez** [1] - 13:25
**range** [3] - 12:18, 12:20, 30:23
**Rapalo** [1] - 13:24
**rape** [1] - 62:10
**rather** [2] - 9:23, 12:20
**RDAP** [2] - 40:7, 57:17
**rea** [1] - 15:18
**reach** [2] - 10:6, 38:21
**reached** [1] - 19:18
**read** [5] - 3:15, 4:3, 45:19, 51:6
**really** [7] - 6:12, 9:3, 20:8, 20:11, 21:23, 28:2, 39:23
**Realtime** [1] - 59:2
**reason** [1] - 21:1
**reasonable** [2] - 12:23, 15:12
**reasons** [2] - 38:1, 54:17
**Rebeca** [22] - 5:3, 13:18, 14:9, 31:10, 42:20, 43:8, 43:9, 43:16, 44:23, 45:5, 45:14, 47:22, 50:23, 51:12, 51:19, 51:24, 52:6, 52:13, 52:18, 52:19, 55:15
**Rebeca's** [1] - 44:16
**recalling** [1] - 55:12
**received** [5] - 28:20, 32:17, 32:18, 32:23, 35:10
**recess** [2] - 33:8, 58:23
**recipient** [1] - 26:7
**recognize** [1] - 36:6
**recognizes** [2] - 15:2, 23:1
**recollection** [2] - 13:18, 14:4
**recommend** [2] - 39:24, 44:8, 57:17
**recommendation** [5] - 23:21, 30:19, 30:21, 35:5, 57:14
**recommendations** [1] - 41:19
**recommending** [3] - 28:11, 30:24, 34:25
**record** [11] - 2:12, 7:14, 7:24, 10:2, 33:1, 33:18, 39:5, 40:8, 41:19, 52:19, 59:3
**recording** [1] - 51:8
**records** [9] - 28:15, 28:22, 32:14, 34:24, 35:1, 35:6, 35:13, 35:25, 55:2
**recreational** [1] - 30:1
**redounded** [1] - 11:20

**redounding** [1] - 25:24
**reduction** [2] - 54:21, 54:23
**redundancy** [1] - 29:2
**referred** [1] - 38:17
**reflect** [1] - 56:4
**reflux** [1] - 35:21
**refrain** [1] - 27:18
**refresh** [1] - 49:22
**refused** [2] - 9:21, 55:8
**regard** [6] - 21:20, 25:18, 25:19, 26:13, 27:25, 28:3
**regarding** [2] - 26:12, 26:14
**regardless** [1] - 19:21
**Registered** [1] - 59:1
**regular** [1] - 38:18
**regularly** [1] - 40:5
**reiterating** [1] - 21:22
**reject** [2] - 19:20, 19:22
**rejection** [1] - 20:3
**related** [4] - 12:10, 14:20, 20:18, 53:25
**relating** [1] - 6:11
**relations** [1] - 25:20
**relationship** [21] - 5:8, 6:14, 6:15, 7:22, 7:23, 8:8, 8:9, 8:13, 8:22, 9:1, 9:7, 9:13, 9:23, 9:24, 10:18, 10:19, 10:25, 11:14, 12:2, 12:3, 12:8
**release** [2] - 56:19, 56:21
**released** [1] - 41:4
**relevant** [1] - 19:1
**relies** [1] - 14:14
**relying** [1] - 7:16
**remain** [1] - 53:19
**remarkable** [1] - 33:21
**remarks** [1] - 33:6
**remember** [1] - 13:15
**reminds** [1] - 12:1
**remorse** [1] - 31:9
**removed** [1] - 31:11
**rent** [4] - 44:4, 52:3, 52:5, 52:6
**Repalo** [1] - 55:16
**repeat** [2] - 18:8, 22:2
**repeated** [2] - 19:1, 26:12
**report** [6] - 3:16, 4:3, 4:5, 4:8, 4:12, 4:18
**Reported** [1] - 1:22
**reported** [1] - 38:4
**Reporter** [2] - 59:1, 59:2
**represent** [1] - 58:14
**representation** [2] - 26:14, 37:7
**representations** [1] - 26:18
**represented** [3] - 22:3, 26:17, 46:22
**request** [2] - 32:18, 57:15
**requests** [1] - 48:2
**require** [3] - 16:13, 16:20, 56:20
**required** [2] - 10:22, 54:7
**requirement** [3] - 15:7, 15:8, 15:10
**requirements** [1] - 41:1
**requisite** [1] - 15:18
**rescue** [2] - 5:16, 11:19
**rescued** [2] - 5:7, 5:15

**resolve** [1] - 32:10
**respect** [7] - 4:15, 5:3, 14:9, 25:11, 37:6, 55:3, 56:6
**respectfully** [1] - 41:2
**respecting** [1] - 31:6
**respects** [1] - 19:16
**respond** [1] - 6:10
**response** [2] - 18:12, 19:1
**responsive** [1] - 17:7
**rest** [1] - 41:14
**result** [3] - 15:19, 28:18, 41:9
**resurrecting** [1] - 30:16
**returns** [1] - 34:19
**review** [2] - 33:9, 55:2
**reviewed** [2] - 4:8, 35:23
**revolver** [1] - 55:21
**Reyes** [2] - 43:6, 51:17
**ridiculous** [1] - 50:24
**right-hand** [1] - 35:16
**rightfully** [1] - 38:10
**rights** [6] - 51:4, 51:6, 53:12, 58:16
**ring** [2] - 17:12, 17:15
**rise** [2] - 2:2, 58:22
**risking** [1] - 22:9
**risks** [1] - 52:4
**RMR** [2] - 1:23, 59:7
**Road** [2] - 49:23, 50:1
**road** [1] - 49:8
**romantic** [1] - 12:3
**Room** [1] - 1:23
**Route** [2] - 27:14, 48:10
**ruined** [1] - 50:24
**Ruiz** [1] - 43:23
**rule** [2] - 18:15, 20:7
**Rules** [1] - 37:16
**run** [1] - 56:14
**runner** [1] - 50:11
**Ruter** [18] - 1:16, 3:9, 3:11, 4:3, 6:10, 11:4, 12:2, 16:17, 16:23, 23:16, 24:4, 24:18, 28:7, 28:14, 30:4, 31:19, 39:6, 39:20
**RUTER** [44] - 3:8, 3:12, 4:4, 4:7, 4:10, 4:13, 4:19, 4:22, 6:12, 6:24, 7:2, 7:4, 7:7, 7:10, 7:20, 8:15, 8:19, 8:25, 9:6, 9:9, 9:15, 10:15, 12:13, 12:25, 16:18, 16:22, 16:24, 18:3, 24:6, 24:9, 31:20, 31:23, 32:6, 33:3, 33:10, 33:12, 39:3, 39:11, 39:15, 39:17, 39:19, 39:21, 40:13, 58:5
**Ruter's** [1] - 23:24

## S

**S&J** [1] - 52:14
**S/A** [1] - 3:7
**sake** [1] - 17:22
**Salvador** [3] - 46:15, 51:19, 54:10
**Sandra** [1] - 55:13
**Santiago** [2] - 22:19, 22:20

**sat** [1] - 51:7
**satisfy** [1] - 41:1
**save** [1] - 42:13
**saved** [1] - 5:17
**saw** [10] - 34:14, 36:17, 45:10, 47:3, 47:5, 49:14, 49:18, 55:16, 55:18, 55:20
**scepticism** [1] - 25:13
**scheme** [1] - 24:17
**school** [4] - 46:1, 46:2, 46:12, 52:11
**scintilla** [1] - 31:8
**scratches** [1] - 38:2
**screening** [1] - 56:25
**se** [2] - 13:9, 28:16
**seal** [3] - 24:5, 32:2, 32:5
**search** [4] - 47:9, 47:11, 48:22, 48:23
**searched** [3] - 47:17, 48:10, 48:24
**seated** [2] - 2:5, 3:14
**second** [1] - 39:2
**Security** [1] - 3:2
**see** [23] - 7:25, 8:3, 10:23, 17:17, 18:7, 21:19, 25:21, 33:4, 36:19, 37:19, 37:24, 41:8, 42:14, 42:19, 43:9, 43:13, 46:5, 47:19, 47:25, 49:12, 49:13, 50:9, 52:12
**sees** [1] - 36:12
**segregated** [1] - 36:9
**segregation** [4] - 36:8, 36:14, 36:16, 55:3
**self** [4] - 25:9, 31:12, 38:4, 55:4
**self-awareness** [2] - 25:9, 31:12
**self-inflicted** [1] - 55:4
**self-reported** [1] - 38:4
**sell** [1] - 50:7
**sent** [1] - 22:13
**sentence** [25] - 12:19, 23:19, 23:20, 30:10, 30:21, 30:25, 31:2, 31:15, 40:14, 40:24, 40:25, 41:5, 41:12, 41:16, 41:17, 42:15, 53:3, 54:7, 54:18, 54:21, 56:16, 56:17, 57:8, 57:22
**sentences** [4] - 54:8, 56:2, 56:14, 56:16
**SENTENCING** [1] - 1:10
**sentencing** [14] - 3:10, 3:21, 4:14, 5:1, 13:6, 21:15, 21:17, 21:21, 24:3, 24:19, 27:24, 28:7, 53:16, 56:3
**September** [1] - 3:22
**sequentially** [1] - 24:17
**serious** [7] - 22:25, 23:15, 30:21, 31:2, 31:3, 31:14, 51:9
**seriousness** [1] - 56:4
**sermon** [1] - 51:2
**served** [1] - 56:16
**serves** [1] - 45:23
**services** [2] - 57:1, 57:16
**serving** [1] - 45:22
**session** [1] - 2:3
**set** [1] - 55:7
**seven** [3] - 43:3, 45:9, 57:6
**several** [6] - 22:2, 22:6, 32:10, 34:21,

40:5, 55:17
**sex** [6] - 5:4, 5:20, 23:12, 23:13, 41:7, 54:3
**sexual** [1] - 54:3
**shakedown** [1] - 54:25
**sheltered** [1] - 55:15
**shoebox** [1] - 55:19
**shotgun** [1] - 55:23
**shoulder** [1] - 38:10
**show** [4] - 35:6, 35:13, 49:20, 49:24
**showed** [2] - 23:4, 50:2, 50:3
**signed** [2] - 32:12, 32:20
**significant** [2] - 32:9, 37:1, 54:16
**significantly** [1] - 13:20
**Silver** [1] - 46:5
**silver** [1] - 49:16
**simply** [5] - 13:8, 18:10, 26:21, 26:25, 28:18, 35:10
**single** [3] - 7:16, 10:11, 11:25
**sister** [1] - 45:21
**sitting** [1] - 30:8
**situation** [9] - 5:18, 6:4, 29:24, 30:14, 31:11, 32:11, 34:17, 42:21, 43:22
**situational** [1] - 30:7
**situations** [1] - 30:16
**skills** [6] - 8:20, 8:21, 10:12, 10:13, 21:3, 34:2
**sleeping** [1] - 35:14
**sold** [1] - 50:25
**sole** [1] - 29:1
**Solmayon** [1] - 46:1
**Solomon** [1] - 45:25
**someone** [3] - 12:2, 26:3, 41:8
**sometime** [2] - 33:19, 39:10
**sometimes** [2] - 22:12, 45:5
**somewhat** [1] - 10:24, 33:21
**sorry** [3] - 7:4, 39:18, 56:12
**sort** [5] - 15:13, 18:14, 21:4, 26:2, 29:14
**sorts** [1] - 11:14
**Spanish** [4] - 1:19, 1:19, 2:15, 4:6
**speaking** [3] - 28:1, 31:25, 34:1
**speaks** [1] - 34:7
**Special** [4] - 1:18, 3:2, 3:4, 19:17
**special** [4] - 34:14, 56:24, 57:7
**specific** [2] - 18:8, 19:25
**specifically** [4] - 5:3, 14:19, 24:15, 55:12
**speedy** [1] - 51:4
**spent** [3] - 8:1, 32:15, 52:23
**Spring** [1] - 46:5
**squalor** [1] - 22:2
**staff** [1] - 36:2
**stage** [2] - 10:19, 41:7
**stand** [5] - 14:13, 18:5, 20:17, 21:2, 41:20
**standing** [1] - 53:19
**standpoint** [1] - 7:11
**stands** [1] - 58:22
**start** [2] - 4:23, 51:3

**started** [9] - 7:21, 7:23, 8:22, 9:1, 9:7, 9:18, 44:24, 44:25, 46:3
**starts** [1] - 47:19
**state** [4] - 2:11, 7:14, 10:1, 57:20
**statement** [4] - 18:16, 19:10, 25:13, 27:8
**STATES** [2] - 1:1, 1:4
**states** [1] - 18:15
**States** [11] - 2:2, 2:24, 3:1, 11:11, 12:15, 22:7, 22:12, 22:18, 50:22, 54:12
**station** [3] - 47:16, 50:9, 50:15
**status** [2] - 8:5, 11:7
**statutorily** [1] - 56:20
**statutory** [1] - 21:13
**stay** [1] - 34:9
**steered** [1] - 5:8
**stick** [1] - 10:16
**stickers** [1] - 47:25, 48:6
**still** [3] - 8:9, 18:5, 54:25
**stole** [1] - 46:16
**stomach** [1] - 29:20
**stop** [1] - 45:2
**stopped** [7] - 9:23, 47:5, 47:10, 48:9, 48:17, 48:24, 49:8
**story** [1] - 15:10
**storytelling** [1] - 21:3
**strange** [1] - 8:11
**stranger** [1] - 8:11
**Street** [2] - 1:24, 50:17
**street** [1] - 12:3
**streets** [1] - 45:15
**strenuous** [1] - 17:20
**stress** [1] - 30:10
**strong** [1] - 21:6
**structure** [1] - 11:12
**struggle** [1] - 18:17
**subject** [3] - 6:2, 20:19, 27:11
**subjected** [1] - 7:17
**submission** [1] - 12:16
**submissions** [1] - 28:16
**submit** [4] - 20:12, 28:1, 36:5, 41:2
**submits** [1] - 15:24
**submitted** [3] - 12:20, 12:21, 24:19
**subpoena** [1] - 28:19
**succeed** [1] - 15:11
**success** [1] - 15:12
**suffer** [1] - 35:12
**suffered** [2] - 29:18, 35:14
**suffering** [1] - 22:9
**sufficient** [3] - 21:7, 31:15, 56:3
**suggest** [3] - 30:2, 34:11, 44:9
**suggested** [1] - 54:17
**suggesting** [2] - 29:15, 30:6
**suggestion** [2] - 25:8, 31:6
**suicide** [2] - 36:3, 55:6
**summarize** [1] - 33:5
**Super** [1] - 32:13
**supervised** [2] - 56:19, 56:21
**supervisor** [1] - 45:24

**supplements** [1] - 4:17
**supplying** [1] - 32:8
**support** [8] - 5:23, 7:16, 11:12, 26:16, 26:21, 26:22, 35:25, 52:11
**supported** [2] - 36:25, 52:10
**supporting** [1] - 52:13
**suppose** [3] - 18:18, 18:21, 26:5
**susceptible** [1] - 29:12
**suspect** [2] - 5:16, 26:8
**suspicious** [1] - 50:11
**sustenance** [1] - 7:17
**swear** [1] - 2:6
**system** [5] - 25:21, 26:1, 26:3, 26:7, 37:15

## T

**table** [1] - 3:2
**Target** [1] - 49:19
**tawdry** [1] - 55:25
**tax** [1] - 34:18
**telephone** [1] - 49:8
**temperament** [1] - 47:18
**temporarily** [1] - 11:18
**ten** [4] - 25:7, 34:3, 34:11, 45:12
**ten-year** [2] - 34:3, 34:11
**term** [8] - 11:8, 41:6, 42:15, 56:9, 56:11, 56:13, 56:15, 56:20
**termination** [1] - 41:6
**terms** [10] - 9:1, 17:2, 24:2, 30:14, 56:8, 56:11, 56:12, 56:19, 56:22, 56:24
**test** [1] - 13:12
**testified** [12] - 5:11, 5:21, 7:12, 13:23, 13:25, 15:17, 16:1, 17:13, 17:18, 18:22, 21:2, 23:8
**testifies** [2] - 13:9, 14:15
**testify** [5] - 13:21, 15:3, 15:4, 15:5, 51:16
**testimony** [50] - 5:6, 6:13, 7:10, 8:25, 9:2, 9:4, 9:16, 9:17, 9:20, 9:23, 10:22, 11:15, 13:11, 13:14, 14:2, 15:1, 15:18, 15:22, 16:2, 16:3, 16:24, 17:2, 17:24, 18:6, 18:23, 19:11, 19:15, 19:21, 19:22, 20:2, 20:10, 20:18, 20:19, 20:22, 21:5, 21:10, 23:4, 23:5, 25:14, 27:11, 34:13, 34:20, 43:6, 51:11, 55:13, 55:15, 55:18, 55:20, 55:22
**text** [2] - 50:2, 50:3
**themselves** [1] - 41:10
**thereafter** [1] - 11:2
**therefore** [2] - 8:23, 41:17
**they've** [1] - 16:7
**thick** [1] - 32:19
**thinks** [1] - 40:17
**thirty** [1] - 18:4
**threat** [1] - 23:7
**threaten** [1] - 55:11
**threatening** [2] - 43:17, 44:10

**threats** [4] - 9:18, 9:20, 10:17, 55:14
**three** [3] - 32:24, 53:21, 54:14
**threshold** [3] - 10:3, 10:6, 15:20
**throughout** [1] - 34:11
**thrown** [1] - 18:12
**tick** [1] - 15:9
**tire** [1] - 48:18
**title** [2] - 48:11
**today** [3] - 28:20, 39:9, 41:25
**today's** [2] - 40:11, 57:12
**together** [1] - 43:19
**tomorrow** [4] - 39:7, 39:10, 39:11, 39:14
**took** [8] - 5:18, 6:16, 21:1, 25:8, 37:3, 44:10, 45:15, 47:16
**tools** [1] - 23:10
**top** [1] - 22:14
**total** [4] - 21:5, 41:17, 56:17, 57:7
**touch** [1] - 25:2
**town** [1] - 47:4
**trafficking** [4] - 5:5, 5:20, 41:8, 54:3
**training** [2] - 28:13, 40:1
**transcript** [2] - 13:14, 59:3
**transcripts** [1] - 58:11
**transform** [1] - 9:14
**transient** [1] - 22:3
**transition** [1] - 8:3
**translated** [1] - 4:5
**transpired** [1] - 21:17
**transportation** [1] - 53:25
**transported** [1] - 22:11
**travel** [1] - 54:2
**treat** [1] - 35:22
**treated** [1] - 35:3
**treatment** [4] - 9:13, 30:20, 38:19, 56:25
**trial** [11] - 14:16, 25:8, 25:14, 26:14, 27:7, 28:19, 36:19, 48:8, 51:3, 51:4, 51:17
**trickery** [1] - 46:24
**tried** [5] - 25:2, 38:21, 42:13, 42:21, 46:25
**true** [3] - 8:15, 8:21, 17:16
**truth** [2] - 43:2, 48:16
**truthfully** [1] - 15:6
**try** [7] - 21:22, 42:12, 45:19, 46:15, 47:20, 52:2, 53:8
**trying** [9] - 15:3, 16:25, 17:19, 26:4, 32:10, 34:2, 37:18, 42:24, 43:1
**turn** [3] - 4:20, 10:25, 32:13
**two** [12] - 3:22, 4:23, 5:2, 12:11, 13:6, 21:8, 32:16, 38:9, 38:10, 43:23, 52:3, 52:13
**two-level** [2] - 13:6, 21:8
**type** [5] - 6:15, 36:8, 38:19, 42:15

## U

**U.S** [4] - 1:14, 1:14, 1:23, 44:8
**U.S.C** [1] - 41:1
**ultimate** [1] - 27:20

**unbelievable** [1] - 15:22
**uncommon** [1] - 35:11
**under** [7] - 12:10, 22:13, 24:4, 32:2, 32:5, 33:19, 47:2
**understood** [1] - 9:4
**undertake** [1] - 11:22
**uneducated** [1] - 10:5
**unfair** [1] - 47:19
**unfolded** [1] - 37:11
**Union** [1] - 46:14
**UNITED** [2] - 1:1, 1:4
**United** [11] - 2:2, 2:24, 3:1, 11:11, 12:15, 22:7, 22:12, 22:18, 50:22, 54:12
**University** [1] - 24:25
**unrelated** [1] - 34:17
**unsuccessful** [1] - 38:22
**unvulnerable** [1] - 8:4
**up** [12] - 22:11, 24:8, 24:10, 24:14, 25:3, 38:4, 41:20, 45:13, 46:13, 46:16, 51:19, 53:3
**upper** [1] - 35:16
**upset** [2] - 44:21, 49:1
**upward** [3] - 12:12, 13:7, 21:8

## V

**van** [3] - 34:15, 49:16
**vehicle** [4] - 47:11, 47:17, 48:10, 48:24
**VENTURA** [1] - 1:6
**Ventura** [51] - 1:15, 2:24, 3:9, 3:11, 4:9, 4:11, 5:7, 6:3, 6:14, 7:12, 9:22, 17:9, 19:19, 23:3, 24:20, 25:9, 25:19, 26:6, 28:16, 28:23, 29:5, 32:11, 32:20, 33:17, 34:8, 35:8, 36:3, 36:4, 36:12, 36:20, 37:5, 37:14, 38:2, 38:14, 38:18, 38:21, 40:15, 41:20, 45:21, 45:25, 47:11, 52:11, 52:21, 53:20, 54:10, 55:16, 55:18, 55:20, 55:22, 57:8, 58:6
**Ventura's** [5] - 20:9, 25:14, 28:15, 31:3, 31:13
**venture** [1] - 55:12
**version** [1] - 43:3
**versus** [2] - 2:24, 12:15
**vicinity** [1] - 27:14
**victim** [10] - 5:2, 5:4, 6:11, 7:2, 7:19, 7:21, 8:1, 9:14, 11:1, 12:10
**victim-related** [1] - 12:10
**victims** [1] - 21:19
**Victor** [1] - 23:7
**Victoria** [2] - 1:19, 2:13
**view** [1] - 25:12
**viewing** [1] - 12:6
**village** [1] - 46:13
**violation** [1] - 51:11
**violence** [6] - 5:12, 7:18, 10:1, 54:5, 55:11, 55:25
**Virginia** [2] - 43:20, 48:18
**virtually** [3] - 5:23, 13:15, 30:13

**visits** [1] - 32:16
**vocational** [4] - 10:12, 28:13, 40:1, 56:25
**vocational/educational** [1] - 57:16
**volume** [2] - 29:3, 32:19
**voluntary** [1] - 6:18
**vulnerabilities** [1] - 11:20
**vulnerability** [1] - 5:14
**vulnerable** [17] - 5:2, 6:11, 7:2, 7:9, 7:18, 7:21, 8:1, 8:4, 8:7, 9:14, 9:15, 10:3, 10:7, 10:14, 10:16, 10:18, 11:1

## W

**wait** [2] - 39:9, 43:24
**waive** [1] - 57:5
**walked** [1] - 12:2
**wants** [2] - 39:13, 52:1
**warrant** [3] - 13:9, 15:1, 48:23
**warrants** [1] - 20:12
**Washington** [7] - 5:19, 29:9, 35:19, 38:13, 46:4, 46:19, 46:22
**watch** [1] - 55:6
**water** [1] - 50:11
**WDQ-10-0770** [2] - 1:5, 2:25
**weapon** [3] - 5:13, 23:5, 43:17
**weapons** [7] - 23:3, 23:5, 23:6, 47:18, 49:6, 49:9
**weeks** [7] - 17:4, 32:10, 32:11, 32:12, 32:20, 32:24, 36:18
**well-being** [1] - 29:13
**well-prepared** [1] - 26:18
**West** [1] - 1:24
**whatsoever** [3] - 14:7, 27:15, 32:3
**whole** [2] - 18:17, 19:2
**wholesale** [3] - 14:2, 14:6, 20:3
**wife** [1] - 48:18
**wildly** [1] - 20:21
**willful** [2] - 16:19, 20:25
**willfully** [1] - 18:9
**WILLIAM** [1] - 1:11
**William** [1] - 2:4
**willing** [1] - 51:16
**willingness** [2] - 55:11, 55:25
**win** [1] - 43:1
**windows** [1] - 49:17
**wish** [3] - 7:8, 28:9, 33:4
**wishing** [1] - 20:16
**witness** [4] - 15:5, 22:15, 51:7, 51:16
**Witness** [1] - 48:4
**witnesses** [2] - 13:16, 53:8
**woman** [6] - 5:4, 5:6, 5:14, 5:22, 42:20, 45:12
**women** [1] - 52:13
**word** [3] - 10:13, 18:13, 21:6
**words** [1] - 11:5
**works** [2] - 45:21, 46:3
**worse** [1] - 46:6
**worst** [1] - 21:24

**worth** [2] - 28:21, 57:17
**wrap** [1] - 53:3
**wrist** [2] - 29:21, 29:23
**write** [1] - 45:19
**writer** [2] - 25:2, 25:11
**written** [3] - 24:20, 25:7, 36:14

## Y

**yards** [1] - 50:6
**Yasser** [3] - 1:14, 3:1, 51:20
**YASSER** [1] - 22:19
**year** [4] - 34:3, 34:11, 56:22, 56:24
**years** [12] - 34:21, 35:18, 38:9, 38:10, 40:5, 40:18, 40:19, 40:22, 41:9, 45:12, 52:9, 53:20
**yesterday** [1] - 26:17
**York** [1] - 50:17
**young** [2] - 5:22, 7:15
**yourself** [1] - 52:23
**youth** [1] - 10:11

## Z

**Zelaya** [1] - 55:16

## §

**§** [3] - 12:11, 25:18, 41:1